

# Samaras & Associates, Inc.

Engineering
Management,
Technical, and
FDA Regulatory
Consulting

7755 Soda Creek Road, Pueblo, CO 81005   USA
Phone: (719) 485-3751   Web: www.samaras-assoc.com

 



**PARTNERS**
GM Samaras, BSEE, PhD, DSc
george@samaras-assoc.com
Licensed Professional Electrical Engineer
Licensed Professional Software Engineer
Board-Certified Professional Ergonomist
Board-Certified Forensic Engineer
ASQ-Certified Quality Engineer
ASQ-Certified Biomedical Auditor

EA Samaras, BFA, MSN, DNP
libby@samaras-assoc.com
Registered Nurse
Board-Certified Professional Ergonomist
Advanced Oncology Certified Nurse
ECRI-Certified Healthcare Environment Manager

December 12, 2019

*in re* Paul Vesoulis v. Reshape Lifesciences, et al

To Whom It May Concern:

I have been asked by Franklin Shaw, Esq. to provide an initial opinion related to the issue of federal preemption of the FDA-approved (P140012) Class III medical device "Reshape Integrated Dual Balloon System". Specifically, I have been asked to identify any evidence of failure(s) to comply with FDA regulation(s) in the post-approval phase, that is after July 28, 2015. At present, there is limited information and limited relevant testimony from the parties involved. The documents that I have reviewed are contained in a shared DropBox folder entitled "Paul Vesoulis"; access to those documents may be obtained from Mr. Shaw. There are, however, a couple of obvious failures evident just in the information available to date:

1. Labeling of medical devices must comply with 21 CFR 801 and 21 CFR 820.120. Labeling of medical devices includes both stick-on labels (on the device and packaging), as well as instructions and advertising. Labeling must be legible (see 21 CFR 820.120(a)); this is understood to be an appropriate font size (≥ 10 point), appropriate reading ease (≥ 70%), and appropriate reading grade level (≤ 8th grade) for the intended user (patients and their families). Justification for failures to comply with that requirement are addressed in 21 CFR 801.15 and include insufficiency of label space and smallness of type. The following documents (identified by Bates Number) are clear examples of failures to meet the labeling requirements for approved medical devices in the post-approval phase:
   a. RESHAPE-00026: 2 pt font size, 8% reading ease, and 18th grade level;
   b. RESHAPE-00039: 4 pt font size, 29% reading ease, and 12th grade level;
   c. RESHAPE-000109: 6 pt font size, 16% reading ease, and 17th grade level
These example documents (appended to this letter with their individual analysis), and others, are direct evidence of failure to comply with the federal labeling regulations for medical devices. Defendant's *"Important ReShape™ Balloon System Safety Information"* is illegible and incomprehensible for the intended users; this is my expert opinion for these three chosen documents as well as the sworn testimony of the operating surgeon, Dr. TE Lavin, for document RESHAPE-000205. There is no justification for these failures as permitted by 21 CFR 801.15; Defendant had no legitimate space constraints for these safety documents.

This represents a clear failure to warn consistent with the regulatory requirements of the FDA. It is worth noting that the FDA approval order (P140012A, pages 4-5) clearly states that *"that the device labeling must be truthful and not misleading"* and *"Final printed labeling that is identical to the labeling approved is draft form will not routinely be reviewed by the FDA …"*; that is because it is the medical device manufacturer's affirmative responsibility to comprehend and comply with all relevant federal regulations. Illegible and incomprehensible warnings are, from a user perspective, untruthful and misleading.

2. Adverse events associated with medical devices are addressed by regulations 21 CFR 820.198 and 21 CFR 803. Medical device manufacturers have a regulatory responsibility to receive, review, and evaluate product complaints (21 CFR 820.198) and determine whether adverse events constitute FDA-reportable deaths or serious injuries associated with the use of their medical device (21 CFR 803). Once a medical device problem is identified, manufacturers have a regulatory


EXHIBIT A

responsibility to take appropriate corrective and preventive action, including *"ensuring that information related to quality problems or nonconforming product is disseminated to those directly responsible for … prevention of such problems"* (21 CFR 820.100 (a)(6)).  In the case of a Class III (high-risk) medical device that includes keeping the professional users (the learned intermediaries) apprised of adverse events that meet the definition of death and serious injuries (21 CFR 803.3(w)). Furthermore, Class III medical device manufacturers have a regulatory responsibility to maintain awareness of adverse events in the same or similar products (21 CFR 814.84 (b)(2)).  Defendant Reshape Lifesciences knew, or should have known, of multiple instances of death and serious injuries from balloon recipients, reported some of these to the FDA, but based on the sworn testimony of Dr. TE Lavin, had not provided this information in a comprehensible and memorable manner to those directly responsible for prevention of the problems (i.e., the operating surgeon; see his deposition pages 34-36).  Some of this information was provided by the FDA shortly <u>after</u> Plaintiff's injury, but it is unclear whether Dr. Lavin was aware of these communications and, in any event, these delayed warnings would not have benefited the Plaintiff.  Furthermore, examination of the publicly available FDA MAUDE (<u>M</u>anufacturer <u>A</u>nd <u>U</u>ser <u>D</u>evice <u>E</u>xperience) database recording deaths and serious injuries, indicates there appear to be multiple instances of failure of the Defendant to comply with the 21 CFR 803.20(b)(3) reporting requirements for deaths and serious injuries; this cannot be validated without production of the actual complaint files in the manufacturer's possession.

This again represents a clear failure to warn consistent with the regulatory requirements of the FDA.  Failures to warn, including delayed warnings, are of no utility and are an invalid risk control unable to mitigate harm.

It is my opinion that currently there is insufficient information, testimony, and documentation produced to ascertain the full extent of the failures to comply with post-approval regulatory responsibilities by Reshape Lifesciences.

I have appended to this letter a prose description of my expert witness credentials and a copy of my CV.

Respectfully,

GM Samaras, PhD, DSc, PE, CPE, CQE, CBA

Enclosures:
    Reshape-00026 and warnings labeling analysis
    Reshape-00040 and warnings labeling analysis
    Reshape-000109 and warnings labeling analysis
    Prose Expert Witness Credentials
    Academic-style Curriculum Vitae



RESHAPE-000026

Important ReShape® Integrated Dual Balloon System Safety Information

Indications: The ReShape Integrated Dual Balloon System is indicated for weight reduction when used in conjunction with diet and exercise, in obese patients with a Body Mass Index (BMI) of $30 - 40$ kg/m2 and one or more obesity-related comorbid conditions. It is indicated for use in adult patients who have failed weight reduction with diet and exercise alone. Contraindications: The ReShape Integrated Dual Balloon System is not recommended for patients with conditions that may increase the risk of poor results (e.g., prior gastrointestinal surgery with sequelae, prior open or laparoscopic bariatric surgery, inflammatory diseases of the GI tract, potential upper GI bleeding), who are unwilling to participate in an established medically-supervised diet and behavior modification program, who have alcohol or drug addictions, who receive daily prescribed treatment with aspirin, anti-inflammatory agents, anticoagulants or other gastric irritants, or who currently are or may be pregnant or breast-feeding Warnings: The maximum placement period for the ReShape Integrated Dual Balloon is 6 months. The risk of intragastric balloon deflation and intestinal obstruction (and therefore possible complications related to intestinal obstruction) is significantly higher when balloons are left in place longer than 6 months. The presence of blue-green urine or sudden loss of satiety, increased hunger and/or weight gain may be a sign of balloon deflation. Patients experiencing symptoms of acute pancreatitis (e.g., acute abdominal pain, nausea, or vomiting) should seek immediate care. Failure of patients to take prescribed daily proton-pump inhibitor medication increases the risk of gastric ulceration or perforation. Adverse Events: Placement of the ReShape Integrated Dual Balloon requires an endoscopic procedure with sedation. Potential risks associated with an endoscopic procedure and sedation include adverse reaction to sedation (headache, muscle pain, nausea), infection, pneumonia, and respiratory distress. Potential risks associated with the ReShape Integrated Dual Balloon include acute pancreatitis, ulceration, perforation, significant gastric bleeding, gastric outlet obstruction, aspiration pneumonia, abdominal pain, nausea, vomiting, bloating, belching, heartburn, dehydration, and sore throat. These complications may be severe enough to require early removal of the ReShape Integrated Dual Balloon. Although the ReShape Dual Balloon design provides an anti-migration feature, there is the potential risk of device migration and intestinal obstruction. The risk of intestinal obstruction is increased if the device is not removed after 6 months. If intestinal migration occurs, surgical or endoscopic removal may be required. Important: For full safety information please talk with your doctor, or call ReShape Customer Support at 844-YES-RESHAPE (1-844-937-7374). CAUTION: Rx only.

*Table 1:   Labeling Analysis for RESHAPE-00026*

|  | Target | Actual | Pass/Fail |
|---|---|---|---|
| Font Size for Patient/Consumer | ≥ 10 pt. | 2 pt | Fail |
| Flesch Reading Ease | ≥ 70% | 8% | Fail |
| Flesch – Kincaid Reading Grade Level | ≤ 8th | 18th | Fail |



## How will you ReShape your story?

If you are ready to take the first step to a new you, *ReShape* can help.

Patients that achieve the greatest success with *ReShape* are excited about making changes, and ready to adopt a healthy lifestyle, with the initial help of the dual balloon and a full year of coaching, that they can sustain for years.

## Talk to your doctor about the *ReShape* Procedure to determine if it's right for you.

*Results and patient experience may vary.

References: 1. ReShape Patient Portal Data, Data on file, ReShape Medical, Inc. 2. Dwyer JT, Melanson KJ, MS US, Cross P, Wilson M, Dietary treatment of obesity. In: De Groot LJ, Beck-Peccoz P, Chrousos G, et al., eds. Endotext, South Dartmouth, MA: MDText.com, Inc.; 2000- http://www.ncbi.nlm.nih.gov/books/NBK278061. Updated February 28, 2015. Accessed May 5 2015. 3. Karlsen TI, Lund RS, Roislien J, et al. Health related quality of life after gastric bypass or intensive lifestyle intervention: a controlled clinical study. Health Qual. Of Life Outcomes. 2013;11:17. 4. Kubik JF, Gill RS, Laffin M, Karmali S, The impact of bariatric surgery on psychological health. J. Obes. 2013;2013:837989.

Important ReShape Balloon™ System Safety Information

Indicators: The ReShape Balloon is indicated for weight reduction when used in conjunction with diet and exercise, in obese patients with a Body Mass Index (BMI) of 30–40 kg/m2 and one or more obesity-related comorbid conditions. It is indicated for use in adult patients who have failed weight reduction with diet and exercise alone. Contraindications: The ReShape Balloon System is not recommended for patients with conditions that may increase the risk of poor results (e.g., prior gastrointestinal surgery with sequelae, prior open or laparoscopic bariatric surgery). Inflammatory disease of the GI tract, including upper GI bleeding), who are unwilling to participate in an established medically supervised diet and behavior modification program, who have absolute drug addictions, who receive daily prescribed treatment with aspirin, anticoagulants or other gastric irritants, is who currently are or may be pregnant or breast feeding. Warnings: The maximum placement period for the ReShape Balloon is 6 months. The risk of intragastric balloon deflation and intestinal obstruction (and therefore possible complications related to the intestinal obstruction) is significantly higher when balloons are left in place longer than 6 months. The presence of a blue-green colored stool or blue-green colored urine may be a sign of balloon deflation. Patients experiencing symptoms of acute pancreatitis (e.g., acute abdominal pain, nausea, or vomiting) should seek immediate care. Failure of patients to be prescribed daily proton-pump inhibitor medication increases the risk of gastric ulceration or perforation. Adverse Events: Placement of the ReShape Balloon requires an endoscopic procedure with sedation. Potential risks associated with an endoscopic procedure and sedation include adverse reaction to sedation (headache, muscle pain, nausea), infection, pneumonia, and respiratory distress. Potential risks associated with the ReShape Balloon include acute pancreatitis, ulceration, perforation, significant gastric bleeding, gastric outlet obstruction, aspiration pneumonia, abdominal pain, nausea, vomiting, bloating, belching, heartburn, dehydration, and sore throat. These complications may be severe enough to medically remove the ReShape Balloon. Although the ReShape Balloon design provides an anti-migration feature, there is the potential risk of device migration and intestinal obstruction. The risk of intestinal obstruction is increased if the device is not removed after 6 months. If intestinal migration occurs, surgical or endoscopic removal may be required. (01-04-2018)

Important: For full safety information please talk with your doctor or call ReShape Customer Support at 844-YES-RESHAPE.

CAUTION: Rx only.

1001 Calle Amanecer San Clemente, CA 92673 949-429-8680

Customer Service
Phone: 1-844-YES-RESHAPE (844-937-7374)
Fax: 949-276-8910

**RESHAPE-000039**

11

and patient experience may vary.

es: 1. *ReShape* Patient Portal Data. Data on file. ReShape Medical, Inc. 2. Dwyer JT, Melanson KJ, MS US, (
. Dietary treatment of obesity. In: De Groot LJ, Beck-Peccoz P, Chrousos G, et al., eds. Endotext. South Dartr
ext.com, Inc.; 2000-. http://www.ncbi.nlm.nih.gov/books/NBK278991. Updated February 28, 2015. Accessed
Karlsen TI, Lund RS, Røislien J, et al. Health related quality of life after gastric bypass or intensive lifestyle inte
ed clinical study. *Health Qual Life Outcomes*. 2013;11:17. 4. Kubik JF, Gill RS, Laffin M, Karmali S. The impac
surgery on psychological health.
2013;2013:837989.

t ReShape Balloon™ System Safety Information

ns: The ReShape Balloon is indicated for weight reduction when used in conjunction with diet and exercise, in (
with a Body Mass Index (BMI) of 30 – 40 kg/m2 and one or more obesity-related comorbid conditions. It is indica
lt patients who have failed weight reduction with diet and exercise alone. Contraindications: The ReShape Balloo
mmended for patients with conditions that may increase the risk of poor results (e.g., prior gastrointestinal surgery
prior open or laparoscopic bariatric surgery, inflammatory diseases of the GI tract, potential upper GI bleeding), wh
to participate in an established
-supervised diet and behavior modification program, who have alcohol or drug addictions, who receive daily prescri
with aspirin, anti-inflammatory agents, anticoagulants or other gastric irritants, or who currently are or may be preg
eding. Warnings: The maximum placement period for the ReShape Balloon is 6 months. The risk of intragastric ba
and intestinal obstruction (and therefore possible complications related to intestinal obstruction) is significantly hi
loons are left in place longer than 6 months. The presence of blue-green urine or sudden loss of satiety, increas
nd/or weight gain may be a sign of balloon deflation. Patients experiencing symptoms of acute pancreatitis (e.g., a
l pain, nausea, or vomiting) should seek immediate care. Failure of patients to take prescribed daily proton-pump ir
n increases

gastric ulceration or perforation. Adverse Events: Placement of the ReShape Balloon requires an endoscopic proc
tion. Potential risks associated with an endoscopic procedure and sedation include adverse reaction to sedation (he
ain, nausea), infection, pneumonia, and respiratory distress. Potential risks associated with the ReShape Balloon in
creatitis, ulceration, perforation, significant gastric bleeding, gastric outlet obstruction, aspiration pneumonia, abdo
sea, vomiting, bloating, belching, heartburn, dehydration, and sore throat. These complications may be severe enou
rly removal of the ReShape Balloon. Although the ReShape Balloon design provides an anti-migration feature, the
isk of device migration and intestinal obstruction. The risk of intestinal obstruction is increased if the device is not re
onths. If intestinal migration occurs, surgical or endoscopic removal may be required. (01-04-2018)

t: For full safety information please talk with your doctor, or call ReShape Customer Support at 844-YES-RE

N: Rx only.

### Table 1:  Labeling Analysis for RESHAPE-000039

|  | Target | Actual | Pass/Fail |
|---|---|---|---|
| Font Size for Patient/Consumer | ≥ 10 pt. | 4 pt | Fail |
| Flesch Reading Ease | ≥ 70% | 29% | Fail |
| Flesch – Kincaid Reading Grade Level | ≤ 8th | 12th | Fail |

Important ReShape Integrated Dual Balloon System Safety Information:

Indications: The ReShape Integrated Dual Balloon System is indicated for weight reduction when used in conjunction with diet and exercise, in obese patients with a Body Mass Index (BMI) of 30–40 kg/m2 and one or more obesity-related comorbid conditions. It is indicated for use in adult patients who have failed weight reduction with diet and exercise alone. Contraindications: The ReShape Integrated Dual Balloon System is not recommended for patients with conditions that may increase the risk of poor result (e.g., prior gastrointestinal surgery with sequelae, prior open or laparoscopic bariatric surgery, inflammatory diseases of the GI tract, potential upper GI bleeding) and are unwilling to participate in an established medically supervised diet and behavior modification program, who have serious or drug addictions, who are on any prescribed medication with aspirin, anti-inflammatory agents, anticoagulants or other products known to alter gastric emptying. Warnings: The maximum placement period for the ReShape Integrated Dual Balloon is 6 months. The risk of intragastric balloon deflation and related complications (and thereby possible complications related to intestinal obstruction) is significantly higher when balloons are left in place longer than 6 months. The presence of two or more intragastric balloons increases the risk. Adverse Events: Placement of the ReShape Integrated Dual Balloon requires an endoscopic procedure under sedation. Potential risks associated with the procedure and sedation include nausea, vomiting, abdominal pain, bloating, diarrhea, dyspepsia, and sore throat. These complications may be severe enough to require early removal of the ReShape Integrated Dual Balloon. Although the ReShape Dual Balloon provides an added gastric volume, there is the possibility of device migration and intestinal obstruction. The risk of intestinal obstruction is increased if the device is not removed after 6 months. In rare instances, surgical or endoscopic removal may be required.

Important: For full safety information please talk with your doctor, or call ReShape Customer Support at 1.844.RESHAPE

CAUTION: Rx only.

RESHAPE and the RESHAPE MEDICAL Logo are registered trademarks of ReShape Medical, Inc. All other brand/product names are trademarks of their respective owners.
© 2016 ReShape Medical, Inc. All rights reserved.
04-00146 Rev. B

RESHAPE-000109

Important *ReShape* Integrated Dual Balloon System Safety Information
Indications: The *ReShape* Integrated Dual Balloon System is indicated for weight reduction when used in conjunction with diet and exercise, in obese patients with a Body Mass Index (BMI) of 30 – 40 kg/m2 and one or more obesity-related comorbid conditions. It is indicated for use in adult patients who have failed weight reduction with diet and exercise alone. Contraindications: The *ReShape* Integrated Dual Balloon System is not recommended for patients with conditions that may increase the risk of poor results (e.g., prior gastrointestinal surgery with sequelae, prior open or laparoscopic bariatric surgery, inflammatory diseases of the GI tract, potential upper GI bleeding), who are unwilling to participate in an established medically-supervised diet and behavior modification program, who have alcohol or drug addictions, who receive daily prescribed treatment with aspirin, anti-inflammatory agents, anticoagulants or other gastric irritants, or who currently are or may be pregnant or breast-feeding. Warnings: The maximum placement period for the *ReShape* Integrated Dual Balloon is 6 months. The risk of intragastric balloon deflation and intestinal obstruction (and therefore possible complications related to intestinal obstruction) is significantly higher when balloons are left in place longer than 6 months. The presence of blue-green urine or sudden loss of satiety, increased hunger and/or weight gain may be a sign of balloon deflation. Failure of patients to take prescribed daily proton-pump inhibitor medication increases
the risk of gastric ulceration or perforation. Adverse Events: Placement of the *ReShape* Integrated Dual Balloon requires an endoscopic procedure with sedation. Potential risks associated with an endoscopic procedure and sedation include adverse reaction to sedation (headache, muscle pain, nausea), infection, pneumonia, and respiratory distress. Potential risks associated with the *ReShape* Integrated Dual Balloon include ulceration, perforation, abdominal pain, nausea, vomiting, bloating, belching, heartburn, dehydration, and sore throat. These complications may be severe enough to require early removal of the *ReShape* Integrated Dual Balloon. Although the *ReShape* Dual Balloon design provides an anti-migration feature, there is the potential risk of device migration and intestinal obstruction. The risk of intestinal obstruction is increased if the device is not removed after 6 months. If intestinal migration occurs, surgical or endoscopic removal may be required.
Important: For full safety information please talk with your doctor, or call *ReShape* Customer Support at 1-844-YES-RESHAPE
CAUTION: Rx only.

*Table 1:  Labeling Analysis for RESHAPE-000109*

|  | Target | Actual | Pass/Fail |
|---|---|---|---|
| Font Size for Patient/Consumer | ≥ 10 pt. | 6 pt | Fail |
| Flesch Reading Ease | ≥ 70% | 16% | Fail |
| Flesch – Kincaid Reading Grade Level | ≤ 8th | 17th | Fail |

## *Expert Witness Credentials*

I am a biomedical scientist/engineer and have been in private practice since 1996. My offices are in Southern Colorado; my firm has had a national and international clientele. I have no conflict of interest known to me with the Defendant; I do not own any stock in their businesses, I do not work, and have not worked, for them, and I do not, to my knowledge, have family or friends that have been treated by them or with their products. My education, training, skills, and experience are documented in my curriculum vitae; the most current version is posted on my firm's website: www.samaras-assoc.com. They are summarized here for the reader's convenience.

My undergraduate education and training is in Electrical Engineering (BSEE) and I have an earned doctorate (DSc) in Industrial Engineering; my area of emphasis was engineering management and my doctoral dissertation focused on organizational effectiveness. I am a licensed professional engineer (PE) and one of a very few US engineers licensed both as an electrical engineer and a software engineer. I have an internationally recognized board certification (CPE) in Human Factors Engineering (one of four sub-disciplines of Industrial Engineering). I am certified by the American Society for Quality both as a Quality Engineer (CQE) and a Biomedical Auditor (CBA). I am board-certified as a Forensic Engineer, a senior member of the National Academy of Forensic Engineers and a Professional member of the American Society of Safety Engineers.

Also, I am trained as a biomedical scientist and have an earned master's degree (MS) and doctorate (PhD) in physiology; my area of study was mammalian physiology & pharmacology; my master's emphasis was protein reuptake mechanisms and my doctoral dissertation focused on neuronal transcellular reuptake mechanisms.

In both my doctoral programs, I minored in psychology: first, biopsychology (also known as physiological psychology) as part of my PhD and then industrial & organizational psychology (also called industrial psychology) as part of my DSc.

I have worked as a medical school professor, an engineering graduate school professor, and an entrepreneur (having started three different science- & engineering-based companies). I have been the CEO of a medical device product development firm (a FDA-regulated firm), a FDA medical device regulator, and for over the past two decades I have been in engineering private practice; my engineering practice has been limited to medical devices (all types, from low risk Class 1 devices to high risk Class 3 devices), including health information systems and pharmaceutical container closure systems for combination medical devices.

In my current engineering practice, I have designed, developed, analyzed, and audited quality management systems for industry clients. I have assisted them with the premarket hardware, software, human factors, and quality engineering of their devices. I have assisted them in obtaining premarket clearances (510k) and premarket approvals (PMA) from the FDA as well as in a variety of postmarket activities, with an emphasis on postmarket risk management.

I am skilled in experimental physiology; as an experimental physiologist, I personally have performed well over a thousand surgical procedures on mammals, as well as having participated in many experimental surgical procedures on humans, where medical devices I designed were being tested. As a medical school professor, I not only taught undergraduate medical students and graduate residents, but also developed experimental medical devices and collaborated in the design and analysis of human experimental (clinical) trials of these devices. Subsequently, I have assisted medical device clients with the development, review and analysis of both medical and human factors studies using human subjects in clinical trials.

I am skilled in the interdisciplinary (hardware, software, human factors, and quality) engineering design, development, testing, and evaluation of medical devices and systems, including control of designs and pre- & post-market risk management. I am further skilled in the design, implementation, and analysis of bench & human study protocols, especially for design verifications and validation of medical devices, which I routinely review/revise for clients. I have developed and applied these skills throughout my nearly half-century professional career to the development of medical devices for industry and the federal government (US military and the National Institutes of

Health), as well as my own research. These devices have included both surgically implantable[1] and non-implantable medical devices. The scientific and engineering work that was not confidential or classified was published by me in the open scientific literature. I published my first peer-reviewed article in the open biomedical science and engineering literature in 1971, while still in college; I have continued to publish to this date[2]. Those publications include three US patents on biomedical devices and nearly 100 peer-reviewed articles on biomedical devices, design controls, risk analysis, human factors engineering, quality engineering, medical device regulatory issues and medical device cybersecurity. I have served as a peer-reviewer for science and engineering organizations and journals; I continue to do so to this date.

I have extensive experience (nearly four decades) working with regulated organizations. In addition to my broad technical domain knowledge in biomedical engineering and biomedical science, I am qualified (and nationally certified) to both analyze (CQE) and audit (CBA) the quality systems and compliance of medical device manufacturers. I do this type of work routinely for my industry clients and have done similar work in prior legal cases.

### Certifications & Licensure

### Board-certified Forensic Engineer

- A Forensic Engineer is qualified to apply the art and science of engineering in matters which are in, or may possibly relate to, the jurisprudence system, inclusive of alternative dispute resolution, and underline explain the significance of the findings in the context of protection of public health and welfare.
- I am a Senior Member & Diplomate of the National Academy of Forensic Engineering
- (http://www.nafe.org/faqs): "*Forensic engineers generally are seasoned and experienced professional engineers licensed under state law who have worked in private practice, industry, construction, education or in other settings who have developed expertise in one or more technical areas (e.g., civil, mechanical, electrical, chemical engineering, etc.). They are often retained by attorneys, public agencies, business entities and others to analyze the causes of accidents, failures (e.g., product failures, structural failures) perform accident reconstruction, evaluations, prepare reports and studies and are called upon by their clients to serve as expert witnesses and testify during the litigation process, arbitration or other dispute resolution procedures.*"
- QUESTION? What kind of forensic engineering do you do?
  ANSWER: My area of practice is medical device engineering. My demonstrable areas of expertise are hardware, software, human factors, and quality engineering, including engineering management, as well as relevant national & international standards and US regulations related to the medical device lifecycle.

### ASQ-Certified Biomedical Auditor (CBA)

- A CBA is qualified to analyze and opine on the degree to which a biomedical organization has met their requirements (both their internally adopted and documented procedures and the externally imposed standards & regulations) and explain the significance of failures to meet these requirements.
- (https://asq.org/cert/catalog): "*The Certified Biomedical Auditor is a professional who understands the principles of standards, regulations, directives and guidance for auditing a biomedical system while using various tools and techniques to examine, question, evaluate and report on that system's adequacy and deficiencies. A biomedical auditor analyzes all elements of the system and reports on how well it adheres to the criteria for management and control of process safety.*"

---

[1] I have extensive biomedical engineering and regulatory expertise with implantable medical devices. I developed the first sympathetic neural prosthesis, which I published in 1983 in the British medical journal Lancet with two colleagues from the NIH (the Lancet is recognized globally as one of the two top medical journals). I did extensive practical work with implantable devices for treating brain and esophageal tumors, while I was a medical school professor. I have advised a variety of clients with implantable medical devices on engineering and regulatory matters during my years in private practice.

[2] 3 biomedical US patents, 1 book chapter, 56 peer-reviewed by academic standards, plus an additional 38 peer-reviewed by industry standards.

- QUESTION?  What types of biomedical organizations do you audit?
  ANSWER:  My practice is limited to medical devices and pharmaceutical container closure systems.

## ASQ-Certified Quality Engineer (CQE)

- A CQE is qualified to analyze and opine on the degree to which an organization has adopted, implemented, and properly managed a Quality Management System required to ensure safe and effective products and services and explain the significance of deviations from generally-accepted best practices.
- (https://asq.org/cert/catalog): "*The Certified Quality Engineer is a professional who understands the principles of product and service quality evaluation and control. This body of knowledge and applied technologies include, but are not limited to, development and operation of quality control systems, application and analysis of testing and inspection procedures, the ability to use metrology and statistical methods to diagnose and correct improper quality control practices, an understanding of human factors and motivation, facility with quality cost concepts and techniques, and the knowledge and ability to develop and administer management information systems and to audit quality systems for deficiency identification and correction.*"
- QUESTION:  Are you a Six Sigma Black Belt?
  Answer:  The ASQ CQE Body of Knowledge is broader in scope that of the ASQ CSSBB.

## Board-certified Professional Ergonomist (CPE)

- A CPE is qualified to analyze and opine on the degree to which an organization has implemented the established principles and practices of human factors engineering, at both the micro-ergonomic and macro-ergonomic levels, and explain the significance about the safety, effectiveness, and usability of products and services.
- (http://www.bcpe.org/): "*Wherever people interact with jobs, tasks, organizations and environments, HFE makes a contribution to ensure human compatibility.  HFE professionals contribute to the design of all kinds of systems, such as work systems and product/service systems. Using knowledge of people's cognitive and physical capabilities, needs and limitations, HFE professionals take a systems approach to design for people. The goal is optimal human well-being and performance with overall system effectiveness.  Our non-profit organization provides the gold standard of HFE certification, recognized nationally and internationally. We provide one professional certification. However, practitioners work in many different domains and the term for HFE varies by domain. No matter what the area of focus, the underlying knowledge and systems approach remain the same.  BCPE certificants obtain professional level of certification through one application process and exam. The certificant chooses the designation that fits their work world.*"
- QUESTION:  Why do you call yourself a Human Factors Engineer?
  ANSWER: I am a "Human Factors Engineer", not just some engineer trained in human factors and ergonomics (HFE), because:
  - I am degreed and licensed as an engineer (non-engineer psychologists, etc. are HFE PROFESSIONALS, not HFE Engineers)
  - I have a doctorate in Industrial Engineering – HFE engineering is a sub-discipline of industrial engineering (the four IE sub-disciplines are: engineering management, engineering economics, engineering ergonomics, and work science)
  - I am trained at the doctoral level in Psychology (minored in biopsychology in PhD and Industrial/Organizational psychology in DSc)
  - I am Board-certified in HFE by the internationally-recognized US Board of Certification of Professional Ergonomists (www.bcpe.org), with a CPE, the highest level of certification possible
  - I provide HFE engineering services to the public
  - I have peer reviewed HFE publications, and
  - I have taught HFE engineering both at the graduate level (at CSU) and in workshops at national and international scientific conferences (see my CV).

**Licensed Professional Engineer (PE) – 2x**

- A PE is qualified to analyze and opine on the degree to which engineering documents and practices are complete, correct, and compliant with engineering best practices, national and international consensus standards, and government regulations and <u>explain their significance</u> in the context of protection of public health and welfare.
- I am licensed as both an electrical engineer and a software engineer
- (https://www.nspe.org/resources/licensure/why-get-licensed): "*Licensure is the mark of a professional. It's a standard recognized by employers and their clients, by governments and by the public as an assurance of dedication, skill and quality. ... Only a licensed engineer, for instance, may prepare, sign, seal and submit engineering plans and drawings to a public authority for approval, or to seal engineering work for public and private clients. For consulting engineers and private practitioners, licensure is a virtual necessity. In fact, it is a legal requirement for those who are in responsible charge of work, be they principals or employees. More and more with each passing day, government agencies, educational institutions and private industries are requiring that they hire and contract only with licensed professional engineers. ... Just as the CPA defines the accountant, and a law license defines the lawyer, the PE license tells the public that you have mastered the critical elements of your profession. It demonstrates your commitment to the highest standards of engineering practice. It's also proof of your ability to offer engineering services directly to the public - something only a licensed PE can do.*"
- QUESTION?  Are you a biomedical engineer?
ANSWER:  A person with a doctorate in biomedical engineering has received a fraction of the formal training I received completing both my doctorate in physiology and my doctorate in engineering.  Most individuals trained in biomedical engineering are not licensed and not legally permitted to present themselves to the public as Professional Engineers.

# CURRICULUM VITAE

**George Michael Samaras**

**National Society of Professional Engineers®**
Signatory, NSPE Licensed Member

## EDUCATION



**Doctor of Science**[3] The George Washington University 1992 Engineering Management & I/O Psychology

**Doctor of Philosophy** University of Maryland 1976 Physiology/Pharmacology & Biopsychology[4]

**Master of Science** University of Maryland 1974 General Physiology

**Bachelor of Science** University of Maryland 1972 Electrical Engineering (biomedical emphasis)

## LICENSURE AND CERTIFICATION

**Certified Forensic Engineer**
National Academy Forensic Engineers (#966S, 2017)

**Certified Biomedical Auditor**
American Society for Quality, (#1389; 2015)

**Professional Engineer**[6] **(Software Engineering)**
State of Maryland & Colorado eligible (#13004; 2014)

**Certified Quality Engineer**[6]
American Society for Quality, (#47957; 2005)

**Certified Professional Ergonomist**[7]
Board of Certification in Professional Ergonomics (#950; 1998)

**Professional Engineer (Electrical/Electronics)**
State of Maryland & Colorado eligible (#13004; 1980)

www.samaras-assoc.com

---

[3] **Engineering Management** is a subdiscipline of Industrial Engineering; the other three subdisciplines of IE are: Engineering **Ergonomics**, Engineering Economics, and Work Science.

[4] Also called Physiological Psychology or Psychobiology

[5] The term **Professional Engineer** and the actual practice of professional engineering is legally defined and protected by a government body. In some jurisdictions, only registered or licensed Professional Engineers are permitted to use the title, or to practice Professional Engineering. The earmark that distinguishes a licensed/registered Professional Engineer is the authority to sign and seal or "stamp" engineering documents (reports, drawings, and calculations) for a study, estimate, **design or analysis**, thus taking legal responsibility for it

[6] The **Certified Quality Engineer** is a professional who understands the principles of product and service quality evaluation and control. This body of knowledge and applied technologies include, but are not limited to, development and operation of quality control systems, application and analysis of testing and inspection procedures, the ability to use metrology and statistical methods to diagnose and correct improper quality control practices, an understanding of human factors and motivation, facility with quality cost concepts and techniques, and the knowledge and ability to develop and administer management information systems and **to audit quality systems for deficiency identification and correction.** CQE requires EIGHT years of higher education and/or work experience including THREE years in a decision-making position.

[7] The **Certified Professional Ergonomist** is a practitioner of human factors/ergonomics. A practitioner is defined as an individual who has (1) a mastery of ergonomics knowledge; (2) a command of the methodologies used by ergonomists in applying that knowledge to the design of a product, process, or environment; and (3) has applied his or her knowledge **to the analysis, design, test, and evaluation of products,** processes, and environments.

# EMPLOYMENT RECORD

**CEO Samaras & Associates, Inc.** 1996-present
Engineering private practice involved in software engineering, human factors engineering, computer systems validation, quality engineering, technical management consulting, expert testimony, and occupational & environmental health & safety research. Corporate clients range from new start-ups to Fortune 500 multinational firms; also consulted with universities, government agencies, and labor unions. *Most of our consulting contracts are bound by strict confidentiality agreements and are not reflected in this document.*

**Visiting Research Professor**, College of Education, Engineering and Professional Studies, CSU-Pueblo (formerly, USC), Fall 2010-2013. **Adjunct Professor, University of Southern Colorado** Fall 1997-Spring 98 Graduate Program in Systems Engineering (graduate courses in Project Management and Ergonomics--with lab).

**Associate Director US Food and Drug Administration** 12/95-6/96 Division of Electronics and Computer Science, Center for Devices and Radiological Health, FDA (this is the same entity, renamed, where I worked from 1968 – 1972). Managed, with the Division Director, a staff of 40, consisting largely of scientists and engineers with advanced degrees and an annual operating budget (excluding salaries and facilities) of about 750K$. Primarily responsible for electronics & software activities, while the Director (a medical physicist) was primarily responsible for medical imaging & ionizing radiation activities. Involved in initiating process of a software validation guidance document for industry.

**Interdisciplinary Scientist US Food and Drug Administration** 6/94 -11/95 Interdisciplinary scientist and primary software engineering reviewer in the Division of Ophthalmic Devices, Center for Devices and Radiological Health, FDA; primary duties included the engineering review of ophthalmic medical devices utilizing software. Team led development of industry guidance for ophthalmic lasers systems that was approved by outside advisory committee. Appointed one of Center's experts on electromagnetics. Numerous FDA individual and group recognition awards for FDA regulatory work on ophthalmic laser systems and computer software.

**Visiting Senior Scholar, The George Washington University** 9/93 – 12/94 **Visiting Professor The George Washington University** 1/93 – 9/93 Dept. Engineering Management and Systems Engineering, Graduate School of Engineering and Applied Sciences. Taught graduate management courses (including marketing management and entrepreneurial management). Conducted theoretical (mathematical) research in Industrial Engineering (organizational theory and measures of organizational efficiency and effectiveness).

**Dissertation Research**, **The George Washington University** Washington, DC 1992

**CEO GMS Engineering Corporation** Columbia, MD 1981-1991 Began and managed a contract biomedical engineering firm providing development work for federal (DoD and NIH) and private clients. Federal projects included: (a) prototype mechanical, electrical, electronic, and software development of an NBC-hardened vital signs monitor and an NBC-hardened flash reflectance oximeter for the US Army; (b) R&D on an algorithm and hardware implementation for electroencephalography artifact reduction for the US Army and the NINCDS; (c) theoretical work and mathematical modeling on workload leveling and other ergonomics issues for Army AH-64 helicopter pilots; and (d) prototype development of an airworthy biomedical data acquisition system for the USAF. Developed first human sympathetic neural prosthesis (Lancet, 1983). The firm's engineers and scientists were also involved in other consulting jobs in the areas of biomedical engineering, software development, and system test & evaluation with larger commercial organizations. Annual budgets ranged from 700K$ to 1100K$, after the first year.

**Associate Professor University of Maryland School of Medicine** 1980–82;p/t 83-86**Assistant Professor University of Maryland School of Medicine** 1976 – 1980Department of Radiation Oncology. Managed a medical school-based academic research and teaching laboratory (cancer research funded by ACS, NIH/NINCDS, and the Whittaker Foundation) conducting research in biomedical engineering related to brain tumor and esophageal cancer therapy. Taught graduate physicians & and doctoral students physiology, biophysics and biomedical aspects of microwave engineering.

**Graduate Teaching Asst. University of Maryland College Park** 1974-1976 Department of Zoology, undergraduate physiology laboratory and graduate seminar in neuropharmacology

**Biomedical Engineer** U.S. Environmental Protection Agency. 1971-1972
**Computer Technician** U.S.D.H.E.W., Bureau of Radiological Health 1970-1971
**Biochemistry Lab. Tech.** U.S.D.H.E.W., Bureau of Radiological Health 1968-1970
**Technician** St. Savvas Anticancer Hospital Athens, Greece 1965-1967

## LANGUAGE FLUENCY

### Computer languages and Application Software:
Fluent in Intel assembly language, proficient in C/C++, SQL, HTML, and various other computer languages. Proficient with a variety of software development CASE tools (MS DevStudio, MS VisualSourceSafe, ER/Studio, MSFrontPage, Rational's RequisitePro, Rational's Rose, etc.), electrical engineering tools (MultiSIM, MPLAB, FilterLab), human factors engineering tools (MannequinPRO, MS Visio), statistical software (NCSS/PASS), and mathematical software (MathCAD). Proficient with MS Office (with MSProject).

### Modern European Languages:
Fluent in Modern Greek

## INTERESTS
### RESEARCH
Systems Engineering, Man-Machine Systems, Human Organizational Structures, and Engineering Ethics
### PERSONAL INTERESTS
Snow skiing, Dressage, Hiking/Backpacking, Scuba diving, and Soaring.
### PERSONAL DATA
Born: January 6, 1948, Ottawa, Ontario, Canada; US Citizen
Family: Married to Elizabeth Averill; one child, Demetrios
Contact Information: 7755 Soda Creek Road, Red Creek Ranch, Pueblo, CO 81005
Telephone: (719) 485-3751 E-mail: george@samaras-assoc.com

## TITLE OF SECOND DOCTORAL DISSERTATION
**D.Sc.** - directed by Prof. R.C. Waters
Organizational Effectiveness: Towards a Unifying Theoretical Perspective.
## TITLE OF FIRST DOCTORAL DISSERTATION
**Ph.D.** - directed by Prof. J.F. Contrera
*In vivo* Demonstration of Sodium-dependent High-affinity Hippocampal Choline Uptake.
## TITLE OF MASTER'S THESIS
**M.S.** - directed by Prof. J.F. Contrera
A Biochemical Approach for Elucidating Protein Uptake in Mammalian Tissue.

## ADDITIONAL TRAINING

**Woods Hole Marine Biological Laboratory**, Woods Hole, MA, Summer course, laboratory and field research in Invertebrate Zoology (1974).
**National Geographic Society Expedition**, Isla Mujeres, Mexico, Scuba diving study of sharks and their physical environment with Dr. Eugene Clark (1973). Designed, built, and used all the submersible electronics equipment required for the study as part of my graduate course in marine biology.
**Flight Training** (FAA #2169558)

**Scuba Training** (NASDS #8454/SSI #657622, various DAN & PADI certifications).

## RECENT COURSE WORK

MITx Professional Education:
- Cybersecurity: Technology, Application & Policy – 2016
- Internet of Things: Roadmap to a Connected World - 2016
- Data Science: Data to Insights - 2017

RITx Professional Education:
- Cyber 501x: Cybersecurity Fundamentals - 2017
- Cyber 502x: Computer Forensics - 2017
- Cyber 503x: Cybersecurity Risk Management - 2017

## PROFESSIONAL ASSOCIATIONS (past and present)

Aerospace Medical Association
American Association for Advancement of Science
American Management Association
American Society for Cybernetics
American Society of Safety Engineers (Professional Member)
American Society for Quality (ASQ Senior Member)
Association for Computing Machinery (ACM Senior Member)
Association for the Advancement of Medical Instrumentation (AAMI)
Human Factors and Ergonomics Society
International Council on Systems Engineering (INCOSE)
Institute of Electrical and Electronics Engineers (IEEE Senior Member)
Institute of Industrial Engineering (IIE Senior Member)
Institute of Validation Technology
International Society of Pharmaceutical Engineers
Maryland Society of Professional Engineers
National Academy of Forensic Engineers (NAFE Senior Member)
National Society of Professional Engineers (NSPE Licensed Member)
New York Academy of Sciences
Society for Neuroscience
Society for Psychophysiological Research

## ACADEMIC RESEARCH AWARDS

### University of Maryland School of Medicine
Principal Investigator, NIH/NINCDS Research Grant "Focal Microwave Radiation Therapy: Preclinical Evaluation" (10/79-9/82; $332,873) & (4/83-3/85; $218,198). Principal Investigator, Whitaker Foundation Research Grant "Computer- Controlled Multiple-Beam Microwave Thermotherapy" (11/78-10/81) ($106,414).
Principal Investigator, American Cancer Society Research Grant, "Hyperthermal Radiotherapy for Brain Tumors Using Focused Microwaves" (1/1978-12/1980) ($100,000).
Principal Investigator, University of Maryland Hospital Radiology Department
Faculty Research Award (1976-1978) ($5,000).
Co-Investigator, on numerous other grants and contracts (1977 – 1984).

### University of Maryland College Park
Co-Principal Investigator, Huntington's Chorea Foundation Research Grant, (1973-1977; $25,000). I wrote this grant proposal as a graduate student and submitted it with my dissertation advisor to fund my MS/PhD research.

## INDUSTRIAL CONTRACTS (non-confidential or non-classified only)

**Samaras & Associates, Inc.**

*Most of our FDA-related industrial contracts are bound by strict confidentiality agreements and are not listed here.*
Consultant, Ergonomics Training for Vocational Rehabilitation Counselors, IAMAW, 2001
Consultant, University of Maryland School of Nursing, "EnvirRN", 2000
Consultant, University of Maryland School of Medicine, USDOE Task Ordering Contract, 1998 – 2000
Consultant, USDOE/NIOSH Former Worker Medical Surveillance Program Phase I Grant, 1998
Consultant, Consortium for Risk Evaluation with Stakeholder Participation, USDOE funding to the University of Medicine and Dentistry of New Jersey and the University of Washington (6/96 -3/99))
Consultant, MEDCO Foundation Grant (1994 -1996)

**GMS Engineering Corporation**
Principal Investigator, Development of an EEG Artifact Correction Device, US Army Medical R&D Command, DAMD17-89-C-9045, 2/89-11/89
Principal Investigator, Development of an Advanced Life Detector, US Army Medical R&D Command, DAMD17-88-C-8143, 7/88-9/89
Principal Investigator, Development of a Prototype Sympathetic Neural Prosthesis, National Institute of Neurological and Communicative Disorders and Stroke, 9/87-10/89
Principal Investigator, Conceptual Design of a Biocybernetic Link for Workload Leveling via Dynamic Task Partitioning, US Army Medical R&D Command, DAMD17-86-C-6027, 10/85-6/86 (see NASA CP 2504, pgs. 43-55, 1988).
Principal Investigator, Advanced Development of an NBC-Hardened Portable Vital Signs Monitor, US Army Medical R&D Command, DAMD17-86-C-6067, 10/85-10/87.
Principal Investigator, Exploratory Development of Chemically Hardened Vital Signs Monitor, US Army Medical R&D Command, DAMD17-83-C-3064, 2/83- 6/85.
Principal Investigator, Development of a Prototype Computerized Microwave Thermotherapy System, CompuMed Corp., 3/82-6/83.
Co-Investigator, Numerous other biomedical R&D projects awarded to GMS Engineering Corporation, including various SBIRs and commercial product development/testing contracts, 1981 - 1991.

**Cheung, Samaras & Stuchly, Consultants**
Consultants to various commercial organizations on the (non-telecomm) applications of ISM-band radiation, 1978 – 1980

# SELECTED PROFESSIONAL ACTIVITIES

**Peer Review Panel Member,** USAISR Combat Casualty Research Program (6/9-10/2009); DoD/USA: FSECSTS (3/7/2012), FSERC (6/13/2012)
**Proctor,** BCPE and ASQ certification examinations, (2003 - present)
**Publicity Chair,** IEEE Pike's Peak Section (7/97 - 7/01)
**Member,** various software engineering standards development committees for the FDA and IEEE (1994-1996)
**External Reviewer,** Veterans Administration (1981-1985)
**Reviewer,** (for numerous technical journals) (1981-1985)
**Technical Reviewer,** National Institutes of Health (NCI & NINCDS) (1981-1985)
**Guest Editor,** J Microwave Power, Special issue on Microwave and Radiofrequency Hyperthermia in Cancer Therapy, Vol. 16(2), 1981
**Member,** W.H.O. Scientific Review Committee (Radiofrequency and Microwave Bioeffects) (November, 1978)
**External Reviewer,** National Science Foundation (1978-1985)
**Moderator,** Methods of Heating Session, Symposium on Hyperthermia as an Antineoplastic Agent, Norfolk, VA (January, 1978)
**Member,** High Frequency Therapeutic Device National Standards Committee, Association for the Advancement of Medical Instrumentation (1977 – 1985)
**Consultant,** University of Maryland, Department of Psychology, Computer Systems Hardware/Software Interfacing (Summer, 1975)
**Chief Editor,** Forum, a journal of the American Society for Cybernetics (1973-1974)
**Consultant,** U.S. Environmental Protection Agency, Computer (Cybernetic) Systems (1972-1973)

# NON-RESEARCH AWARDS & HONORS

Numerous FDA individual and group recognition awards for FDA regulatory work on ophthalmic laser systems and computer software (1994/1995)
Who's Who in Frontier Science and Technology (biographee, 1984/85).

Full IEEE membership as undergrad after 1971 IEEE/MTT peer-reviewed publication

## PATENTS

**Samaras**, G.M., Falk, S.M., and Blaumanis, O.R., Flash Reflectance Oximeter, U.S. Patent Number: 5,069,214; December 3, 1991
**Samaras**, G.M. and Falk, S.M., Blood Pressure Measurement System for Filtering Low- Frequency, High-Amplitude Noise, U.S. Patent Number:4,858616; August 22, 1989
**Samaras**, G.M., Blaumanis, O.R., and Van Horn, H.Wm., Noise-Immune Blood Pressure Measurement Technique and System, U.S. Patent Number:4,649,928; March 17, 1987.

## BOOK CHAPTERS

**Samaras**, G.M. Human-Centered Systems Engineering: Managing Dissonance in Healthcare Delivery, in Management Engineering for Effective Healthcare Delivery: Principles and Practices, Kolker, A. & Story, P. (Eds). Philadelphia:IGI Global  pg. 148-171. 2011

## PUBLICATIONS I (recent article preprints: http://www.samaras-assoc.com/eLibrary.htm)
*(Peer-Reviewed Journal & Conference Publications; see **next** section for Technical Reports, Invited Presentations, and Peer-Reviewed Workshops)*

Samaras, EA & Samaras, GM.  Commentary: Stakeholder Dissonance Impedes Medical Device Cyber-Risk Reduction. AAMI Biomedical Instrumentation & Technology. 52(4): 296-304, July/August 2018

Samaras, EA & Samaras, **GM**.  Commentary: Confronting systemic challenges in interoperable medical device safety, security & usability. Journal of Biomedical Informatics 63(2016) 226-234.

**Samaras**, GM. What IS my failure rate? ASQ Biomedical Division Biofeedback Newsletter, 44(2), 2016

**Samaras**, GM. Medical Device Life Cycle Risk Management. ASQ Biomedical Division Biofeedback Newsletter, Volume 43 (2), August 2015.

**Samaras**, GM. Use, Misuse, and Abuse of the Device Failure Modes Effects Analysis. MD+DI Online (and later print Magazine August 2013).

**Samaras**, GM. US Medical Device Innovation: Moving from the Bench to Market.  IEEE Healthcare Innovation Conference: Translational Engineering in Health and Medicine.  Houston, TX.  November 7-9, 2012.

**Samaras**, GM.  Exactly What Medical Device Innovation Are You Talking About? MD+DI Online (and later print Magazine October 2012)

**Samaras**, GM. Medical Device Mechatronics Maturity. Medical Electronics Design Online (and later print Magazine January 2013).

Samaras, E. and **Samaras**, G. (February 2012). Stakeholder Dissonance as a Critical Determinant of an E-health Initiative: A Case Study. Online Journal of Nursing Informatics (OJNI), 16 (1), Available at http://ojni.org/issues/?p=1268

**Samaras**, GM.  "A Perspective on Invention, Innovation, and Regulation of Medical Devices".  MDDI Online (and later print Magazine April 2012).

**Samaras**, GM. Reducing latent errors, drift errors, and stakeholder dissonance. WORK: A Journal of Assessment, Prevention, and Rehabilitation, 41(s1):1948-1955 (2012)

**Samaras**, GM. Human-Centered Systems Engineering: A Unified Approach to Product Safety Engineering.  Proc. IEEE PSES 2011 Conference, San Diego, CA. 10/11-13/2011.

Samaras, EA & **Samaras**, GM. Using Human-Centered Systems Engineering to Reduce Nurse Stakeholder Dissonance.  Biomed Instrum & Technol 44(s1):25-32 (2010)

**Samaras**, GM. The Use, Misuse, and Abuse of Design Controls. IEEE Eng Med Biol Magazine 29(3):12-18, 2010

**Samaras**, G.M. Human-Centered Systems Engineering: Building Products, Processes, and Services. Proc. 2010 SHS/ASQ Conference, February 25-27, 2010 on CD-ROM (6 pages)

**Samaras**, G.M. & Samaras, E.A. Feasibility of an e-Health Initiative: Information NWDs of Cancer Survivor Stakeholders, Proc. 17th World Congress on Ergonomics, August 9-14, 2009, Beijing, China, on CD-ROM (10 pages).

**Samaras**, G. M., "Systems Engineering for the Human Factors Engineer: A Workshop", a 4-hour workshop, Proc. 16th World Congress on Ergonomics (IEA 2006), Maastricht, Netherlands, July 13, 2006, on CD-ROM (6 pages).

**Samaras**, G. M., "An Approach to Human Factors Validation", J. Validation Technology, 12(3):190-201, 2006.

**Samaras**, G. M. "Engineering Complex Systems: Validating the Human Factors", Proc. 7th Annual Symposium on Human Interactions with Complex Systems, Greenbelt, MD, November 17-18, 2005, on CD-ROM (8 pages).

**Samaras**, G. M., Horst, R. L., "A systems engineering perspective of the human centered design of health information systems", J. Biomedical Informatics, 38(1):61-74, 2005.

Horst R.L., **Samaras**, G. M., "Validation Engineering in the Ergonomics of Medical Systems: Application Perspectives", Proc. 47th Annual HFES Meeting, pgs 1458 -1462, Denver, CO, October 13-17, 2003.

**Samaras**, G. M., "Validation Engineering in Ergonomics: Theoretical Perspectives", Proc. 47th Annual HFES Meeting, pgs 1453 -1457, Denver, CO, October 13-17, 2003.

**Samaras**, G.M., "Towards a Mathematical Formalism of Performance, Task Difficulty, and Activation" (invited paper), Proc. 1987 NASA Workshop on Mental State Estimation, Williamburg, VA, June 3-4, NASA CP 2504, pgs. 43-55, 1988

Almenas, K., Moore, R., **Samaras**, G.M., and Blaumanis, O.R., "Temperature distribution calculation in tissues with assymetric geometry and temperature dependent sources and blood perfusion rates", J Am Soc Mech Eng, 61:55-64, 1986

Salazar, O.M., **Samaras**, G.M., Eddy, H.A., Amin, P.P., Sewchand, W., Drzymala, R.E., and Bajaj, K.G., "Henschke memorial oration, Neurobrachytherapy: a new frontier", Endocur/Hyperth Oncol, 2:S-3-S-15, 1986.

**Samaras**, G.M., Eddy, H.A., Better, W.E., and Carlyle, J.R., "The use of swine in brain interstitial radiation studies", Lab Animal Science, 36:381-385, 1986

Sewchand, W., Amin, P.O., Drzymala, R.E., Salazar, O.M., Salcman, M., **Samaras**, G.M., and Batero, E., "Removable high-intensity iridium-192 brain implants", J Neurooncology, 2:177-186, 1984

**Samaras**, G.M., "Intercranial microwave hyperthermia", IEEE Trans Biomed Engin, (invited paper) BME-31(1):63-69, 1984.

Salcman, M. and **Samaras**, G.M., "Interstitial microwave hyperthermia for brain tumors: Results of a phase I clinical trial", J Neurooncology, 1:225-236, 1983

Polinsky, J.R., **Samaras**, G.M., and Kopin, I.J., "A sympathetic neural prosthesis for managing orthostatic hypotension", Lancet, April 23, pp. 901-904, 1983

**Samaras**, G.M., Rosenbloom, S., and Cheung, A.Y., "Correction of microwave-induced thermistor sensor errors", Med Phys, 10(3):326-332, 1983.

Harrison, G.H., Robinson, J.E., and **Samaras**, G.M., "Temperature uniformity in hyperthermal tumor therapy", Proc Symp Hyperthermia Antineoplastic Treatment Modality, NASA Publ. 2051, pp. 27-31, 1978

Salcman, M. Kaplan, R.S., **Samaras**, G.M., Ducker, T.B., and Broadwell, R.D., "Aggressive multimodality therapy based on a multicompartmental model of glioblastoma", Surgery, 92:250-253, 1982

**Samaras**, G.M., Salcman, M., Cheung, A.Y., Abdo, H.S., and Schepp, R.S., "Microwave-induced hyperthermia: an experimental adjunct to brain tumor therapy", J Natl Cancer Inst, 61:477-482, 1982

Scott, R.M., Cheung, A.Y., and **Samaras**, G.M., "Clinical local heating – microwaves (invited paper)", 3rd Int Symp Cancer Therapy Hyperthermia, Drugs & Radiation, J Natl Cancer Inst, 61:351-355, 1982

Robinson, J.E., Cheung, A.Y., Harrison, G.H., and **Samaras**, G.M., "The response of mouse mammary tumors to microwave heating at 2.45 GHz", Radio Science, 17(2), 1982

Taylor, L.S., **Samaras**, G.M., Cheung, A.Y., Salcman, M., and Scott, R.M., "Implantable microwave antennas for clinical hyperthermia", Radio Science, 17(2):1255-1335, 1982

**Samaras**, G.M. and Cheung, A.Y., "Microwave hyperthermia in cancer therapy (invited tutorial review)", CRC Crit Rev Bioengineering, 5(2):123-184, 1981

Cheung, A.Y., Golding, W.M., and **Samaras**, G.M., "Direct contact applications for microwave hyperthermia", J Microwave Power, 16(2):151-159, 1981

**Samaras**, G.M., Van Horn, H.W., King, V.F., Slawson, E.L., and Cheung, A.Y., "Clinical hyperthermia systems engineering", J Microwave Power, 16(2):161-169, 1981

Salcman, M. and **Samaras**, G.M., "Hyperthermia for brain tumors: biophysical rationale", Neurosurgery, 9(3):327-335, 1981

Stuchly, M.A., Athey, T.W., Stuchly, S.S., **Samaras**, G.M., and Taylor, G.E., "Dielectric properties of animal tissues *in vivo* at frequencies 10MHz - 1GHz", Bioelectromagnetics J, 2(2):93-103, 1981

Stuchly, M.A., Athey, T.W., **Samaras**, G.M., and Taylor, G.E., "Measurement of radio frequency permittivity of biological tissues with an open-ended coaxial line: part II. Experimental results", IEEE Trans Microwave Theory & Techniques, 30(1):87-92, 1981

Salcman, M., **Samaras**, G.M., and Kaplan, R., "Experimental adjuncts in the combined modality treatment of glioblastoma multiforme", Proc 1st Sandie Altman Conf, pp. 73-76, Univ of Penna Med School, Philadelphia, PA, 1980

Salcman, M., **Samaras**, G.M., Mena, H., Monteiro, P., and Garcia, J., "Whole body hyperthermia: potential hazards in its application to glioblastoma", in Multidisciplinary Aspects of Brain Tumor Therapy, P. Paoletti, M.D. Walker, G. Butti, and R. Knerich (eds.), pp. 351-356, Elsevier/North-Holland Biomedical Press, 1979

**Samaras**, G.M., Robinson, J.E., Cheung, A.Y., and Weinmann, S.F., "Focussed microwave radiation therapy for deep tumors", Proc Symp Hyperthermia Antineoplastic Treatment Modality, NASA Publ. 2051, pp. 67-68, 1978

Robinson, J.E., Harrison, G.H., McCready, W.A., and **Samaras**, G.M., "Good thermal dosimetry is essential to good hyperthermal research", Br J Radiol, 51:532-534, 1978.

Salcman, M. and **Samaras**, G.M., "Neurosurgery and clinical engineering (invited paper)", J Clin Engineering, 3(3):251-256, 1978

Robinson, J.E., Cheung, A.Y., **Samaras**, G.M., and McCulloch, D., "Techniques for uniform and replicable microwave hyperthermia of a model mouse carcinoma (invited paper)", IEEE Trans Microwave Theory & Techniques, 26(8):546-549, 1978

Cheung, A.Y., Robinson, J.E., McCulloch, D., and **Samaras**, G.M., "Simultaneous free field irradiation of multiple tumors for microwave hyperthermia (Proc. 2nd Int. Symp.)", in Cancer Therapy by Hyperthermia and Radiation, C. Streffer (ed.), pp. 128-130, Urban and Schwarzenberg, Baltimore-Munich, 1978

**Samaras**, G.M., Robinson, J.E., Cheung, A.Y., Prempree, T., and Slawson, R.G., "Production of controlled hyperthermial fields for cancer therapy (Proc. 2nd Int. Symp.)", in Cancer Therapy by Hyperthermia and Radiation, C. Streffer (ed.), pp. 131-133, Urban and Schwarzenberg, Baltimore-Munich, 1978

**Samaras**, G.M. and Contrera, J.F., "Choline: high affinity uptake *in vivo* by rat hippocampus", J Neurochem., 28:1373-1376, 1977

**Samaras**, G.M., "Scientific research and social responsibility: self regulation or external controls", Amer Soc Cyber Forum, 6(2):1-2, 1974

**Samaras**, G.M., Anderson, G.E., and Rolofson, J.R., "An automated biological stress research facility", Proc 1972 IEEE-ASC Inter Conf Cyber & Soc, 1972

**Samaras**, G.M., Muroff, L.R., and Anderson, G.E., "Prolongation of life during high intensity microwave exposures", IEEE Trans Microwave Theory & Techniques, 19(2):245-247, 1971.

**Samaras**, G.M., Anderson, G.E., and Rolofson, J.R., "A controlled environmental facility", Radiation Bioeffects, BRH/DBE 70(7):72-74, 1970

**Samaras**, G.M., Muroff, L.R., and Anderson, G.E., "Prolongation of life in a microwave field by means of an environmental chamber", Radiation Bioeffects, BRH/DBE 70(1):59-61, 1969

**PUBLICATIONS II** (Technical Reports, Invited Presentations, and Peer-Reviewed Workshops)

**Samaras, GM** Participant and invited moderator, FDA Public Workshop - Cybersecurity of Medical Devices: A Regulatory Science Gap Analysis, May 18-19, 2017

**Samaras, GM** and Samaras EA, Risk Management Workshop for HF/E Practitioners, HFES 2016, Washington, DC. September 18, 2016.

Horst, RH, Caplan, SH, Karn, KS, Mauro, CL, & **Samaras, GM.** Challenges in Supporting the Design of Products for Health Care: The Human Factors Consultant's Perspective. Human Factors and Ergonomics Society International Annual Conference (HFES 2015). Los Angeles. October 26-30, 2015

**Samaras**, GM. Premarket vs. Postmarket: Applying Risk Management to Your Device's Entire Lifecycle QMED MedTechPulse, May 20, 2015.

**Samaras**, GM. US Medical Device Innovation: Moving from the Bench to Market presented at IEEE Healthcare Innovation Conference: Translational Engineering in Health & Medicine, Houston, TX  November 7-9, 2012

**Samaras**, GM.  Human-Centered Systems Engineering - Human Factors from Lust to Dust. Workshop at IEEE EMBS 2012 34th Annual International Conference of the IEEE Engineering in Medicine and Biology Society.  San Diego, CA. August 28, 2012.

**Samaras**, GM.  Human-Centered Systems Engineering - Human Factors Engineering and Reliability. Workshop at 2012 IEEE International Conference on Prognostics and Health Management (IEEE PHM 2012). Denver, CO  June 18, 2012

**Samaras**, GM.  Letter to the Editor: Risky Tool?  ASQ Quality Progress. June 2012. pg. 7

**Samaras**, GM.  Human-Centered Systems Engineering: Managing Complex Systems. Workshop at IEEE SysCon 2012 International Systems Conference, Vancouver BC, March 19, 2012.

**Samaras**, GM.  Human-Centered Systems Engineering: Human Factors Engineering from Lust to Dust. Workshop at IEA 2012 World Congress on Ergonomics, Recife, Brazil.  February 15, 2012.

**Samaras**, GM. "Reducing Latent Errors, Drift Errors, and Stakeholder Dissonance: Discriminating NWDs, Requirements, and Specifications" Presentation at IEA 2012 World Congress on Ergonomics, Recife, Brazil. February 12-16, 2012.

**Samaras**, GM.  Letter to the Editor: Software Engineering Is Engineering. Communications of the ACM, 55(1): 6 (2012)

**Samaras**, GM. Human-Centered Systems Engineering: A Unified Approach to Product Safety Engineering. Workshop at IEEE PSES 2011 Conference, San Diego, CA. October 13, 2011.

**Samaras**, GM. Presenter & panelist, FDA Workshop on Medical Device Interoperability. FDA White Oak Campus, Silver Spring, MD.  January 25-27, 2010

**Samaras**, GM.  Letter to the Editor: Mathematical Knowledge and Practice.  IEEE Computer. 42(12):7 (2009)

**Samaras**, GM. Integrative Approach to Medical Device Safety: Human-Centered Systems Engineering. Presented at 2009 IEEE PSES Symposium on Product Compliance Engineering, Toronto, Ontario, Canada.  October 26-28, 2009.

**Samaras**, GM. Letter to the Editor: Verification and Validation.  IEEE EMBM.  28(4):6 (2009)

**Samaras**, GM. "Human-Centered Systems Engineering", formerly "Systems Engineering for the Human Factors Engineer (see below)", an all day workshop presented at the 17th World Congress on Ergonomics, August 9-14, 2009, Beijing, China and HFES 2009, San Antonio, Texas, October 19-23, 2009.

**Samaras**, EA & GM.  "Information Needs, Wants, & Desires of Cancer Survivors", Annual Colorado Cancer Summit, Grand Junction, CO.  October 6, 2008

**Samaras**, EA & GM.  "Colorado Comprehensive Cancer Program - Creating a Comprehensive, Statewide Cancer Resource Directory: A Feasibility Study".  Final report.  Order # PPG07000175. June 30, 2007

**Samaras**, G.M., "Human-Centered Systems Engineering", Workshop at IASTED Telehealth 2007, Montreal, Quebec, Canada. May 31, 2007

**Samaras**, G. M., Horst, R. L., "Systems Engineering for the Human Factors Engineer", a 4-hour workshop, presented at the 49th Annual Meeting of the Human Factors and Ergonomics Society (HFES 2005), Orlando, Florida, September 26, 2005.  A full day version presented at the 50th Annual Meeting (HFES2006), San Francisco, CA, October 16, 2006 and at the 51st Annual Meeting (HFES2007), Baltimore, MD. October 1, 2007.

**Samaras**, G. M., Horst, R. L., "A systems engineering perspective of the human-centered design of health information systems", presented at the 8th International Symposium on Human Factors in Organizational Design and Management (ODAM 2005), Maui, HI, June 22-25, 2005.

Horst, R. L. and **Samaras**, G. M., "Validation Engineering in Ergonomics, Part II: Applications", presented at the 2003 IIE Applied Ergonomics Conference, Dallas, TX, March 10-13, 2003

**Samaras**, G. M., "Validation Engineering in Ergonomics, Part I: Theory", presented at the 2003 IIE Applied Ergonomics Conference, Dallas, TX, March 10-13, 2003

**Samaras**, G. M., "Re-certification Refuted", The Professional Ergonomist: The Newsletter of the BCPE, 8(2):4-5, 2000

Averill Samaras, E. and **Samaras**, G.M., "HAZTRAX™, An Internet-based Worker-Maintained Workplace Hazards Countermeasures Program"(invited), 1st Annual University of Washington Conference on the Ecological, Community, and Occupational Health Issues at Hanford, Richland, WA, December 3 & 4, 1997.

Averill Samaras, E. and **Samaras**, G.M., "Remediation: Worker-based Health and Hazard Surveillance", CRESP - OH Task Group,UMDNJ/U.Wash. Pack Forest, Washington, June 24- 27, 1997.

Falk, S.F. and **Samaras**, G.M., "Removal of EOG from EEG via direct interrogation", NINCDS Grant Tech. Report #86-NS-23673, GMS Eng. Corp., Columbia, Md., 126 pp., 1987.

**Samaras**, G.M. and Horst, R.L., "Conceptual design of a biocybernetic link for workload leveling via dynamic task partitioning", USAMRDC Contract Tech. Report #86-C-6027, GMS Eng. Corp., Columbia, Md., 215 pp., 1986. NASA Presentation

**Samaras**, G.M., Blaumanis, O.R., Falk, S.M., and Konodi, M.A., "Statometric blood pressure measurement", Proc 39th ACEMB, p.375, 1986.

Salazar, O.M., **Samaras**, G.M., Eddy, H.A., Amin, P.P., Sewchand, W., Drzymala, R., and Bajaj, K., "Models and methodology to assess normal brain damage after interstitial hyperthermia and interstitial radiation and their combination", presented at the ASTRO meeting, Miami, FL, Sept. 29 -Oct. 4, 1985.

Eddy, H.A., **Samaras**, G.M., Salazar, O.M., "Temporal histopathologic changes in canine brain following interstitial radiation and hyperthermia", presented at the ASTRO meeting, Miami, FL, Sept. 29 - Oct. 4, 1985.

**Samaras** G.M., Salcman, M., and Cheung, A.Y., "Interstitial microwave hyperthermia in mammalian brain: engineering, biophysics, physiology and clinical application", 1981 Microwave Power Symposium Session on Medical and Biological Applications, June 9-12, 1981, Toronto, Ontario, Canada.

Salcman, M., **Samaras**, G.M., and Abdo, H.S., "A miniature microwave antenna for thermotherapy of glioblastoma: first clinical trials", 50th Anniversary Meeting of the American Association of Neurological Surgeons, April 1981, Boston MA.

Cheung, A.Y., **Samaras**, G.M., and Taylor, L.S., "Devices for localized microwave hyperthermia", ASME 1979 Adv Bioengin, pp. 143-144, 1979.

**Samaras**, G.M., Blaumanis, O.R., and Harrison, G.H., "*In vivo* temperature/heat flow sensing in microwave fields", XIV Symp Intl Appl Energet Micro, pp. 192-193, 1979.

**Samaras** G.M. and Cheung, A.Y., "Computer controlled multiple beam microwave thermotherapy", XIV Symp Intl Appl Energet Micro, pp. 250-251, 1979.

Cheung, A.Y., McCulloch, D., Robinson, J.E., and **Samaras**, G.M., "An encapsulation technique for uniform and replicable microwave heating of mass tumors", IEEE Intl Microwave Symp Dig, 357-359, 1977.

Robinson, J.E., McCulloch, D., Cheung, A.Y., and **Samaras**, G.M., "Microwave bolusing: a technique for improving heating uniformity for microwave hyperthermia", J Med Phys, (Abstract) 4(4):336, 1977.