# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| PAUL VESOULIS | CIVIL ACTION NO. 19-CV-01795-MLCF-DMD |
| | JUDGE MARTIN L.C. FELDMAN |
| VERSUS | MAGISTRATE JUDGE DANA M. DOUGLAS |
| RESHAPE LIFESCIENCES, f/k/a ENTEROMEDICS INCORPORATED | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## UNOPPOSED MOTION TO EXTEND PRETRIAL DEADLINES AND INCORPORATED MEMORANDUM IN SUPPORT

NOW INTO COURT, through undersigned counsel, come Defendants, Dr. Thomas Lavin ("Dr. Lavin") and Louisiana Surgical Specialists ("LSS") who, respectfully submits as follows:

1.

Dr. Lavin and LSS were added to the instant litigation through plaintiff's Second Amended Complaint [Doc. 40] filed on or about June 9, 2020. On or about June 18, 2020, Dr. Lavin and LSS made their first appearance in this matter in their Answer to plaintiff's Second Amended Complaint [Doc. 44].

2.

On February 5, 2020, four months prior to Dr. Lavin and LSS being added to the instant litigation, the court issued a Scheduling Order [Doc. 33] outlining several pretrial trial deadlines. Of note, this Scheduling Order outlined that all Defendant expert reports be delivered to counsel for Plaintiff no later than July 28, 2020. Also, it outlined that all parties must file and serve upon their opponents a list of witnesses who may or will be called to testify at trial, and a list of exhibits which may or will be used at trial, no later than July 28, 2020.

**3175296 v1**

3.

According to the Scheduling Order these deadlines could be extended with an order to do so issued on motion for good cause shown.

4.

Dr. Lavin and LSS now seek a two-week extension of the July 28, 2020 deadlines for delivery of defendant expert reports and the filing and serving of witness and exhibit lists. Dr. Lavin and LSS submit that good cause exists for such an extension. First, Dr. Lavin and LSS were only added to this litigation six weeks ago. Since that time, they have participated in extensive written discovery and have worked to clear calendars to allow for the scheduling of numerous depositions. However, there has simply not been enough time to retain an expert, allow him/her to review all the necessary documents – many only recently received – and to obtain a written report in this matter. Second, in addition to the time constraints resulting in being added to this litigation only weeks prior, Dr. Lavin and LSS have encountered additional difficulties and delays in coordinating efforts with health care providers as a result of COVID-19 pandemic related issues.

5.

In an effort not to disrupt the October 19, 2020 trial date and still allow Dr. Lavin and LSS sufficient time to obtain an expert report and to provide witness and exhibit lists, Dr. Lavin and LSS now seek to extend the deadlines by two weeks or until August 11, 2020.

6.

*All counsel in this matter have been contacted regarding the requested extension of time and there are no objections to same.*

**3175296 v1**

7.

Despite the diligence of all counsel involved, much discovery remains incomplete. As such and in the spirit of cooperation, Dr. Lavin and LSS have also agreed to extend the discovery deadline in this matter, currently set for September 1, 2020, by two weeks or until September 15, 2020.

**WHEREFORE**, Dr. Thomas Lavin and Louisiana Surgical Specialists ("LSS") pray that this Unopposed Motion to Extend Deadlines be granted and that the deadlines for delivering the defendants' expert report(s), filing and serving witness and exhibit lists, and completion of discovery all be extended by two weeks.

Respectfully submitted,

**BLUE WILLIAMS, L.L.P.**

*/s/ Kelly M. Brian*
**ALDRIC C. POIRIER, JR. (21824)**
*apoirier@bluewilliams.com*
**ELIZABETH S. SCONZERT (30049)**
*esconzert@bluewilliams.com*
**KELLY M. BRIAN (31064)**
*kbrian@bluewilliams.com*
1060 West Causeway Approach
Mandeville, Louisiana 70471
Telephone:  (985) 626-0058
Facsimile:  (504) 846-9746
*Attorneys for Dr. Thomas Lavin and Louisiana Surgical Specialists*

### CERTIFICATE OF SERVICE

I hereby certified that a copy of the above and foregoing pleading has been served upon all counsel of record by using the CM/ECF filing system, this 27th day of July 2020.

*/s/ Kelly M. Brian*
Kelly M. Brian

3175296 v1