UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| PAUL VESOULIS | CIVIL ACTION NO. 19-CV-01795-MLCF-DMD |
| | JUDGE MARTIN L.C. FELDMAN |
| VERSUS | |
| | MAGISTRATE JUDGE DANA M. DOUGLAS |
| RESHAPE LIFESCIENCES, f/k/a ENTEROMEDICS INCORPORATED | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**ORDER**

CONSIDERING the Defendants', Dr. Thomas Lavin and Louisiana Surgical Specialists', Unopposed Motion to Extend Pretrial Deadlines:

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED**, that the Unopposed Motion to Extend Pretrial Deadlines is **GRANTED**;

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that the Scheduling Order is hereby amended as follows:

| ITEM | NEW DEADLINE |
|---|---|
| Deadline for defendants to deliver to plaintiff's counsel all written expert reports. | August 11, 2020 |
| Deadline for parties to file in the record and serve upon their opponents a list of all witnesses and a list of all exhibits. | August 11, 2020 |
| Deadline to complete all discovery. | September 15, 2020 |

All other deadlines and scheduled events stated in the Court's February 5, 2020 Scheduling Order [Doc. 33] not specifically referenced herein shall remain in full force and effect.

New Orleans, Louisiana, this __28th__ day of _____July_____, 2020.

_____
The Honorable Martin L.C. Feldman
United States District Court
Eastern District of Louisiana

3175445 v1