## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| PAUL VESOULIS | CIVIL ACTION NO. 19-CV-01795-MLCF-DMD |
| | JUDGE MARTIN L.C. FELDMAN |
| VERSUS | |
| RESHAPE LIFESCIENCES, f/k/a ENTEROMEDICS INCORPORATED, ET AL | MAGISTRATE JUDGE DANA M. DOUGLAS |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## **PLAINTIFF'S MOTION TO COMPEL**

**NOW INTO COURT**, through undersigned counsel, comes plaintiff, PAUL VESOULIS who hereby moves that defendant, ReShape Lifesciences, f/k/a Enteromedics Incorporated be compelled to designate and produce corporate witnesses to testify pursuant to Federal Rule of Civil Procedure 30(b)(6) and 30(b)(2) pursuant to the Notice of Deposition attached hereto as Ex. "A" (which was provided to opposing counsel as early as March 2020)  and produce for deposition testimony May Lou Mooney and Diane Begovich, and provide their last known address and phone numbers as previously requested such that they might be subpoenaed.

Plaintiff, Paul Vesoulis also requests that Dr. Thomas Lavin and Surgical Specialists of Louisiana, LLC be compelled to provide the addresses of Jennifer Perilloux and Laura Boyer, no longer employed, and Ramsey Schmitz Hare is still employed such that they too might be subpoenaed.

Additionally, plaintiff requests that all defendants, Reshape Lifesciences, f/k/a Enteromedics Inc., Dr. Thomas Lavin and Surgical Specialists of Louisiana, LLC be compelled to disclose their insurers and produce the pertinent policies of insurance such that these insurers might be made parties to this action. This information should have been provided in FRCP Rule 26 disclosures, but was not.

Pursuant to FRCP Rule 37 counsel have conferred and have not been able to amicably resolve these issues.

Respectfully submitted,

/s/*Franklin G. Shaw*
LEGER & SHAW
Franklin G. Shaw, Bar No. 01594
Walter J. Leger, Jr., Bar No. 88278
512 E. Boston St.
Covington, LA 70433
Telephone: 985-809-6625
Facsimile: 985-809-6626

CERTIFICATE OF SERVICE

I hereby certified that a copy of the above and foregoing pleading has been served upon all counsel of record by using the CM/ECF filing system, this 17th day of August 2020.

*/s/Franklin G. Shaw*
Franklin G. Shaw

2