## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

PAUL VESOULIS            CIVIL ACTION NO. 19-CV-01795-MLCF-DMD

VERSUS            JUDGE MARTIN L.C. FELDMAN

RESHAPE LIFESCIENCES, f/k/a      MAGISTRATE JUDGE DANA M. DOUGLAS
ENTEROMEDICS INCORPORATED

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### NOTICE OF VIDEO DEPOSITION PURSUANT TO RULE 30(b)(6) & 30(b)(5) OF RESHAPE LIFESCIENCES, f/k/a ENTEROMEDICS

NOW INTO COURT, through undersigned counsel, comes PAUL VEOUSLIS who will take the corporate video deposition pursuant to Fed. R. Civ. P. 30(b)(6) and 30(b)(2) including introduction into evidence at trial of DEBORAH SCHMALZ of RESHAPE LIFESCIENCES, f/k/a ENTEROMEDICS INCORPORATED on the 31st day of March at 10:00 a.m., (CST) before a court reporter who is a disinterested party and is authorized to administer the oath at Gieger, LaBorde & Laperouse, L.L.C., One Shell Square, 701 Poydras Street, Suite 4800, New Orleans, LA 70139, telephone (504) 654-1322. You are invited to appear and take part as you may deem appropriate Pursuant to Fed. R. Civ. P. Rule 30(b)(6) please designate a witness or witnesses with knowledge to testify as to the following matters:

1. The identity of all persons who communicated in any fashion with Dr. Thomas Lavin, his office or staff post-PMA regarding the device placed in plaintiff, or the ReShape Integrated Dual Balloon in general and the contents of all such communications.

2. All post-PMA incidences of any patients suffering adverse consequences during the use of a ReShape Integrated Dual Balloon.


EXHIBIT A

3. All post-PMA testing or evaluation conducted regarding the ReShape Integrated Dual Balloon.

4. All post-PMA communications, MDR's, Medwatch reports, other reports or any other communications with the federal Food and Drug Administration ("FDA") relating to the ReShape Integrated Dual Balloon.

5. The case name, court, and case number all lawsuits filed asserting post-PMA occurrences that relate to the ReShape Integrated Dual Balloon.

6. Any injury or death involving The ReShape Integrated Dual Balloon inserted post PMA.

7. The reporting and the decision regarding the ReShape integrated Dual Balloon to report or not report all post-PMA incidents to the FDA.

8. All facts and communications regarding the death from esophageal perforation with the ReShape Integrated Dual Balloon System referenced in Lavin Ex. 12.

9. All facts and communications to or from Dr. Thomas Lavin or any other principal investigators regarding the death from esophageal perforation with the ReShape Integrated Dual Balloon System referenced in Lavin Ex. 12.

Further, pursuant to Fed. R. Civ. P. Rule 30(b)(2) and Rule 34 please produce the following:

1. All documents or electronically stored correspondence, emails, tests, reports or data post-PMA relating to ReShape Integrated Dual Balloon.

2. All documents or electronically stored correspondence, emails, tests, reports or data that relate to post-PMA incidences with the ReShape Integrated Dual Balloon.

3. All documents or electronically stored correspondence, emails, tests, reports or

data, MEDWATCH, FDA eMDR Generated Form 3500A, MAUDE reports, complaints, complaint forms, or complaint summaries, emails, correspondence, news, internet or any other reports that relate to the ReShape Integrated Dual Balloon post-PMA approval through present.

4. All documents or electronically stored correspondence, emails, tests, reports or data, or any other documents between the defendant or its' predecessor and the United States government or any agency thereof, including without limitation, the federal Food and Drug Administration that relate to the ReShape Integrated Dual Balloon system post-PMA through present.

5. All documents or electronically stored correspondence, emails, tests, reports or data or any other documents that relate to the ReShape Integrated Dual Balloon including but not limited to any communications to or from doctors and/or patients post PMA.

6. All documents or electronically stored correspondence, emails, tests, reports or data or any other documents that relate to the sale and/or distribution of the ReShape Integrated Dual Balloon post-PMA to the present.

7. All documents or electronically stored data that relate to any complaints made about the ReShape Integrated Dual Balloon post PMA. This request specifically includes the Complaint File post-PMA of the defendant.

8. All documents or electronically stored correspondence, emails, tests, reports or data that relate to the incident at issue in this case.

9. All documents and correspondence to or from Dr. Lavin or Surgical Specialist of Louisiana.

10. All documents or electronically stored correspondence, emails, tests, reports,

medical records, statements, other documents regarding the death and esophageal perforation with the ReShape Integrated Dual Balloon System referenced in Lavin Ex. 12 dated August 10, 2017.

Respectfully submitted,

Franklin G. Shaw, La. Bar No. 015
Walter J. Leger, Jr., La. Bar No. 08278
Walter J. Leger, III, La. Bar No. 28656
Brigid E. Collins, Bar No. 28538
LEGER & SHAW
512 East Boston Street
Covington, Louisiana 70433
Telephone: (985)809-6625
Facsimile:   (985)809-6626

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing pleading has been served upon all counsel of record by electronic mail, facsimile transmission or by placing same in the U.S. Mail postage prepaid and properly addressed this __11__ day of March 2020.

FRANKLIN G. SHAW