UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

PAUL VESOULIS                           CIVIL ACTION NO. 19-CV-01795-MLCF-DMD

                                        JUDGE MARTIN L.C. FELDMAN
VERSUS

RESHAPE LIFESCIENCES,
f/k/a ENTEROMEDICS                      MAGISTRATE JUDGE DANA M. DOUGLAS
INCORPORATED, ET AL

*****************************************************************************

### PLAINTIFF'S MEMORANDUM IN SUPPORT OF MOTION TO COMPEL

MAY IT PLEASE THE COURT:

This matter is now before this Honorable Court on a Motion to Compel.

### BACKGROUND

Plaintiff, Paul Vesoulis, (herein after "Vesoulis") has brought this action against Reshape Lifesciences f/k/a Enteromedics Inc. as a result of an esophageal perforation he sustained on January 11, 2018 when Dr. Thomas Lavin removed from his stomach Reshape Dual Intra-Gastric Balloons manufactured and sold by Reshape. Vesoulis underwent the placement of these balloons for his obesity on July 27, 2017. This was an elective procedure.

Plaintiff asserts that Reshape is liable based upon defendant's failure to comply with the Pre-Market Approval Order (PMA) and applicable FDA regulations, and thereby, is also liable under the Louisiana Products Liability Act's parallel provisions regarding failure to warn, La. R.S. 9:2800.57(A) and breach of the defendant's post-sale duty to warn, La. R.S. 9:2800(C), which

claims are not preempted by the preemption provisions of 21 U.S.C. §360k of the Medical Device Amendments.  See, e.g. *Hughes v. Boston Scientific Corp.,* 631 F.3d 762 (5th Cir. 2011), *Busch v. Thoratec Corp.,* 2012 WL 2513669 (E.D. La. 6/28/2012).

Plaintiff, Paul Vesoulis, also convened a state medical malpractice review panel as to Dr. Thomas Lavin and Surgical Specialists of Louisiana, LLC.  Those parties were later made additional defendants upon completion of the panel proceedings by an Amended Complaint (Doc 40).  Plaintiff is a citizen of the State of Ohio such that there is complete diversity of citizenship under 28 U.S.C. §1332.

## POST PMA EVENTS

The Reshape balloons received FDA Pre-Market Approval (PMA) on July 28, 2015 subject to the specific requirement of the FDA that Post Approval Studies (PAS) be conducted to ensure their safety and effectiveness.  Dr. Thomas Lavin and Surgical Specialists of Louisiana, LLC were designated by Reshape as a Principal Investigator in the FDA required PAS.

On March 29, 2016 a patient with Reshape Balloon was diagnosed with an esophageal perforation and died.  Ex. "A".  On February 9, 2017 the FDA issued a "Dear Doctor Letter" warning of spontaneous hyperinflation of balloons after placement in patients and acute pancreatitis.  Ex. "B".  On May 10, 2017 another patient receiving Reshape balloons aspirated and died.  Ex. "C".

On May 18, 2017 Reshape emailed to Dr. Lavin revised Instructions for Use which specifically provided at p. 5 that "It is important to discuss all possible complications and adverse

2

<u>events</u> with the patient." Further, the Instructions for Use set forth a separate listing of risks associated with the Reshape balloons that are greater than the risks associated with an endoscopic procedure. For instance, the risks of esophageal perforation associated with the Reshape balloons are four (4) times higher than the same risk associated with an endoscopy. Ex. "D", p. 5, 7, 9. When plaintiff had the balloons removed on January 11, 2018, the Consent Form set forth the risks associated with an endoscopy. Ex. "E".

Plaintiff's balloons were placed on July 27, 2017. The Consent Form used was last revised on 8.24.16. The risk of death is noted first, "Death (very rare)". Ex. F". Plaintiff was not advised of the two prior deaths known to Reshape, one involving esophageal perforation. Had plaintiff been advised of these deaths involving this purely elective procedure he would have withheld his consent and declined the balloon placement on July 27, 2017. See, Affidavit of Paul Vesoulis, Ex. "G".

On August 10, 2017 the FDA issued another "Dear Doctor Letter." Ex. "H". In it the FDA warned of five patient deaths. Of note is that there was one death reported with "esophageal perforation with the Reshape Integrated Dual Balloon System."

Also on August 10, 2017 Ms. Mary Lou Mooney, Reshape Vice President, Regulatory, Clinical & Quality wrote to Reshape Health Care Providers. Ex. "I". The letter contains this sentence: "Reshape has received one additional report of death from sepsis secondary to esophageal perforation …" This death had occurred in March of 2016. The letter says nothing about the May 2017 death.

3

On August 14, 2017 a patient of Dr. Lavin with Reshape balloons sustained a gastric perforation and had emergency surgery. Ex. "J". Plaintiff was <u>never</u> advised of this event.

On August 15, 2017 Diane Begovich for Reshape communicated by email with Dr. Lavin's PAS coordinator, Jennifer Perilloux. Ex. "K". Ms. Begovich makes it plain that prior patient deaths were not communicated, whether study or non-study. Ms. Perilloux makes it equally plain that these prior adverse events of death should have been communicated.

## **CONSLUSION**

Plaintiff seeks to take the FRCP Rule 30(b)(6) deposition of Reshape, which has been requested since March 2020. The Court should Order that this deposition take place within seven (7) business days. Plaintiff also requests that the Court order that plaintiff be immediately (within 24 hours) provided the addresses of Mary Lou Mooney, Diane Begovich, Jennifer Perilloux, Laura Boyer and Ramsey Schmitz Hare such that they might be subpoenaed for depositions. Lastly, plaintiff is entitled to add the defendants' insurers as parties. This information and those policies should have been provided in the initial FRCP Rule 26 disclosures. The Court should order that this information be immediately (within 24 hours) provided.

> Respectfully submitted,
> /s/*Franklin G. Shaw*
> LEGER & SHAW
> Franklin G. Shaw, Bar No. 01594
> Walter J. Leger, Jr., Bar No. 88278
> 512 E. Boston St.
> Covington, LA 70433
> Telephone: 985-809-6625
> Facsimile: 985-809-6626

4

CERTIFICATE OF SERVICE

I hereby certified that a copy of the above and foregoing pleading has been served upon all counsel of record by using the CM/ECF filing system, this 17th day of August 2020.

*/s/Franklin G. Shaw*
Franklin G. Shaw
