**Consent for Endoscopic Removal of Intragastric Balloon**

SSL - endo
Facility

Patient ___Paul Vesoulis___  Date ___1-11-18___

Introduction: Your Surgeon ___DR. Lavin___ has scheduled you for an examination of the esophagus, stomach and duodenum using a flexible tube or endoscope with removal of an intragastric balloon. We are asking that you read and sign this form to insure your understanding of the procedure and the risks involved, and to document your consent to undergo the procedure and accept the risks.

Procedure: You will be given sedation through an intravenous injection prior to the examination. Following this, the flexible instrument will be placed through your mouth and inside the esophagus, stomach, and duodenum so your doctor may examine these areas. Special instruments will be used to deflate and remove the intragastric balloon. Biopsies may be taken during this procedure.

Risks: In general, Endoscopy is safe, but there are some risks associated with the procedure and the sedation. Complications or a poor outcome do not differ whether the procedure is performed in an ambulatory surgical facility or a hospital environment. Serious complications include a risk of bleeding or perforation of the esophagus, stomach or duodenum occurring in less than 1 of 10,000 cases. In addition, there is a small risk of an allergic reaction to the sedative you receive, and a small risk that the sedative could compromise the function of the heart or your breathing. Monitoring of your heart, blood pressure, and breathing during the procedure help minimize these risks.

Specific risks associated to removal of the intragastric balloon are the same risks discussed upon insertion of the device and include: damage to the teeth, gums or other structures and tissues of the lips, mouth and throat, aspiration of food or fluids within the stomach being aspirated into the lungs requiring a breathing tube, trauma to the soft tissues of the mouth, esophagus, or stomach, sore throat, loss of appetite, nausea, chest or abdominal pain or discomfort, disturbance of gastrointestinal function including vomiting, diarrhea, constipation, change in bowel (bathroom) habits, abdominal distension (stomach bloating), bloating, hiccups, belching (burping), heartburn, damage to the oropharynx (mouth-throat area), larynx (voice box), upper gastrointestinal tract or intra-abdominal organs including perforation (tearing), peritonitis (inflammation of tissues in the abdominal cavity), ulceration (sores), inflammation, laceration (cuts), erosion, fistula (abnormal connection between two parts of the body), abscess (collection of pus), bleeding, hemorrhage, hematoma, dilation (enlargement) or nerve damage, gastroesophageal reflux (burping up of stomach fluids into the esophagus) or esophagitis (infection of esophagus), partial or complete obstruction (blockage) of the gastrointestinal tract by the device.

1/27/16                                                        Page 1 of 2


EXHIBIT E

In general, the overall risk of a complication is quite small, but if a serious problem arises it may necessitate blood transfusions or emergency surgery, and in very rare instances may result in death. In the event of a complication you would be transported to a hospital for treatment.

Alternatives: There are currently no alternatives to removal of the intragastric balloon.

Agreement: I understand the information on this form and have had the opportunity to discuss any other questions I may have with the staff of Surgical Specialists of Louisiana and Mississippi, LLC. I consent to the taking of photographs in conjunction with the procedure if my surgeon feels they are necessary. I agree to have the procedure performed and accept the risk involved. I consent to the taking of photographs in conjunction with the procedure, and their future use as per my physician.

_____ Date: 1/11/18
Physician Signature

X _____ Date: 1/11/18
Patient Signature

_____ Date: 1/11/18
Witness