STATE OF LOUISIANA

## DIVISION OF ADMINISTRATION

**PAUL VESOULIS**

**VERSUS**                                             **PCF NO.: 2019-00044**

**THOMAS LAVIN AND THE SURGICAL
SPECIALISTS OF LOUISIANA**

---

### AFFIDAVIT OF PAUL VESOULIS

---

**STATE OF OHIO**

**COUNTY OF** Lucas

      **BEFORE ME**, the undersigned authority, personally came and appeared, **PAUL**

**VESOULIS**, who after being duly sworn did depose and state:

(1)    Subsequent to the January 11, 2018 laparoscopy Dr. Lavin stated that he did not discover the esophageal tear because he did not "look high enough."

(2)    Dr. Lavin never advised Paul Vesoulis of the gastric rupture which occurred on August 14, 2017.

(3)    Dr. Lavin never advised Paul Vesoulis of the deaths, or death by esophageal tear, as reported by the FDA.

(4)    Had Paul Vesoulis been advised of these deaths he would not have proceeded with this elective procedure.

(5)    The above and foregoing is true and correct to the best of my knowledge, information and belief. April____, 2020.

_____
**PAUL VESOULIS**

**SWORN TO AND SUBSCRIBED
BEFORE ME, NOTARY PUBLIC
THIS 5 DAY OF APRIL 2020.**

_____



NICOLE L. TUCK
Notary Public, State of Ohio
My Commission Expires
Oct. 23, 2021
Recorded in Lucas County



EXHIBIT
G