```
..... ........ ..... 1.214.723.7588 Mon Aug 21 15:23:42 2017 CDT Page 10 of 11
```

FAIRWAY MEDICAL CENTER
67252 INDUSTRY LANE
COVINGTON, LOUISIANA 70433

OPERATIVE REPORT

Lavin
DEPOSITION
EXHIBIT
5

PATIENT NAME: B____, J
DATE OF SURGERY: 08/14/17
PATIENT ID:
PATIENT ACCT #:
DATE OF BIRTH: 02/23/62
PHYSICIAN: Thomas Lavin, M.D.

PREOPERATIVE DIAGNOSIS: Likely acute abdomen.

POSTOPERATIVE DIAGNOSIS: Posterior gastric perforation.

PROCEDURE: Open gastric debridement with gastric repair.

ASSISTANT: Matthew French, M.D.

COMPLICATIONS: No complications.

ESTIMATED BLOOD LOSS: Minimal.

DESCRIPTION OF PROCEDURE: After adequate consent was obtained, the patient was brought to the operating room and placed in the supine position. A knife was used to make a midline skin incision. We immediately had air in the abdomen. Prior to this we had done laparoscopy and revealed food in the lesser sac, indicating a perforation. We opened and opened the gastrocolic omentum into the lesser sac. Extensive food was removed from this area. There was no abscess or purulence indicating a relatively new perforation. We removed all of the food in this area and emptied the stomach. We then did extensive abdominal warm saline lavage in all four quadrants to completely sterilize the abdominal cavity grossly. We used a running 2-0 Vicryl after debriding what appeared to be endangered gastric wall posteriorly. We ran the 2-0 Vicryl from proximal to distal on the stomach to close this area. We stapled the bottom part of the gastrotomy. This was a posterior distal perforation. The proximal fundoplication was intact with no evidence of problems in this area. We continued to irrigate extensively and placed two 19-French Blake drains in the lesser sac. We placed a NG in the appropriate position. The patient tolerated this procedure well from a hemodynamic standpoint. Then 0 looped PDS sutures were used to close the fascia and the wound was irrigated extensively. Staples were used to close the skin. Suture of 0 silk was used to sew in drains.



EXHIBIT 5

RESHAPE-000274

From Surgical Notes 1.214.723.7588 Mon Aug 21 15:23:42 2017 CDT Page 11 of 11

RE: B        , J
OPERATIVE REPORT
PAGE 2

The patient tolerated the procedure well.

---

Thomas Lavin, M.D.
TL/SN/bcorff/FST-20938770
D: 08/18/17 09:46 A
T: 08/21/17 05:54 A

DCTNAME
SIGNDATE

RESHAPE-000275