UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| PAUL VESOULIS, | * | CIVIL ACTION NO. 2:19-cv-01795 |
| | * | |
| Plaintiff, | * | |
| | * | |
| VERSUS | * | |
| | * | |
| RESHAPE LIFESCIENCES INCORPORATED f/k/a | * | JUDGE MARTIN L.C. FELDMAN |
| ENTEROMEDICS INCORPORATED, | * | |
| Defendant. | * | MAG. JUDGE DANA M. DOUGLAS |

*********************************************

## MOTION FOR SUMMARY JUDGMENT ON BEHALF OF RESHAPE LIFESCIENCES, INC. F/K/A ENTEROMEDICA INCORPORATED

**NOW INTO** COURT, through undersigned counsel, comes ReShape Lifesciences, Inc. f/k/a Enteromedics Incorporated ("ReShape"), and pursuant to Federal Rule of Civil Procedure Rule 56, respectfully moves this Honorable Court for summary judgment, dismissing all of Plaintiff Paul Vesoulis' claims asserted against ReShape.

Plaintiff's claims are expressly preempted under the Medical Device Amendments of 1976, 21 U.S.C. § 360k(a) ("MDA") and/or impliedly preempted under Buckman Co. v. Plaintiffs' Legal Committee, 531 U.S. 341, 353 (2001). Even to the extent this Court finds that federal preemption does not apply, Plaintiff has failed to establish the essential elements of his state law claims. Further, Plaintiff cannot show that ReShape's alleged noncompliance of FDA regulations caused his injuries.

For the reasons discussed more fully in the accompanying Memorandum in Support, and the following exhibits filed contemporaneously herewith, ReShape is entitled to judgment as a matter of law:

Exhibit A: ReShape Integrated Dual Balloon System Instructions for Use;
Exhibit B: ReShape Labeling and Marketing Material;

Exhibit C: Endoscopic Balloon Procedure Consent Form, executed 7/27/17;
Exhibit D: Consent for Endoscopic Removal of Intragastric Balloon, executed 1/11/18;
Exhibit E: FDA Medical Device Database Website, PMA of ReShape Integrated Dual Balloon System;
Exhibit F: ReShape Approval Order;
Exhibit G: Samaras Report, dated 6/21/20;
Exhibit H: Expert Report of Sally L. Maher, JD, RAC, dated 7/10/20; and
Exhibit I: Deposition of Dr. Lavin, excerpt.

**WHEREFORE**, ReShape Lifesciences, Inc. f/k/a Enteromedics Incorporated, requests that this Court grant its Motion for Summary Judgment, dismissing all of Paul Vesoulis' claims, with prejudice.

Respectfully submitted,

  /s/ Rachel G. Webre
RACHEL G. WEBRE (No. 26907)
TUCKER T. BOHREN (No. 37039)
Email: rwebre@glllaw.com
tbohren@glllaw.com
GIEGER, LABORDE & LAPEROUSE, L.L.C
701 Poydras Street, Suite 4800
New Orleans, Louisiana 70139-4800
Telephone: (504) 561-0400
Facsimile: (504) 561-1011
*Counsel for Defendant, ReShape Lifesciences Incorporated f/k/a Enteromedics Incorporated*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Motion for Summary Judgment has been served upon all following counsel of record, via the Court's CM/ECF system and U.S. mail, this 21 day of August, 2020:

  /s/ Rachel G. Webre
RACHEL G. WEBRE

2