# Get life-changing weight loss with *ReShape*®*



What you see on the surface is only part of the story.

Everything you need to be successful, for less than $25/day.†



### *ReShape* Dual Balloon
- No surgery, no scars
- Not a permanent implant
- Completed in about 20 minutes



### Medically Supervised Team
- 12 months of support



### Personalized Coaching
- Monthly 1:1 visits
- Customized nutrition and exercise plans



### Education
- Mindful eating skills
- Meal planning
- Healthy eating skills



### Online Portal and App
- Food and exercise journaling
- Weight, activity, and patient data tracking
- Wireless scale syncing



### Support and Weight Maintenance
- Healthy habit reinforcement
- Accountability and empowerment

*Results and patient experience may vary.
†Pricing will vary based on the ReShape practice in your area.

**Important ReShape® Integrated Dual Balloon System Safety Information**
Indications: The ReShape Integrated Dual Balloon System is indicated for weight reduction when used in conjunction with diet and exercise, in obese patients with a Body Mass Index (BMI) of 30 – 40 kg/m² and one or more obesity-related comorbid conditions. It is indicated for use in adult patients who have failed weight reduction with diet and exercise alone. **Contraindications:** The ReShape Integrated Dual Balloon System is not recommended for patients with conditions that may increase the risk of poor results (e.g., prior gastrointestinal surgery with sequelae, prior open or laparoscopic bariatric surgery, inflammatory diseases of the GI tract, potential upper GI bleeding), who are unwilling to participate in an established medically-supervised diet and behavior modification program, who have alcohol or drug addictions, who receive daily prescribed treatment with aspirin, anti-inflammatory agents, anticoagulants or other gastric irritants, or who currently are or may be pregnant or breast-feeding. **Warnings:** The maximum placement period for the ReShape Integrated Dual Balloon is 6 months. The risk of intragastric balloon deflation and intestinal obstruction and therefore possible complications related to intestinal obstruction is significantly higher when balloons are left in place longer than 6 months. The presence of blue-green urine or sudden loss of satiety, increased hunger and/or weight gain may be a sign of balloon deflation. Patients experiencing symptoms of acute pancreatitis (e.g., acute abdominal pain, nausea, or vomiting) should seek immediate care. Failure of patients to take prescribed daily proton-pump inhibitor medication increases the risk of gastric ulceration or perforation. **Adverse Events:** Placement of the ReShape Integrated Dual Balloon requires an endoscopic procedure with sedation. Potential risks associated with an endoscopic procedure and sedation include adverse reaction to sedation (headache, muscle pain, nausea), infection, pneumonia, and respiratory distress. Potential risks associated with the ReShape Integrated Dual Balloon include acute pancreatitis, ulceration, perforation, significant gastric bleeding, gastric outlet obstruction, aspiration pneumonia, abdominal pain, nausea, vomiting, bloating, belching, heartburn, dehydration, and sore throat. These complications may be severe enough to require early removal of the ReShape Integrated Dual Balloon. Although the ReShape Dual Balloon design provides an anti-migration feature, there is the potential risk of device migration and intestinal obstruction. The risk of intestinal obstruction is increased if the device is not removed after 6 months. If intestinal migration occurs, surgical or endoscopic removal may be required. **Important:** For full safety information please talk with your doctor, or call ReShape Customer Support at 844-YES-RESHAPE (1-844-937-7374). **CAUTION:** Rx only.

RESHAPE and the RESHAPE MEDICAL Logo are registered trademarks of ReShape Medical, Inc.
© 2017 ReShape Medical, Inc. All rights reserved.
04-0231 Rev. A

ReShape®
Non-Surgical Weight Loss Procedure

EXHIBIT
**B**



**RESHAPE-000026**



# Patient Educational Handouts
## Table of Contents

**Nutrition and Food Focused**

1. Pre-Procedure Guidelines
2. Post Procedure Instructions
3. Day 12 and Beyond
4. Preparing for Removal
5. Drink up! Staying Hydrated
6. Vegetarian Protein Options
7. Protein Drink Or Protein Disaster
8. Food Swaps: Lunch
9. What is a Treat
10. Starchy Vegetables
11. Processed Foods: Go for Whole
12. Low Calories vs. Nutrient Dense
13. Healthy Snacks
14. Cut Calories in cooking
15. Alcohol
16. Diet Plateaus

**Environmental Strategies**

1. Making Changes in Your Home
2. Eating Sitting Down
3. Eating on a Smaller Plate
4. Portion Your Plate
5. Strategies for Eating Out
6. Travel

**Controlling Hunger**

1. Eating Slowly
2. Rule of 20
3. Recognizing Fullness
4. Redefining Hunger
5. Junk Food Cravings

**Exercise**

1. Walking Benefits
2. Aerobic Activity Overview
3. Exertion Levels
4. Physical Activity without Injury
5. Little Activities Add Up
6. Fueling for Workouts
7. Low Impact Workouts

Handouts can be downloaded at
https://pro.reshapeready.com/login

04-0174 Rev B

RESHAPE-000027

RESHAPE-000028





RESHAPE-000029



RESHAPE-000030

# You have goals.
# We provide a pathway.

No matter what motivates you—from improving your health and amping up your energy to improving your confidence and loving your reflection in the mirror—having the right tools and resources to help you be successful can make all the difference.

## With the *ReShape* Procedure, you'll receive:



### Dual weight loss balloon
The *ReShape* weight loss balloon has a higher filling capacity than any single gastric balloon, to help you feel full and less hungry.



### One year of comprehensive coaching
Twelve months of personalized coaching to support your success and encourage permanent lifestyle change.



### Proven weight loss without surgery
*ReShape* patients have lost up to 81 pounds in just 6 months.[1]

3



Before

Lynda lost 40 lbs. with *ReShape*®

The balloons curbed my appetite tremendously, and with that help I was finally able to achieve my weight loss goals.

RESHAPE-000032

## *ReShape* Dual Weight Loss Balloon.
# Jump start your weight loss.

### Advanced dual balloon technology.

The *ReShape* Procedure jump starts your weight loss by placing two saline-filled balloons made from medical-grade silicone in your stomach for six months. The balloons work in two ways:

**1** The balloons take up room in your stomach, so there's less space for food. You can still eat the healthy foods you enjoy, but the balloon acts as built-in portion control.

**2** The balloons help you feel fuller faster.

**3** The balloons have a higher filling capacity than any single balloon, taking up more room in the stomach.

### Inserted in a single procedure.



No surgery        No scars        20-minute procedure

### Key patient benefits.

The connected balloons were designed to:



- **Improve safety** by minimizing risk of migration (movement into your intestines)
- **Improve comfort** by conforming to the natural shape of your stomach

5

**RESHAPE-000033**



"

I've enjoyed every part of my coaching experience. The coaching really helped me stay on track and focused. Having someone that had my back made a huge difference.

"

Kay lost
51 lbs.
with *ReShape**

Before

RESHAPE-000034

# Personalized weight loss coaching.
# An experience like no other.

To help you stay focused and on track with your weight loss goals the *ReShape* program includes:



### One year of personalized coaching
Our personalized coaching focuses on changing your eating habits, enhancing your physical fitness, and helping you adopt a healthy lifestyle.



### Wireless scale and patient resources
A wireless scale and comprehensive patient guide helps you stay on track and reach your goals.



### Exclusive patient portal
The exclusive portal is designed to track progress, activity, and food intake; the portal also delivers healthy living articles and recipes.

## Coaching helps patients maintain weight loss.

*ReShape* patients credit the personalized coaching with helping them maintain their weight loss after the weight loss balloon is removed.

## 100% more weight loss.

Patients highly engaged on the portal lost 100% more weight compared to those with low engagement.[1]

7

**RESHAPE-000035**



Before

As a physician, I wanted to be an example for my patients and show them that a healthy lifestyle is achievable. After losing the weight, I feel like I'm a better mom, wife, and physician.

Mayda lost 32 lbs. with *ReShape*

RESHAPE-000036

# Life changing weight loss.
# No surgery required.

### The *ReShape* program was specifically designed for people just like you!

*ReShape* offers a proven approach that can help you lose weight and keep it off. Our patients have lost up to 81 pounds in 6 months,[1] and are loving their results.

Whatever your motivation for losing weight—looking better, wearing a smaller size, or being proud of your body—it's important to remember that losing weight has been linked to a multitude of benefits, including:

- Improved health[2]
- Reduced risk of serious illnesses[2]
- Improved quality of life[3,4]
- Improved psychological health[2,4]

### Do you meet the following requirements?

- BMI between 30 – 40 with a co-morbidity
- No previous weight loss surgery
- Willingness to make changes to support a healthy lifestyle



9

**RESHAPE-000037**





How will you
ReShape
your story?

If you are ready to take the first step to a new you, *ReShape* can help.

Patients that achieve the greatest success with *ReShape* are excited about making changes, and ready to adopt a healthy lifestyle, with the initial help of the dual balloon and a full year of coaching, that they can sustain for years.

## Talk to your doctor about the *ReShape* Procedure to determine if it's right for you.

\*Results and patient experience may vary.

References: 1. *ReShape* Patient Portal Data. Data on file. ReShape Medical, Inc. 2. Dwyer JT, Melanson KJ, MS US, Cross P, Wilson M. Dietary treatment of obesity. In: De Groot LJ, Beck-Peccoz P, Chrousos G, et al., eds. Endotext. South Dartmouth, MA: MDText.com, Inc.; 2000-. http://www.ncbi.nlm.nih.gov/books/NBK278991. Updated February 28, 2015. Accessed May 5, 2015. 3. Karlsen TI, Lund RS, Røislien J, et al. Health related quality of life after gastric bypass or intensive lifestyle intervention: a controlled clinical study. *Health Qual Life Outcomes*. 2013;11:17. 4. Kubik JF, Gill RS, Laffin M, Karmali S. The impact of bariatric surgery on psychological health. *J Obes*. 2013;2013:837989.

#### Important ReShape Balloon™ System Safety Information

**Indications:** The ReShape Balloon is indicated for weight reduction when used in conjunction with diet and exercise, in obese patients with a Body Mass Index (BMI) of 30 – 40 kg/m2 and one or more obesity-related comorbid conditions. It is indicated for use in adult patients who have failed weight reduction with diet and exercise alone. **Contraindications:** The ReShape Balloon System is not recommended for patients with conditions that may increase the risk of poor results (e.g., prior gastrointestinal surgery with sequelae, prior open or laparoscopic bariatric surgery, inflammatory diseases of the GI tract, potential upper GI bleeding), who are unwilling to participate in an established medically-supervised diet and behavior modification program, who have alcohol or drug addictions, who receive daily prescribed treatment with aspirin, anti-inflammatory agents, anticoagulants or other gastric irritants, or who currently are or may be pregnant or breast-feeding. **Warnings:** The maximum placement period for the ReShape Balloon is 6 months. The risk of intragastric balloon deflation and intestinal obstruction (and therefore possible complications related to intestinal obstruction) is significantly higher when balloons are left in place longer than 6 months. The presence of blue-green urine or sudden loss of satiety, increased hunger and/or weight gain may be a sign of balloon deflation. Patients experiencing symptoms of acute pancreatitis (e.g., acute abdominal pain, nausea, or vomiting) should seek immediate care. Failure of patients to take prescribed daily proton-pump inhibitor medication increases the risk of gastric ulceration or perforation. **Adverse Events:** Placement of the ReShape Balloon requires an endoscopic procedure with sedation. Potential risks associated with an endoscopic procedure and sedation include adverse reaction to sedation (headache, muscle pain, nausea), infection, pneumonia, and respiratory distress. Potential risks associated with the ReShape Balloon include acute pancreatitis, ulceration, perforation, significant gastric bleeding, gastric outlet obstruction, aspiration pneumonia, abdominal pain, nausea, vomiting, bloating, belching, heartburn, dehydration, and sore throat. These complications may be severe enough to require early removal of the ReShape Balloon. Although the ReShape Balloon design provides an anti-migration feature, there is the potential risk of device migration and intestinal obstruction. The risk of intestinal obstruction is increased if the device is not removed after 6 months. If intestinal migration occurs, surgical or endoscopic removal may be required. (01-04-2018)

**Important:** For full safety information please talk with your doctor, or call ReShape Customer Support at 844-YES-RESHAPE.

CAUTION: Rx only.

11

RESHAPE-000039



It's time to write your own success story!*



RESHAPE, RESHAPE LIFESCIENCES, the ReShape Balloon™ and the ReShape Balloon Logo are trademarks of ReShape Lifesciences, Inc.
© 2018 ReShape Lifesciences, Inc. All rights reserved.
04-0068 Rev. D

1001 Calle Amanecer
San Clemente, CA 92673
949-429-6680

Customer Service
Phone: 1-844-YES-RESHAPE (844-937-7374)
Fax: 949-276-6910

www.ReShapeReady.com

**RESHAPE-000040**

# Su historia comienza aquí.

¡Felicidades por dar el primer paso en su proceso de pérdida de peso con *ReShape*®! Se trata de una decisión emocionante que cambia la vida y usted va camino hacia un estilo de vida más saludable y convertirse en una nueva persona. En *ReShape*, queremos darle personalmente la bienvenida a este proceso transformador.

Con *ReShape*, la pérdida de peso es solo parte de la historia. El programa le proporciona herramientas para ayudarle a mantener un estilo de vida saludable, poniendo énfasis en la nutrición, un buen estado físico y la modificación de las conductas.

Esta es su guía completa para pacientes. Aquí, encontrará información que incluirá qué esperar durante cada una de las tres fases del programa, instrucciones sobre la preparación para la introducción y retirada de los balones y más información sobre el proceso de asesoramiento.

Estamos emocionados por poder apoyarle a lo largo de cada paso del proceso de perder peso.

Atentamente,

El equipo de ReShape Lifesciences™

RESHAPE-000041

RESHAPE-000042



RESHAPE-000043



RESHAPE-000044

## Introducción – Descripción general

## Pérdida de peso que cambia la vida, sin necesidad de cirugía

Nuestro diseño exclusivo de doble balón y nuestro asesoramiento integral sobre buen estado físico, nutrición y estilo de vida actúan conjuntamente para ayudarle a conseguir sus objetivos.



### Nueva tecnología de doble balón

Con *ReShape*, se colocan temporalmente dos balones llenos de solución salina (agua con sal) dentro de su estómago para ayudarle a sentirse saciado, quedando satisfecho con porciones más pequeñas. Los balones son el inicio para la pérdida de peso y son solo el comienzo.

### Un año de asesoramiento integral

También recibe un año completo de asesoramiento personalizado para respaldar su éxito y ayudarle a realizar cambios que apoyarán una vida con un estilo de vida saludable.

### Pérdida de peso probada sin cirugía

En un estudio reciente, los pacientes perdieron dos veces más peso con *ReShape* que solo con dieta y ejercicio. La mayor parte de los pacientes mantienen la pérdida de peso o siguen perdiendo peso incluso después de la retirada de los balones.[1]

1. Ponce J, Woodman G, Swain J, et al; for the REDUCE Pivotal Trial Investigators. The REDUCE pivotal trial: a prospective, randomized controlled pivotal trial of a dual intragastric balloon for the treatment of obesity [published online ahead of print December 16, 2014]. *Surg Obes Relat Dis*. 2014. doi: 10.1016/j.soard.2014.12.006.

RESHAPE-000045

## Introducción – Las tres fases de *ReShape*

*El procedimiento* ReShape *fue desarrollado para personas que se plantean con seriedad la pérdida de peso y que están listas para adoptar un estilo de vida nuevo y saludable para mantener la pérdida de peso para siempre.* ReShape *proporciona un proceso personalizado que dura 12 meses y se divide en tres fases. Cada fase está diseñada específicamente para ayudarle en etapas clave del proceso de pérdida de peso.*

### ❶ Preparación

Su proceso de pérdida de peso comienza con una evaluación personalizada. Se realizarán una evaluación diagnóstica y la obtención de sus antecedentes médicos completos, para asegurarnos de que sea un buen candidato para el procedimiento. Su equipo médico le explicará cómo prepararse para la introducción de los balones y qué puede esperar una vez tenga los balones en el estómago.

### ❷ Punto de partida

Durante esta fase, se introducen los dos balones en el estómago, donde permanecen durante seis meses. Mientras los balones se encuentren dentro de su estómago, se reunirá con frecuencia con sus asesores y recibirá orientación personalizada sobre nutrición, buen estado físico y conductas. Con sus asesores, puede centrarse en adoptar hábitos saludables de alimentación, ejercicio y estilo de vida, para maximizar su éxito.

### ❸ Vida saludable

Después de la retirada de los balones, seguirá reuniéndose con su equipo de asesoramiento para que le ayuden a mantener su estilo de vida saludable y alcanzar sus objetivos. Con el apoyo continuo del equipo de asesoramiento, la mayor parte de los pacientes con *ReShape* mantienen su pérdida de peso o siguen perdiendo peso.

## Introducción – Cómo empezar

¡Empezar con *ReShape* es fácil! A continuación, se describen unas cuantas cosas que le ayudarán a empezar el proceso hacia el éxito.

☐ Inscríbase en el portal para pacientes

☐ Lea el contenido de este folleto y prepare una lista de preguntas para su médico

☐ Conecte su báscula inalámbrica

☐ Tome fotografías del antes

☐ Consulte regularmente a su asesor sobre nutrición

### Preguntas

Comuníquese con su médico o asesor si tiene alguna pregunta o preocupación.

Nombre de la consulta: _____

Nombre de contacto: _____

Número de teléfono: _____

RESHAPE-000046

RESHAPE-000047



RESHAPE-000048



## Procedimiento

### Tecnología de doble balón: el elemento clave para su éxito



El procedimiento *ReShape* marca el inicio de su pérdida de peso con la colocación de dos balones de calidad médica, llenos de solución salina, dentro de su estómago durante seis meses.

Los balones funcionan de dos formas:

1. Ocupan espacio en su estómago, por lo que queda menos sitio para la comida. Usted puede seguir comiendo los alimentos saludables que disfrute, pero actúan como un control incorporado de las porciones.

2. Los balones le hacen sentir saciado más rápido.

### ¿Por qué hay dos balones?

Solo *ReShape* ofrece un diseño de balón avanzado que posibilita los beneficios claves del paciente:

- Los dos balones tienen una capacidad de llenado superior a la de un único balón y ocupa más espacio en el estómago.
- Los balones conectados se diseñaron para:
  – Mejorar la seguridad, al reducir al mínimo el riesgo de desplazamiento (movimiento hacia o dentro de sus intestinos)
  – Mejoran la comodidad al adaptarse a la forma natural del estómago

RESHAPE-000050

## Qué puede esperar

Los balones *ReShape* se colocan en el estómago durante un breve procedimiento en un centro ambulatorio. Se le administrará sedación consciente (anestesia ligera) para ayudarle a relajarse.

El médico utilizará un tubo flexible con una cámara en el extremo para inspeccionar su estómago y esófago y, a continuación, introducirá el dispositivo desinflado por la garganta hasta el interior de su estómago. Una vez que se coloquen los balones, se inflarán con aproximadamente dos tazas de solución salina (agua estéril con sal). El procedimiento de colocación habitualmente dura menos de 20 minutos.

### Instrucciones: antes de la introducción de los balones

- Recuerde encontrar un medio de transporte fiable para llevarlo y traerlo de la cita el día del procedimiento.
- Debe planificar disponer de unos días a una semana libres del trabajo y/o la escuela después del procedimiento.
- Siga la dieta previa a la introducción comenzando de 48 horas antes del procedimiento. Consulte el apartado directrices sobre la dieta para obtener instrucciones. El incumplimiento de las instrucciones sobre la dieta puede provocar la cancelación del procedimiento y más gastos.

### Medicamentos:

- Es posible que deba suspender la administración de algunos medicamentos los días previos al procedimiento (p. ej., anticoagulantes). Consulte a su médico antes de suspender cualquier medicamento.
- Es posible que el médico le recete medicamentos para reducir las molestias y las náuseas después de la introducción. Recuerde resurtir sus medicamentos con receta antes del procedimiento.

ⓘ Debe tomar antiácidos todos los días mientras los balones permanezcan introducidos.

### Después de la introducción de los balones: recuperación

- Probablemente presente náuseas, vómitos y dolor abdominal durante los primeros días después de la introducción. Esto es normal. Consulte a su médico y la guía de información del paciente para obtener más detalles.
- Asegúrese de tomar los medicamentos con receta para tratar estos síntomas en casa.
- Es mejor sentarse en una posición erguida en lugar de reclinarse después del procedimiento. Quizás deba dormir en sillón reclinable o con varias almohadas extra durante las primeras noches.
- La hidratación es importante. Es mejor beber pequeños sorbos de agua tibia que grandes sorbos de agua fría. No se recomiendan las bebidas con gas.
- Se recomienda un método de dieta por fases durante los diez primeros días. Lea las recomendaciones sobre la dieta en la pestaña "directrices relacionadas con la dieta".
- Es posible que tenga que tomarse de unos cuantos días a una semana libres del trabajo o la escuela para superar los síntomas iniciales del período posterior al procedimiento.

RESHAPE-000051

## Procedimiento – Retirada de los balones

### Qué puede esperar

ⓘ Tenga presente lo siguiente: los balones deben retirarse a los seis meses. Es fundamental programar la cita para retirarlos.

Su cita para que le retiren los balones será muy parecida a la de introducción de los mismos. Estará en un entorno ambulatorio, bajo sedación consciente (anestesia ligera) y el médico accederá al interior de su estómago con un endoscopio. El procedimiento en sí mismo tarda menos de 20 minutos y debería poder marcharse a casa en unas horas.

### Instrucciones: antes de retirar los balones

- Recuerde encontrar un medio de transporte fiable para llevarlo y traerlo de la cita el día del procedimiento.
- Siga la dieta previa a la retirada comenzando 48 horas antes de retirar los balones. Las instrucciones sobre la dieta se encuentran en el apartado directrices sobre la dieta.

ⓘ Tenga presente lo siguiente: el incumplimiento de las instrucciones sobre la dieta puede provocar la cancelación del procedimiento y más gastos.

## Procedimiento – Preguntas frecuentes

### Preguntas frecuentes

**¿Podré sentir los balones una vez que los tenga dentro?**
*Algunos pacientes indican que no sienten para nada los balones, mientras que otros dicen que sí pueden sentirlos.*

**¿Tendré que limitar mis actividades o cambiar mis conductas mientras tenga los balones dentro?**
*Una vez se haya acostumbrado a los balones, podrá volver a hacer las mismas actividades de las que disfrutaba antes del procedimiento. De hecho, su equipo de asesoramiento lo animará para que pruebe nuevas actividades que resultan divertidas y apoyan su nuevo estilo de vida saludable.*

**¿Qué ocurrirá si un balón se desinfla?**
*Consulte la guía de información del paciente para conocer los detalles sobre el desinflado de los balones.*

**¿Pueden dejarse colocados los balones más de seis meses?**
*No, con el procedimiento ReShape, los balones pueden permanecer en el estómago solo seis meses como precaución de seguridad. Es fundamental programar su cita para la retirada de los balones a los seis meses.*

**Si siento náuseas, ¿qué debo hacer?**
*Los síntomas se resuelven habitualmente con medicamentos sin receta, descanso y líquidos transparentes tibios. Comuníquese con su médico si tiene alguna pregunta sobre la atención posterior al procedimiento.*

**¿En qué se diferencia un procedimiento endoscópico de una cirugía?**
*Los procedimientos endoscópicos se realizan bajo sedación consciente (anestesia ligera), mientras que la cirugía requiere anestesia general. Los procedimientos endoscópicos se realizan utilizando un endoscopio, un tubo que tiene una cámara en el extremo que permite al médico ver el interior de su estómago. Durante un procedimiento endoscópico, el médico no hace incisiones para acceder a su estómago, por lo que la recuperación es habitualmente más rápida.*

*Con ReShape, el médico introducirá suavemente los balones a través de su boca (por vía endoscópica), lo que significa que no tendrá ninguna incisión ni cicatriz.*

RESHAPE-000052

RESHAPE-000053



RESHAPE-000054

RESHAPE-000055

## Directrices relacionadas con la dieta

### Dieta previa a la introducción

| Dieta previa a la introducción | |
|---|---|
| 48 horas antes | • Coma solo alimentos blandos o fáciles de digerir como leche, jugos de frutas, huevos, queso, cremas, pudín, sopas coladas, verduras cocidas, arroz, papas al horno y panes<br>• No coma frutas y verduras crudas, panes y cereales duros, postres abundantes o alimentos fritos<br>• Las carnes están prohibidas de cualquier forma; se permiten los huevos, los suplementos líquidos de proteínas y el tofu |
| 24 horas antes | • Solo líquidos transparentes como jugos, caldos transparentes, té, gelatina y helados de hielo<br>• No ingiera ningún tipo de alimento |
| 12 horas antes | • No ingiera ningún alimento o líquido<br>• El estómago debe estar vacío antes del procedimiento |

❗ Tenga presente lo siguiente: El incumplimiento de las instrucciones sobre la dieta puede provocar la cancelación del procedimiento y más gastos.

RESHAPE-000056

Directrices relacionadas con la dieta

## Dieta posterior a la introducción

Después del procedimiento de introducción de los balones, tendrá que seguir este plan de dieta progresivo entre una semana y diez días. Después de este período de adaptación tendrá que trabajar con su nutricionista o asesor en un plan de dieta saludable que le ayudará a maximizar su pérdida de peso.



### Días 1-3: Dieta de líquidos transparentes

| Sugerencias | Instrucciones |
|---|---|
| • Caldo transparente | • Evite las bebidas con gas, el café y el alcohol |
| • Gelatina | |
| • Hielo triturado | • Beba pequeños sorbos |
| • Pequeños sorbos de agua | • Pruebe con líquidos tibios |
| • Jugos diluidos | • Manténgase hidratado |
| • Bebidas deportivas | |
| • Té de hierbas y descafeinado | |
| • Paletas | |

### Días 4-7: Alimentos blandos en puré

| Sugerencias | Instrucciones |
|---|---|
| • Batidos y suplementos líquidos de proteínas | • Coma alimentos o beba líquidos muy despacio y deje de comer al primer signo de saciedad; los tamaños de las porciones pueden variar de 2 cucharadas a una taza de alimentos según el período de comida |
| • Leche descremada o al 1 % | |
| • Yogur (sin trozos de frutas) | |
| • Puré de frutas | |
| • Verduras blandas cocidas y en puré | |
| • Sopas (diluidas o mezcladas) | • Trate de ingerir cinco pequeñas comidas en puré al día |
| • Crema de trigo o avena, diluida | • Manténgase hidratado y beba agua 30 minutos después de cada comida |
| • Pudín sin azúcar | |

## Menú de ejemplo de alimentos blandos en puré

| Días 4-7: menú de ejemplo de alimentos blandos en puré* | |
|---|---|
| Desayuno | • ¼ de taza de crema de trigo (Cream of Wheat), diluida |
| | • 2 cucharadas de leche descremada al 1 % |
| | • ¼ de taza de jugo diluido sin endulzar |
| Tentempié de media mañana | • ¼ de taza de yogur natural |
| | • ¼ de taza de puré de frutas |
| Almuerzo | • ¼ de taza de sopa diluida |
| | • ¼ de taza de puré de calabacín |
| | • ¼ de taza de suplemento líquido de proteínas |
| Tentempié de media tarde | • ¼ de taza de pudín sin azúcar |
| Cena | • ¼ de taza de sopa o caldo diluido |
| | • ¼ de taza de puré de camote |
| | • ¼ de taza de leche descremada |

*Los tamaños de las porciones variarán. Es importante no comer en exceso y dejar de comer ante el primer signo de saciedad.

## Dieta posterior a la introducción

| Días 8-10: Alimentos blandos | |
|---|---|
| Sugerencias | Instrucciones |
| • Tofu<br>• Pescado blando hervido<br>• Carnes magras molidas<br>• Carnes frías, en rodajas finas<br>• Atún en lata, envasado en agua<br>• Pollo en lata, envasado en caldo<br>• Huevos revueltos<br>• Requesón<br>• Tostada<br>• Verduras bien cocidas<br>• Frutas blandas sin piel | • Mastique bien los alimentos<br>• Coma muy despacio y deje de comer ante el primer signo de saciedad. Los tamaños de las porciones variarán<br>• Evite comer y beber al mismo tiempo<br>• Manténgase hidratado y beba agua 30 minutos después de cada comida |

## Menú de ejemplo de alimentos blandos

| Días 8-10: Menú de ejemplo de dieta blanda* | |
|---|---|
| Desayuno | • ¼ de taza de frutas blandas como banana o melón<br>• 1 huevo revuelto<br>• ¼ de taza de leche desnatada |
| Tentempié de media mañana | • ¼ de taza de pudín sin azúcar o bebida de proteína líquida |
| Almuerzo | • ¼ de taza de pollo o atún en lata preparado con 1 cucharada de mayonesa baja en grasas<br>• ½ tostada<br>• ¼ de taza de mango |
| Tentempié de media tarde | • ½ taza de yogur sin grasa |
| Cena | • 2 onzas de pescado blando hervido o ¼ de taza de pavo magro molido<br>• ¼ de taza de zanahoria o calabacín al vapor<br>• ¼ de taza de requesón |

*Los tamaños de las porciones variarán. Es importante no comer en exceso y dejar de comer ante el primer signo de saciedad.

RESHAPE-000058

| Directrices relacionadas con la dieta | Directrices relacionadas con la dieta |

## Recomendaciones sobre la dieta a las dos semanas y posteriormente

Asegúrese de comentar sus necesidades dietéticas específicas, sus objetivos de pérdida de peso y sus antecedentes alimentarios con su asesor en materia de nutrición.

- Evite los alimentos fritos
- Evite las bebidas endulzadas y calóricas
- Evite las bebidas con alcohol y cafeína, dado que pueden provocar irritación gástrica
- Evite comer al menos dos horas antes de acostarse para evitar el reflujo
- Limite las comidas rápidas y los alimentos precocinados con alto contenido calórico
- Ingiera comidas con proteínas y ricas en fibra para aumentar la saciedad
- Manténgase hidratado y trate de conseguir un objetivo de consumo de agua de 64 onzas al día
- Ingiera comidas pequeñas y frecuentes
- Deje a un lado las prisas durante las comidas y siga la regla de 20/20/20 masticando cada bocado 20 veces, soltando el tenedor 20 segundos entre bocados y tardando 20 minutos en terminar la comida

🛈 Recuerde que los balones no son mágicos, son solo una herramienta de control de las porciones, para ayudarle a sentirse saciado, pero es posible que no controlen el hambre. Por lo tanto, asegúrese de trabajar con su asesor para desarrollar estrategias que le ayuden a reconocer las nuevas sensaciones de hambre y satisfacción. Aprender a diferenciar entre hambre física y hambre "mental" o "emocional" es una importante estrategia de control del peso durante este tiempo.

## Grupos de alimentos que disfrutar y limitar

| Grupo de alimentos por categoría* | | |
|---|---|---|
| Grupo de alimentos | Alimentos para disfrutar | Alimentos a limitar o evitar |
| Bebidas | Agua, té y café descafeinado, té de hierbas, bebidas sin endulzar o sin calorías | Bebidas con gas, jugos, bebidas endulzadas, y alcohol |
| Leche y queso | Leche descremada o al 1 %, leche de soya y otros frutos secos, yogur descremado, requesón bajo en grasas, quesos bajos en grasas | Batidos de leche, helado, media crema (half and half), queso hecho con leche entera |
| Carne, marisco, y otros alimentos con proteínas | Carne y pescado magro a la parrilla; al horno o al vapor; pollo y pavo sin piel; sustitutos veganos de la carne; atún envasado en agua; huevos y sustitutos del huevo; frijoles refritos bajos en grasas; frijoles; hummus | Carnes fritas, salchichas, tocino y embutidos ricos en grasas como carne curada y pastrami, perritos calientes |
| Frutas y verduras | Céntrese en frutas enteras frescas, congeladas o enlatadas en agua; elija una variedad de verduras frescas; congeladas o enlatadas | Papas fritas, limite los jugos de frutas |
| Granos | Elija panes, galletitas saladas y pasta integrales siempre que sea posible; arroz o arroz integral; avena; cereales integrales | Pasteles, rosquillas, bizcochos, galletas y tortas |
| Grasas | Aderezos de ensalada ligeros y mayonesa ligera, aguacate, aceite de oliva | Limite las grasas saturadas y aceites añadidos para reducir la ingesta de calorías |
| Dulces y postres | Fruta, cereales con leche desnatada, gelatina y pudín sin azúcar, sustitutos del azúcar, yogur desnatado congelado | Caramelos, helado, helado de fruta, cacao caliente, bebidas de café edulcoradas, galletas, bizcochos, pasteles, azúcar, bebidas y refrescos edulcorados |

*Los tamaños de las porciones variarán. Es importante no comer en exceso y dejar de comer ante el primer signo de saciedad.

RESHAPE-000059

| Directrices relacionadas con la dieta | Directrices relacionadas con la dieta |

## Más recomendaciones sobre la dieta

### Tamaños de las porciones

- Es difícil recomendar los tamaños de porciones perfectos o proporcionar un plan de comidas detallado después del procedimiento. Los tamaños de porciones recomendados variarán con cada comida, dado que el volumen del estómago será más pequeño después de colocar los balones. Las comidas realizadas durante los primeros meses solo pueden consistir en unos cuantos bocados. Por lo tanto, es importante comer de forma lenta e ingerir pequeños bocados al pasar de los alimentos líquidos a los sólidos, así como dejar de comer ante el primer signo de saciedad.
- Asegúrese de comentar los tamaños de las porciones con su asesor sobre nutrición. Este puede ayudarle a determinar el tamaño de porción correcto y qué alimentos le ayudarán a mantenerse lleno y sentirse satisfecho.

### Líquidos

- El agua debe consumirse 30-45 minutos después de la comida. Esto estimulará la hidratación y evitará el estreñimiento. Trate de beber sorbos pequeños y frecuentes a lo largo de todo el día.
- Tenga cuidado de limitar el consumo de calorías líquidas después de la fase de líquidos transparentes de la dieta, dado que no generan una sensación de saciedad. Esto incluye seguir consumiendo suplementos líquidos de proteínas después de las primeras semanas tras la implantación. Una vez que haya completado la progresión de la dieta, se recomienda pasar a alimentos ricos en proteínas en su lugar (p. ej., huevos, carnes magras, tofu, marisco y yogur descremado).

### Suplementación con vitaminas y minerales

- Aunque no hay requisitos específicos de suplementación con vitaminas y minerales durante el período de implantación de los balones, si se recetan suplementos de vitaminas y minerales, podría ser beneficioso usar un suplemento masticable para evitar la irritación gástrica.

## Dieta previa a la retirada

| Dieta previa a la retirada | |
|---|---|
| 48 horas antes | • Coma solo alimentos blandos o fáciles de digerir como leche, jugos de frutas, huevos, queso, cremas, pudín, sopas coladas, verduras cocidas, arroz, papas al horno y panes<br>• No coma frutas y verduras crudas, panes y cereales duros, postres abundantes o alimentos fritos<br>• Las carnes están prohibidas de cualquier forma; se permiten los huevos, los suplementos líquidos de proteínas y el tofu |
| 24 horas antes | • Solo líquidos transparentes<br>• No ingiera ningún tipo de alimento |
| 12 horas antes | • No ingiera ningún alimento o líquido<br>• El estómago debe estar vacío antes del procedimiento |

RESHAPE-000060

## Directrices relacionadas con la dieta

### ¿Tiene hambre?

Muchas personas que reciben el procedimiento *ReShape* tienen problemas con los alimentos y reaccionan sin pensar a los desencadenantes del consumo de alimentos. Comer de forma consciente es mucho más que "comer lentamente, sin distracción". Aunque es importante, algunas sensaciones y desencadenantes del consumo de alimentos que identificamos como hambre, no son hambre en absoluto.

Por ejemplo, siempre que note que le apetece comer, deténgase y hágase la pregunta, "¿Tengo hambre?", por tanto, en lugar de reaccionar sin pensar, hágase las siguientes preguntas para identificar si realmente tiene hambre física. Así es como una alimentación consciente le empodera para romper finalmente viejos hábitos de alimentación automática que provocan un exceso de alimentación y descubra opciones que funcionan mejor en su caso.

**Paso 1.** Deténgase y pregúntese, "¿Tengo hambre física?"

**Paso 2.** En caso afirmativo, coma algo nutritivo.

**Paso 3.** En caso negativo, identifique y explore de dónde procede el hambre. Es…

- ¿Hambre mental?: "Es mediodía y debe ser hora de comer."
- ¿Hambre visual?: "¡Vaya! ¡Eso parece delicioso!"
- ¿Hambre olfativa?: "Quiero esa comida, huele muy bien."
- ¿Hambre de boca?: "Necesito masticar algo."
- ¿Hambre de corazón?: "Comer esto me hará sentir mejor."

**Paso 4.** Resuelva cuál es la verdadera fuente del hambre y pregúntese…

- ¿Qué necesito realmente?
- ¿Qué puedo hacer en lugar de comer? Salga de la habitación. Vaya a dar un paseo. Hable con un amigo.
- Recuerde, la comida no lo es todo. Ninguna cantidad de comida hará que se sienta mejor. Solo se sentirá mejor al reconocer los desencadenantes que no son alimentos o la verdadera fuente del hambre y aprendiendo a satisfacer sus otras necesidades de formas más eficaces que comiendo.



RESHAPE-000062

RESHAPE-000063

## Asesoramiento

### Un año de asesoramiento integral



Una característica exclusiva y muy importante del procedimiento *ReShape* es el apoyo y el asesoramiento que ofrece. Aprender a comer, hacer ejercicio y realizar elecciones saludables será una parte esencial de su experiencia *ReShape*.

Recibirá asesoramiento sobre dieta, buen estado físico y estilo de vida durante un año completo. Sus asesores han recibido una gran capacitación y tienen experiencia a la hora de ayudar a muchas personas como usted a perder peso y no volver a recuperarlo. Si tiene alguna preocupación, necesita consejo o cree que se ha estancado, hable con sus asesores. Ellos le ayudarán a examinar su situación y sus elecciones, y crearán estrategias personalizadas que pueden mantenerle en el camino del éxito.

Ese apoyo y la capacitación son esenciales y están diseñados para ayudarle a cambiar su relación con la comida, centrarse en comer raciones más pequeñas y saludables, y alcanzar el éxito a largo plazo.

### Qué esperar de las sesiones de asesoramiento

Lo ideal es que se reúna con su asesor durante 12 meses. En estas visitas, revisará sus directrices relacionadas con la dieta, su nivel de actividad, su progreso y sus objetivos.

Un profesional evaluará su consumo de alimentos y su estado nutricional general, para asegurarse de que está haciendo progresos y se mantiene saludable. También recibirá apoyo en materia de ejercicio/buen estado físico e información general sobre la salud. Su asesor puede orientarle hacia recursos específicos del portal o revisar los datos que ha estado registrando.

Mantenerse activo en el portal y registrar sus niveles de alimentos y actividad es una forma excelente de que estas sesiones sean más eficaces y productivas.

RESHAPE-000064

**Asesoramiento**

**Asesoramiento**

## Por qué el asesoramiento es importante

Estas sesiones de asesoramiento son un componente importante de su éxito con *ReShape*. Cada sesión proporciona apoyo personalizado basado en su progreso. Su asesor puede ayudarle a supervisar y ajustar su consumo de alimentos y su estado de nutrición general, así como sus niveles de actividad, para ayudarle a alcanzar sus objetivos de pérdida de peso. El asesoramiento le mantiene responsable y le ofrece lo que necesita para permanecer motivado.

## Preguntas frecuentes

**¿Necesito participar en las sesiones de asesoramiento?**

*El asesoramiento es un componente esencial del procedimiento ReShape. El asesoramiento que recibe se personaliza a tenor de sus necesidades y objetivos individuales. Además de instruirle en materia de alimentación saludable, ejercicio, establecimiento de objetivos y modificación de conductas, el asesoramiento de ReShape lo mantiene responsable y por el buen camino.*

*Muchos pacientes de ReShape consideran que el asesoramiento les ayudó a mantener su pérdida de peso después de la retirada de los balones.*

**¿Qué ocurre si me pierdo una sesión de asesoramiento?**

*Si se salta una sesión, comuníquese con su asesor para reprogramarla. Lo mejor es que pueda reunirse con su asesor regularmente.*

**¿Puedo utilizar mi propio asesor en materia de nutrición, buen estado físico y/o conducta?**

*Los asesores de ReShape han recibido capacitación especial sobre el procedimiento ReShape y están plenamente equipados para apoyarle a lo largo de este proceso. Si tiene ya tiene planes de nutrición o buen estado físico, compártalos con su asesor, que podrá integrarlos en el plan de ReShape.*

**¿Tengo la opción de interrumpir las sesiones de asesoramiento si no quiero participar?**

*Estas sesiones son clave para su éxito con ReShape y muchos pacientes consideran que el asesoramiento les ayudó a mantener su pérdida de peso o a seguir perdiendo peso después de la retirada de los balones. Durante las sesiones, su asesor revisará su progreso, realizará recomendaciones y creará estrategias personalizadas para ayudarle en su camino hacia el éxito.*



Es mucho más sencillo contar con un grupo de personas que le ayuden a lo largo del camino que hacerlo uno solo, porque es algo que se mantiene estable. Es una motivación.

—*Michelle*
*Paciente de* ReShape

**RESHAPE-000065**

RESHAPE-000066



RESHAPE-000067

RESHAPE-000068

## Imágenes del antes y el después

### Lleve la cuenta de su éxito tomando sus medidas corporales y haciéndose fotos antes y después

Tomar sus medidas corporales además de hacer fotos del antes y el después durante este tiempo constituyen formas excelentes de llevar la cuenta y determinar su progreso con la pérdida de peso. Es bueno contar con un registro de un punto de partida, de modo que pueda ver fácilmente su éxito. Además, es posible que se enfrente a un período de estancamiento o necesite inspiración de vez en cuando. Mirar sus fotos del "antes" le ayuda a ver lo lejos que ha llegado y le inspirará.

### CONSEJOS:

- Trate de tomar sus mediciones y sus fotos del "antes" con carácter previo a la introducción o hasta una semana después.
- Póngase en frente de una pared con un color liso o neutro con el menor número de elementos o distracciones posible.
- Tome la foto en modo retrato (vertical) en lugar de en modo paisaje (horizontal). Querrá verse de la cabeza a los pies, lo suficientemente cerca como para ver algunos detalles.
- Tómese varias fotos de frente, de espaldas y de lado.

| Cómo tomar sus mediciones: | |
|---|---|
| Busto | Coloque la cinta métrica pasando por sus pezones y mida el contorno más amplio de su pecho. Asegúrese de que la cinta métrica quede paralela al piso. |
| Pecho | Coloque la cinta métrica justo por debajo de los senos/pectorales y mida alrededor del torso mientras mantiene la cinta paralela al piso. |
| Cintura | Coloque la cinta métrica aproximadamente ½ pulgada por encima del ombligo (en la parte más estrecha de su cintura) para medir el contorno de su torso. Al medir su cintura, exhale y mire antes de inhalar de nuevo. |
| Caderas | Coloque la cinta métrica en la parte más ancha de las caderas/nalgas y mida todo alrededor mientras mantiene la cinta paralela al piso. |

RESHAPE-000069

## Imágenes del antes y el después

Imágenes del antes y el después

### Antes

### Después

Coloque sus fotos aquí

Coloque sus fotos aquí

RESHAPE-000070

Diario

Diario

RESHAPE-000071

Diario

Diario

RESHAPE-000072

Diario

Diario

RESHAPE-000073

Diario

Diario

RESHAPE-000074

Diario

Diario

RESHAPE-000075

*Los resultados y la experiencia del paciente pueden variar.

**Importante información de seguridad sobre el sistema de doble balón integrado** *ReShape*

**Indicaciones:** El sistema de doble balón integrado *ReShape* está indicado para la reducción del peso cuando se utiliza conjuntamente con dieta y ejercicio, en pacientes obesos con un índice de masa corporal (IMC) de 30 – 40 kg/m² y una o más afecciones comórbidas relacionadas con la obesidad. Está indicado para su uso en pacientes adultos en los que haya fracasado la reducción del peso con dieta y ejercicio por sí solos. **Contraindicaciones:** El sistema de doble balón integrado *ReShape* no se recomienda en pacientes con afecciones que puedan aumentar el riesgo de obtener malos resultados (p. ej., cirugía gastrointestinal previa con secuelas, cirugía bariátrica abierta o laparoscópica previa, enfermedades inflamatorias del aparato digestivo, posible sangrado de la parte superior del aparato digestivo), que no estén dispuestos a participar en un programa establecido de modificación de conductas y dieta supervisado médicamente, que sean adictos al alcohol o las drogas, que reciban tratamiento recetado diario con aspirina, medicamentos antiinflamatorios, anticoagulantes u otros irritantes gástricos, o que actualmente estén o puedan estar embarazadas o amamantando. **Advertencias:** El período máximo de colocación de los dos balones integrados *ReShape* es de 6 meses. El riesgo de deshinchado de los balones intragástricos y obstrucción intestinal (y, por tanto, de posibles complicaciones relacionadas con la obstrucción intestinal) es significativamente superior cuando los balones se dejan colocados más de 6 meses. La presencia de orina verde-azulada o una pérdida repentina de la saciedad, aumento del hambre y/o aumento de peso pueden ser signos de deshinchado de los balones. Si los pacientes no se toman los medicamentos inhibidores de la bomba de protones recetados a diario, aumenta el riesgo de perforación o úlcera gástrica. **Acontecimientos adversos:** La colocación de los dos balones integrados *ReShape* requiere un procedimiento endoscópico con sedación. Los posibles riesgos asociados con un procedimiento endoscópico y la sedación incluyen reacción adversa a la sedación (dolor de cabeza, dolor muscular, náuseas), infección, neumonía y dificultad respiratoria. Los posibles riesgos asociados al doble balón integrado *ReShape* incluyen úlcera, perforación, dolor abdominal, náuseas, vómitos, distensión abdominal, eructos, ardor de estómago, deshidratación y dolor de garganta. Estas complicaciones pueden ser lo suficientemente graves como para requerir la retirada prematura de doble balón integrado *ReShape*. Aunque el diseño del doble balón *ReShape* proporciona una característica de antidesplazamiento, existe el posible riesgo del desplazamiento del dispositivo y obstrucción intestinal. El riesgo de obstrucción intestinal aumenta si el dispositivo no se retira después de 6 meses. Si se produce migración intestinal, podría ser necesario retirar el dispositivo por vía quirúrgica o endoscópica.

**Importante:** Para obtener información completa sobre la seguridad, hable con su médico o llame a servicio de atención al cliente de *ReShape* al 1-844-YES-RESHAPE (844-937-7374).

**PRECAUCIÓN: Solo con receta médica.**

RESHAPE, RESHAPE LIFESCIENCES, y el logotipo de ReShape son marcas comerciales registradas de ReShape Lifesciences, Inc. Todos los demás nombres de marcas/productos son marcas comerciales de sus respectivos dueños.

© 2017 ReShape Lifesciences, Inc. Reservados todos los derechos.
04-0263 Rev. A



RESHAPE-000077

## Introduction – Overview

### Life-Changing Weight Loss, No Surgery Required

Our unique dual balloon design and comprehensive fitness, nutrition, and lifestyle coaching work together to help you achieve your goals.



### New dual balloon technology

With *ReShape*, two saline (salt water)-filled balloons are placed temporarily inside your stomach to help you feel full and less hungry—you'll feel satisfied with smaller portions. The balloons are a weight loss jump start, and they're just the beginning.

### One year of comprehensive coaching

You also receive a full year of personalized coaching to support your success and help you make the changes that will support a lifetime of healthy living.

### Proven weight loss without surgery

In a recent study, patients lost two times more weight with *ReShape* than with diet and exercise alone. Most patients kept the weight off or continued to lose weight even after the balloons were removed.[1]

1. Ponce J, Woodman G, Swain J, et al; for the REDUCE Pivotal Trial Investigators. The REDUCE pivotal trial: a prospective, randomized controlled pivotal trial of a dual intragastric balloon for the treatment of obesity [published online ahead of print December 16, 2014]. *Surg Obes Relat Dis.* 2014. doi: 10.1016/j.soard.2014.12.006.

FPO
TAB POSITION 1
"INTRODUCTION"
ORANGE BACK

RESHAPE-000078

## Introduction – The Three Phases of *ReShape*

## Introduction – Getting Started



1 Readiness
2 Jump Start
3 Healthy Living

*The ReShape Procedure was developed for people who are serious about weight loss and ready to adopt a new, healthy lifestyle to keep the weight off for good. ReShape provides a personalized pathway broken down into three phases over 12 months. Each phase is specifically designed to assist you at key stages during your weight loss journey.*

### 1 Readiness

Your weight loss journey begins with a personalized evaluation. A complete health history and medical work up will be performed to make sure that you're a good candidate for the procedure. Your medical team will explain how to prepare for insertion and what to expect once the balloons are in your stomach.

### 2 Jump Start

During this phase, the two balloons are inserted in your stomach, where they remain for six months. While the balloons are inside your stomach, you'll meet frequently with your coaches and receive personalized nutrition, fitness, and behavior guidance. With your coaches, you can focus on adopting healthy eating, exercise, and lifestyle habits to maximize your success.

### 3 Healthy Living

After the balloons are removed, you'll continue to meet with your coaching team to help you maintain your healthy lifestyle and reach your goals. With the continued support of the coaching team, most *ReShape* patients maintain their weight loss or continue to lose weight.

Getting started with *ReShape* is easy! Outlined below are a few things that will help you get started on the path to success.

☐ Register for the Patient Portal

☐ Read the contents of this binder and prepare a list of questions for your doctor

☐ Link your Fitbit® wireless scale and activity tracker

☐ Take before pictures

☐ Use your portion control plate

☐ Consult regularly with your nutrition coach

### Questions

Contact your doctor or coach if you have any questions or concerns.

Practice Name:  _____

Contact Name:  _____

Phone Number:  _____

RESHAPE-000079

BACK OF
INFORMATION SECTION

FPO
TAB POSITION 2
"PROCEDURE"
PURPLE FRONT

RESHAPE-000080

## Procedure

### Dual Balloon Technology: The Key Element to Your Success



The *ReShape* Procedure jump-starts your weight loss by placing two medical grade, saline-filled balloons in your stomach for six months.

The balloons work in two ways:

1. They take up room in your stomach, so there's less space for food. You can still eat the healthy foods you enjoy, but they act as built-in portion control.

2. The balloons make you feel full and less hungry.

### Why Are There Two Balloons?

Only *ReShape* offers an advanced balloon design that allows for key patient benefits:

- The dual balloons have a higher filling capacity than any single balloon—taking up more room in the stomach.
- The connected balloons were designed to:
  – Improve safety by minimizing risk of migration (movement towards or into your intestines)
  – Improve comfort by conforming to the natural shape of your stomach

FPO
TAB POSITION 2
"PROCEDURE"
PURPLE BACK

RESHAPE-000081

## Procedure – Balloon Insertion

## Procedure – Balloon Insertion

### What to Expect

The *ReShape* balloons are placed in your stomach during a short procedure at an outpatient facility. You'll receive conscious sedation (light anesthesia) to help you relax.

Your doctor will use a flexible tube with a camera on the end to inspect your stomach and esophagus, and will then insert the uninflated device down your throat and into your stomach. Once the balloons are in place, they will be inflated with about two cups of saline (sterile salt water). The placement procedure typically takes less than 20 minutes.

### Instructions: Before Balloon Insertion

- Remember to find reliable transportation to and from your appointment the day of the procedure.
- You should plan to schedule a few days off from work and/or school after the procedure.

| Pre-Insertion Diet | |
|---|---|
| 48 hours prior | • Eat only soft foods<br>• Meat in any form is prohibited |
| 24 hours prior | • Clear liquids only<br>• No food in any form |
| 12 hours prior | • No food or liquid of any form<br>• Stomach should be empty before procedure |

ⓘ Please note: Failure to follow the dietary instructions may result in cancellation of the procedure and additional fees.

| Medications |
|---|
| • Some medications may need to be stopped in the days leading up to the procedure (e.g., blood thinners). Check with your doctor before stopping any medications.<br>• Your doctor may prescribe medication to reduce discomfort and nausea after insertion. Remember to fill your prescribed medications before insertion. |

### After Balloon Insertion: Recovery

- You will likely experience nausea, vomiting, and abdominal pain during the initial days following insertion. This is normal. Consult your physician and the Patient Information Guide for more details.
- Be sure to take prescribed medications for management of these symptoms at home.
- It's best to sit in an upright position rather than recline after the procedure. You may want to sleep in a recliner or with several additional pillows for the first few nights.
- Hydration is important. Small sips of warm water are better than large sips of cold water. Carbonated drinks are not recommended.
- A phased diet approach is recommended for the first ten days. Please read dietary recommendations under the "Diet" tab.
- You may need to take a few days off from work or school to get through the initial post-procedure period symptoms.

RESHAPE-000082

## Procedure – Balloon Removal

## Procedure – FAQs

### What to Expect

ⓘ Please note: Balloons must be removed at six months. It is critical to schedule your removal appointment.

Your appointment to have the balloons removed will be very similar to the balloon insertion. You'll be in an outpatient setting, under conscious sedation (light anesthesia), and your doctor will go into your stomach with an endoscope. The procedure itself usually takes less than 20 minutes, and you should be able to go home within a few hours.

### Instructions: Before Balloon Removal

- Remember to find reliable transportation to and from your appointment the day of the procedure.

| Pre-Removal Diet | |
|---|---|
| 48 hours prior | • Eat only soft foods<br>• Meat in any form is prohibited |
| 24 hours prior | • Clear liquids only<br>• No food in any form |
| 12 hours prior | • No food or liquid of any form<br>• Stomach should be empty before procedure |

ⓘ Please note: Failure to follow the dietary instructions may result in cancellation of the procedure and additional fees.

### FAQs

**Will I be able to feel the balloons once they are inside of me?**
*Some patients report that they can't feel the balloons at all, while others say they do.*

**Will I need to limit my activities or change my behaviors while the balloons are in?**
*After you've adjusted to the balloons, you'll be able to return to all the same activities you enjoyed before the procedure. In fact, your coaching team will encourage you to try new activities that are fun and support your healthy lifestyle.*

**What will happen if a balloon deflates?**
*Consult the Patient Information Guide for details about balloon deflation.*

**Can the balloons stay in longer than six months?**
*No, with the ReShape Procedure, the balloons can stay in your stomach for only six months as a safety precaution. It is critical to schedule your six-month appointment for balloon removal.*

**If I feel nauseous, what should I do?**
*Symptoms are typically resolved with over-the-counter medications, rest, and warm, clear liquids. Contact your doctor if you have questions about post-procedure care.*

**How is an endoscopic procedure different from surgery?**
*Endoscopic procedures are performed under conscious sedation (light anesthesia), whereas surgery requires general anesthesia. Endoscopic procedures are performed using an endoscope, a tube that has a camera on the end that allows your doctor to see inside your stomach. During an endoscopic procedure, the doctor does not create incisions to access your stomach, so recovery is typically faster.*

*With ReShape, your doctor will gently insert the balloons through your mouth (endoscopically), which means you will not have any incisions or scars.*

RESHAPE-000083



BACK OF
PROCEDURE SECTION

FPO
TAB POSITION 3
"DIET GUIDELINES"
GREEN FRONT

RESHAPE-000084

## Diet Guidelines

### Post–Procedure Diet

After the insertion procedure, you will need to follow this progressive diet plan for a week to ten days. After this accommodation period you will need to work with your coach on a healthy diet plan that will help you maximize your weight loss.

| Day 1-3: Clear Liquid Diet | |
|---|---|
| **Suggestions** | **Instructions** |
| • Broth | • Avoid carbonated drinks, coffee, and alcohol |
| • Jell-O™ | |
| • Ice chips | • Drink small sips |
| • Small sips of water | • Warm fluids |
| • Diluted juices | • Stay hydrated |
| • Sports drinks | |
| • Herbal tea | |
| • Popsicles | |

| Day 4-7: Smooth, Puréed Food | |
|---|---|
| **Suggestions** | **Instructions** |
| • Liquid protein supplements and smoothies | • Eat food and sip liquids slowly until first sign of fullness |
| • Low fat cottage cheese | |
| • Yogurt (without chunks of fruit) | • Five small puréed meals per day |
| • Puréed fruit | |
| • Soft cooked and puréed vegetables | |
| • Soups (strained or blended) | |
| • Sugar free pudding | |

FPO
TAB POSITION 3
"DIET GUIDELINES"
GREEN BACK

RESHAPE-000085

## Diet Guidelines

### Post–Procedure Diet (continued)

| Day 8-10: Soft & Crunchy Foods | |
|---|---|
| Suggestions | Instructions |
| • Tofu<br>• Soft, poached fish<br>• Lean ground meats<br>• Deli meats, thinly sliced<br>• Canned tuna packed in water<br>• Scrambled eggs<br>• Cottage cheese<br>• Toast<br>• Well-cooked vegetables and soft fruit with skin removed | • Chew food thoroughly<br>• Eat slowly<br>• Avoid eating and drinking at same time |

### Portion Control Plate

In your Patient Starter Kit you received a portion plate, which will help make measuring your portions extra easy! The plate provides discrete portion control and positive reminders for a balanced diet. The dinner plate has 4 measurements on it.

The numbers below correspond to the circles on the portion plate, and help explain how foods should be portioned on the plate:

1. Fruits and vegetables (1 cup)
2. Protein (2 – 6 ounces)
3. Grains (1/2 – 3/4 cup)
4. Condiments/sauces (2 tablespoons)



## Diet Guidelines

### Additional Dietary Recommendations

**Portion sizes**

• It is difficult to recommend the perfect portion sizes after the procedure. Recommended portion sizes will vary with each meal as your stomach volume will be smaller after balloon placement. Meals during the first few months may only consist of a few bites. Therefore, it is important to eat slowly and take small bites when transitioning from liquid to solid foods and to stop eating at the first sign of fullness.

• Be sure to discuss portion sizes with your nutrition coach. They can help you determine the correct serving size and what foods will help you stay full and feel satisfied.

**Fluids**

• Water should be consumed 30-45 minutes after the meal. This will encourage hydration and prevent constipation. Aim for small, frequent sips throughout the day.

• Be careful to limit consumption of liquid calories after the clear liquid diet phase as they do not provide a sense of satiety. This includes continued use of liquid protein supplements after the first few weeks following implantation. Once you have completed the diet progression, it is recommended to transition to protein-rich foods instead (i.e. eggs, lean meats, tofu, seafood and nonfat yogurt).

**Vitamin Mineral Supplementation**

• While there are no specific vitamin and mineral supplementation requirements during the balloon implant period, if vitamin mineral supplements are prescribed, a chewable supplement might be beneficial to avoid gastric irritation.

RESHAPE-000086



BACK OF
DIET GUIDELINE
SECTION

FPO
TAB POSITION 4
"COACHING"
ORANGE FRONT

RESHAPE-000087

## Coaching

FPO
TAB POSITION 4
"COACHING"
ORANGE BACK

### One Year of Comprehensive Coaching



A unique and very important feature of the *ReShape* Procedure is the support and counseling it offers. Learning how to eat, exercise, and make healthy choices will be a core part of your ReShape experience.

You will receive diet, fitness, and lifestyle coaching for one full year. Your coaches are highly trained, with experience in helping many people just like you lose weight and keep it off for good. If you have any concerns, need advice, or think you've reached a plateau, talk to your coaches. They will help you examine your situation and choices, and create personalized strategies that can keep you on the path to success.

This support and education is vital and is intended to help you change your relationship with food, focus on eating smaller, healthier portions, and achieve long-term success.

### What to Expect at the Coaching Sessions

Ideally, you'll attend one coaching session at your doctor's office every month for 12 months. At these visits, you'll review your dietary guidelines, progress, and goals.

A professional will assess your food consumption and overall nutrition status to ensure you're making progress and staying healthy. You'll also receive exercise/fitness support and general health information. Your coach may point you in the direction of specific resources on the *ReShape* Patient Portal, or review the data you've entered in the portal while you are in the office.

Staying active on the portal and recording your weight loss efforts is an excellent way to make these sessions more effective and productive!

RESHAPE-000088

## Coaching

## Coaching

## Why Coaching is Important

These coaching sessions are an important component of your *ReShape* success. Each session provides customized support based on your progress. Your coach can help you monitor and adjust your food consumption and overall nutrition status, as well as your activity levels to help you achieve your weight loss goals. Coaching keeps you accountable and gives you what you need to stay motivated.

## FAQs

**Do I need to participate in the coaching sessions?**

*Coaching is a core component of the ReShape Procedure. The coaching you receive is tailored to your individual needs and goals. Besides teaching you about healthy eating, exercise, goal setting, and behavior modification, the ReShape coaching keeps you accountable and on track.*

*Many ReShape patients credit the coaching with helping them maintain their weight loss after the balloons are removed.*

**What if I miss a coaching session?**

*If you miss a session, please contact your coach to reschedule. It's best if you're able to meet with your coach once a month.*

**Can I use my own nutrition, fitness, and/or behavioral coach?**

*The ReShape coaches have been specially trained on the ReShape Procedure and are fully equipped to support you through this process. If you have existing nutrition or fitness plans, please share these with your coach, who may be able to integrate these into your ReShape plan!*

**Do I have the option to stop the coaching sessions if I do not want to participate?**

*Ultimately, it is your decision to attend coaching sessions; however, it is strongly advised that you continue the sessions for the whole year.*

*These sessions are key to your success with ReShape, and many patients credit the coaching with helping them maintain their weight loss after the balloons are removed. During sessions, your coach will review your progress, make recommendations, and create personalized strategies to help keep you on the path to success.*

**Where are the sessions held? Can we talk over the phone or Skype instead?**

Sessions are typically held in your doctor's office. Please talk to your coach if you'd like to schedule phone or Skype calls instead.

> **"** It's much easier having a group of people help you along the way than doing it by yourself because it's a constant. It's a motivation." **"**
>
> —*Michelle Halley*
> ReShape *Patient*

**RESHAPE-000089**

BACK OF
COACHING SECTION

FPO
TAB POSITION 5
"PATIENT PORTAL"
PURPLE FRONT

RESHAPE-000090

Patient Portal – Introduction

FPO
TAB POSITION 5
"PATIENT PORTAL"
PURPLE BACK

### Introduction

The *ReShape* Patient Portal is an easy-to-use, helpful tool for patients to track weight loss efforts between visits.

It allows you to log and track:



- Weight
- Food
- Fitness activities
- Goals

In addition, the portal includes:

- Articles highlighting nutrition, fitness, and lifestyle tips and information.
- A community forum where you can connect with other *ReShape* members in one central location.
- Incentive programs including contests and badges.

You can access the portal from your smartphone or tablet, making tracking easy when you're on-the-go! You'll also be able to link your Fitbit® wireless scale and activity tracker for automatic logging and updates.

These next few pages explain how to navigate through the main sections of the *ReShape* Patient Portal. You'll learn how to register, log and track your progress, connect a Fitbit® wireless scale and activity tracker, and much more.

RESHAPE-000091

## Accessing the Patient Portal and Getting Registered

To access the portal, log onto www.ReShapeReady.com and click on *Sign In* in the upper right corner. Select *Register Now* on the sign-in screen. Follow the prompts to register your account. During registration, you'll need your unique PIN code, which is included on an insert located in the front pocket of this binder.



During registration, you'll set your own username and password. Use these to log into the portal.

If you'd like, you can change your password. When you're signed into the portal, click on your name in the upper right-hand corner. Choose *Settings*, which will take you to your account information. From there, click *Change Password* and enter the new password you'd like to use.





## Setting Your Goals

Part of the registration process is to set and enter your goals, which will include weight and daily activity goal (steps). If you do not complete the registration process in your doctor's office, be sure to check with your coaches to discuss goals that are healthy and will support your weight loss.



RESHAPE-000092

## Patient Portal – Setting Goals

Next, you'll select personal goals that act as motivational reminders to help keep you focused and on track. Choose from options such as *Try new activities* or *Have more energy*. You also have the option to write your own custom goals if there is something that you're striving to achieve that's not available on the drop-down list.



### When You Sign In

When you sign in for the first time on any day, you'll be prompted to enter your weight. You can enter your weight here, or skip to the next section. If you have a Fitbit® scale connected, your weight will automatically populate in the weight logging section of the portal.



## Patient Portal – Key Areas

### Key Areas of the Portal

When you first register, take some time to explore and become familiar with the portal. The main sections are listed below with brief descriptions to help you find your way around. The portal and these key areas are instrumental in your weight loss success.

### Logging Your Progress

The brightly colored bars on the upper left side of the dashboard are where you'll input your weight, daily meals, fitness activities, and personal goals. You'll also be able to view the badges you've earned.



**❶** Weight Log

If you've synced your Fitbit® scale, your weight will be automatically entered. If not, you can enter your weight manually by typing in the text box and selecting the checkmark on the weight log bar. You can also enter your weight in the daily prompt, which appears the first time you log in each day.



RESHAPE-000093

## Patient Portal – Key Areas

### ❷ Food Log

We've made it easy for you to track and log your meals for the day. For each meal and/or snack you can log, upload a photo of your food, or both.

The portal conveniently includes fields for breakfast, lunch, dinner, and two snacks. If needed you can add extra meals, snacks, and treats by clicking the "+" sign next to each category.

To log your food click on the meal or snack you'd like to enter. Then click into the text box, type what you ate, and click the "+" sign to enter the food. If you need to remove the food you entered, click the "-" sign.

 

To upload a photo of a meal/snack click on the meal or snack you'd like to enter. Then click on the camera icon, select the appropriate photo, type in a description, and click the "+" sign to enter the food. If you need to remove the photo you uploaded click the "-" sign.

## Patient Portal – Key Areas

### ❸ Activity Log

If an activity tracker is synced to your account, the system will automatically track your steps each day.



Activities may also be logged manually by entering steps or calories burned, or selecting an activity from the list of icons. To enter an activity by type and duration, select the activity and the amount of time spent performing the activity from the provided options.



| Walk | Run | Swim | Bike | Weight Lifting | Yoga |

If you completed an activity other than those available, you can manually enter the calories or steps.

To manually enter an activity as steps or calories burned, select the correct tab and enter in the number of steps or calories. Click the plus sign to the right to add these to your log.



RESHAPE-000094

## Patient Portal – Key Areas

❹ Goal Tracking

You have the ability to update, evaluate, and select your weight loss goals in this section. The personal goals you entered during the registration process will also display here.

You'll be able to evaluate how close you are to achieving your weight loss and step goals by viewing the graphs.



In addition, you have the opportunity to set, update, and evaluate your personal goals. They are categorized by Motivational goals and Take Action goals. Motivational goals are personal accomplishments you're striving to achieve by losing weight. For example, *Have more energy* or *Sleep better.*

Take Action goals are specific behaviors tied to successful weight loss. For instance, *Eat on a smaller plate* or *Drink more water.* You can find out more information on the Take Action goals in the Healthy Living Tips available on the portal.

You can evaluate your progress by using the sliders found in this section. The slider starts to the left when you first set your goal. As you get closer to meeting your goal, you can move the slider closer to the right until it is fully achieved.



## Patient Portal – Key Areas

The purpose of the goals are to serve as reminders, not only for your daily goals, but as a way to track the motivation you have for losing weight. They serve as a regular reminder about why losing weight will benefit your life and help you stay motivated throughout the program.

❺ Badges

You can earn badges for a variety of different activities including regular food logging, reaching your weight loss goals, participation in the community message boards, and more. In this section, you're able to view all badges available for you to earn, as well as the ones you've already earned.



❻ Data

You can also track your progress by viewing your historic data in easy-to-read charts including weight loss, daily step count, and caloric intake.



RESHAPE-000095

## Patient Portal – Key Areas

You have the option to view your data during any given time frame throughout your procedure. To change the date range, use the calendar feature located at the top left of the page.



You can also share this information with your coaches to evaluate your progress together.

Select the gray *Share My Data* tile located on the dashboard or on the upper right corner of the data page to share your reports. You can email, print, and/or download a PDF file. You will need to get your coach's email address in order to send your progress report.





## Patient Portal – Key Areas

These reports provide your coaches with a comprehensive overview of your weight loss efforts and accomplishments. They are critical to your coaching sessions and enable your coaches to customize the guidance they provide to you.

### ❼ Community

In the community forums, you'll get a chance to connect and interact with other members of the *ReShape* community. You can start your own thread or reply to other members' posts.



There is also a forum to submit your own personal success story, where you can share before and after pictures to show the community how much you've achieved with *ReShape*.



RESHAPE-000096

## Patient Portal – Key Areas

## Patient Portal – Key Areas

**❽ Healthy Living Tips**

You can find helpful articles focusing on nutrition, fitness, and lifestyle changes in the Healthy Living Tips section. New articles are available each week to assist you at key stages during your weight loss journey and will be relevant to where you are in the procedure.



You will be alerted of new Healthy Living Tips topics through email notifications. New articles will also be displayed on the dashboard each week.

To revisit articles you've read in the past, you can use the search bar at the top of the Healthy Living Tips page.

You can also filter articles by nutrition, fitness, and lifestyle by selecting the checkboxes. To bookmark an article, add it to your favorites by selecting the heart icon in the article. To pull up your bookmarked articles, select the heart next to My Favorites.



**❾ Notifications**

You have the option to receive email and/or text notifications regarding the following topics:

- Healthy Living Tips updates and progress reports, sent weekly
- Usage reminders and motivators
- Badges received
- Community forum posts
- Updates, offers, and announcements from *ReShape Medical®*

You will be automatically opted-in to receive email notifications once you register for the portal. You may unsubscribe by unchecking the box next to the individual notification.



**RESHAPE-000097**

## Patient Portal – Fitbit®

## Patient Portal – Fitbit®

### Linking a Fitbit®

Syncing your Fitbit® tracker and scale to the portal is an easy, automated way to log your daily steps and enter your weight. Just be sure to step on your scale and wear your tracker on a regular basis.

To set up your devices with the *ReShape* Patient Portal, you'll first need to create an account on the Fitbit® website and sync your device(s). Instructions for syncing were provided with your scale and activity tracker. Make sure to remember your Fitbit® account username and password, as you'll need them to connect your devices to the portal.

Next, you'll need to connect your device through the *ReShape* Patient Portal:

• Select the Fitbit® tracker and scale tile on the dashboard.

 

OR

• Access the *Devices* section through the *Settings* page in the upper right-hand corner of the dashboard.



After selecting the tile you'll be directed to the *Devices* section.

• Select the Fitbit® checkbox under the tracker and/or scale, and click *Save*.



This will direct you to a screen asking you to enter in your Fitbit® username and password.

• Enter your account information. Select *Allow*.



## Patient Portal – Fitbit®

## Patient Portal – FAQs

You'll receive a message asking you to allow the *ReShape* portal to have access to your Fitbit® account. Select *Allow*.

You'll receive a confirmation message letting you know the devices were successfully connected. In addition, your dashboard will display a checkmark next to the tracker and/or scale images letting you know they are connected.




### FAQs

#### Fitbit®:
**What do I do if my Fitbit® wireless scale and/or activity tracker aren't syncing to the patient portal?**

*If you are having trouble connecting your Fitbit® wireless scale and/or activity tracker, first log into your account on the Patient Portal and visit the* Devices *page in your settings. Disconnect your device by selecting the manual checkbox(es) and hit save. Then, reconnect by selecting the Fitbit® checkbox(es) and hit save. Follow the instructions on the screen.*

*Also, make sure you setup your wireless scale and/or activity tracker properly on the Fitbit® website. If you're having a problem connecting a device to your Fitbit® account, visit the* Help *section on the Fitbit® website.*

*Remember, you must create an account and sync your device(s) on the Fitbit® website prior to connecting to the portal.*

**Who do I contact if I can't connect my Fitbit® wireless scale and/or activity tracker?**

*If you are still experiencing problems connecting your Fitbit® wireless scale and/or activity tracker, please contact ReShape Customer Service at 1-844-YES-RESHAPE or customerservice@reshapemedical.com.*

#### Logging in:
**What do I do if I forget my username and/or password?**

*Visit www.ReShapeReady.com and select* Sign in *in the upper right hand corner. On the sign in screen, click on the* Trouble signing in? *link. Type in the email address you used to register for the portal. You will be sent an email containing your username and a link to reset your password.*

## Patient Portal – FAQs

## Patient Portal – FAQs

**Who do I contact if my login isn't working?**

*If you tried resetting your password and you still aren't able to login, please contact ReShape Customer Service at 1-844-YES-RESHAPE or customerservice@reshapemedical.com.*

**How do I see the information I entered prior to the current date?**

*To view data you entered on a previous date, you can select the back arrow in the logging section on the dashboard. You will be able to view all data entered from the date of registration through the current date.*



*You can also view information entered on a previous date in the data section by clicking on the date range in the upper left corner on the page. To adjust the dates, you can select the start date and/or end date on the drop down calendar. The graphs below will update accordingly.*



**What do I do if I forget and/or lose my PIN code?**

*If you forget and/or lose your PIN code prior to registering for the Patient Portal, please contact ReShape Customer Service at 1-844-YES-RESHAPE or customerservice@reshapemedical.com. Please note that your PIN code is not needed after registration.*

RESHAPE-000100



BACK OF PATIENT
PORTAL SECTION

FPO
TAB POSITION 6
"BEFORE & AFTER PICS"
GREEN FRONT

RESHAPE-000101

Before & After Pictures

### Track Your Success With Before and After Photos

Taking before and after pictures during your procedure is a great way to track and measure your weight loss progress. It's good to have a record of a starting point, so you can easily see your success. Plus, you may hit a plateau or need inspiration from time to time. Looking at your before pictures helps you see how far you've come and will spark inspiration!

### TIPS:

- Try to take your "Before" pictures prior to insertion or up to one week after.
- Stand in front of a plain or neutral colored wall with as little clutter or distractions as possible.
- Take the photo in portrait mode (vertical) instead of landscape (horizontal). You'll want to see yourself from head to toe, close enough to see some details.
- Take several pictures from the front, back, and side.

**FPO
TAB POSITION 6
"BEFORE & AFTER PICS"
GREEN BACK**

RESHAPE-000102

## Before & After Pictures

Before & After Pictures

Before

After

Attach your photos here

Attach your photos here

RESHAPE-000103

Journal

Journal

RESHAPE-000104

Journal

Journal

RESHAPE-000105

Journal

Journal

RESHAPE-000106

Journal

Journal

RESHAPE-000107

Journal

Journal

RESHAPE-000108

**Important *ReShape* Integrated Dual Balloon System Safety Information**

**Indications:** The *ReShape* Integrated Dual Balloon System is indicated for weight reduction when used in conjunction with diet and exercise, in obese patients with a Body Mass Index (BMI) of 30 – 40 kg/m2 and one or more obesity-related comorbid conditions. It is indicated for use in adult patients who have failed weight reduction with diet and exercise alone. **Contraindications:** The *ReShape* Integrated Dual Balloon System is not recommended for patients with conditions that may increase the risk of poor results (e.g., prior gastrointestinal surgery with sequelae, prior open or laparoscopic bariatric surgery, inflammatory diseases of the GI tract, potential upper GI bleeding), who are unwilling to participate in an established medically-supervised diet and behavior modification program, who have alcohol or drug addictions, who receive daily prescribed treatment with aspirin, anti-inflammatory agents, anticoagulants or other gastric irritants, or who currently are or may be pregnant or breast-feeding. **Warnings:** The maximum placement period for the *ReShape* Integrated Dual Balloon is 6 months. The risk of intragastric balloon deflation and intestinal obstruction (and therefore possible complications related to intestinal obstruction) is significantly higher when balloons are left in place longer than 6 months. The presence of blue-green urine or sudden loss of satiety, increased hunger and/or weight gain may be a sign of balloon deflation. Failure of patients to take prescribed daily proton-pump inhibitor medication increases the risk of gastric ulceration or perforation. **Adverse Events:** Placement of the *ReShape* Integrated Dual Balloon requires an endoscopic procedure with sedation. Potential risks associated with an endoscopic procedure and sedation include adverse reaction to sedation (headache, muscle pain, nausea), infection, pneumonia, and respiratory distress. Potential risks associated with the *ReShape* Integrated Dual Balloon include ulceration, perforation, abdominal pain, nausea, vomiting, bloating, belching, heartburn, dehydration, and sore throat. These complications may be severe enough to require early removal of the *ReShape* Integrated Dual Balloon. Although the *ReShape* Dual Balloon design provides an anti-migration feature, there is the potential risk of device migration and intestinal obstruction. The risk of intestinal obstruction is increased if the device is not removed after 6 months. If intestinal migration occurs, surgical or endoscopic removal may be required.

**Important:** For full safety information please talk with your doctor, or call *ReShape* Customer Support at 1-844-YES-RESHAPE

**CAUTION: Rx only.**

RESHAPE and the RESHAPE MEDICAL Logo are registered trademarks of ReShape Medical, Inc. All other brand/product names are trademarks of their respective owners.

© 2016 ReShape Medical, Inc. All rights reserved.
04-0114 Rev. B

RESHAPE-000109



1

RESHAPE-000110



**NOTE:** The speaker's notes provided can help guide your presentation.  Feel free to add or delete aspects to make this presentation your own.

**REMEMBER**: Enthusiasm counts!  As you present, engage your audience and show your excitement.  Your positivity will help patients stay interested.

Welcome everyone.  Thank you for coming today to our seminar on the *ReShape* Procedure.

*ReShape* is a fantastic weight loss option that we are excited to be able to offer our 30-40 BMI patients.

We are seeing great results with the *ReShape* Procedure and patients love it because it offers a complete solution to help you lose significant weight and keep it off.

Let's get started!

2



In today's seminar, I'm going to tell you <u>all about the *ReShape* Procedure</u>.  We'll start with a quick discussion about obesity and <u>how being obese can affect your life</u> – then we'll talk about the <u>*ReShape* Procedure</u> and how it can help you achieve life-changing weight loss without surgery.

There will be an opportunity to <u>ask any questions</u> you may have, and then we'll explain <u>how you can get started</u> on your path to weight loss.

Are there any questions before we begin?

3

**RESHAPE-000112**



Let's begin by understanding what we mean when we <u>talk about obesity</u>.

<u>Obesity is wide-spread in this country</u>.

We assess obesity using <u>a measurement called BMI</u>.  BMI is calculated by using your height and your weight.

A BMI between 18.5 to 24.9 is considered a healthy weight.  BMI between 25 and 29.9 is classified as overweight.  A BMI <u>over 30 is considered obese</u>.  For the majority of you here today, you fall into this category of <u>mild to moderate obesity</u> with a BMI of <u>30 – 39.9</u>.  This means that you are not considered morbidly obese, with a BMI over 40, but you are in a weight category that puts your health at risk and can impact your quality of life.

4

RESHAPE-000113



So how can obesity – even mild to moderate obesity – impact your health?

Being obese can put you at risk for a number of conditions or diseases, commonly referred to as co-morbidities.

Prevalent co-morbidities include one or a combination of those listed on screen: heart conditions, diabetes, stroke, high blood pressure, high cholesterol, osteoarthritis, and many types of cancer.

In other words, we see higher rates of these conditions and diseases in people who are obese.

By losing weight, we greatly lessen our risk for these health issues and in turn, lower our medical costs and can extend and enhance our lives.

5

RESHAPE-000114



Physical health is not the only thing impacted by being obese.  Obesity also impacts our emotional well-being.

In this video, you'll hear from real *ReShape* patients about their experiences and outlook before they lost weight with *ReShape*.

PLAY VIDEO

AFTER THE VIDEO :

Key Questions

1.  As you watched this video, was there anything you could relate to?
2.  Think about how your weight impacts the way you feel and your outlook on life.
3.  Then think about how you'd feel if you were able to lose weight.  How might you think or feel differently?

6



There are <u>many factors</u> that cause us to gain weight.

Your weight, and how quickly and easily you lose or gain, are determined by <u>genetics</u>, (whether your parents or other family members tend to gain weight and whether you have a naturally high or naturally low metabolism), <u>diet</u> (what you eat, how much you eat, and how often), <u>your fitness level, and your lifestyle</u>.

It's easy to gain weight as a result of any one of the factors listed, but it's rare that just one is impacting you.  Often, <u>multiple factors come together</u> and impact our weight.

That is why it's so <u>challenging to lose weight on our own</u>.  Most of the time we will focus on one area of weight gain without looking at all of the contributing factors.

7

RESHAPE-000116



There are a number of weight loss methods that have been available. You may have even tried one of these options.

Most of the patients we see have tried at least one (and sometimes all) of the methods listed here.

NOTE:  Engage the audience!

Key Questions:

1. By a show of hands, how many of you  have tried at least one of the methods listed?
[HOLD]
How many have tried more than one?

2. What happened?
(Expected answer: They work for a while, but the results didn't last or it was too hard to stick with it.)

8

RESHAPE-000117



The problem with underlined traditional diets is that many of them underlined fail for a number of reasons.

Often, they may underlined rely solely on your own will power, and when will power falters, there's nothing to keep you on track.  They are underlined too restrictive and are underlined not sustainable for the long term.  If you can't stick with it for much longer than a few weeks or months, it's underlined not going to keep you on track for life.  Some methods only target one particular element, such as eating or exercise, but we already know that multiple factors influence our weight.

You've probably heard the statistic that 95% of people on diets fail. But think about it this way: 95% of diets fail people. And that is where the *ReShape* Procedure comes in.

9

RESHAPE-000118



*ReShape* helps counter common problems people face with traditional weight loss methods by providing a pathway to achieve portion control and maintain permanent lifestyle changes, leading to life-changing weight loss.  *ReShape* was specifically designed to help patients with a BMI of 30 – 40 lose weight and keep it off.

The procedure includes new dual balloon technology to safely limit the amount of food you can eat.  As you can see in the illustration, the balloons sit in the stomach taking up space and providing built in portion control.

You also receive a year of comprehensive coaching – during which you'll meet [every month] with our amazing team to talk about how to make healthy living, fitness, and nutrition a permanent part of your life.

By combining the balloons and the coaching, *ReShape* helps you get real, lasting results without surgery.

In a recent FDA clinical study, patients lost more than two times more weight with *ReShape* than with diet and exercise alone.

10

RESHAPE-000119



The *ReShape* Procedure is divided into <u>three phases</u>.  We'll go into each one in detail.

11

RESHAPE-000120



The first step is the <u>Readiness phase</u>, which begins <u>before you receive the balloons</u>.

Our goal during this phase is to <u>review your health history, lifestyle, and expectations </u>to confirm that *ReShape* can help you achieve the kind of life-changing weight-loss you are looking for. We start to <u>prepare you</u> for the year ahead, and <u>introduce the program components</u> that will help you succeed.

You'll also <u>meet the coaching team </u>who'll support your efforts over the course of the procedure. Our *ReShape* team is shown here. Everyone on the coaching team is highly qualified and has extensive experience helping patients implement changes that will support weight loss for life.

12

RESHAPE-000121



The second phase, called Jump Start, begins with the insertion of the *ReShape* dual balloon device. The balloons are inserted endoscopically in an outpatient procedure by [one of our highly qualified physicians] or [Dr. _____]. After six months, the balloons MUST be removed.

This animation shows how the balloons are placed in the stomach.

PLAY VIDEO

13



During this time, it's common to have <u>mild to moderate side effects</u> that include nausea, vomiting, bloating, and cramping.  This is due to your stomach getting used to the balloons.

We can provide a prescription for <u>medications that can help</u> calm these feelings. This adjustment period usually takes a <u>few days</u>.  We recommend you take a few days off from work, and then after that adjustment period, you should be able to return to regular daily activities.

14

RESHAPE-000123



The balloons help patients achieve such great results because <u>they limit how much you can eat</u>, and because they fill your stomach, you'll still <u>feel full and less hungry</u>.

After the balloons are inserted, it may take your body a <u>few days to adjust</u>.  You'll start by introducing liquids, then purees, soft foods, and finally normal foods to give your stomach a chance to adjust to each for a few days.

In this video, you can <u>hear from patients </u>about the <u>balloon insertion </u>and what it feels like when the <u>balloons are in your stomach</u>.

PLAY VIDEO

15

RESHAPE-000124



While the balloons are a very important component of successful weight loss with *ReShape*, they are only part of the story.  The <u>other core component </u>of *ReShape* is the <u>personalized coaching </u>you receive.

As we mentioned before, you receive <u>one full year of personalized coaching</u>.  You'll start meeting with your coaches prior to the balloon insertion.  Afterwards, you will come into the office <u>every month </u>and meet with your team.  We will check your weight, review your food choices, and evaluate your fitness activities to <u>see how you are progressing</u>.  We'll also talk about what's been working well for you.  We'll figure out <u>solutions to your challenges</u>, and help you <u>make changes </u>and <u>set goals</u> that are realistic and attainable for you.

16

RESHAPE-000125



The Healthy Living phase is designed to help you stay on track and continue your weight loss.

A lot of patients are worried about what will happen after the balloons are taken out of the stomach.  They are worried that without the help of the balloons, the weight will come back.  That's why we continue the procedure with an additional six months of coaching.

During this time, you continue to meet with your team, and you'll make a plan to stay on track, maintain the weight loss, and continue to make progress  to reach your ultimate goals.

In the Healthy Living phase, you'll maintain your weight loss by continuing with another six months of healthy eating, fitness, and personalized *ReShape* coaching support.

17

RESHAPE-000126



Here, _ReShape_ patients can tell you about their experience after the balloons were removed.

PLAY VIDEO

18

RESHAPE-000127



We've had the opportunity today to discuss the *ReShape* Procedure and explain why it is such an <u>amazing option</u> to help people like you <u>achieve life-changing weight loss</u>.

To wrap up before we open the floor for questions, here is a <u>summary of everything you'll receive</u> when you sign up for *ReShape,* <u>which includes:</u>
- Balloon <u>insertion and removal</u> procedures
- <u>One year of coaching</u> with our expert team
- Access to the <u>*ReShape* Patient Portal</u> throughout and after the 12 month program

The <u>value of the *ReShape* Procedure</u> goes beyond the jump-start with the dual balloon and monthly coaching—it provides you with <u>tools to change your behavior</u> to help achieve <u>lasting weight loss results.</u>

19

RESHAPE-000128



Now I'd like to open up the floor to your questions.  This slide lists a few common ones, but you may have others.  What can I answer for you?

**Is it safe?**

The *ReShape* Procedure and dual balloon design has FDA approval in the U.S.  The device is made from medical-grade materials that are safe for the human body. The balloons were designed to promote tolerability by sitting in the stomach in a way that mimics the stomach's natural shape.  The balloons are also designed to minimize the risk of deflation or migration, because even if the balloon were to deflate, the second balloon can hold the balloon in place, rather than letting it pass into the intestines, which can be quite dangerous.  The balloons include a visual safety indicator as well, so that in the unlikely event of a balloon deflation, you will be alerted quickly by the presence of blue dye in your urine.

**Are there side effects?**

You will likely experience nausea, vomiting, and pain, and may experience bloating, diarrhea, and cramping while your body adjusts to the presence of the balloons. These symptoms are normal and should be expected. Your doctor can prescribe medication to minimize any discomfort.

**What will I be able to eat?**

You won't need to purchase any special foods while you're on the *ReShape* program -- it's all about teaching you how to eat moderate portions of the healthy foods you already

20

RESHAPE-000129

enjoy.  We'll provide guidance and suggested menus, but the decisions are yours to make. You'll achieve better results if you eat nutritious foods, such as whole grains, lean meats, non-processed fruits and vegetables, and other healthy options.

**How long will I need to take off work?**
We recommend taking at least two or three days off from work just to let your body get used to the feeling of the balloons. With *ReShape*, there's very little down-time. Most patients can perform routine tasks like driving, housework, and walking very soon after the procedure. Most patients experience some nausea, vomiting, and abdominal pain after the insertion, which is why we do recommend a few days' rest after the procedure.

**How much does it cost?**
The cost for the *ReShape* Procedure is $_____(fill in your site's pricing).

The cost not only covers the *ReShape* balloon insertion and removal procedures, it also covers the full year of monthly coaching sessions and use of the *ReShape* Patient Portal during and after completion of the program.  We will provide you with a specific breakdown of costs and more information when we schedule your first appointment.

[If you provide financing options]
We also provide financing options that can help bring your costs down to a comfortable monthly payment.

**Do I qualify?**
*ReShape* is intended for adults with a BMI of 30 - 40 who have a comorbidity such as high blood pressure, high cholesterol or joint pain. If you don't know your BMI, one of our staff can help you calculate it and talk to you about whether you are a good candidate for the procedure.

**How much weight will I lose?**
The amount of weight you lose with the *ReShape* Procedure will depend on your level of commitment in changing your behaviors and following the dietary guidance. In the clinical trial, patients lost more than <u>two times more weight with *ReShape*</u> than with diet and exercise alone. It is important that you know that the program is a tool to help you, not a guaranteed magic solution.

**Do patients keep the weight off?**
In the clinical trial, most patients maintained or continued to lose weight after the dual balloon was removed.  Patients were not followed beyond one year.  People who are committed and engaged in the program, attend the monthly coaching sessions, and make the necessary changes to adopt healthy eating habits will have the best chance at keeping the weight off.

**Can the balloons stay in longer than six months?**

20

No, with the *ReShape* Procedure, the balloons must be removed after six months. Balloons not removed after six months are at higher risk of migrating into the intestine and causing serious complications like obstructions.  Therefore, it is critical that you schedule your six-month appointment for balloon removal.

20

RESHAPE-000131

# Important Safety Information

**Indications:** The *ReShape* Integrated Dual Balloon System is indicated for weight reduction when used in conjunction with diet and exercise, in obese patients with a Body Mass Index (BMI) of 30 – 40 kg/m² and one or more obesity-related comorbid conditions. It is indicated for use in adult patients who have failed weight reduction with diet and exercise alone.

**Contraindications:** The *ReShape* Integrated Dual Balloon System is not recommended for patients with conditions that may increase the risk of poor results (e.g., prior gastrointestinal surgery with sequelae, prior open or laparoscopic bariatric surgery, inflammatory diseases of the GI tract, potential upper GI bleeding), who are unwilling to participate in an established medically-supervised diet and behavior modification program, who have alcohol or drug addictions, who receive daily prescribed treatment with aspirin, anti-inflammatory agents, anticoagulants or other gastric irritants, or who currently are or may be pregnant or breast-feeding.

**Warnings:** The maximum placement period for the *ReShape* Integrated Dual Balloon is 6 months. The risk of intragastric balloon deflation and intestinal obstruction (and therefore possible complications related to intestinal obstruction) is significantly higher when balloons are left in place longer than 6 months. The presence of blue-green urine or sudden loss of satiety, increased hunger and/or weight gain may be a sign of balloon deflation. Patients experiencing symptoms of acute pancreatitis (e.g., acute abdominal pain, nausea, or vomiting) should seek immediate care. Failure of patients to take prescribed daily proton-pump inhibitor medication increases the risk of gastric ulceration or perforation.

**Adverse Events:** Placement of the *ReShape* Integrated Dual Balloon requires an endoscopic procedure with sedation. Potential risks associated with an endoscopic procedure and sedation include adverse reaction to sedation (headache, muscle pain, nausea), infection, pneumonia, and respiratory distress. Potential risks associated with the *ReShape* Integrated Dual Balloon include acute pancreatitis, ulceration, perforation, significant gastric bleeding, gastric outlet obstruction, aspiration pneumonia, abdominal pain, nausea, vomiting, bloating, belching, heartburn, dehydration, and sore throat. These complications may be severe enough to require early removal of the *ReShape* Integrated Dual Balloon. Although the *ReShape* Dual Balloon design provides an anti-migration feature, there is the potential risk of device migration and intestinal obstruction. The risk of intestinal obstruction is increased if the device is not removed after 6 months. If intestinal migration occurs, surgical or endoscopic removal may be required.

**Important:** For full safety information please,  talk with your doctor, or call *ReShape* Customer Support at 844-YES-RESHAPE (1-844-937-7374).

**CAUTION: Rx only.**

LB-00065 Rev. G

21

RESHAPE-000132



NOTE: At this time, transition to the usual <u>next steps </u>in your practice (i.e., scheduling an appointment, setting a follow-up call, etc.)

<u>Thank you</u> for your time today.  We are really <u>excited about the *ReShape* Procedure </u>and the benefits for our patients.  We look forward to <u>talking with you </u>and <u>getting you started </u>on your path to weight loss.

22

RESHAPE-000133



## New Dual Balloon Technology

Two connected balloons filled with saline (salt water) are placed inside your stomach for six months to help reduce hunger, so you feel satisfied with smaller portions.



## One Year of Comprehensive Coaching

With guidance from experts to keep you motivated and accountable, plus a full set of online tools and resources, you'll have one year of support to create permanent lifestyle changes.



## Proven Weight Loss Without Surgery

In a recent study, patients lost more than twice as much weight with the ReShape Balloon™ than with diet and exercise alone. And most patients keep the weight off or continue to lose, even after the balloons are removed.

**Important ReShape Balloon™ System Safety Information**

**Indications:** The ReShape Balloon System is indicated for weight reduction when used in conjunction with diet and exercise, in obese patients with a Body Mass Index (BMI) of 30 – 40 kg/m² and one or more obesity-related comorbid conditions. It is indicated for use in adult patients who have failed weight reduction with diet and exercise alone.

**Contraindications:** The ReShape Balloon System is not recommended for patients with conditions that may increase the risk of poor results (e.g., prior gastrointestinal surgery with sequelae, prior open or laparoscopic bariatric surgery, inflammatory diseases of the GI tract, potential upper GI bleeding), who are unwilling to participate in an established medically-supervised diet and behavior modification program, who have alcohol or drug addictions, who receive daily prescribed treatment with aspirin, anti-inflammatory agents, anticoagulants or other gastric irritants, or who currently are or may be pregnant or breast-feeding.

**Warnings:** The maximum placement period for the ReShape Balloon is 6 months. The risk of intragastric balloon deflation and intestinal obstruction (and therefore possible complications related to intestinal obstruction) is significantly higher when balloons are left in place longer than 6 months. The presence of blue-green urine or sudden loss of satiety, increased hunger and/or weight gain may be a sign of balloon deflation. Patients experiencing symptoms of acute pancreatitis (e.g., acute abdominal pain, nausea, or vomiting) should seek immediate care. Failure of patients to take prescribed daily proton-pump inhibitor medication increases the risk of gastric ulceration or perforation.

**Adverse Events:** Placement of the ReShape Balloon requires an endoscopic procedure with sedation. Potential risks associated with an endoscopic procedure and sedation include adverse reaction to sedation (headache, muscle pain, nausea), infection, pneumonia, and respiratory distress. Potential risks associated with the ReShape Balloon System include acute pancreatitis, ulceration, perforation, significant gastric bleeding, gastric outlet obstruction, aspiration pneumonia, abdominal pain, nausea, vomiting, bloating, belching, heartburn, dehydration, and sore throat. These complications may be severe enough to require early removal of the ReShape Balloon. Although the ReShape Balloon design provides an anti-migration feature, there is the potential risk of device migration and intestinal obstruction. The risk of intestinal obstruction is increased if the device is not removed after 6 months. If intestinal migration occurs, surgical or endoscopic removal may be required. (01-04-18)

**Important:** For full safety information, talk with your doctor, or call ReShape Customer Support at 844-YES-RESHAPE (1-844-937-7374).

**CAUTION: Rx only.**



RESHAPE, RESHAPE LIFESCIENCES, ReShape Balloon™, and the ReShape Balloon Logo are trademarks of ReShape Lifesciences, Inc.
© 2018 ReShape Lifesciences, Inc.  All rights reserved.  04-0131 Rev. E

## How will you ReShape your story?



"I'm happier, healthier, and living the life I always wanted."

Mariam lost 62 pounds with the ReShape Balloon Procedure¹

Before

After



ReShape Balloon™

**ReShape Balloon™.** | The Non-Surgical Weight Loss Procedure.

## Life-changing weight loss, no surgery required.

When you're serious about losing weight and improving your health, the ReShape Balloon™ Procedure is a smart choice. The ReShape Balloon is a non-surgical approach to weight loss that's been proven to help people lose weight and keep it off. But perhaps most importantly, ReShape Balloon patients are embracing their futures, improving their health, and feeling more confident than ever.

## Is the ReShape Balloon right for you?



ReShape
IS INDICATED FOR PATIENTS WITH:
**30-40**
BMI
(BODY MASS INDEX)

The ReShape Balloon is designed for people who meet the following requirements:
- ✓ BMI between 30-40 with a co-morbidity*
- ✓ No previous weight loss surgery
- ✓ Willingness to make changes to support a healthy lifestyle



*Charlie lost 81 pounds with the ReShape Balloon Procedure†*

Before / After

## The ReShape Balloon Procedure is:

- ✓ **Non-surgical**
  Your doctor will gently insert the Balloon through your mouth (endoscopically), with no incisions or scars.

- ✓ **Non-anatomy altering**
  Unlike other weight loss surgeries, the ReShape Balloon is not a permanent implant, and does not permanently reroute your digestive system.

- ✓ **Outpatient procedure**
  Insertion of the Balloon is completed in about 20 minutes with no hospital stay required. You can get in and out and on your way to weight loss.

## The ReShape Balloon Patient Portal

Stay inspired and on track with the online ReShape Balloon Patient Portal, an all-in-one source for tracking food, activity, weight, and interacting with other patients.



> " I've gained more energy, more confidence, and I feel like a brand new man. "

## We're with you all the way.

The ReShape Balloon provides a personalized pathway broken down into three phases over 12 months. Each phase is specifically designed to assist you at key stages during your weight loss journey.



**1 Readiness** Personalized screening and evaluation

Your weight loss journey begins with a personalized evaluation. You'll start receiving the education you need to prepare you for success.



**2 Jump Start** First six months combines the Balloon and coaching

With the help of the Balloon, paired with personalized coaching, you'll focus on healthy eating, exercise, and lifestyle habits to maximize your success. After six months, the Balloon will be removed from your stomach.



**3 Healthy Living** Six more months of personalized support

After the Balloon is removed, you'll continue receiving support to help you achieve and maintain your optimal weight and healthy lifestyle.

* A condition or disorder that commonly accompanies obesity is called a "co-morbidity." In order to qualify for the ReShape Balloon Procedure, you must have at least one of these conditions. Consult with your doctor if you are not sure whether you have any obesity-related conditions.
† Results and patient experience may vary.

RESHAPE-000135



## ReShape™
Non-Surgical Weight Loss Procedure

# Life-changing weight loss,
# no surgery required.



Patrick lost
**65 pounds**

Kellie lost
**35 pounds**

Virginia lost
**72 pounds**



**New Dual Balloon Technology**



**One Year of Comprehensive Coaching**



**Proven Weight Loss Without Surgery**

## Start your weight loss journey today.
## Ask your doctor if *ReShape*™ is right for you.

**Important *ReShape*™ Integrated Dual Balloon System Safety Information**
**Indications:** The *ReShape*™ Integrated Dual Balloon System is indicated for weight reduction when used in conjunction with diet and exercise, in obese patients with a Body Mass Index (BMI) of 30 – 40 kg/m2 and one or more obesity-related comorbid conditions. It is indicated for use in adult patients who have failed weight reduction with diet and exercise alone. **Contraindications:** The *ReShape*™ Integrated Dual Balloon System is not recommended for patients with conditions that may increase the risk of poor results (e.g., prior gastrointestinal surgery with sequelae, prior open or laparoscopic bariatric surgery, inflammatory diseases of the GI tract, potential upper GI bleeding), who are unwilling to participate in an established medically-supervised diet and behavior modification program, who have alcohol or drug addictions, who receive daily prescribed treatment with aspirin, anti-inflammatory agents, anticoagulants or other gastric irritants, or who currently are or may be pregnant or breast-feeding. **Warnings:** The maximum placement period for the *ReShape* Integrated Dual Balloon is 6 months. The risk of intragastric balloon deflation and intestinal obstruction (and therefore possible complications related to intestinal obstruction) is significantly higher when balloons are left in place longer than 6 months. The presence of blue-green urine or sudden loss of satiety, increased hunger and/or weight gain may be a sign of balloon deflation. Failure of patients to take prescribed daily proton-pump inhibitor medication increases the risk of gastric ulceration or perforation. **Adverse Events:** Placement of the *ReShape* Integrated Dual Balloon requires an endoscopic procedure with sedation. Potential risks associated with an endoscopic procedure and sedation include adverse reaction to sedation (headache, muscle pain, nausea), infection, pneumonia, and respiratory distress. Potential risks associated with the *ReShape* Integrated Dual Balloon include ulceration, perforation, abdominal pain, nausea, vomiting, bloating, belching, heartburn, dehydration, and sore throat. These complications may be severe enough to require early removal of the *ReShape* Integrated Dual Balloon. Although the *ReShape* Dual Balloon design provides an anti-migration feature, there is the potential risk of device migration and intestinal obstruction. The risk of intestinal obstruction is increased if the device is not removed after 6 months. If intestinal obstruction occurs, surgical or endoscopic removal may be required. **Important:** For full safety information please talk with your doctor, or call *ReShape* Customer Support at 844-YES-RESHAPE.
**CAUTION: Rx only.**

* Results and patient experience may vary.
RESHAPE and the RESHAPE MEDICAL logo are trademarks of ReShape Medical, Inc.
©2015 ReShape Medical, Inc. All rights reserved. 04-0144 Rev. A

RESHAPE-000136



This record of information relevant to the *ReShape Medical®* product and procedure is intended for submission as a supplemental review to the credentialing committee.

---

**ReShape® Product and Procedure Overview**

- The technology has been FDA approved to treat adult patients in the 30-40 BMI range; a large patient population with few weight loss options

- Next generation, Dual Balloon obesity device (inserted via brief endoscopic procedure with sedation), coupled with 12 months of diet, exercise and behavior modification coaching

- Major unmet need: most patients fail on drugs, diet and exercise and don't qualify for or want surgery

- The *ReShape* non-surgical device is the first to meet primary endpoints in a randomized U.S. pivotal trial

- *ReShape* was shown to be more than twice as effective than exercise and diet alone

- Low and acceptable procedure and device related adverse event rates.

  - Most common adverse events noted during the clinical trial were Nausea, Vomiting, and Abdominal Pain

- Comprehensive physician training and continued *ReShape* trainer support

- Comprehensive online training for Allied Health Professionals prior to first procedure and continued support from a *ReShape* Registered Dietitian

- Patient Care Protocol developed to help physician and staff guide patient through 12-month program participation

04-0079 Rev. B

RESHAPE-000137



## Obesity Epidemic

The obesity epidemic remains one of the leading factors contributing to health problems in the U.S. It is often associated with conditions such as obstructive sleep apnea, high blood pressure, type-2 diabetes, or heart disease and stroke[1].

Currently, more than two-thirds of U.S. adults have BMIs within the 30 to 40 range[2]. A person with a BMI of 30 or above is considered obese. This can quickly develop into severe obesity once the person is 100 pounds or more above the ideal body weight[3] or has a BMI of 35 and above combined with a health-related condition[4].

At present, there is a huge unmet need in treating obese Americans whose BMI is within the 30 to 40 range.

Existing options are limited for many obese patients. Most have either failed on drugs, diet and exercise or don't qualify or want surgery.

*1. Buchwald H. Consensus Conference statement. Bariatric surgery for morbid obesity: Health implications for patients, health professionals, and third-party payers. Surg Obes Relat Dis. 2005;(1)371 381.*
*2. Ogden C. L., Carroll, M. D., Kit, B.K., & Flegal K. M. (2014). Prevalence of childhood and adult obesity in the United States, 2011-2012. Journal of the American Medical Association, 311(8), 806-814.*
*3. American Society for Metabolic and Bariatric Surgery. Obesity in America.*
*http://www.asbs.org/Newsite07/media/asmbs_fs_obesity.pdf. Accessed January 27, 2015.*
*4. Weight-control Information Network. National Institute of Diabetes and Digestive and Kidney Diseases. Weight Cycling. Bethesda, MD: National Institutes of Health. 2008. NIH publication 01–3901.*

### *Over 60 Million Patients Looking* For A Solution



Sources: US Census Bureau 2010, PEW research, CDC.gov Prevalence of Overweight, Obesity and Extreme Obesity Among Adults
*U.S. Consumer Research, N=425, Age 21-60, BMI 30-40

04-0079 Rev. B

**RESHAPE-000138**



**Weight loss options**

| Programs | Available Options | Avg. Weight loss | Key Factors |
|---|---|---|---|
| **Diet & Exercise** | • Commercial weight loss plans (Weight Watchers, etc…) <br> • Non-commercial (gym membership, fad diet) <br> • OTC or Rx drugs | 0 - 5% weight loss | • Modest effect <br> • Compliance failures <br> • Side Effects |
| ***ReShape* Procedure** | • Dual balloon procedure - & - <br> • 12 month inclusive package | 5 – 15% weight loss | • Substantial effect <br> • Safe and reversible <br> • Extended benefits |
| **Surgical** | • Gastric Banding <br> • Sleeve gastrectomy <br> • Gastric bypass | > 15% weight loss <br> Only ~1-2% of eligible patients choose surgery | • Invasive <br> • Irreversible <br> • Long-term side effects |



# The *ReShape* Procedure

New dual-balloon technology

Fills stomach and serves as built in portion control so patients feel full with less food

**365** A comprehensive 1-year program

Monthly coaching sessions and frequent interventions from trained experts help patients modify diet and behavior

Proven weightloss without surgery

More than twice as much weight loss as diet and exercise alone

04-0079 Rev. B

RESHAPE-000139

## *What Does The Endoscopic Procedure Involve?*

Place Guidewire

Place Uninflated Balloons

Inflate Balloons

Remove Placement Catheter



### *RESHAPE INTEGRATED DUAL BALLOON SYSTEM*

*ReShape* has developed a next-generation, non-surgical Dual Balloon obesity device.

The *ReShape* Dual Balloon is designed for the following:

**Satiety**
- Volume of two balloons restricts patients to small meals

**Comfort**
- Conformability to the stomach's natural curvature for patient comfort

**Safety**
- Second balloon substantially mitigates risk of migration and obstruction



04-0079 Rev. B

**The *ReShape* non-surgical device is the first to meet its primary endpoints in a randomized US pivotal trial!**

The REDUCE Pivotal Trial was a prospective, sham-controlled, double-blinded, randomized multicenter clinical study that enrolled 326 obese subjects. The Treatment Group received the *ReShape* Dual Balloon device plus diet and exercise counseling for 24 weeks, and the Control Group received diet and exercise counseling alone.  Treatment group subjects had the device removed after 24 weeks and continued with diet and exercise counseling for an additional 24 weeks. Control group subjects who completed the initial 24 weeks and still met the study eligibility criteria were given the option to receive a *ReShape* Dual Balloon device and continued diet and exercise counseling for the 24 week implant period.

### Primary Effectiveness Endpoints at 24 weeks

| PEE #1 %EWL, Week 24 | Duo Mean | Control Mean | Difference (95% CI) | | p value |
|---|---|---|---|---|---|
| ITT | 25.1% | 11.3% | 13.9% | (9.1, 18.7%) | **0.0041** |
| Completers | 27.9% | 12.3% | 15.6% | (10.7, 20.6%) | **0.0007** |
| Per Protocol | 28.5% | 13.4% | 15.2% | (10.0, 20.3%) | **0.0017** |

| PEE #2: Proportion of Responders %EWL ≥ 25 | Duo % | 95% CI | p value |
|---|---|---|---|
| ITT | 48.8% | (41.6, 56.0%) | **< 0.0001** |
| Completers | 54.5% | (46.6, 62.2%) | **< 0.0001** |
| Per Protocol | 56.1% | (47.7, 64.3%) | **< 0.0001** |

**The *ReShape* Dual Balloon received FDA approval on July 28, 2015.**

<u>ITT:</u> All subjects enrolled in and randomized to the Treatment or Control group

<u>Completers:</u> An ITT subject who completed 24 weeks of follow-up with a valid weight datum at Week 24 (for Week 24 outcomes)

<u>Per Protocol:</u> An ITT subject who completed 24 weeks of follow-up keeping at least 75% of scheduled counseling sessions, and who had a valid Week 24 weight value, and in addition (for Treatment Subjects) had a ReShape Duo™ inserted for at least 20 weeks out of the intended period of 24 weeks.

---

**60% of weight lost at 6 months was maintained through 12 months**

Subjects on average maintained 60% of their weight loss, greater than one third of subjects had ≥ 25% EWL six months after device removal, and 25% of subjects continued to lose additional weight during the 6 months following device removal.

The study was not powered for assessment of changes in comorbidities; however, measurable benefits in comorbid assessments were found for treated subjects, including improvements in fasting glucose, fasting insulin, HbA1c, triglycerides, HDL, LDL, systolic blood pressure, diastolic blood pressure, waist circumference and hip circumference. Beneficial changes generally persisted through 48 weeks of follow-up.

IWQoL and SF-36 quality of life assessments demonstrated measurable improvements for study subjects favoring Treatment Subjects over Control Subjects, especially for the IWQoL. Quality of life benefits for Treatment Subjects generally persisted through 48 weeks of follow-up.

**Persistent QOL benefits**

Treatment subjects: IWQoL

| | At removal | 24 Weeks after removal |

- Baseline n=187: 66.1
- Week 24 n=169: 76.5
- Week 48 n=135: 78.7





## Possible Risks & Side Effects

The most common side effects with the *ReShape* Dual Balloon were gastrointestinal disorders including vomiting, nausea, and abdominal pain. The table below includes all of the 264 balloon treated subjects from both the Treatment Group (n = 187) and the Control Group (n = 77), and was used to assess device-related adverse events.

### Most Common Side Effects During the Reduce Pivotal Trial

| Device-Related Adverse Events by MedDRA Categorization (N= 264) | # of events | Subjects with ≥ 1 event (n) |
|---|---|---|
| Subject with any device-related adverse event | 1042 | 99.2% (262) |
| Vomiting | 259 | 86.7% (229) |
| Nausea | 183 | 61.0% (161) |
| Abdominal pain | 178 | 54.5% (144) |
| Gastric ulcer* | 94 | 35.2% (93) |
| Dyspepsia | 49 | 17.8% (47) |
| Eructation | 46 | 16.7% (44) |
| Abdominal discomfort | 38 | 13.3% (35) |
| Abdominal distension | 30 | 11.0% (29) |

*Note:  There was an FDA-approved device modification during the pivotal trial. The product that has been FDA approved showed a 10.3% ulcer rate.

| Device-Related Adverse Events Severity Rating | All Treated Subjects = 264 % (n) N=1,042 total AEs |
|---|---|
| Asymptomatic | 2.4%  (25) |
| Mild | 72.4% (754) |
| Moderate | 23.8% (248) |
| Severe | 1.4%  (15) |

The severity of device-related adverse events was predominantly mild, with 75% of all such events rated as asymptomatic or mild. A moderate rating was given to 24%, and a severe rating in only 1.4% of all device-related adverse events.

Some patients requested early removal of the *ReShape* Dual Balloon to mitigate side effects. Although the *ReShape* Dual Balloon design provides an anti-migration feature, as with any intragastric balloon, there is the potential risk of device migration and intestinal obstruction

Early device deflation occurred in 6% (16/264) of *ReShape* Dual Balloon devices and involved a single balloon in all but one case.  Eleven of these 16 deflations were heralded to the subject by the blue-green color of their urine resulting from the release of blue dye from the balloon.  Five of these events were found incidentally at scheduled retrieval.

RESHAPE-000142



**Physician Requirements**

A practice equipped with a team of doctors and Allied Health staff will best be equipped to integrate the *ReShape* Procedure into their practice if they meet the following requirements:

✓ Facility staffed to adopt balloon therapy that can support the required 12 month patient follow-up

✓ Therapeutic endoscopy privileges

✓ Existing bariatric program in place either as a bariatric facility or within their GI practice

✓ Existing comprehensive patient counseling capability

✓ Experience with holding patients accountable for necessary follow-up visits

✓ A nutritional program that can support the required 12 month patient follow-up by the registered dietician

The *ReShape* Patient Care Protocol requires the physician to have experience with a comprehensive patient follow-up program. As established during the clinical trial, patient and program success was strongly attributed to the physician's means of nurturing and reinforcing patient commitment. This was true during the first 6 months with the balloon and the 6 months following balloon removal. The Patient Care Protocol was developed to provide participants with a systematic plan, applying experience from the clinical trial, which will benefit their weight loss journey during the 12 month program. Allied Health Personnel will receive comprehensive online training in all phases of the Patient Care Protocol and the Patient Portal, along with continued support from a *ReShape* Registered Dietitian.

The following diagram summarizes the *ReShape* Patient Care Protocol that all participating physicians will be required to implement with use of the balloons:



04-0079 Rev. B

RESHAPE-000143



## Physician Training

Didactic and On-Site Support



- Group Training
    - Includes both didactic and hands-on sessions
    - Physicians have an opportunity to perform all aspects of both the insertion and removal procedures on an inanimate model

- Clinical Trainer
    - The clinical trainer attends the day of the first insertion procedure and the first removal procedure to provide support and help troubleshoot if any challenges arise

## Allied Health Training

Interactive, Online Education and Reference Resources

- Online Training Modules
    - The most comprehensive overview of everything related to the *ReShape* Procedure, the online training modules offer guided instruction, interactive quizzes, and certification upon completion
- *ReShape* Procedure Reference Guide
    - A pocket-sized guide that offers an at-a-glance reference for the key information practices will need to provide patients.  In includes visit-by-visit guidance, medication and dietary guidelines, risks, complications, patient instructions, and an overview of the Patient Portal
- ReShape Dietitian Frequently Asked Questions (FAQ)
    - This sheet offers at-a-glance information and answers to the questions most frequently received from the patient care teams





04-0079 Rev. B

**RESHAPE-000144**



## Preparing Your Practice

First Touch Program Training



- Phone skills training
    - The First Touch program was designed to help new *ReShape* practices effectively convert phone leads into *ReShape* Patients. During the training, the *ReShape* Business Development Manager will walk the staff through a *ReShape* Procedure overview and review call handling and sales skills. The training also includes tips and tricks from successful ReShape practices and role playing
- Accompanying "Talk Track"
    - It can be challenging to remember the answers to every question that may come up. ReShape provides practices with a phone script with specific details and appropriate responses to common questions.



## Patient Support

To supplement the coaching patients will receive, *ReShape* provides tools to keep patients engaged and help them stay on track to meet their goals.

- Every patient has access to the *ReShape* Patient Portal. This complete resource helps patients track their progress between visits. It allows patients to log weight, food/calories, fitness activities, and goals. Articles highlight nutrition, fitness, and behavior modification strategies. Community forums help patients connect and find additional support.

- Patients can access the *ReShape* Patient Portal from their smartphones or tablets and link a Fitbit® wireless scale and activity tracker to automatically upload their data.

- *ReShape* provides each patient with the *ReShape* Starter Kit. Included is an in-depth guide to the *ReShape* Procedure and a portion plate to help get them started on their path to a healthier lifestyle.




04-0079 Rev. B



# ReShape
# Balloon™

# SAVE $1200*

It's as easy as...



✔ 10% TBWL at 3 Months     = $300

✔ 15% TBWL at 6 Months     = $300

✔ 18% TBWL at 9 Months     = $300

✔ 20% TBWL at 12 Months    = $300

= $1200 !

*Save up to **$1200** on placement of the ReShape Balloon™
Procedure must be scheduled by September 28, 2018. Total Body Weight Lost (TBWL).

## Learn more about this limited-time rebate:
## ReShapeReady.com • 1.844.355.5974

**Indications:** The ReShape Balloon™ is indicated for weight reduction when used in conjunction with diet and exercise, in obese patients with a Body Mass Index (BMI) of 30 – 40 kg/m2 and one or more obesity-related comorbid conditions. It is indicated for use in adult patients who have failed weight reduction with diet and exercise alone. Terms and conditions apply.

RESHAPE-000146

**RESHAPE BALLOON REBATE PROGRAM TERMS AND CONDITIONS**

**Step 1:** Patient registers on ReShape Balloon™ Patient Portal or Retrofit Patient Portal and records initial weight
**Step 2:** At the time of balloon placement, Physician office completes, signs and faxes or mails the rebate form to ReShape Lifesciences™
**Step 3:** At the three (3), six (6), nine (9) and twelve (12) month check points the Physician office completes, signs and faxes or mails rebate form to ReShape Lifesciences within 30 days of each checkpoint
**Step 4:** Qualified patients will receive rebates within eight weeks of each rebate form receipt

"ReShape Rewards Program" is a rebate program that works by providing you (the patient) up to $1,200 in mail-in rebates from ReShape Lifesciences for your first balloon insertion by your treating Physician. All qualifying, eligible patients losing 10% of their total body weight at the third (3) month check point will be eligible for a $300 mail-in rebate. Patients losing 15% of their total body weight at the sixth (6) month check point will be eligible for an additional $300 mail-in rebate ($600 total rebate if combined with previous rebate). Patients losing 18% of their total body weight at the ninth (9) month check point will be eligible for an additional $300 mail-in rebate ($900 total rebate if combined with all previous rebates). Patients losing 20% or more of their total body weight at the twelfth (12) month check point will be eligible for an additional $300 mail-in rebate ($1,200 total rebat e if combined with all previous rebates). To qualify for this offer, you and your Physician must properly complete a rebate form following each applicable weigh-in and register your weight on the ReShape Balloon Patient Portal or Retrofit Patient Portal. You must further agree to all stated disclosures and waivers. The ReShape Balloon used in your treatment must be purchased legally in the U.S. and administered in accordance with a valid prescription by a licensed Physician. Percent body weight loss must meet criteria by the third, sixth, ninth and twelfth check points – if you (the patient) are not able to meet the check point criteria you are still eligible for the next check point if you qualify. For eligibility, the balloon procedure must be scheduled between July 1st and September 28th, 2018. You must provide the rebate forms to your treating Physician, and the forms must be completed, signed and faxed or mailed within 30 days of each rebate check point. Total percent weight lost will be determined, by your Physician, at the three, six, nine and twelve month check points and entered, by your Physician into the form, and then confirmed via the portal. Qualified patients will receive rebates within eight (8) weeks of qualifying event. If you have questions about this offer, please call toll free 1-844-355-5974. Rebate requests postmarked or sent by facsimile after September 28th, 2018, will not be considered.

You must be 22 years of age or older to be eligible. Patient, Pharmacist, and prescriber agree not to seek reimbursement from any third party for all or any part of the benefit received by the patient through the offer. You are eligible for this offer only if you paid for your entire treatment yourself and if no part of your treatment was covered by insurance or another third-party payer. You are not eligible for this offer if your private insurance, HMO, or other health benefit program paid for all or part of your treatment. If any form of reimbursement is sought from a third-party, you will be required to disclose the value of this rebate to that party or entity. This offer is available only to qualifying patients, excluding claims from ReShape Lifesciences employees and their spouses. This offer is non-transferable. No substitutions are permitted. No membership fees are associated with this offer. Offer valid only in the U.S., from participating Physicians. Void where prohibited by law, taxed, or restricted. To locate participating Physicians, visit www.reshapeready.com or call 1-844-355-5974. This offer is limited to one redemption per person. No other purchase is necessary. This rebate is not insurance. By submitting a rebate request, you agree to all of the terms and conditions of this offer. ReShape Lifesciences reserves the right to cancel or modify this offer without notice. All rebate requests become the property of ReShape Lifesciences and will not be returned. ReShape Lifesciences assumes no responsibility for lost, late, damaged, misdirected, misaddressed or incomplete requests that fail to be properly delivered for any reason. Rebate checks will be issued in U.S. dollars only. Rebate checks are void if not cashed or used within 180 days. It is illegal to sell, purchase, trade, or counterfeit, or offer to sell, purchase, trade, or counterfeit the rebate check.

**Indications and Important Safety Information:**
The ReShape Balloon™ System is indicated for weight reduction when used in conjunction with diet and exercise, in obese patients with a Body Mass Index (BMI) of 30 – 40 kg/m2 and one or more obesity-related comorbid conditions. It is indicated for use in adult patients who have failed weight reduction with diet and exercise alone. The ReShape Balloon System is not recommended for patients with conditions that may increase the risk of poor results (e.g., prior gastrointestinal surgery with sequelae, prior open or laparoscopic bariatric surgery, inflammatory diseases of the GI tract, potential upper GI bleeding), who are unwilling to participate in an established medically-supervised diet and behavior modification program, who have alcohol or drug addictions, who receive daily prescribed treatment with aspirin, anti-inflammatory agents, anticoagulants or other gastric irritants, or who currently are or may be pregnant or breast-feeding. The maximum placement period for the ReShape Balloon is 6 months. The risk of intragastric balloon deflation and intestinal obstruction (and therefore possible complications related to intestinal obstruction) is significantly higher when balloons are left in place longer than 6 months. The presence of blue-green urine or sudden loss of satiety, increased hunger and/or weight gain may be a sign of balloon deflation. Intestinal obstructions have been reported due to deflated balloons passing into the intestines and have required surgical removal. Death due to intestinal obstruction is possible. Patients experiencing symptoms of an intestinal obstruction (e.g., acute onset of abdominal pain, nausea or vomiting) should seek immediate care. Failure of patients to take prescribed daily proton-pump inhibitor medication increases the risk of gastric ulceration or perforation. Placement of the ReShape Balloon requires an endoscopic procedure with sedation. Potential risks associated with an endoscopic procedure and sedation include adverse reaction to sedation (headache, muscle pain, nausea), anaphylaxis, cardiac arrest, death, hypoxia, myocardial infarction, gastric and esophageal perforation, infection, pneumonia, and respiratory distress. Risks that have been associated with treatment with the ReShape Balloon include death, acute pancreatitis, esophageal perforation, gastric perforation, ulceration, significant gastric bleeding, gastric outlet obstruction, aspiration pneumonia, bowel obstruction, balloon hyperinflation, need for blood transfusions, emergency endoscopic therapeutic intervention, abdominal pain, abdominal spasms, nausea, vomiting, bloating, belching, heartburn, dysphagia, dehydration, and sore throat. These complications may be severe enough to require early removal of the ReShape Balloon. Although the ReShape Balloon design provides an anti-migration feature, there is the potential risk of device migration and intestinal obstruction. The risk of intestinal obstruction is increased if the device is not removed after 6 months. If intestinal migration occurs, surgical or endoscopic removal may be required. (06-04-18) For full safety information please visit www.reshapeready.com.

RESHAPE, RESHAPE LIFESCIENCES, ReShape Balloon™, and the ReShape Balloon logo are trademarks of ReShape Lifesciences, Inc. © 2018 ReShape Lifesciences, Inc. All rights reserved.
04-0308 Rev D

RESHAPE-000147



**ReShape Balloon™**

Portal-Entry **Reimbursement**

# Did You Know?

Your practice can be reimbursed **by registering patients** on the ReShape Balloon Patient Portal* and obtaining their initial weight.



## Program Steps...

✔ **Step 1:**   To be eligible for this program, fill out the attached W-9 for your practice and fax to 949-276-6910.

✔ **Step 2:**   Between July 1, 2018 and September 28, 2018, set your ReShape Balloon™ patients up with access to the ReShape Balloon Patient Portal or Retrofit Portal.

✔ **Step 3:**   For every registered patient, you will receive $100, which will be calculated at the end of the quarter.

✔ **Step 4:**   If we have received your practice's W-9, within eight weeks after September 28, 2018, ReShape Lifesciences will send a check to your practice.

# It's Easy!

For example, if your practice enrolls 13 patients on the Patient Portal in Q3, your practice will receive a **$1,300 reimbursement check.**

ReShape Balloon patient success can be greatly enhanced by patient participation in the ReShape Balloon Patient Portal and data gathered through the portal provides ReShape Lifesciences with valuable outcomes data. Our goal is to get every patient registered on the ReShape Balloon Patient Portal but we know this can take valuable staff time. Therefore, [for a limited time], ReShape will reimburse your practice for helping to enroll patients in the portal.

*ReShape Lifesciences or Retrofit Patient Portal. Other program portals are being considered, but are not currently eligible. Terms and conditions apply.
©2018 ReShape Lifesciences, Inc. All rights reserved.

04-0317 Rev C

# Life-changing weight loss.
## No surgery required.

The ReShape Balloon was specifically designed for people just like you!

The ReShape Balloon™ offers a proven tool that can help you lose weight and keep it off.

Whatever your motivation for losing weight—looking better, living healthier, or being proud of your body—it's important to remember that losing weight has been linked to a multitude of benefits, including:

• Improved health[1]
• Reduced risk of serious illnesses[1]
• Improved quality of life[2, 3]
• Improved psychological health[1, 3]

## How will you change your life?

If you are ready to take the first step to a new you, the ReShape Balloon can help.

Patients that achieve the greatest success with the ReShape Balloon are excited about making changes, and ready to adopt a healthy lifestyle, with the help of the Dual Balloon.

Talk to your doctor about the ReShape Balloon Procedure to determine if it's right for you.

---

**Important ReShape Balloon™ System Safety Information**

**Indications:** The ReShape Balloon System is indicated for weight reduction when used in conjunction with diet and exercise, in obese patients with a Body Mass Index (BMI) of 30 – 40 kg/m2 and one or more obesity-related comorbid conditions. It is indicated for use in adult patients who have failed weight reduction with diet and exercise alone.

**Contraindications:** The ReShape Balloon System is not recommended for patients with conditions that may increase the risk of poor results (e.g., prior gastrointestinal surgery with sequelae, prior open or laparoscopic bariatric surgery, inflammatory diseases of the GI tract, potential upper GI bleeding), who are unwilling to participate in an established medically-supervised diet and behavior modification program, who have alcohol or drug addictions, who receive daily prescribed treatment with aspirin, anti-inflammatory agents, anticoagulants or other gastric irritants, or who currently are or may be pregnant or breast-feeding.

**Warnings:** The maximum placement period for the ReShape Balloon is 6 months. The risk of intragastric balloon deflation and intestinal obstruction (and therefore possible complications related to intestinal obstruction) is significantly higher when balloons are left in place longer than 6 months. The presence of blue-green urine or sudden loss of satiety, increased hunger and/or weight gain may be a sign of balloon deflation. Patients experiencing symptoms of acute pancreatitis (e.g., acute abdominal pain, nausea, or vomiting) should seek immediate care. Failure of patients to take prescribed daily proton-pump inhibitor medication increases the risk of gastric ulceration or perforation.

**Adverse Events:** Placement of the ReShape Balloon requires an endoscopic procedure with sedation. Potential risks associated with an endoscopic procedure and sedation include adverse reaction to sedation (headache, muscle pain, nausea), infection, pneumonia, and respiratory distress. Potential risks associated with the ReShape Balloon System include acute pancreatitis, ulceration, perforation, significant gastric bleeding, gastric outlet obstruction, aspiration pneumonia, abdominal pain, nausea, vomiting, bloating, belching, heartburn, dehydration, and sore throat. These complications may be severe enough to require early removal of the ReShape Balloon. Although the ReShape Balloon design provides an anti-migration feature, there is the potential risk of device migration and intestinal obstruction. The risk of intestinal obstruction is increased if the device is not removed after 6 months. If intestinal migration occurs, surgical or endoscopic removal may be required. (01-04-18)

**Important:** For full safety information, talk with your doctor, or call ReShape Customer Support at 844-YES-RESHAPE (1-844-937-7374).

*CAUTION: Rx only.*

---



# Life changing weight loss
## no surgery required

" ReShape has given me my life back. "

Joseph lost 72 pounds with the ReShape Balloon Procedure*



ReShape
Lifesciences™

*Results and patient experience may vary.

References: 1. Dwyer JT, Melanson KJ, MS LS, Cross P, Wilson M. Dietary treatment of obesity. In: De Groot LJ, Beck-Peccoz P, Chrousos G, et al., eds. Endotext. South Dartmouth, MA: MDText.com, Inc.; 2000. http://www.ncbi.nlm.nih.gov/books/NBK278991. Updated February 28, 2015. Accessed May 6, 2015. 2. Karlsen TI, Lund RS, Røislien J, et al. Health related quality of life after gastric bypass or intensive lifestyle intervention: a controlled clinical study. Health Qual Life Outcomes. 2013;21:17. 3. Kubik JF, Gill RS, Laffin M, Karmali S. The impact of bariatric surgery on psychological health. J Obes. 2013;2013:837989.

RESHAPE, RESHAPE LIFESCIENCES, ReShape Balloon™, and the ReShape Balloon logo are registered trademarks of ReShape Lifesciences, Inc.
©2018 ReShape Lifesciences, Inc. All rights reserved 04-0337 Rev. B



ReShape
Balloon™

**ReShape Balloon™** | The Non-Surgical Weight Loss Procedure.

## Life-changing weight loss, no surgery required.

When you're serious about losing weight and improving your health, the ReShape Balloon™ Procedure is a smart choice. The ReShape Balloon is a non-surgical approach to weight loss that's been proven to help people lose weight and keep it off. But perhaps most importantly, ReShape Balloon patients are embracing their futures, improving their health, and feeling more confident than ever.

## Is the ReShape Balloon right for you?



ReShape
IS INDICATED FOR PATIENTS WITH
**30-40**
BMI
(BODY MASS INDEX)

The ReShape Balloon is designed for people who meet the following requirements:

- ✓ BMI between 30-40 with a co-morbidity*
- ✓ No previous weight loss surgery
- ✓ Willingness to make changes to support a healthy lifestyle



Before

After

## The ReShape Balloon Procedure is:

✓ **Non-surgical**
With the ReShape Balloon, your doctor will gently insert the Balloon through your mouth (endoscopically), with no incisions or scars.

✓ **Non-anatomy altering**
The ReShape Balloon is unlike other weight loss surgeries. It is not a permanent implant, and does not permanently reroute your digestive system.

✓ **Outpatient procedure**
Insertion of the Balloon is completed in about 20 minutes with no hospital stay required. You can get in and out and on your way to weight loss.

## Inserted in a single procedure.

| No surgery |
|---|
| No scares |
| 20 minute procedure |

> "I've gained more energy, more confidence, and I feel like a brand new man."

## ReShape Balloon.
## Jump start your weight loss.

**Advanced Dual Balloon technology:**

The ReShape Balloon jump starts your weight loss by placing two saline-filled balloons made from medical-grade silicone in your stomach for six months.

- ✓ The two balloons take up room in your stomach, so there's less space for food. You can still eat the healthy foods you enjoy, but the balloons act as built-in portion control.

- ✓ The balloons help you feel fuller faster.

- ✓ The balloons have a higher filling capacity than any single balloon, taking up more room in the stomach.

## Key benefits.

**The connected balloons were designed to:**



**Improve safety:**
By minimizing risk of migration (movement into the intestines)

**Improve comfort:**
By conforming to the natural shape of your stomach.

* A condition or disorder that commonly accompanies obesity is called a "co-morbidity." In order to qualify for the ReShape Balloon Procedure, you must have at least one of these conditions. Consult with your doctor if you are not sure whether you have any obesity-related conditions.
† Results and patient experience may vary.

RESHAPE-000150



Patient Guide Book

Get ready
to ReShape
your story.

RESHAPE-000151



RESHAPE-000152

# Your Story Starts Here.

Congratulations on taking the first step on your weight loss journey with the ReShape Balloon™. This is an exciting, life-changing decision, and you're on your way to a healthier lifestyle and a new you. At ReShape Lifesciences™, we want to personally welcome you to this transformative process.

With the ReShape Balloon, weight loss is just part of the story. The program gives you the tools to help maintain a lifetime of good health, emphasizing nutrition, fitness, and behavior modification.

This is your complete patient guide. Here you'll find information including what to expect during each of the three phases of the program, instructions on preparing for the insertion and removal of the balloons, and additional details about the coaching process.

We're excited to support you through every step of your journey to weight loss.


Sincerely,


The ReShape Lifesciences Team

RESHAPE-000153

RESHAPE-000154



Introduction

RESHAPE-000155



RESHAPE-000156

## Introduction – Overview

### Life-Changing Weight Loss, No Surgery Required

Our unique dual balloon design and comprehensive fitness, nutrition, and lifestyle coaching work together to help you achieve your goals.



### New Dual Balloon Technology

Two saline (salt water)-filled balloons are placed temporarily inside your stomach to help you feel full, feeling satisfied with smaller portions. The ReShape Balloon™ is a weight loss jump start, and they're just the beginning.

### One Year Of Comprehensive Coaching

You also receive a full year of personalized coaching to support your success and help you make the changes that will support a lifetime of healthy living.

### Proven Weight Loss Without Surgery

In a recent study, patients lost two times more weight with the ReShape Balloon than with diet and exercise alone. Most patients kept the weight off or continued to lose weight even after the balloons were removed.[1]

1. Ponce J, Woodman G, Swain J, et al; for the REDUCE Pivotal Trial Investigators. The REDUCE pivotal trial: a prospective, randomized controlled pivotal trial of a dual intragastric balloon for the treatment of obesity [published online ahead of print December 16, 2014]. *Surg Obes Relat Dis.* 2014. doi: 10.1016/j.soard.2014.12.006.

**RESHAPE-000157**

## Introduction – The Three Phases of the ReShape Balloon Program

*The ReShape Balloon™ Procedure was developed for people who are serious about weight loss and ready to adopt a new, healthy lifestyle to keep the weight off for good. The ReShape Balloon program provides a personalized pathway broken down into three phases over 12 months. Each phase is specifically designed to assist you at key stages during your weight loss journey.*

### 1 Readiness

Your weight loss journey begins with a personalized evaluation. A complete health history and medical work up will be performed to make sure that you're a good candidate for the procedure. Your medical team will explain how to prepare for insertion and what to expect once the balloons are in your stomach.

### 2 Jump Start

During this phase, the two balloons are inserted in your stomach, where they remain for six months. While the balloons are inside your stomach, you'll meet frequently with your coaches and receive personalized nutrition, fitness, and behavior guidance. With your coaches, you can focus on adopting healthy eating, exercise, and lifestyle habits to maximize your success.

### 3 Healthy Living

After the balloons are removed, you'll continue to meet with your coach to help you maintain your healthy lifestyle and reach your goals. With the continued support of the coach, ReShape Balloon patients maintain their weight loss or continue to lose weight.

RESHAPE-000158

## Introduction – Getting Started

Getting started with the ReShape Balloon™ Program is easy! Outlined below are a few things that will help you get started on the path to success.

☐ Register on the Patient Portal

☐ Read the contents of this booklet and prepare a list of questions for your doctor

☐ Set up your wireless scale

☐ Take before pictures

☐ Consult regularly with your nutrition coach

## Questions

Contact your doctor or coach if you have any questions or concerns.

Practice Name: _____

Contact Name: _____

Phone Number: _____

RESHAPE-000160



Procedure

RESHAPE-000161



## Procedure

### Dual Balloon Technology: The Key Element to Your Success



The ReShape Balloon™ Procedure jump starts your weight loss by placing two medical grade, saline-filled balloons in your stomach for six months.

The balloons work in two ways:

1. They take up room in your stomach, so there's less space for food. You can still eat the healthy foods you enjoy, but they act as built-in portion control.
2. The balloons make you feel full faster.

### Why Are There Two Balloons?

Only the ReShape Balloon offers an advanced balloon design that allows for key patient benefits:

- The dual balloons have a higher filling capacity than any single balloon, taking up more room in the stomach.
- The connected balloons were designed to:
  – Improve safety by minimizing risk of migration (movement towards or into your intestines)
  – Improve comfort by conforming to the natural shape of your stomach

**RESHAPE-000163**

## Procedure – Balloon Insertion

## What to Expect

The ReShape Balloon™ is placed in your stomach during a short procedure at an outpatient facility. You'll receive conscious sedation (light anesthesia) to help you relax.

Your doctor will use a flexible tube with a camera on the end to inspect your stomach and esophagus, and will then insert the uninflated device down your throat and into your stomach. Once the balloons are in place, they will be inflated with about two cups of saline (sterile salt water). The placement procedure typically takes less than 20 minutes.

### Instructions: Before Balloon Insertion

- Remember to find reliable transportation to and from your appointment the day of the procedure.
- You should plan to schedule a few days to a week off from work and/or school after the procedure.
- Follow the pre-insertion diet beginning 48 hours prior to the procedure. Please refer to the Diet Guidelines section for instructions.

(!) Failure to follow the dietary instructions may result in cancellation of the procedure if the stomach is not clear of food content. If food or liquid is present, it could increase the risk of aspiration (i.e. food entering the lungs and causing harm).

### Medications:

- Some medications may need to be stopped in the days leading up to the procedure (e.g., blood thinners). Check with your doctor before stopping any medications.
- Your doctor may prescribe medication to reduce the discomfort and nausea after insertion. Remember to fill your prescribed medications before the procedure.

(!) Prescribed antacids must be taken every day while the balloons are inserted.

## Procedure – Balloon Insertion

### After Balloon Insertion: Recovery

- You will likely experience nausea, vomiting, and abdominal pain during the initial days following insertion. This is normal. Consult your physician and the Patient Information Guide for more details.

- Be sure to take prescribed medications for management of these symptoms at home.

- It's best to sit in an upright position rather than recline after the procedure. You may want to sleep in a recliner or with several additional pillows for the first few nights.

- Hydration is important. Small sips of warm water are better than large sips of cold water. Carbonated drinks are not recommended.

- A phased diet approach is recommended for the first ten days. Please read the dietary recommendations under the "Diet Guidelines" tab.

- You may need to take a few days to a week off from work or school to get through the initial post-procedure period symptoms.

RESHAPE-000165

## Procedure – Balloon Removal

## What to Expect

(!) Please note: Balloons must be removed at six months. It is critical to schedule your removal appointment.

Your appointment to have the balloons removed will be very similar to the balloon insertion. You'll be in an outpatient setting, under conscious sedation (light anesthesia), and your doctor will go into your stomach with an endoscope. The procedure itself usually takes less than 20 minutes, and you should be able to go home within a few hours.

### Instructions: Before Balloon Removal

- Remember to find reliable transportation to and from your appointment the day of the procedure.

- Please follow Pre-Removal diet beginning 48 hours prior to balloon removal. Dietary Instructions are located in the Diet Guidelines Section.

(!) Please note: Failure to follow the dietary instructions may result in cancellation of the procedure and additional fees.

Warning: Always follow your medical provider's recommendation regarding food and liquid consumption prior to your balloon insertion and removal procedures. The goal is to clear your stomach of food content and if food or liquid is present it could increase the risk of aspiration (i.e. food entering the lungs and causing harm).

RESHAPE-000166

## Procedure – FAQs

## FAQs

**Will I be able to feel the balloons once they are inside of me?**

*Some patients report that they can't feel the balloons at all, while others say they do.*

**Will I need to limit my activities or change my behaviors while the balloons are in?**

*After you've adjusted to the balloons, you'll be able to return to all the same activities you enjoyed before the procedure. In fact, your coaching team will encourage you to try new activities that are fun and support your healthy lifestyle.*

**What will happen if a balloon deflates?**

*Consult the Patient Information Guide for details about balloon deflation.*

**Can the balloons stay in longer than six months?**

*No, with the ReShape Balloon™ Procedure, the balloons can stay in your stomach for only six months as a safety precaution. It is critical to schedule your six-month appointment for balloon removal.*

**If I feel nauseous, what should I do?**

*Symptoms are typically resolved with over-the-counter medications, rest, and warm clear liquids. Contact your doctor if you have questions about post-procedure care.*

**How is an endoscopic procedure different from surgery?**

*Endoscopic procedures are performed under conscious sedation (light anesthesia), whereas surgery requires general anesthesia. Endoscopic procedures are performed using an endoscope, a tube that has a camera on the end that allows your doctor to see inside your stomach. During an endoscopic procedure, the doctor does not create incisions to access your stomach, so recovery is typically faster.*

*Your doctor will gently insert the balloons through your mouth (endoscopically), which means you will not have any incisions or scars.*

RESHAPE-000168



Diet Guidelines

RESHAPE-000169



The balloons curbed my appetite tremendously which helped me achieve my weight loss goals.

Before

Lynda lost
40 lbs.*
with the ReShape
Balloon

RESHAPE-000170

## Diet Guidelines

### Pre-Insertion Diet

| Pre-Insertion Diet | |
| --- | --- |
| 48 hours prior | • Eat only soft or easily digested foods such as milk, fruit juices, eggs, cheese, custards, puddings, strained soups, cooked vegetables, rice, baked potatoes, and breads<br>• No raw fruits and vegetables, coarse breads and cereals, rich desserts or fried foods<br>• Meat in any form is prohibited; eggs, liquid protein supplements, and tofu are allowed |
| 24 hours prior | • Clear liquids only such as juice, clear broth, tea, Jell-O, and popsicles<br>• No food in any form |
| 12 hours prior | • No food or liquid of any form<br>• Stomach should be empty before procedure |

ⓘ Please note: Failure to follow the dietary instructions may result in cancellation of the procedure and additional fees.

**RESHAPE-000171**

## Diet Guidelines

### Post-Insertion Diet

After the insertion procedure, you will need to follow this progressive diet plan for a week to ten days. After this accommodation period you will need to work with your dietitian or coach on a healthy diet plan that will help you maximize your weight loss.



| Days 1-3: Clear Liquid Diet | |
|---|---|
| **Suggestions** | **Instructions** |
| • Clear Broth<br>• Jell-O<br>• Ice chips<br>• Small sips of water<br>• Diluted juices<br>• Sports drinks<br>• Herbal and decaf tea<br>• Popsicles | • Avoid carbonated drinks, coffee, and alcohol<br>• Drink small sips<br>• Try warm fluids<br>• Stay hydrated |
| **Days 4-7: Smooth, Puréed Food** | |
| **Suggestions** | **Instructions** |
| • Liquid protein supplements and smoothies<br>• Skim or 1% milk<br>• Yogurt (without chunks of fruit)<br>• Puréed fruit<br>• Soft cooked and puréed vegetables<br>• Soups (strained or blended)<br>• Cream of wheat or oatmeal, thinned<br>• Sugar free pudding | • Eat food and sip liquids very slowly and stop eating at first sign of fullness; Portion sizes may vary from 2 tablespoons to one cup of food per meal period<br>• Aim for five small pureed meals per day<br>• Stay hydrated and drink water 30 minutes after each meal to help wash off the balloons |

**RESHAPE-000172**

## Diet Guidelines

## Smooth, Puréed Food Sample Menu

| Days 4-7: Smooth, Puréed Food Sample Menu* | |
|---|---|
| Breakfast | • ¼ cup Cream of Wheat, thinned<br>• 2 tablespoons 1% milk<br>• ¼ cup unsweetened, diluted juice |
| Mid-morning Snack | • ¼ cup plain yogurt<br>• ¼ cup pureed fruit |
| Lunch | • ¼ cup strained soup<br>• ¼ cup pureed squash<br>• ¼ cup liquid protein supplement |
| Mid-afternoon Snack | • ¼ cup sugar free pudding |
| Dinner | • ¼ cup strained soup or broth<br>• ¼ cup pureed sweet potato<br>• ¼ cup skim milk |

*Portion sizes will vary. It's important to not overeat and to stop eating at first sign of fullness.

RESHAPE-000173

## Diet Guidelines

### Post-Insertion Diet

| Days 8-10: Soft Foods | |
|---|---|
| **Suggestions** | **Instructions** |
| • Tofu<br>• Soft, poached fish<br>• Lean ground meats<br>• Deli meats, thinly sliced<br>• Canned tuna packed in water<br>• Canned chicken packed in broth<br>• Scrambled eggs<br>• Cottage cheese<br>• Toast<br>• Well-cooked vegetables<br>• Soft fruit with skin removed | • Chew food thoroughly<br>• Eat very slowly and stop eating at first sign of fullness. Portion sizes will vary<br>• Avoid eating and drinking at same time for the first few weeks<br>• Stay hydrated and drink water 30 minutes after every meal |

**RESHAPE-000174**

## Diet Guidelines

## Soft Foods Sample Menu

| Days 8-10: Soft Diet Sample Menu* | |
|---|---|
| Breakfast | • ¼ cup soft fruit such as banana or melon<br>• 1 scrambled egg<br>• ¼ cup skim milk |
| Mid-morning Snack | • ¼ cup sugar free pudding or liquid protein drink |
| Lunch | • ¼ cup canned chicken or tuna prepared with 1 tablespoon low-fat mayo<br>• ½ piece toast<br>• ¼ cup mango |
| Mid-afternoon Snack | • ½ cup non-fat yogurt |
| Dinner | • 2 ounces soft, poached fish or ¼ cup lean ground turkey<br>• ¼ cup steamed zucchini squash or carrots<br>• ¼ cup cottage cheese |

*Portion sizes will vary. It's important to not overeat and to stop eating at first sign of fullness.

RESHAPE-000175

## Diet Guidelines

### Diet Recommendations
### Two Weeks and Beyond

Be sure to discuss your specific diet needs, weight loss goals, and food history with your nutrition coach.

- Avoid fried foods
- Avoid sweetened and caloric drinks
- Avoid alcohol and caffeinated beverages as they may cause gastric irritation
- Avoid eating at least two hours before bedtime to avoid reflux
- Limit fast food and high calorie convenience foods
- Eat protein and fiber-rich meals to increase satiety
- Stay hydrated and aim for a water intake goal of 64 ounces per day
- Eat small, frequent meals
- Slow down at meal time and follow the 20/20/20 rule by chewing each bite 20 times, putting your fork down for 20 seconds between bites and taking 20 minutes to finish your meal

❗ Remember the balloon is not magical, it is only a portion control tool to help you feel full sooner but may not control hunger. Therefore, be sure to work with your coach to develop strategies that will help recognize new feelings of hunger and satisfaction. Learning to distinguish between physical hunger and "head" or "emotional" hunger is an important weight control strategy during this time.

RESHAPE-000176

## Diet Guidelines

## Food Groups to Enjoy and Limit

| Food Group by Category* | | |
|---|---|---|
| Food Group | Foods to Enjoy | Foods to Limit or Avoid |
| **Beverages** | Water; decaffeinated tea and coffee; herbal tea; unsweetened or calorie-free drinks | Soda; sweetened beverages and juices; alcohol |
| **Milk and Cheese** | Skim or 1% low fat milk; soy and other nut milk alternatives; non-fat yogurt; low-fat cottage cheese; reduced fat cheeses | Milk shakes; ice cream; half and half; full fat cheese |
| **Meat, Seafood, and Other Protein Foods** | Grilled, roasted or steamed lean meat and fish; chicken and turkey with skin removed; vegan meat substitutes; tuna packed in water; eggs and egg substitutes; low fat refried beans; beans; hummus | Fried meats; sausage; bacon and high fat cold cuts such as corned beef and pastrami; hot dogs |
| **Fruits and Vegetables** | Focus on whole fruits that are fresh, frozen or canned in water; choose a variety of fresh, frozen or canned vegetables | French fries; limit fruit juices |
| **Grains** | Choose whole-grain breads, crackers and pasta when possible; rice or brown rice; oatmeal; whole-grain cereals | Pastries; donuts; cakes; cookies and pie |
| **Fats** | Light salad dressings and light mayonnaise; avocado; olive oil | Limit saturated fats and added oils to decrease calorie intake |
| **Sweets and Desserts** | Fruit; cereal with skim milk; sugar free Jell-O and pudding; sugar substitutes; non-fat frozen yogurt | Candy, ice cream, fruit ice, hot cocoa, sweetened coffee drinks, cookies, cake, pastries, sugar, sweetened drinks and soda |

*Portion sizes will vary. It's important to not overeat and to stop eating at first sign of fullness.

## Diet Guidelines

### Additional Dietary Recommendations

**Portion Sizes**

- It is difficult to recommend the perfect portion sizes or provide a detailed meal plan after the procedure. Recommended portion sizes will vary with each meal as your stomach volume will be smaller after balloon placement. Meals during the first few months may only consist of a few bites. Therefore, it is important to eat slowly and take small bites when transitioning from liquid to solid foods and to stop eating at first sign of fullness.
- Be sure to discuss portion sizes with your nutrition coach. They can help you determine the correct serving size and what foods will help you stay full and feel satisfied.

**Fluids**

- Water should be consumed 30-45 minutes after each meal. This will encourage hydration, prevent constipation, and help to wash off the balloons. Aim for small, frequent sips throughout the day.
- Be careful to limit consumption of liquid calories after the clear liquid diet phase as they do not provide a sense of satiety. This includes continued use of liquid protein supplements after the first few weeks following implantation. Once you have completed the diet progression, it is recommended to transition to protein-rich foods instead (i.e. eggs, lean meats, tofu, seafood and nonfat yogurt).

**Vitamin Mineral Supplementation**

- While there are no specific vitamin and mineral supplementation requirements during the balloon implant period, if vitamin mineral supplements are prescribed, a chewable supplement might be beneficial to avoid gastric irritation.

## Diet Guidelines

### Pre-Removal Diet

| Pre-Removal Diet | |
| --- | --- |
| 48 hours prior | • Eat only soft or easily digested foods such as milk, fruit juices, eggs, cheese, custards, puddings, strained soups, cooked vegetables, rice, baked potatoes, and breads<br>• No raw fruits and vegetables, coarse breads and cereals, rich desserts, or fried foods<br>• Meat in any form is prohibited; eggs, liquid protein supplements, and tofu are allowed |
| 24 hours prior | • Clear liquids only<br>• No food in any form |
| 12 hours prior | • No food or liquid of any form<br>• Stomach should be empty before procedure |

**!** IMPORTANT: In certain circumstances, your medical provider may restrict your diet to pureed food or liquid protein shakes 48 hours prior to your balloon removal procedure in order to entirely clear your stomach of food content to reduce of risk of food entering your lungs and causing harm.

RESHAPE-000179

## Diet Guidelines

### Are You Hungry?

Many people who have the ReShape Balloon™ Procedure struggle with food and react mindlessly to food triggers. Mindful eating is much more than "eating slowly, without distraction." While that's important, sometimes food triggers and feelings we identify as hunger, isn't hunger at all.

For example, whenever you notice that you feel like eating, try pausing to ask the question, "Am I hungry?", then instead of reacting mindlessly, ask yourself the following questions to identify if you really are physically hungry. That is how mindful eating empowers you to finally break old automatic eating habits that cause overeating and discover options that work better for you.

**Step 1.** Stop and ask yourself "Am I physically hungry?"

**Step 2.** If yes, eat something nourishing.

**Step 3.** If no, identify and explore where the hunger is coming from. Is it…

- Head Hunger—"It's noon and must be time to eat"
- Eye Hunger—"Wow! That looks so delicious!"
- Nose Hunger—"Ah, I want that food, it smells so good"
- Mouth Hunger—"I just need something to chew"
- Heart Hunger—"Eating this will make me feel better"

**Step 4.** Resolve the true source of your hunger and ask yourself…

- What do I really need?
- What can I do instead? Leave the room. Go for a walk. Talk to a friend.
- Remember, it's not all about food. No amount of food will make you feel better. Only by recognizing the non-food triggers or the true source of your hunger and learning to meet your other needs in more effective ways than eating will you feel better.

**RESHAPE-000180**



Coaching

RESHAPE-000181



RESHAPE-000182

## Coaching

### One Year of Comprehensive Coaching

A unique and very important feature of the ReShape Balloon™ Program is the support and counseling it offers. Learning how to eat, exercise, and make healthy choices will be a core part of your experience.

You will receive diet, fitness, and lifestyle coaching for one full year. Your coaches are highly trained, with experience in helping many people just like you lose weight and keep it off for good. If you have any concerns, need advice, or think you've reached a plateau, talk to your coaches. They will help you examine your situation and choices, and create personalized strategies that can keep you on the path to success.

This support and education is vital and is intended to help you change your relationship with food, focus on eating smaller, healthier portions, and achieve long-term success.

### What to Expect at the Coaching Sessions

Ideally, you'll meet with your coach for 12 months. At these visits, you'll review your dietary guidelines, activity level, progress, and goals.

A professional will assess your food consumption and overall nutrition status to ensure you're making progress and staying healthy. You'll also receive exercise/fitness support and general health information. Your coach may point you in the direction of specific portal resources, or review the data you've been tracking.

Staying active on the portal and recording your food and activity levels is an excellent way to make these sessions more effective and productive!

RESHAPE-000183

## Coaching

## Why Coaching is Important

These coaching sessions are an important component of your ReShape Balloon™ success. Each session provides customized support based on your progress. Your coach can help you monitor and adjust your food consumption and overall nutrition status, as well as your activity levels to help you achieve your weight loss goals. Coaching keeps you accountable and gives you what you need to stay motivated.

## FAQs

**Do I need to participate in the coaching sessions?**

*Coaching is a core component of the ReShape Balloon Procedure. The coaching you receive is tailored to your individual needs and goals. Besides teaching you about healthy eating, exercise, goal setting, and behavior modification, the ReShape coaching keeps you accountable and on track.*

*Many ReShape Balloon patients credit the coaching with helping them maintain their weight loss after the balloons are removed.*

**What if I miss a coaching session?**

*If you miss a session, please contact your coach to reschedule. It's best if you're able to meet with your coach regularly.*

RESHAPE-000184

## Coaching

**Can I use my own nutrition, fitness, and/or behavioral coach?**

*The ReShape Balloon™ Coaches have been specially trained on the ReShape Balloon Procedure and are fully equipped to support you through this process. If you have existing nutrition or fitness plans, please share these with your coach, who may be able to integrate these into your overall plan!*

**Do I have the option to stop the coaching sessions if I do not want to participate?**

*These sessions are key to your success with the ReShape Balloon Program, and many patients credit the coaching with helping them maintain their weight loss or continue losing weight after the balloons are removed. During sessions, your coach will review your progress, make recommendations, and create personalized strategies to help keep you on the path to success.*

"It's much easier having a group of people help you along the way than doing it by yourself because it's a constant. It's a motivation."

—*Michelle*
ReShape *Balloon Patient*

RESHAPE-000185

RESHAPE-000186



Before & After Pictures

RESHAPE-000187



## Before & After Pictures

### Track Your Success by Taking Your Body Measurements and Before and After Photos

Taking your body measurements as well as before and after pictures during this time is a great way to track and measure your weight loss progress. It's good to have a record of a starting point, so you can easily see your success. Plus, you may hit a plateau or need inspiration from time to time. Looking at your before pictures helps you see how far you've come and will spark inspiration!

### TIPS:

- Try to take your measurements and "Before" pictures prior to insertion or up to one week after.
- Stand in front of a plain or neutral colored wall with as little clutter or distractions as possible.
- Take the photo in portrait mode (vertical) instead of landscape (horizontal). You'll want to see yourself from head to toe, close enough to see some details.
- Take several pictures from the front, back, and side.

| How to take your measurements: | |
| --- | --- |
| Bust | Place the measuring tape across your nipples and measure around the largest part of your chest. Be sure to keep the tape parallel to the floor. |
| Chest | Place the measuring tape just under your breasts/pecs and measure around the torso while keeping the tape parallel to the floor. |
| Waist | Place the measuring tape about a ½ inch above your belly button (at the narrowest part of your waist) to measure around your torso. When measuring your waist, exhale and measure before inhaling again. |
| Hips | Place the measuring tape across the widest part of your hips/buttocks and measure all the way around while keeping the tape parallel to the floor. |

## Before & After Pictures

## Before

Attach your photos here

RESHAPE-000190

## Before & After Pictures

### After

Attach your photos here

RESHAPE-000191

## Journal

RESHAPE-000192

## Journal

RESHAPE-000193

## Journal

RESHAPE-000194

Journal

## Journal

RESHAPE-000196

## Journal

RESHAPE-000197

Journal

RESHAPE-000198

## Journal

RESHAPE-000199

## Journal

RESHAPE-000200

## Journal

RESHAPE-000201

*Results and patient experience may vary.

**Important ReShape Balloon System Safety Information**

**Indications**: The ReShape Balloon™ System is indicated for weight reduction when used in conjunction with diet and exercise, in obese patients with a Body Mass Index (BMI) of 30 – 40 kg/m2 and one or more obesity-related comorbid conditions. It is indicated for use in adult patients who have failed weight reduction with diet and exercise alone. **Contraindications:** The ReShape Balloon System is not recommended for patients with conditions that may increase the risk of poor results (e.g., prior gastrointestinal surgery with sequelae, prior open or laparoscopic bariatric surgery, inflammatory diseases of the GI tract, potential upper GI bleeding), who are unwilling to participate in an established medically-supervised diet and behavior modification program, who have alcohol or drug addictions, who receive daily prescribed treatment with aspirin, anti-inflammatory agents, anticoagulants or other gastric irritants, or who currently are or may be pregnant or breast-feeding. **Warnings:** The maximum placement period for the ReShape Balloon is 6 months. The risk of intragastric balloon deflation and intestinal obstruction (and therefore possible complications related to intestinal obstruction) is significantly higher when balloons are left in place longer than 6 months. The presence of blue-green urine or sudden loss of satiety, increased hunger and/or weight gain may be a sign of balloon deflation. Intestinal obstructions have been reported due to deflated balloons passing into the intestines and have required surgical removal. Death due to intestinal obstruction is possible. Patients experiencing symptoms of an intestinal obstruction (e.g., acute onset of abdominal pain, nausea or vomiting) should seek immediate care. Failure of patients to take prescribed daily proton-pump inhibitor medication increases the risk of gastric ulceration or perforation. **Adverse Events:** Placement of the ReShape Balloon requires an endoscopic procedure with sedation. Potential risks associated with an endoscopic procedure and sedation include adverse reaction to sedation (headache, muscle pain, nausea), anaphylaxis, cardiac arrest, death, hypoxia, myocardial infarction, gastric and esophageal perforation, infection, pneumonia, and respiratory distress. Risks that have been associated with treatment with the ReShape Balloon include death, acute pancreatitis, esophageal perforation, gastric perforation, ulceration, significant gastric bleeding, gastric outlet obstruction, aspiration pneumonia, bowel obstruction, balloon hyperinflation, need for blood transfusions, emergency endoscopic therapeutic intervention, abdominal pain, abdominal spasms, nausea, vomiting, bloating, belching, heartburn, dysphagia, dehydration, and sore throat. These complications may be severe enough to require early removal of the ReShape Balloon. Although the ReShape Balloon design provides an anti-migration feature, there is the potential risk of device migration and intestinal obstruction. The risk of intestinal obstruction is increased if the device is not removed after 6 months. If intestinal migration occurs, surgical or endoscopic removal may be required. (06-04-18)

**Important:** For full safety information, talk with your doctor, or call ReShape Customer Support at 844-YES-RESHAPE (1-844-937-7374).

**CAUTION: Rx only.**

RESHAPE, RESHAPE LIFESCIENCES, ReShape Balloon™, and the ReShape Balloon Logo are trademarks of ReShape Lifesciences, Inc.

© 2018 ReShape Lifesciences, Inc.  All rights reserved.
04-0172 Rev. C

**RESHAPE-000202**

RESHAPE-000203



RESHAPE-000204

ReShape™
Non-Surgical Weight Loss Procedure

# Life-changing weight loss, no surgery required.

New Dual Balloon Technology

365
One Year of Comprehensive Coaching

Proven Weight Loss Without Surgery

## Start your weight loss journey today. Ask your doctor if *ReShape*® is right for you.

**Important *ReShape*® Integrated Dual Balloon System Safety Information**
**Indications:** The *ReShape*® Integrated Dual Balloon System is indicated for weight reduction when used in conjunction with diet and exercise, in obese patients with a Body Mass Index (BMI) of 30 – 40 kg/m2 and one or more obesity-related comorbid conditions. It is indicated for use in adult patients who have failed weight reduction with diet and exercise alone. **Contraindications:** The *ReShape* Integrated Dual Balloon System is not recommended for patients with conditions that may increase the risk of poor results (e.g., prior gastrointestinal surgery with sequelae, prior open or laparoscopic bariatric surgery, inflammatory diseases of the GI tract, potential upper GI bleeding), who are unwilling to participate in an established medically-supervised diet and behavior modification program, who have alcohol or drug addictions, who receive daily prescribed treatment with aspirin, anti-inflammatory agents, anticoagulants or other gastric irritants, or who currently are or may be pregnant or breast-feeding. **Warnings:** The maximum placement period for the *ReShape* Integrated Dual Balloon is 6 months. The risk of intragastric balloon deflation and intestinal obstruction (and therefore possible complications related to intestinal obstruction) is significantly higher when balloons are left in place longer than 6 months. The presence of blue-green urine or sudden loss of satiety, increased hunger and/or weight gain may be a sign of balloon deflation. Failure of patients to take prescribed daily proton-pump inhibitor medication increases the risk of gastric ulceration or perforation. **Adverse Events:** Placement of the *ReShape* Integrated Dual Balloon requires an endoscopic procedure with sedation. Potential risks associated with an endoscopic procedure and sedation include adverse reaction to sedation (headache, muscle pain, nausea), infection, pneumonia, and respiratory distress. Potential risks associated with the *ReShape* Integrated Dual Balloon include ulceration, perforation, abdominal pain, nausea, vomiting, bloating, belching, heartburn, dehydration, and sore throat. These complications may be severe enough to require early removal of the *ReShape* Integrated Dual Balloon. Although the *ReShape* Dual Balloon design provides an anti-migration feature, there is the potential risk of device migration and intestinal obstruction. The risk of intestinal obstruction is increased if the device is not removed after 6 months. If intestinal migration occurs, surgical or endoscopic removal may be required.
**Important:** For full safety information please talk with your doctor, or call *ReShape* Customer Support at 844-YES-RESHAPE (1-844-937-7374).
**CAUTION: Rx only.**

*Results and patient experience may vary.
RESHAPE and the RESHAPE MEDICAL logo are registered trademarks of ReShape Medical, Inc. ©2016 ReShape Medical, Inc. All rights reserved. 04-0163 Rev. A

