

FDA Home[3] Medical Devices[4] Databases[5]

# Premarket Approval (PMA)

510(k)[7] | DeNovo[8] | Registration & Listing[9] | Adverse Events[10] | Recalls[11] | PMA[12] | HDE[13] | Classification[14] | Standards[15]
CFR Title 21[16] | Radiation-Emitting Products[17] | X-Ray Assembler[18] | Medsun Reports[19] | CLIA[20] | TPLC[21]

New Search[22]    Back to Search Results

Note: this medical device has supplements. The device description/function or indication may have changed. Be sure to look at the supplements to get an up-to-date information on device changes. The labeling included below is the version at time of approval of the original PMA or panel track supplement and *may not represent the most recent labeling*.

| | |
|---|---|
| **Device** | RESHAPE INTEGRATED DUAL BALLOON SYSTEM |
| **Generic Name** | Implant, Intragastric For Morbid Obesity |
| **Applicant** | Apollo Endosurgery<br>1120 S Capital Of Tx Hwy<br>Bldg 1, Ste 300<br>Austin, TX 78746 |
| **PMA Number** | P140012 |
| **Date Received** | 07/01/2014 |
| **Decision Date** | 07/28/2015 |
| **Withdrawal Date** | 07/23/2019 |
| **Product Code** | LTI[23] |
| **Docket Number** | 15M-2740 |
| **Notice Date** | 07/29/2015 |
| **Advisory Committee** | Gastroenterology/Urology |
| **Clinical Trials** | NCT01061385[24] |
| **Expedited Review Granted?** | No |
| **Combination Product** | No |

### Approval Order Statement

APPROVAL FOR THE RESHAPE INTEGRATED DUAL BALLOON SYSTEM. THE RESHAPE INTEGRATED DUAL BALLOON SYSTEM IS INDICATED FOR WEIGHT REDUCTION WHEN USED IN CONJUNCTION WITH DIET AND EXERCISE, IN OBESE PATIENTS WITH A BODY MASS INDEX (BMI) OF 30 40 KG/M2 AND ONE OR MORE OBESITY-RELATED COMORBID CONDITIONS. IT IS INDICATED FOR


EXHIBIT E

USE IN ADULT PATIENTS WHO HAVE FAILED WEIGHT REDUCTION WITH DIET AND EXERCISE ALONE.

| | |
|---|---|
| **Approval Order** | [Approval Order][25] |
| **Summary** | [Summary Of Safety And Effectiveness][26] |
| **Labeling** | [Labeling][27] |
| | [Labeling Part 2][28] |
| **Post-Approval Study** | [Show Report Schedule And Study Progress][29] |
| **Supplements:**[30] | [S001][31] [S002][32] [S003][33] [S004][34] [S005][35] [S006][36] [S007][37] [S008][38] [S009][39] [S010][40] [S011][41] [S012][42] [S013][43] |

---

**Links on this page:**

1. http://www.addthis.com/bookmark.php?u508=true&v=152&username=fdamain
2. http://www.addthis.com/bookmark.php
3. https://www.fda.gov/
4. https://www.fda.gov/Medical-Devices
5. https://www.fda.gov/medical-devices/device-advice-comprehensive-regulatory-assistance/medical-device-databases
6. /scripts/cdrh/devicesatfda/index.cfm
7. /scripts/cdrh/cfdocs/cfPMN/pmn.cfm
8. /scripts/cdrh/cfdocs/cfpmn/denovo.cfm
9. /scripts/cdrh/cfdocs/cfRL/rl.cfm
10. /scripts/cdrh/cfdocs/cfMAUDE/TextSearch.cfm
11. /scripts/cdrh/cfdocs/cfRES/res.cfm
12. /scripts/cdrh/cfdocs/cfPMA/pma.cfm
13. /scripts/cdrh/cfdocs/cfHDE/hde.cfm
14. /scripts/cdrh/cfdocs/cfPCD/classification.cfm
15. /scripts/cdrh/cfdocs/cfStandards/search.cfm
16. /scripts/cdrh/cfdocs/cfCFR/CFRSearch.cfm
17. /scripts/cdrh/cfdocs/cfPCD_RH/classification.cfm
18. /scripts/cdrh/cfdocs/cfAssem/assembler.cfm
19. /scripts/cdrh/cfdocs/Medsun/searchReportText.cfm
20. /scripts/cdrh/cfdocs/cfClia/Search.cfm
21. /scripts/cdrh/cfdocs/cfTPLC/tplc.cfm
22. /scripts/cdrh/cfdocs/cfpma/pma.cfm

23. /scripts/cdrh/cfdocs/cfPCD/classification.cfm?start_search=1&ProductCode=LTI
24. http://www.clinicaltrials.gov/ct2/results?term=NCT01061385
25. http://www.accessdata.fda.gov/cdrh_docs/pdf14/P140012A.pdf
26. http://www.accessdata.fda.gov/cdrh_docs/pdf14/P140012B.pdf
27. http://www.accessdata.fda.gov/cdrh_docs/pdf14/P140012C.pdf
28. http://www.accessdata.fda.gov/cdrh_docs/pdf14/P140012D.pdf
29. /scripts/cdrh/cfdocs/cfpma/pma_pas.cfm?c_id=3557&t_id=538679
30. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P140012&SupplementNumber=
31. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P140012&SupplementNumber=S001
32. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P140012&SupplementNumber=S002
33. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P140012&SupplementNumber=S003
34. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P140012&SupplementNumber=S004
35. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P140012&SupplementNumber=S005
36. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P140012&SupplementNumber=S006
37. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P140012&SupplementNumber=S007
38. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P140012&SupplementNumber=S008
39. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P140012&SupplementNumber=S009
40. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P140012&SupplementNumber=S010
41. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P140012&SupplementNumber=S011
42. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P140012&SupplementNumber=S012
43. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P140012&SupplementNumber=S013

Page Last Updated: 08/17/2020

Note: If you need help accessing information in different file formats, see Instructions for Downloading Viewers and Players.

Language Assistance Available: Español | 繁體中文 | Tiếng Việt | 한국어 | Tagalog | Русский | العربية | Kreyòl Ayisye | Français | Polski | Português | Italiano | Deutsch | 日本語 | فارسی | English

Accessibility Contact FDA Careers FDA Basics FOIA No FEAR Act Nondiscrimination Website Policies

FDA

U.S. Food and Drug Administration
10903 New Hampshire Avenue
Silver Spring, MD 20993
Ph. 1-888-INFO-FDA (1-888-463-6332)
Contact FDA




For Government For Press

Combination Products Advisory Committees Science & Research Regulatory Information Safety Emergency Preparedness International Programs News & Events Training and Continuing Education Inspections/Compliance State & Local Officials Consumers Industry Health Professionals FDA Archive

U.S. Department of Health & Human Services

**Links on this page:**

1. http://www.addthis.com/bookmark.php?u508=true&v=152&username=fdamain
2. http://www.addthis.com/bookmark.php
3. https://www.fda.gov/
4. https://www.fda.gov/Medical-Devices
5. https://www.fda.gov/medical-devices/device-advice-comprehensive-regulatory-assistance/medical-device-databases
6. /scripts/cdrh/devicesatfda/index.cfm
7. /scripts/cdrh/cfdocs/cfPMN/pmn.cfm
8. /scripts/cdrh/cfdocs/cfpmn/denovo.cfm
9. /scripts/cdrh/cfdocs/cfRL/rl.cfm
10. /scripts/cdrh/cfdocs/cfMAUDE/TextSearch.cfm
11. /scripts/cdrh/cfdocs/cfRES/res.cfm
12. /scripts/cdrh/cfdocs/cfPMA/pma.cfm
13. /scripts/cdrh/cfdocs/cfHDE/hde.cfm
14. /scripts/cdrh/cfdocs/cfPCD/classification.cfm
15. /scripts/cdrh/cfdocs/cfStandards/search.cfm
16. /scripts/cdrh/cfdocs/cfCFR/CFRSearch.cfm
17. /scripts/cdrh/cfdocs/cfPCD_RH/classification.cfm
18. /scripts/cdrh/cfdocs/cfAssem/assembler.cfm
19. /scripts/cdrh/cfdocs/Medsun/searchReportText.cfm
20. /scripts/cdrh/cfdocs/cfClia/Search.cfm
21. /scripts/cdrh/cfdocs/cfTPLC/tplc.cfm
22. /scripts/cdrh/cfdocs/cfpma/pma.cfm
23. /scripts/cdrh/cfdocs/cfPCD/classification.cfm?start_search=1&ProductCode=LTI
24. http://www.clinicaltrials.gov/ct2/results?term=NCT01061385
25. http://www.accessdata.fda.gov/cdrh_docs/pdf14/P140012A.pdf
26. http://www.accessdata.fda.gov/cdrh_docs/pdf14/P140012B.pdf
27. http://www.accessdata.fda.gov/cdrh_docs/pdf14/P140012C.pdf
28. http://www.accessdata.fda.gov/cdrh_docs/pdf14/P140012D.pdf
29. /scripts/cdrh/cfdocs/cfpma/pma_pas.cfm?c_id=3557&t_id=538679
30. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P140012&SupplementNumber=
31. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P140012&SupplementNumber=S001

32. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P140012&SupplementNumber=S002
33. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P140012&SupplementNumber=S003
34. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P140012&SupplementNumber=S004
35. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P140012&SupplementNumber=S005
36. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P140012&SupplementNumber=S006
37. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P140012&SupplementNumber=S007
38. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P140012&SupplementNumber=S008
39. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P140012&SupplementNumber=S009
40. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P140012&SupplementNumber=S010
41. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P140012&SupplementNumber=S011
42. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P140012&SupplementNumber=S012
43. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P140012&SupplementNumber=S013