

| DEPARTMENT OF HEALTH & HUMAN SERVICES | Public Health Service |
|---|---|

Food and Drug Administration
10903 New Hampshire Avenue
Document Control Center - WO66-G609
Silver Spring, MD  20993-0002

July 28, 2015

Greg Geissinger
Regulatory Affairs Manager
ReShape Medical, Inc.
100 Calle Iglesia
San Clemente, CA  92672

Re:   P140012
    Trade/Device Name:  Reshape Integrated Dual Balloon System
    Filed:  July 1, 2014
    Amended:  September 2, 2014, September 11, 2014, December 17, 2014, March 24, 2015,
        and April 14, 2015
    Product Code:  LTI

Dear Greg Geissinger,

The Center for Devices and Radiological Health (CDRH) of the Food and Drug Administration (FDA) has completed its review of your premarket approval application (PMA) for the Reshape Integrated Dual Balloon System. The ReShape Integrated Dual Balloon System is indicated for weight reduction when used in conjunction with diet and exercise, in obese patients with a Body Mass Index (BMI) of 30 – 40 kg/m$^2$ and one or more obesity-related comorbid conditions.  It is indicated for use in adult patients who have failed weight reduction with diet and exercise alone. We are pleased to inform you that the PMA is approved. You may begin commercial distribution of the device in accordance with the conditions of approval described below.

The sale and distribution of this device are restricted to prescription use in accordance with 21 CFR 801.109 and under section 515(d)(1)(B)(ii) of the Federal Food, Drug, and Cosmetic Act (the act). FDA has determined that this restriction on sale and distribution is necessary to provide reasonable assurance of the safety and effectiveness of the device. Your device is therefore a restricted device subject to the requirements in sections 502(q) and (r) of the act, in addition to the many other FDA requirements governing the manufacture, distribution, and marketing of devices.

Expiration dating for this device has been established and approved at 12 months for the Integrated Dual Balloon/Delivery Catheter Assembly and Removal Catheter.  Expiration dating for the valve sealant has been established and approved at 36 months.  This is to advise you that the protocols you used to establish this expiration dating is considered an approved protocol for the purpose of extending the expiration dating as provided by 21 CFR 814.39(a)(7).

EXHIBIT F

Continued approval of this PMA is contingent upon the submission of periodic reports, required under 21 CFR 814.84, at intervals of one year (unless otherwise specified) from the date of approval of the original PMA. Two copies of this report, identified as "<u>Annual Report</u>" and bearing the applicable PMA reference number, should be submitted to the address below. The Annual Report should indicate the beginning and ending date of the period covered by the report and should include the information required by 21 CFR 814.84. This is a reminder that as of September 24, 2014, class III devices are subject to certain provisions of the final UDI rule. These provisions include the requirement to provide a UDI on the device label and packages (21 CFR 801.20), format dates on the device label in accordance with 21 CFR 801.18, and submit data to the Global Unique Device Identification Database (GUDID) (21 CFR 830 Subpart E). Additionally, 21 CFR 814.84 (b)(4) requires PMA annual reports submitted after September 24, 2014, to identify each device identifier currently in use for the subject device, and the device identifiers for devices that have been discontinued since the previous periodic report. It is not necessary to identify any device identifier discontinued prior to December 23, 2013. For more information on these requirements, please see the UDI website, http://www.fda.gov/udi.

In addition to the above, and in order to provide continued reasonable assurance of the safety and effectiveness of the device, the Annual Report must include, separately for each model number (if applicable), the number of devices sold and distributed during the reporting period, including those distributed to distributors. The distribution data will serve as a denominator and provide necessary context for FDA to ascertain the frequency and prevalence of adverse events, as FDA evaluates the continued safety and effectiveness of the device.

In addition to the Annual Report requirements, you must provide the following data in post-approval study (PAS) reports for each PAS listed below. Two (2) copies of each report, identified as an "OSB Lead PMA Post-Approval Study Report" in accordance with how the study is identified below and bearing the applicable PMA reference number, should be submitted to the address below.

OSB Lead PMA Post-Approval Study – REDUCE Post-Approval Study: The Office of Surveillance and Biometrics (OSB) will have the lead for studies initiated after device approval. On May 28, 2015 (by e-mail), you agreed to conduct a post-approval study as follows:

> The REDUCE PAS is a prospective, open-label, single-arm study of the ReShape Integrated Dual Balloon System (the "Dual Balloon"), for weight reduction when used in conjunction with diet and exercise. This is a 48-week study in which subjects will be treated during the first 24 weeks with ReShape Dual Balloon in conjunction with diet/exercise counseling, followed by 24 weeks of counseling alone. A total of 250 subjects will be enrolled at 10 to 15 sites in the United States; 217 evaluable subjects will be available at 24 weeks.
>
> The primary objective is to evaluate the safety of ReShape Dual Balloon in obese patients 22 years and older with a BMI of 30 to 40 kg/m$^2$ and one or more obesity-related comorbidities, and who have failed weight reduction with diet and exercise alone. Specifically, the study will evaluate the rate of device- and/or procedure-related

> SAEs (composite safety endpoint) through 24 weeks of treatment with ReShape Dual Balloon. The observed rate will be compared to a performance goal of 13%.
>
> Other study endpoints include: weight loss as measured by percent excess weight loss (%EWL) and percent total body weight loss (%TBL) at 24- and 48-weeks; components of the composite safety endpoint including gastric ulcer SAEs, esophageal injury SAEs, device-related SAEs, and insertion/retrieval procedure-related SAEs; early device explants; and device deflations. Subjects with gastric ulcers at least 1.0 cm at the time of device explant will be followed with endoscopic evaluation every 8 weeks until the ulcer has visually resolved. A subgroup analysis of these study endpoints will be performed in subjects who are 60 years and older.
>
> In addition to the main safety assessment at 24 weeks, this study will also evaluate the durability of weight loss in at least 182 subjects at 48 weeks.

You will submit PAS Progress Reports every six months during the first two years of the study and annually thereafter. Two copies for each study, identified as "OSB Lead PMA Post-Approval Study Report" and bearing the applicable PMA reference number, should be submitted to the address below.

Be advised that the failure to conduct any such study in compliance with the good clinical laboratory practices in 21 CFR part 58 (if a non-clinical study subject to part 58) or the institutional review board regulations in 21 CFR part 56 and the informed consent regulations in 21 CFR part 50 (if a clinical study involving human subjects) may be grounds for FDA withdrawal of approval of the PMA. In addition, the results from any post approval study should be included in the labeling as these data become available. Any updated labeling must be submitted to FDA in the form of a PMA Supplement. For more information on post-approval studies, see the FDA guidance document entitled, "Procedures for Handling Post-Approval Studies Imposed by PMA Order" (http://www.fda.gov/MedicalDevices/DeviceRegulationandGuidance/GuidanceDocuments/ucm070974.htm).

Within 30 days of your receipt of this letter, you must submit a PMA supplement that includes a complete protocol of your post-approval study described above. Your PMA supplement should be clearly labeled as an "OSB Lead PMA Post-Approval Study Protocol" as noted above and submitted in triplicate to the address below. Please reference the PMA number above to facilitate processing. If there are multiple protocols being finalized after PMA approval, please submit each protocol as a separate PMA supplement.

Before making any change affecting the safety or effectiveness of the device, you must submit a PMA supplement or an alternate submission (30-day notice) in accordance with 21 CFR 814.39. All PMA supplements and alternate submissions (30-day notice) must comply with the applicable requirements in 21 CFR 814.39. For more information, please refer to the FDA guidance document entitled, "Modifications to Devices Subject to Premarket Approval (PMA) – The PMA Supplement Decision-Making Process"
http://www.fda.gov/MedicalDevices/DeviceRegulationandGuidance/GuidanceDocuments/ucm089274.htm

You are reminded that many FDA requirements govern the manufacture, distribution, and marketing of devices. For example, in accordance with the Medical Device Reporting (MDR) regulation, 21 CFR 803.50 and 21 CFR 803.52, you are required to report adverse events for this device. Manufacturers of medical devices, including in vitro diagnostic devices, are required to report to FDA no later than 30 calendar days after the day they receive or otherwise becomes aware of information, from any source, that reasonably suggests that one of their marketed devices:

1.    May have caused or contributed to a death or serious injury; or

2.    Has malfunctioned and such device or similar device marketed by the manufacturer would be likely to cause or contribute to a death or serious injury if the malfunction were to recur.

Additional information on MDR, including how, when, and where to report, is available at http://www.fda.gov/MedicalDevices/Safety/ReportaProblem/default.htm

In accordance with the recall requirements specified in 21 CFR 806.10, you are required to submit a written report to FDA of any correction or removal of this device initiated by you to: (1) reduce a risk to health posed by the device; or (2) remedy a violation of the act caused by the device which may present a risk to health, with certain exceptions specified in 21 CFR 806.10(a)(2). Additional information on recalls is available at http://www.fda.gov/Safety/Recalls/IndustryGuidance/default.htm

CDRH does not evaluate information related to contract liability warranties. We remind you; however, that device labeling must be truthful and not misleading. CDRH will notify the public of its decision to approve your PMA by making available, among other information, a summary of the safety and effectiveness data upon which the approval is based. The information can be found on the FDA CDRH Internet HomePage located at http://www.fda.gov/MedicalDevices/ProductsandMedicalProcedures/DeviceApprovalsandClearances/PMAApprovals/default.htm. Written requests for this information can also be made to the Food and Drug Administration, Dockets Management Branch, (HFA-305), 5630 Fishers Lane, Rm. 1061, Rockville, MD  20852. The written request should include the PMA number or docket number. Within 30 days from the date that this information is placed on the Internet, any interested person may seek review of this decision by submitting a petition for review under section 515(g) of the act and requesting either a hearing or review by an independent advisory committee. FDA may, for good cause, extend this 30-day filing period.

Failure to comply with any post-approval requirement constitutes a ground for withdrawal of approval of a PMA. The introduction or delivery for introduction into interstate commerce of a device that is not in compliance with its conditions of approval is a violation of law.

You are reminded that, as soon as possible and before commercial distribution of your device, you must submit an amendment to this PMA submission with copies of all approved labeling in final printed form. Final printed labeling that is identical to the labeling approved in draft form

will not routinely be reviewed by FDA staff when accompanied by a cover letter stating that the final printed labeling is identical to the labeling approved in draft form. If the final printed labeling is not identical, any changes from the final draft labeling should be highlighted and explained in the amendment.

All required documents should be submitted in 6 copies, unless otherwise specified, to the address below and should reference the above PMA number to facilitate processing.

> U.S. Food and Drug Administration
> Center for Devices and Radiological Health
> PMA Document Control Center - WO66-G609
> 10903 New Hampshire Avenue
> Silver Spring, MD 20993-0002

If you have any questions concerning this approval order, please contact Martha Betz, Ph.D. at (301) 796-2844 or Martha.Betz@fda.hhs.gov.

Sincerely yours,

for Benjamin R. Fisher, Ph.D.
Director
Division of Reproductive, Gastro-Renal,
 and Urological Devices
Office of Device Evaluation
Center for Devices and Radiological Health