# Transcript of the Testimony of
# Thomas E. Lavin, M.D., FACS

**Date taken: November 11, 2019**

**Paul Vesoulis v. Reshape Lifesciences, et al**

All electronic deposition & exhibit files
are available at **<<<www.psrdocs.com>>>**.
Please call or e-mail reporters@psrdocs.com if you need a
**Username** and **Password**.

# Professional Shorthand Reporters, Inc.
**Phone:504-529-5255**
**Fax:504-529-5257**
**Email:reporters@psrdocs.com**
Internet: http://www.psrdocs.com



EXHIBIT 1

Page 75

```
 1   today, do you remember going through this
 2   particular consent process with Dr. Vesoulis for
 3   the removal of the balloon?
 4        A    I don't remember with any particular
 5   patient.  I just know my routine of how I do it
 6   with every patient.
 7        Q    Sure.  Okay.  Now, when you initially
 8   removed this device, the balloon from
 9   Dr. Vesoulis, you didn't experience any
10   complications, correct?
11        A    When I initially removed it, he
12   looked good in the post-op period, but they
13   called back later in the day when he was
14   distended and not feeling good.
15        Q    Okay.  So upon removal, did you have
16   any reason to keep the device?  Do you know what
17   happened to it?
18        A    No, I don't.  I wouldn't have any
19   reason to keep the device.
20        Q    Okay.  Would you have just disposed
21   of it?
22        A    I believe so.
23        Q    Okay.  Is that what you normally do
24   with a patient with no complications?
25        A    Yes.
```