Page 1

```
            UNITED STATES DISTRICT COURT
            EASTERN DISTRICT OF LOUISIANA


PAUL VESOULIS              CIVIL ACTION NO.
                           19-CV-01795-MLCF-DMD
VERSUS
                           JUDGE MARTIN L.C. FELDMAN
RESHAPE LIFESCIENCES,
F/K/A ENTEROMEDICS         MAGISTRATE JUDGE DANA
INCORPORATED                  M. DOUGLAS

**************************************************

              22ND JUDICIAL DISTRICT COURT
                 PARISH OF ST. TAMMANY
                   STATE OF LOUISIANA

NO. 2019-11625                        DIVISION "D"

IN RE:  MEDICAL REVIEW PANEL FOR THE CLAIM OF
                 PAUL VESOULIS

**************************************************
```

    Deposition of THOMAS E. LAVIN, M.D., FACS, taken in the offices of Surgical Specialists of Louisiana, LLC, 7015 Highway 190 E. Service Road, Suite 200, Covington, Louisiana 70433, on Monday, the 11th day of November, 2019.


APPEARANCES:

    LEGER & SHAW
    (By:  Franklin G. Shaw, Esq.)
    512 East Boston Street
    Covington, Louisiana 70433

        ATTORNEYS FOR PLAINTIFF,
        PAUL VESOULIS


EXHIBIT A

Page 15

```
 1   was.
 2        Q    Can you give me a year?
 3        A    It would have probably been late '17,
 4   the fall of '17.
 5        Q    I assume that the ulcer was not
 6   present prior to the placement of the balloon?
 7        A    It was not.
 8        Q    Okay.  We have been provided a copy
 9   of your CV.  Let me just check something real
10   quick.
11             So I will mark the CV as Exhibit 6.
12   It says here you were the principal investigator
13   involved with a study, "A Prospective,
14   Multicenter Post Approval Study of the ReShape
15   Post Approval Study (ReShape PAS), ReShape
16   Medical."
17             When did that occur?
18        A    Post approval, so I don't know.
19             Do you remember when it was approved?
20             MS. WEBRE:
21                  Initially?
22             THE WITNESS:
23                  Yes.
24             MR. SHAW:
25                  7-28-15.
```

Page 16

```
 1              THE WITNESS:
 2                  '15.  Probably the 12 months
 3        following that.
 4   EXAMINATION BY MR. SHAW:
 5        Q     How were you compensated for that?
 6        A     I don't remember at all.  I don't
 7   even vaguely remember.  But usually any of those
 8   studies, it's a per patient amount.
 9        Q     Paid by ReShape?
10        A     Yes.  Yes, the people conducting the
11   studies have to pay the investigators.
12        Q     Did you have any co-authors in that
13   study?
14        A     I don't even remember if we published
15   the study, so I don't remember.  But there were
16   certainly a group of physicians around the
17   country involved in it.
18        Q     And what was done with the study?
19   Was it utilized by the FDA?
20        A     Well, obviously, it was FDA approved.
21   I don't remember exactly, but it was just
22   evaluating weight loss and complications in the
23   early post-op patients, and from my memory, it
24   was pretty uneventful.
25        Q     And what type of complications, if
```

Page 17

1   any, were experienced in the group of patients
2   that were studied in connection with that
3   investigation?
4       A    Like I just said, I don't remember
5   any complications, any severe complications
6   during that study, but my recollection is not --
7   I don't remember exactly the results of the
8   study.  But they did not deter me from using it
9   and it was all pretty uneventful.
10      Q    Did you receive training from ReShape
11  in connection with the use of the dual
12  intragastric balloons?
13      A    I did.  They had a standard two-day
14  course, as I remember it, where you went and,
15  you know, saw people do it, saw the videos, and
16  then learned how to place them.
17      Q    Okay.  Let me show you a document.
18  It's Bates numbered ReShape-212.  And ask you if
19  that's your signature on the bottom of that
20  document?
21      A    It is.
22      Q    Okay.  So I will mark that as
23  Exhibit 7.
24           And you began using the ReShape dual
25  intragastric balloons in your practice when?

Page 23

 1             You might have to look closely at
 2   that.  My question to you is, was any
 3   information given to Dr. Vesoulis prior to the
 4   placement of the dual integrated balloons, and
 5   if so, would they have included those particular
 6   risks that are listed on that document?
 7        A    We had the standard informed consent
 8   that we can just refer to and look at, but any
 9   endoscopy, whether you place a balloon or not,
10   has a risk of perforation and those problems.
11   So, yes, that would have been explained and
12   would have been on the informed consent form.
13        Q    Well, you can have a gastric
14   perforation, and I think we went over that, and
15   that involved Mr. JB, correct?
16        A    Correct.
17        Q    All right.  You could also have an
18   esophageal perforation, which is at a different
19   level in the anatomy; is it not?
20        A    Yes, but there's a transition between
21   esophagus and stomach called the GE junction,
22   and it's like Louisiana/Mississippi.  You can
23   put one foot on each side of the border.  The
24   same with the esophagus and gastric, the
25   transition is right there.  So it's a very fine

Page 38

1    greater than .4 percent?
2         A    If the actual?
3         Q    Yes.
4         A    In what study?
5         Q    In the entire world and in your
6    experience, were they greater than four-tenths
7    of a percent?
8         A    Those are two separate things:  The
9    entire world, and then my personal experience.
10        Q    Okay.  Well, let's break it down.  I
11   hate to be compound.
12             Do you know what the incidences were
13   in actuality of esophageal perforations using
14   the ReShape balloons?
15        A    Well, the world experience, I don't
16   know that.  I know that I had that one on
17   removal, and that was it for me.  So my
18   incidence would have been higher than that.
19        Q    Okay.  So you had one out of how
20   many?
21        A    We probably ended up placing maybe 60
22   to 70 ReShapes before we had stopped.  It could
23   have been closer to 100, but I don't know the
24   exact number.
25        Q    And you were obviously familiar with

Page 39

1   the hardware and the device that we're talking
2   about, having been doing this for a long time
3   and having some experience in the clinical
4   studies.
5           Was there anything in particular
6   about the ReShape system or balloons themselves
7   that you believe led to an increased incidence
8   of esophageal perforations?
9       A   I can't tell you why ReShape over any
10  other balloon would have an increased incidence
11  of esophageal perforation.
12      Q   All right.  Let's get to your medical
13  records then.  Unfortunately, I marked several
14  copies of these and not all of them have the
15  page numbers to them.  I'm interested in your
16  removal operative report specifically, and that
17  would be at Page -- No, that's the repair.  180.
18  So it would be in these at Page --
19      A   180?
20      Q   Yes.  And I guess my first question
21  to you would be what is an EGD?
22      A   Esophagogastroduodenoscopy.  It's
23  just basically an upper endoscopy, just like a
24  colonoscopy would be a lower endoscopy.
25      Q   If you read down in the middle of the