**Frank Shaw**

| | |
|---|---|
| From: | Frank Shaw |
| Sent: | Tuesday, August 11, 2020 11:13 AM |
| To: | Rachel Webre (rwebre@glllaw.com); 'apoirier@bluewilliams.com' (apoirier@bluewilliams.com); Kelly M. Brian (kbrian@bluewilliams.com) |
| Cc: | Terry Fishel |
| Subject: | Vesoulis |
| Attachments: | 20200811 VESOULIS EXHIBIT TO 30(b)(6) DEPOSITION.pdf; 2020 08.11  30(B)(6) NOTICE OF DEPOSITION OF RESHAPE.docx |

Rachel, Ric and Kelly,

Our discovery cutoff is September 15, 2020.  I need to take the following depositions.
1. FRCP Rule 30(b)(6) and 30(b)(2) deposition of Reshape, the notice of which is attached.  This notice was essentially the one sent to Reshape in March 2020, and I need to get this done.
2. Mary Lou Mooney,
3. Diane Begovich,
4. Deborah Schmalz,
5. Jennifer Perilloux,
6. Laura Boyer,
7. Ramsey Schmitz Hare,
8. Richard Vanderbrook, MD,
9. Justin Owens, MD,
10. Rachel Moore, MD,
11. Knight Worley, MD.

My office will coordinate these, but I need a date for the Reshape witnesses and 30(b)(6).
Frank

Franklin G. Shaw
LEGER & SHAW
512 E. Boston St.
Covington, LA 70433
(985) 809-6625
Fax 9985) 809-6626
fshaw@legershaw.com



1