## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| PAUL VESOULIS | CIVIL ACTION NO. 19-CV-01795-MLCF-DMD |
| VERSUS | JUDGE MARTIN L.C. FELDMAN |
| RESHAPE LIFESCIENCES, f/k/a ENTEROMEDICS INCORPORATED | MAGISTRATE JUDGE DANA M. DOUGLAS |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### DECLARATION OF FRANKLIN G. SHAW

BEFORE ME, the undersigned notary public, personally came and appeared

**FRANKLIN G. SHAW**

Who deposed and stated:

1. That he is counsel of record for plaintiff, Paul Vesoulis in Civil Action 19-01795 pending in the United States District Court, Eastern District of Louisiana;

2. That ReShape Lifesciences, Inc. (hereinafter "ReShape") has refused to put forth witnesses to respond to areas of inquiry pursuant to FRCP Rule 30(b)(6) which notice of depositions and areas of inquiry have been provided to counsel for ReShape, (Ex. "A");

3. That on August 7, 2020 he propounded Requests for Admissions to ReShape, (Ex. "B") which has admitted that it did not transmit MAUDE reports of deaths to defendants, Dr. Thomas Lavin and Surgical Specialists of Louisiana, LLC prior to plaintiff's balloon placement on July 27, 2017;

EXHIBIT B

4.  That defendants, Dr. Thomas Lavin and Surgical Specialists LLC has also admitted same (Ex. "C");

5.  That ReShape has filed a Motion for Summary Judgment. (Doc. 54.);

6.  That ReShape has not produced contact information for Mary Lou Mooney or any other former ReShape employees such that they might be subpoenaed and deposed;

7.  That such discovery is necessary for plaintiff to oppose ReShape's Motion for Summary Judgment;

8.  That this Declaration is made pursuant to FRCP Rule 56(d).

_____
FRANKLIN G. SHAW

SWORN TO AND SUBSCRIBED BEFORE ME, NOTARY PUBLIC THIS 7TH DAY OF SEPTEMBER 2020.

_____
NOTARY PUBLIC