# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

PAUL VESOULIS

CIVIL ACTION NO. 19-CV-01795-MLCF-DMD

JUDGE MARTIN L.C. FELDMAN

VERSUS

MAGISTRATE JUDGE DANA M. DOUGLAS

RESHAPE LIFESCIENCES, f/k/a
ENTEROMEDICS INCORPORATED

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## <u>AFFDAVIT OF ERIC BOUR, M.D.</u>

BEFORE ME, the undersigned notary public, personally came and appeared

### DR. ERIC BOUR, M.D.

Who deposed and stated:

1.  I am a bariatric surgeon and a medical doctor as outlined in the Curriculum Vitae attached hereto as (Ex. "A");

2.  I have been retained as an expert witness in this case in the field of bariatric surgery;

3.  It is my opinion and practice that a bariatric surgeon does not consult the FDA MAUDE database prior to balloon placement to ascertain whether any adverse events had been reported to the FDA regarding intragastric balloons to be placed in a patient. The occurrence of adverse events should be provided by the manufacturer to the treating physician.



This _6 TH_ day of September 2020.

_____
DR. ERIC BOUR, M.D.

SWORN TO AND SUBSCRIBED BEFORE
ME, NOTARY PUBLIC THIS _6th_ DAY OF
SEPTEMBER 2020.

_____
NOTARY PUBLIC

2

# CURRICULUM VITAE

**NAME:**         Eric S. Bour, MD, MBA, FACS, FACHE, FASMBS

**TITLE:**         General and Trauma Surgeon
Piedmont Physicians Group Trauma and Acute Care Surgery
Piedmont Athens Regional Hospital
Athens, GA
April 2020 – present

**DATE OF BIRTH:**    September 13, 1962

**PLACE OF BIRTH:**    Lancaster, Pennsylvania

**SSN:**         Per request

**FAMILY:**        

| | |
|---|---|
| Spouse: | Katherine (Katie) Tuttle Bour |
| Children: | Seth Andrew, 12/14/88 |
| | Taylor Logan, 6/29/95 |

**HOME ADDRESS:**    160 Glengarry Chase
Covington, GA 30014

**OFFICE ADDRESS:**    Piedmont Physicians Group Trauma and Acute Care Surgery
1199 Prince Avenue
Athens, GA 30606

**EDUCATION:**    Susquehanna Township High School
Harrisburg, Pennsylvania
September 1975 - May 1979

Emory University
Atlanta, Georgia
B.A., Anthropology
Summa cum Laude
September 1979 - May 1983

Shippensburg University
Shippensburg, Pennsylvania
June 1980 - August 1980

*A*

**ERIC S. BOUR, M.D.**
**CURRICULUM VITAE**

| | |
|---|---|
| **MEDICAL SCHOOL:** | The Pennsylvania State University<br>College of Medicine<br>The Milton S. Hershey Medical Center<br>Hershey, Pennsylvania<br>Doctor of Medicine<br>September 1983 - May 1987 |
| **INTERNSHIP:** | Department of Surgery<br>The Pennsylvania State University<br>College of Medicine<br>The Milton S. Hershey Medical Center<br>Hershey, Pennsylvania<br>July 1987 - June 1988 |
| **RESIDENCY:** | Department of Surgery<br>The Pennsylvania State University<br>College of Medicine<br>The Milton S. Hershey Medical Center<br>Hershey, Pennsylvania<br>July 1988 - June 1992 |
| | Chief Resident<br>Administrative Chief Resident<br>Department of Surgery<br>The Pennsylvania State University<br>College of Medicine<br>The Milton S. Hershey Medical Center<br>Hershey, Pennsylvania<br>July 1992 - June 1993 |
| **FELLOWSHIP:** | Postdoctoral Research Fellow<br>Department of Surgery<br>Division of Cardiothoracic Surgery<br>The Pennsylvania State University<br>College of Medicine<br>The Milton S. Hershey Medical Center<br>Hershey, Pennsylvania<br>July 1989 - June 1990 |
| **GRADUATE:** | Master of Business Administration<br>University of Phoenix<br>April 2011 - November 2012 |
| | Lean/Six Sigma<br>Green Belt Certification<br>August, 2011 |

**ERIC S. BOUR, M.D.**
**CURRICULUM VITAE**

| | |
|---|---|
| **MEDICAL LICENSURE:** | State of South Carolina, #17901, 1995 |
| | State of Georgia, #79719, 2018 |

| | |
|---|---|
| **CERTIFICATIONS:** | Diplomate, American Board of Surgery, 1994; |
| |   Recertification 2005, 2015 |
| | Diplomate, National Board of Medical Examiners, 1987 |

**AWARDS AND HONORS:**  Summa cum laude, Anthropology
Emory University, 1983

Lambda Alpha
National Anthropology Honor Society
Emory University, 1983

Alpha Epsilon Delta
National Premedical Honor Society
Emory University, 1983

NIH Summer Research Fellowship
The Pennsylvania State University
College of Medicine
The Milton S. Hershey Medical Center, 1984

Delta Mu Delta
National Business Honor Society
University of Phoenix, 2012

**PROFESSIONAL**
**ORGANIZATIONS:**  American College of Surgeons, Fellow
American Society for Metabolic and Bariatric Surgery, Fellow
American College of Healthcare Executives, Fellow
American Medical Association

**ADMINISTRATIVE**
**LEADERSHIP:**  Chief Executive Officer
Piedmont Newton Hospital
Piedmont Healthcare
Covington, GA 30014
August 2017 – March 2020

President, Hillcrest Hospital and Simpsonville Medical Campus
Greenville Health System
October 2011 – August 2017

**ERIC S. BOUR, M.D.**
**CURRICULUM VITAE**

**HOSPITAL AND**
**ACADEMIC**
**APPOINTMENTS:**

Assistant Professor of Surgery
Department of Surgery
The Pennsylvania State University
College of Medicine
The Milton S. Hershey Medical Center
Hershey, Pennsylvania
July 1993 - August 1995

Associate Chief, Surgical Services
Staff Surgeon
Veterans Administration Medical Center
Lebanon, Pennsylvania
July 1993 - August 1995

Member, Nutrition Support Team
The Pennsylvania State University
College of Medicine
The Milton S. Hershey Medical Center
Hershey, Pennsylvania
March 1994 - August 1995

Assistant Professor of Surgery
Department of Surgery
University of South Carolina School of Medicine
Columbia, South Carolina
September 1995 - February 1998

Staff Surgeon
WJB Dorn Veterans Administration Hospital
Columbia, South Carolina
September 1995 - February 1998

Assistant Program Director
General Surgery Residency
University of South Carolina School of Medicine
Richland Memorial Hospital
December 1995 - February 1998

Director, Breast Clinic
Richland Memorial Hospital
Columbia, South Carolina
April 1997 - February 1998

Director, General Surgery Clinic
Richland Memorial Hospital
Columbia, South Carolina
April 1997 - February 1998

**ERIC S. BOUR, M.D.**
**CURRICULUM VITAE**

Greenville Health System
University Medical Group
Bariatric and Minimal Access Surgery
2104 Woodruff Road
Greenville, SC 29607
January 2007 – August 2017

Bariatric Medical Director
Greenville Health System
January 2007 – 2013

Clinical Assistant Professor of Surgery
Department of Surgery
University of South Carolina College of Medicine
Columbia, South Carolina
September 2007 – 2011

Associate Professor of Surgery, USCSOM – Greenville
Bariatric Surgeon, UMG – Bariatric and Minimal Access Surgery
Greenville Health System
Greenville, SC
October 2011 – August 2017

**PRIVATE PRACTICE**
**AFFILIATIONS:**

CMA Surgical Associates
16 Mills Avenue, Suite 8
Greenville, SC  29605
February 1998 - January 1999

Surgical Consultants of Greenville
105 Doctors Drive
Greenville, SC  29605
January 1999 – July 2004

Piedmont General and Bariatric Surgery
2104 Woodruff Road
Greenville, SC  29607
July 2004 – December 2006

**BUSINESS**

Woodruff Medical Development, LLC
Owner
2004 – Present

**ERIC S. BOUR, M.D.**
**CURRICULUM VITAE**

**LOCAL COMMITTEES:**     Hershey Medical Center
Hershey, Pennsylvania

Surgery Education Committee
Member, October 1994 - 1995

Veterans Administration Hospital
Lebanon, Pennsylvania

Surgical Case/Invasive Procedure/Blood Utilization Review
Committee
Member, July 1993 - December 1993
Chairman, December 1993 - August 1995

Infection Control Committee
Member, July 1993 - August 1995

Information Resources Management (IRM) Committee
Member, January 1995 - August 1995

Intensive Care Unit Committee
Member, July 1993 - August 1995

Nutrition Committee
Member, July 1993 - August 1995

Order Entry/Results Reporting (OE/RR) Committee
Member, November 1993 - August 1995

University of South Carolina School of Medicine
Columbia, South Carolina

Educational Trust Board
Member, 1997 - 1998

Educational Trust Board Peer Review Committee
Member, 1997 - 1998

Faculty/Student Advisor Program, MI-MIV Students
Faculty Advisor, 1996 - 1998

Medical Student Surgery Interest Group
Faculty Advisor, 1997 - 1998

Graduate Medical Education Committee
Member, 1997 - 1998

**ERIC S. BOUR, M.D.**
**CURRICULUM VITAE**

University of South Carolina School of Medicine
Department of Surgery
Columbia, South Carolina

Resident Promotion Committee
      Member, July 1996 - February 1998

Resident Basic Science/Clinical Management Conference
      Faculty Facilitator, 1996 - 1998

Weekly Interesting Case Conference
      Faculty Facilitator, 1996 - 1998

Honors Surgery Student Advisor:
      "Laparoscopic Cholecystectomy for Acute Cholecystitis:
         Conversion Rates and Reasons", Christopher Botsdorff
         October 1996

      "Epidural Anesthesia for Biliary Tract Surgery During
         Pregnancy", J. Bain Herron
         October 1996

Monthly Surgery Journal Club
      Faculty Facilitator, 1997 - 1998

Resident Research Projects
      Faculty Facilitator, 1997 - 1998

Strategic Planning Committee on Service Goals
      Chairman, May 1997 - February 1998

Strategic Planning Committee on Research Goals
      Member, May 1997 - February 1998

Strategic Planning Committee on Administrative Goals
      Member, May 1997 - February 1998

Richland Memorial Hospital
Columbia, South Carolina

Surgery Clinic Quality Management Committee
      Member, April 1996 - February 1998

Tissue Procurement Subcommittee
      Member, October 1996 - February 1998

**ERIC S. BOUR, M.D.**
**CURRICULUM VITAE**

Surgery Clinic Renovation and Design Committee
    Member, January 1997 - February 1998

Oncology Service Department
    Member, June 1997 - February 1998

<u>Carolina Multispecialty Associates</u>
<u>Greenville, SC</u>

Managed Care Committee
    Member, March 1998 - January 1999

<u>Internal Medicine Associates of Greenville, P.A.</u>
<u>Greenville, SC</u>

Board of Governors
    Member, January 1999 – December 2006

<u>Bon Secours/St. Francis Health System</u>
<u>Greenville, SC</u>

    2nd Vice President, Medical Staff
        January 2003 – January 2004

    1st Vice President Medical Staff
        January 2004 – April 2005

    Medical Executive Committee
        January 2003 – April 2005

    Operating Room Committee
        July 2002 – December 2005

<u>Greenville Hospital System</u>
<u>University Medical Center</u>
<u>Greenville, SC</u>

    Vice Chairman of Quality, Department of Surgery
        January 2008 – October 2011

    Medical Staff Performance Improvement Committee
        July 2008 – October 2011

    Operations Committee, Department of Surgery
        January 2009 – December 2012

**ERIC S. BOUR, M.D.**
**CURRICULUM VITAE**

Medical Advisory Committee
January 2006 – December 2006

Medical Executive Committee
October 2011 – present

Chair, GHS Quality and Patient Safety Council
January 2013 – August 2017

Chair and Administrative Lead, GHS Bundled Payment
Steering Committee
March 2015 – August 2017

**REGIONAL**
**COMMITTEES:**

State of South Carolina
Aetna U.S. Healthcare
South Carolina Credentialing and Performance Committee
Member, May 1997 - February 1998

**NATIONAL**
**COMMITTEES:**

American Hospital Association
AHA Section for Small or Rural Hospitals
Governing Council
January 2015 – present

American Society for Metabolic and Bariatric Surgery
Professional Liability Committee
Member, July 2005 – present

Rural Subcommittee
ASMBS Quality and Standards Committee
Member, July 2011 – present

National Bariatric Surgery Quality Improvement Committee
Member, January 2012 – present

**COMMUNITY**
**SERVICE:**

Newton County Chamber of Commerce
Board of Directors
January 2018 - present

Newton College and Career Academy
Board of Advisors
January 2018 – present

Newton County Resource Court
Board of Advisors
February 2018 - present

Kiwanis International – Newton County Chapter

ERIC S. BOUR, M.D.
CURRICULUM VITAE

**OTHER ACTIVITIES:**

President, Class of 1987
The Pennsylvania State University
College of Medicine
1983 - 1987

President, Student Assembly (Student Government Association)
The Pennsylvania State University
College of Medicine
1985 - 1986

President, Hershey Student Surgical Society
The Pennsylvania State University
College of Medicine
1985 - 1987

**RESEARCH FUNDING:**

"Mechanisms of Apoptosis in Hepatocytes"
Surgery Initiation Grant
Department of Surgery
The Pennsylvania State University
College of Medicine
The Milton S. Hershey Medical Center
1994 - 1995
    Award $9900

"Comparison of the Ultracision Harmonic Scalpel vs. Suture or
Clip Ligation of the Cystic Duct in Laparoscopic Cholecystectomy"
Department of Surgery
University of South Carolina
School of Medicine
Ethicon Endo-Surgery, Inc.
1997
    Awards:
        Pilot Study: $2500
        Long Term Survival Study: $20,000

"Antithrombin III in Patients with Severe Sepsis"
Department of Surgery
University of South Carolina
School of Medicine
Centeon and PPD Pharmaco Companies
1997

10

**ERIC S. BOUR, M.D.**
**CURRICULUM VITAE**

**CLINICAL RESEARCH:**     "Evaluation of the Ability of the 8 Gauge Hand Held Mammotome
and the 11 Gauge Hand Held Mammotome Breast Biopsy
Systems to Completely Remove a Low-Risk Palpable Mass Under
Ultrasound Guidance"
Ethicon Endo-Surgery
July 2001 – July 2003

ERIC S. BOUR, M.D.
CURRICULUM VITAE

PUBLICATIONS:

## Peer Reviewed Articles

1.  Murray RD, Bour ES, Smith EO:  Female menstrual cyclicity and sexual behavior in the stumptail macaques (Macaca arctoides).  *International Journal of Primatology* 1985; 6:101- 113.

2.  Bour ES, Weaver AS, Yang HC, Gifford RRM:  Experience with the double lumen silastic catheter for hemoaccess.  *Surgery, Gynecology, and Obstetrics* 1990; 171(1):33-39.

3.  Bour ES, Wisman CB, Arenas JD, Prophet GA, Miller CA, Donachy JH, Pierce WS, Waldhausen JA:  Hemodynamic effects of a new right ventricular assist device.  *ASAIO Transactions* 1990; 36(3):M512-515.

4.  Bour ES, Gifford RRM:  Gallstone umbilical sinus tract formation following laparoscopic cholecystectomy.  *Archives of Surgery* 1995; 130(9):1007-1008.

5.  Bour ES, Ward LK, Cornman GA, and Isom HC:  Tumor necrosis factor $\alpha$-induced apoptosis in hepatocytes in long-term culture.  *The American Journal of Pathology* 1996; 148(2):485-495.

6.  Bour ES:  Anatomy and physiology of the spleen.  *Trauma Quarterly* 1996; 12(4):275-281.

7.  Bour ES, Conter RL:  Acute RLQ mass presenting after laparoscopic cholecystectomy. *Surgical Laparoscopy and Endoscopy* 1997; 7(1):51-52.

8.  Bell BJ, Myers KM, Bour ES. Intracolonic tubing migration: An unusual complication of the silastic adjustable gastric band (LAP-BAND). *Surg Obes Relat Dis* 2007; 3(4):486-7.

9.  Jones WB, Myers KM, Traxler LB, Bour ES. Clinical Results Using Bioabsorbable Staple Line Reinforcement (CBSG) for Circular Staplers. *Am Surg* 2008; 74:462-8.

10. Bell BJ, Bour ES, Scott JD, Cobb WS, Carbonell AM. Management of Complications After Laparoscopic Roux-en-Y Gastric Bypass. *Minerva Chir* 2009; 64:265-76.

11. Schneider CW, Cobb WS, Scott JD, Carbonell AM, Myers KM, Bour ES. Rapid Excess Weight Loss Following Laparoscopic Gastric Bypass Leads to Increased Risk of Internal Hernia. *Surg Endosc* 2010, 25(5):1594-8.

12. Bailey CW, Saunders JC, Ballecer C, Bour ES, Scott JD. The bariatric surgery resident training experience: results of a national resident survey. *Am Surg* 2011; 77(8):1094-5.

13. Scott JD, Cobb WS, Carbonell AM, Traxler LB, Bour ES.  Reduction in Anastomotic Strictures Using Bioabsorbable Circular Staple Line Reinforcement in Laparoscopic Gastric Bypass. *Surg Obes Relat Dis* 2011; 7(5):637-42.

ERIC S. BOUR, M.D.
CURRICULUM VITAE

14.   Scott JD, Johnson BL, Blackhurst DW, Bour ES. Does Bariatric Surgery Reduce the
      Risk of Major Cardiovascular Events? A Retrospective Cohort Study of Morbidly Obese
      Surgical Patients. *Surg Obes Relat Dis.* 2013;9:32–9.

15.   Dallal RM, Cottam DR, Bertha N, Bonanni FB Jr, Bour ES, Brolin RE, Kim K, Petrick A,
      Sweet WA, Blackstone RP; ASMBS Patient Safety Committee and Executive
      Committee. American Society of Metabolic and Bariatric Surgery patient safety
      committee policy statement on the qualifications of expert witnesses in bariatric surgery
      medicolegal matters. *Surg Obes Relat Dis* 2012. Mar-Apr;8(2):e9-10.

16.   Johnson RJ, Johnson BL, Blackhurst DW, Bour ES, Cobb WS, Carbonell AM, Lokey JS,
      Scott JD. Bariatric surgery is associated with a reduced risk of mortality in morbidly
      obese patients with a history of major cardiovascular events. *Am Surg* 2012. 78(6):685-
      92.

17.   Cobb WS, Bour ES, Lokey JS, Scott JD, Carbonell AM. Incisional hernia risk after hand-
      assisted laparoscopic surgery. *Am Surg.* 2012; 78(8); 864-9.

18.   Johnson BL, Blackhurst DW, Latham BB, Cull DL, Bour ES, Oliver TL, Williams BW,
      Taylor SM, Scott JD. Bariatric surgery is associated with a reduction in major
      macrovascular and microvascular complications in moderate to severely obese patients
      with Type 2 diabetes mellitus. J Am Coll Surg. 2013, 216(4):545-56

19.   Inabnet WB 3rd, Bour E, Carlin AM, Clements R, Finks J, Hutter M, Joyce C, Marley K,
      Moran J, Morton J, Reavis K, Richardson WS, Satgunam S. Joint task force
      recommendations for credentialing of bariatric surgeons. *Surg Obes Relat Dis* 2013.
      9(5): 595-7.

20.   Ponce J, Woodman G, Swain J, Wilson E, Bour E, Ikramuddin S, English W,
      Edmundowicz S. The REDUCE Pivotal Trial: A Randomized Sham-Controlled Trial of a
      Dual Intragastric Balloon for the Treatment of Obesity. *Surg Obes Relat Dis* 2015 11(4):
      874–81.

21.   Bour E. Evidence Supporting the Need for Bariatric Surgery to Address the Obesity
      Epidemic in the US. *Current Sports Medicine Reports*, March/April 2015; 14(2):100-3.

22.   Warren JA, Ewing JA, Hale AL, Blackhurst DW, Bour ES, Scott, JD. Cost-effectiveness
      of Bariatric Surgery: Increasing the Economic Viability of the Most Effective Treatment
      for Type II Diabetes Mellitus. *Am Surg* 2015, 81(8): 807-11.

23.   Bour, E. Comments on: Technique or Technology? Evaluating Leaks after Gastric
      Bypass. *Surg Obes Relat Dis* 2016, 12(4):931-2.

24.   King BM, Ivester AN, Burgess PD, Shappell KM, Coleman KL, Cespedes VM, Pruitt HS,
      Buren GK, Bour ES. Adults with Obesity Underreport High-calorie Foods in the Home.
      Health Behavior Policy Rev 2016; 3(5):439-43

ERIC S. BOUR, M.D.
CURRICULUM VITAE

25.     Hutcheon DA, Hale AL, Ewing JA, Miller M, Couto F, Bour ES, Cobb WS, Scott JD.
        Short-term Preoperative Weight Loss and Postoperative Outcomes in Bariatric Surgery.
        *J Am Coll Surg,* 2018; 226(4): 514-24.

## Non-Peer Reviewed Articles

1.      Bour ES:  The evolutionary importance of sexual behavior cyclicity in the stumptail
        macaque (Macaca arctoides).  1983, Honors Thesis, Emory University.

2.      Bour ES:  Excessive Weight Loss After Bariatric Surgery Linked to Internal Hernia. 2008.
        Anthony J. Brown, MD, Reuters Health Information.

3.      Bour ES: 'Out in front' — how healthcare leaders can help solve the opioid crisis. 2017.
        Brian Zimmerman, Becker's Hospital Review.

4.      Bour ES: Analytics speeds drug-diversion discovery from weeks to hours. *Modern
        Healthcare,* 2019; 6 May;30.

5.      Bour ES: Conversion to plain language alerts helps avoid staff, patient confusion.
        *Modern Healthcare,* 2019; 7 Oct;34.

## Abstracts

1.      Bour ES, Murray RD, Smith EO:  Variations in sexual behavior over the female
        reproductive cycle in the stumptail macaque (Macaca arctoides).  *International Journal of
        Primatology* 1983; 4(4):339.

2.      Bour ES, Wisman CB, Pierce WS, Waldhausen JA:  Stroke volume characteristics of a
        new, single-port right ventricular assist device.  *Surgical Forum* 1990; XLI:270-273.

3.      Pierce WS, Rosenberg GR, Snyder AJ, Pae WE, Bour ES, Weldner PW, Weiss WJ:
        The role of temporary and permanent cardiac support device in clinical medicine.
        International Symposium on the Development of Biomation in the 21st Century, Tokyo,
        Japan, May 1990.

4.      Bour ES, Wisman CB, Arenas JD, Prophet GA, Miller CA, Donachy JH, Pierce WE,
        Waldhausen JA:  Hemodynamic effects of a new right ventricular assist device. *ASAIO
        Abstracts* 1990; 19:57.

5.      Weldner PW, Bour ES, Miller CA, Pae WE, Pierce WS:  Rate of hemolysis of a
        pneumatic ventricular assist device comparing human and bovine blood. *ASAIO
        Abstracts* 1991; 20:45.

6.      Weldner PW, Bour ES, O'Donnell JW, Huldin NL, Miller CA, Marlotte JA, Pae WE,
        Pierce WS:  Hemolysis with the Sarns ventricular assist device: Is a modified inlet valve
        the solution? *ASAIO Abstracts* 1991; 20:43.

**ERIC S. BOUR, M.D.**

**CURRICULUM VITAE**

7.    O'Donnell JW, Rumford MJ, Huldin NL, Marlotte JA, McBride LR, Weldner PW, Bour ES: Reduction of hemolysis in the Sarns ventricular assist pump. *ASAIO Abstracts* 1991; 20:50.

8.    Bour ES, Gifford RRM:  Cutaneous sinus tract formation from retained pre-peritoneal gallstone fragments. *Endo Expo* 1993; Volume 2.

## Presentations

1.    Jones WB, Myers KM, Traxler LB, Bour ES. Clinical Results Using Bioabsorbable Staple Line Reinforcement (CBSG) for Circular Staplers. Southeastern Surgical Congress, Birmingham, AL, Feb. 9-12, 2008.

2.    Schneider CR, Carbonell AM, Cobb WS, Myers, KM, Bour ES. Do periods of rapid excess weight loss predispose gastric bypass patients to internal hernias? American College of Surgeons 94th Annual Clinical Congress, San Francisco, CA, Oct. 12-16, 2008.

3.    Mittelstaedt SM, Scott JD, Johnson B, Myers KM, Bour ES. The Effects of Antidepressant Use on Weight Loss After Bariatric Surgery. JD Ashmore Lectureship, Greenville, SC, June 19, 2009.

4.    Le V, Snipes GM, Knott B, Lokey S, Bour ES, Scott JD, Carbonell AM, Cobb WS. Incisional Hernia Risk Following Hand-Assisted Laparoscopic Surgery. Southeastern Surgical Congress.  Birmingham, AL. February 11-14, 2012.

5.    Johnson R, Johnson B, Blackhurst D, Bour E, Carbonell A, Cobb W, Lokey JS, Scott JD. Bariatric Surgery is Associated with a Reduced Risk of Mortality in Morbidly Obese Patients with a History of Major Cardiovascular Events. Southeastern Surgical Congress, Birmingham, AL, Feb. 11-14, 2012.

## Posters

1.    Jones WB, Myers KM, Bour ES: Early Clinical Results Using GORE SEAMGUARD® Bioabsorbable Staple Line Reinforcement For Circular Staplers. SAGES Emerging Technology Session, Las Vegas, Nevada, March 2007.

## Book Chapters

1.    Bour, E. (2018). Economic Costs Associated with Bariatric Surgery Complications. In: T. Rogula, P. Schauer, and T. Fouse, ed., *Prevention and Management of Complications in Bariatric Surgery*, New York: Oxford University Press.

**ERIC S. BOUR, M.D.**
**CURRICULUM VITAE**

**SELECT INVITED PRESENTATIONS:**

1. "Leak Complications: The High Economic Cost and How to Prevent Them"
   New Zealand Bariatric Surgeons Group
   October 1, 2013
   OSSANZ Meeting
   October 4, 2013

2. "Revisional Bariatric Surgery: Managing Costs and Complications"
   OSSANZ Breakfast Meeting
   October 3, 2013

3. "Use of Population Databases to Determine the Efficacy of Bariatric Surgery for the
   Treatment of Morbid Obesity and Related Comorbidities"
   OSSANZ Meeting, Plenary Session
   October 4, 2013

4. "Beating the Odds: A Hospital President's Perspective on Managing the High Economic
   Costs Associated with Bariatric Surgery Complications"
   MISS (Minimally Invasive Surgery Symposium)
   February 28, 2014

5. "Costs of Bariatric Surgery Complications in the Future Healthcare Environment: A Hospital
   CEO's Perspective"
   Bariatric Society of the Carolinas
   July 18, 2014

6. "Preparing for the Future: Managing the High Economic Costs Associated with Bariatric
   Surgery Complications"
   Michigan Bariatric Society 7th Annual Meeting
   September 12, 2014

7. "Relating the High Costs of Bariatric Surgery Complications to the Future Healthcare
   Environment"
   Cleveland Clinic Digestive Disease Institute International Symposium: Prevention and
   Management of Complications in Bariatric Surgery
   October 17-18, 2014

8. "Bariatric Solutions – It's Not About the Weight You Lose, It's About the Life You Gain"
   SCAHA Piedmont District Spring Meeting
   March 10, 2015

9. "Cost of Complications in Bariatric Surgery and the Implications as they Relate to the Future
   of Healthcare"
   Virginia Chapter American Society for Metabolic and Bariatric Surgery
   2015 Spring Meeting
   April 25, 2015

**ERIC S. BOUR, M.D.**
**CURRICULUM VITAE**

**SELECT INVITED PRESENTATIONS:**

10. "Cost of Treating Staple Line Leaks and other Surgical Complications"
    GORE Medical Mastery Series: Optimizing Outcomes in Revisional and Complex Bariatric
    Surgery
    May 9, 2015

11. "Pressure Points in a Bariatric Surgery Program"
    GORE Medical Mastery Series: Optimizing Outcomes in Revisional and Complex Bariatric
    Surgery
    May 9, 2015

12. "Appropriate Treatment of Obesity Demonstrates Clinical & Economic Success"
    Society of Actuaries Health Meeting
    Philadelphia, PA
    June 15, 2016

13. "Economic Impact of Complications"
    GORE Medical Mastery Series: Optimizing Outcomes in Complex Hernia Repair and Weight
    Loss Surgery
    June 19, 2016

14. "An Administrator's View of Bariatric Surgery and the Future of Healthcare"
    GORE Medical Mastery Series: Optimizing Outcomes in Complex Hernia Repair and Weight
    Loss Surgery
    June 19, 2016

15. "The Economics of Surgery In the Future: A Surgeon/Administrator's Perspective"
    South Carolina/North Carolina Chapters American College of Surgeons 2016 Joint Annual
    Meeting
    July 15, 2016

16. "The Economics of Surgery In the Future - How will We Define Surgical Quality?"
    SAGES Annual Meeting
    Military Health Symposium
    March 22, 2017

17. "Financial Benefits of GORE SEAMGUARD Bioabsorbable Staple Line Reinforcement"
    GORE Medical Mastery Series: Optimizing Outcomes in Complex Hernia Repair and Weight
    Loss Surgery
    September 16, 2017

18. "Circular GORE SEAMGUARD Bioabsorbable Staple Line Reinforcement for Bariatric and
    Colorectal Surgery"
    GORE Medical Mastery Series: Optimizing Outcomes in Complex Hernia Repair and Weight
    Loss Surgery
    September 16, 2017

**ERIC S. BOUR, M.D.**
**CURRICULUM VITAE**

**SELECT INVITED PRESENTATIONS:**

19. "Encountering Hernias in Bariatric Surgery – What Do You Do?"
    GORE Medical Mastery Series: Optimizing Outcomes in Complex Hernia Repair and Weight
    Loss Surgery
    September 17, 2017

20. "Bariatric Surgery: Candidates, Procedures, Results, and How to Avoid the High Cost of
    Complications"
    Surgical Grand Rounds
    University of Toledo Medical Center
    January 24, 2018

21. "Provider Recruitment from a CEO's Perspective: Lessons Learned!"
    Southeastern Physician Recruiters Association Annual Meeting
    Atlanta, GA
    October 28, 2019

22. 2019 Summit on Building New Pathways for Value-Based Healthcare
    Sponsored by: Arizona State University/WL Gore/AHVAP
    Phoenix, AZ
    November 5-6, 2019

23. Atlanta Healthcare Leadership Exchange
    Governing Board and Panel Presentation
    Atlanta, GA
    November 14, 2019

**ERIC S. BOUR, M.D.**
**CURRICULUM VITAE**

**MEETINGS ATTENDED:**

American Society of Artificial Internal Organs, Dallas, Texas, May, 1989

American College of Surgeons, Atlanta, Georgia, October, 1989

American Society of Artificial Internal Organs, Washington, DC, May 1990

American College of Surgeons, San Francisco, California, October, 1990

Society of University Surgeons, Galveston, Texas, February, 1991

Digestive Disease Week, New Orleans, Louisiana, May, 1991

American College of Surgeons, Chicago, Illinois, October, 1991

Central Pennsylvania Chapter American College of Surgeons, Hershey, Pennsylvania, April, 1992

Society of University Surgeons, Seattle, Washington, February, 1993

Society of Laparoendoscopic Surgeons, Orlando, Florida, December, 1993

"Hepatic Regeneration and Carcinogenesis: Molecular and Cellular Pathways", Federation of American Societies for Experimental Biology Summer Research Conference, Copper Mountain, Colorado, August, 1994

Surgeons Speakers Update Meeting, Scottsdale, Arizona, February, 1995

Digestive Disease Week, San Diego, California, May, 1995

Ethicon Endo-Surgery Ultracision Harmonic Scalpel Training, Charlotte, North Carolina, February, 1996

Association of Program Directors in Surgery, Phoenix, Arizona, March, 1996

American College of Surgeons Young Surgical Investigators' Conference, Chantilly, Virginia, March, 1996

Ethicon Endo-Surgery Demonstration, Atlanta, Georgia, May 3-4, 1996

Judge, Surgery Residents' Paper Day, Spartanburg Medical Center, Spartanburg, South Carolina, May 3, 1996

American College of Surgeons Coding for General Surgeons' Workshops, "The Essentials of CPT and ICD-9 Coding" and "Applied Coding Principles", Charlotte, North Carolina, May 4-5, 1996

**ERIC S. BOUR, M.D.**
**CURRICULUM VITAE**

Ethicon Endo-Surgery Harmonic Scalpel Course/Practical Skills Lab, Course Facilitator/Instructor, WJBD Veterans Administration Hospital, Columbia, South Carolina, July 27, 1996

Ethicon Endo-Surgery Laparoscopic Bowel and Colon/Rectal Surgery Training Course, Cincinnati, Ohio, September 9-10, 1996

Ethicon Endo-Surgery Advanced Laparoscopic Hernia Procedures Training Course, Cincinnati, Ohio, September 11, 1996

Ethicon Endo-Surgery Gastric Laparoscopic Surgery Training Course, Cincinnati, Ohio, September 11-12, 1996

South Carolina Chapter American College of Surgeons, Columbia, South Carolina, February 28-March 1, 1997

Association of Program Directors in Surgery, San Diego, California, April 2-6, 1997

Ethicon Endo-Surgery Laparoscopic Abdominal Solid Organ Surgery Training Course, Cincinnati, Ohio, May 5-6, 1997

American College of Surgeons 83rd Clinical Congress, Chicago, Illinois, October 12-17, 1997

American College of Surgeons Postgraduate Course "Breast Disease", Chicago, Illinois, October 14-15, 1997

Ethicon Endo-Surgery Stereotactic Breast Biopsy Training Course, Cincinnati, Ohio, September 23, 1998

Ethicon Endo-Surgery Sentinel Lymph Node Mapping Training Course, Cincinnati, Ohio, September 24, 1998

Ethicon Endo-Surgery Laparoscopic Surgery Update, Charleston, South Carolina, October 16, 1998

Advanced Esophageal Manometry & pH Symposium, Vail, Colorado, September 23-25, 1999

Ethicon Endo-Surgery Ultrasound Guided Mammotome Breast Biopsy Train-the-Trainer Course, Cincinnati, Ohio, September 28-29, 1999

Transilluminated Powered Phlebotomy Training Course, Boca Raton, Florida, May 17, 2000

Coding and Compliance Update for General Surgery, Knoxville, Tennessee, June 14, 2000

Laparoscopic Gastric Bypass for Morbid Obesity, Silver Spring, Maryland, November 9, 2000

Advanced General Surgery Coding Update, Charlotte, North Carolina, November 15, 2000

**ERIC S. BOUR, M.D.**
**CURRICULUM VITAE**

Laparoscopic Adjustable Gastric Banding System, Surgeon Training Workshop, Ft. Lauderdale, Florida,
March 7-9, 2002

Mammosite Clinical Training Program, Atlanta, Georgia, March, 2002

American Society for Bariatric Surgery Annual Meeting, Las Vegas, Nevada, June 24-28, 2002

Laparoscopic Bariatric Masters Program, Celebration, Florida, March 29-30, 2003

American Society for Bariatric Surgery Annual Meeting, Boston, Massachusetts, June 17-22, 2003

American Society for Bariatric Surgery Annual Meeting, San Diego, California, June 12-18, 2004

Bariatric Summit 2004, Kiawah Island, South Carolina, September 19-21, 2004

American Society for Bariatric Surgery Annual Meeting, Orlando, Florida, June 26 – July 1, 2005

"Evidence Based Management: the Path to Performance Excellence for the Bariatric Surgery Practice, Cincinnati, Ohio, August 11-12, 2005

The Osler Institute, General Surgery Board Review Course, Newark, Delaware, October 7-10, 2005

SESAP 12, Surgical Education and Self-Assessment Program, November, 2005

Bariatric Education, "A Staged Approach to Weight Loss Surgery", Cincinnati, Ohio, June 12, 2006

American College of Surgeons Annual Meeting, Chicago, Illinois, October 2006

American Society for Reproductive Medicine Annual Meeting, New Orleans, Louisiana, October 2006

Virginia Bariatric Society Fall Meeting, Williamsburg, Virginia, November 4-5, 2006

StomaphyX Training Course, Greenville, SC, June 15, 2008

American Society for Metabolic and Bariatric Surgery Annual Meeting, Washington, DC, June 15-20, 2008

Adolescent Bariatric Surgery: From Assessment to Long-Term, Cincinnati, OH, May 8-9, 2009

Advanced Credentialing and Privileging Retreat, Naples, FL, November 8-10, 2009

Laparoscopic Sleeve Gastrectomy Preceptorship, Dallas, TX, January 8, 2009

**ERIC S. BOUR, M.D.**
**CURRICULUM VITAE**

Bariatric Challenge Session, Dallas, TX, January 9, 2009

American Society for Metabolic and Bariatric Surgery Annual Meeting, Las Vegas, NV, June 20-25, 2010

Laparoscopic Greater Curve Plication Panel Meeting, IFSO, Long Beach, CA, September 2, 2010

Laparoscopic Greater Curve Plication Course, Cleveland Clinic, Cleveland, OH, November 5, 2010

American Society for Metabolic and Bariatric Surgery Annual Meeting, Orlando, FL, June 13-16, 2012

ASMBS National Bariatric Quality Improvement Program Planning Committee, Dallas, TX, January 14-15, 2012

The Obesity Society of Australia and New Zealand (OSSANZ) Annual Meeting, Gold Coast, Australia, October 2-4, 2013

American Society for Metabolic and Bariatric Surgery Annual Meeting, Atlanta, GA, November 14-16, 2013

Ethicon EndoSurgery US National Advisory Board Meeting, Cincinnati, OH, December 12, 2013

Bariatric Symposium – Revisions, Complications, and Managing Costs, Kiawah Island, SC, March 21-22, 2014

Bariatric Symposium, San Antonio, TX, May 16-17, 2014

Bariatric Society of the Carolinas Annual Meeting, Myrtle Beach, SC, July 18-20, 2014

34th Annual SCMA/SCHA Trustees, Administrators, and Physicians Conference, Hilton Head Island, SC, September 18-20, 2014

Prevention and Management of Complications in Bariatric Surgery, Cleveland, OH, October 17-18, 2014

American Society for Metabolic and Bariatric Surgery Annual Meeting, Boston, MA, November 2-7, 2014

Ethicon Metabolics and Obesity Scientific Advisory Board Meeting, Amsterdam, Netherlands, April 1-2, 2015

Virginia State Chapter, American Society for Metabolic and Bariatric Surgery 2015 Spring Meeting, Glen Allen, VA, April 24-26, 2015

**ERIC S. BOUR, M.D.**
**CURRICULUM VITAE**

GORE Medical Mastery Series: Optimizing Outcomes in Revisional and Complex Bariatric Surgery, Kiawah Island, SC, May 8-9, 2015

American Hospital Association Small or Rural Hospital Governing Council Meeting, Chicago, IL, Oct 5-6, 2015

GORE Medical Mastery Series: Optimizing Outcomes in Complex Hernia Repair and Weight Loss Surgery, Kiawah Island, SC, June 17-19, 2016

ACS South Carolina/North Carolina Chapters Annual Meeting, Myrtle Beach, SC, July 15-16, 2016

Bariatric Society of the Carolinas Annual Meeting, Myrtle Beach, SC, July 16-17, 2016

SAGES Annual Meeting, Houston, TX, March 21-22, 2017

GORE Medical Mastery Series: Optimizing Outcomes in Complex Hernia Repair and Weight Loss Surgery, Charleston, SC, September 15-17, 2017

Georgia Association of Healthcare Executives Mini-Cluster, Macon, GA, Dec 7, 2017

Georgia Association of Healthcare Executives Mini-Cluster, Macon, GA, Dec 3, 2018

**ERIC S. BOUR, MD, MBA, FACS, FASMBS**

**LIST OF TESTIMONY AND DEPOSITIONS**

LINDA NOLAN, et al, Plaintiff vs. DAVID G. ANDERSON, M.D, et al, Defendant, - Florence County, SC ; expert witness, deposition, and testimony on behalf of Defendant

CONFIDENTIAL Plaintiff vs. ALEX ESPINAL, MD, et al Defendants – York County, SC; expert witness and deposition on behalf of Defendant

ROBIN ROBERSON, et al, Plaintiffs vs. ADRIAN PARK, M.D., et al, Defendants – Anne Arundel County, Maryland; Pending case; Expert witness and deposition on behalf of Plaintiff

ESTATE OF MELISSA BELLE BABER vs. EVANSVILLE SURGICAL, GEORGE STEPHEN GILLIAM, M.D. - Owensboro, KY; Pending case; Expert witness and deposition on behalf of Plaintiff

BRIAN O'ROURKE and LINDA O'ROURKE, Plaintiffs vs. STAVROS N. STAVROPOULOS, M.D., ABRAHAM P. PELLER, M.D., WINTHROP UNIVERSITY HOSPITAL, WINTHROP GASTROENTEROLOGY, P.C. and NASSAU ANESTHESIA ASSOCIATES, P.C., Defendants – Nassau County, New York; Expert witness, deposition, and testimony on behalf of Plaintiff