

# Amendment to PMA Annual Report
# P140012/R002
# for the
# *ReShape*® Integrated Dual
# Balloon System

## Volume 1 of 1

January 2017



EXHIBIT

*H*

RESHAPE-146413

| ReShape Medical | Annual Report to PMA P140012 for the *ReShape*® Integrated Dual Balloon System |
|---|---|
| CONFIDENTIAL | Page 2 of 39 |

## Table of Contents

1. General Information ........................................................................................................ 3
   1.1. Date of this Report .............................................................................................. 3
   1.2. Reporting Period ................................................................................................. 3
   1.3. Manufacturer's Name, Address and Phone Number ........................................... 3
   1.4. Original PMA Number ......................................................................................... 3
   1.5. Device Generic Name .......................................................................................... 3
   1.6. Device Trade Name ............................................................................................. 3
   1.7. Device Model Number ......................................................................................... 3
   1.8. Manufacturing Location ...................................................................................... 3
   1.9. Contact Person ................................................................................................... 4
2. Approval Dates for PMA P140012 ................................................................................. 5
3. Reportable Manufacturing, Design and Labeling Changes ............................................. 6
   3.1. Manufacturing Change Summaries ..................................................................... 6
   3.2. Design Change Summaries ................................................................................. 30
   3.3. Labeling Change Summaries ............................................................................. 33
4. Information on Devices Shipped or Sold ...................................................................... 34
5. Summary and Bibliography of Scientific Literature ...................................................... 35
   5.1. Summary of Literature Search .......................................................................... 35
   5.2. Bibliography ..................................................................................................... 36
Appendix A .......................................................................................................................... 39

RESHAPE-146414

# 1. General Information

## 1.1. Date of this Report

July 26, 2016

## 1.2. Reporting Period

July 1, 2014* to July 4, 2016

*Note: this is ReShape Medical's first annual report for PMA P140012. The reporting period for this initial annual report runs from July 1, 2014 (date of PMA P140012 submission) to July 4, 2016. All future PMA annual reports will have reporting periods from July 5th to July 4th of the following year.

## 1.3. Manufacturer's Name, Address and Phone Number

ReShape Medical®, Inc.
100 Calle Iglesia
San Clemente, CA 92672
949-429-6680 (phone)
949-429-6684 (fax)

## 1.4. Original PMA Number

P140012

## 1.5. Device Generic Name

Dual intragastric balloon (FDA Product Code: LTI)

## 1.6. Device Trade Name

*ReShape*® Integrated Dual Balloon System

## 1.7. Device Model Number

| | |
|---|---|
| ReShape Integrated Dual Balloon System: | RSM101, RSM110 |
| ReShape Removal Catheter: | RSM210 |
| ReShape Valve Sealant: | RSM900 |

## 1.8. Manufacturing Location

100 Calle Iglesia
San Clemente, CA 92672

RESHAPE-146415

| ReShape Medical | Annual Report to PMA P140012 for the *ReShape®* Integrated Dual Balloon System |
|---|---|
| CONFIDENTIAL | Page 4 of 39 |

## 1.9.  Contact Person

Greg Geissinger
Regulatory Affairs Manager
ReShape Medical
100 Calle Iglesia
San Clemente, CA 92672
949-429-6680 x.111 (phone)
949-276-6910 (fax)
ggeissinger@reshapemedical.com

RESHAPE-146416

| ReShape Medical | Annual Report to PMA P140012 for the *ReShape*® Integrated Dual Balloon System |
|---|---|
| CONFIDENTIAL | Page 5 of 39 |

## 2. Approval Dates for PMA P140012

| PMA and Supplement Reference | PMA and Supplement Type | Description | Status (Approval Date) |
|---|---|---|---|
| P140012 | Premarket Approval Application | Premarket Approval Application for the ReShape® Integrated Dual Balloon System | Approved (July 28, 2015) |
| P140012/S001 | Post Approval Study | Protocol for the ReShape Post-Approval Study | Approved (January 14, 2016) |
| P140012/S002 | 180-day PMA Supplement | 180-day PMA Supplement for the ReShape® Integrated Dual Balloon System, Gen 1 describing a new delivery catheter, device packaging, and shelf life extension | Approved (December 21, 2015) |
| P140012/S003 | Real-Time PMA Supplement | Real-Time PMA Supplement describing a dimensional change to the torque transmission wire of the ReShape® Removal Catheter | Approved (January 22, 2016) |
| P140012/S004 | 30-Day Notice | 30-Day Notice describing the addition of Vesta, Inc. as a second source supplier of balloon shells | Approved (December 31, 2015) |
| P140012/S006 | 30-Day Notice | 30-Day Notice for three changes originally reported in ReShape's PMA Annual Report (P140012/R002), describing updates to the Receiving Inspection sampling plan for packaging materials, a rework process for resealing Valve Sealant packaging after inspection, and increased HEPA filtration and particulate alert and action levels in the Controlled Manufacturing Area. | Approved (January 6, 2017) |

RESHAPE-146417

| | Annual Report to PMA P140012 for the *ReShape®* Integrated Dual Balloon System |
|---|---|
| ReShape Medical | |
| CONFIDENTIAL | Page 6 of 39 |

# 3. Reportable Manufacturing, Design and Labeling Changes

During the reporting period there were 25 reportable changes. Each change is summarized in a separate change summary table below. Each change summary table includes the following information:

- The description of the change
- The rationale for the change
- Any related changes
- Any testing required to support the change
- The basis for concluding that the change did not impact the safety or effectiveness of the device

None of the changes reported in the following subsections are associated with any product complaints or field actions.

## 3.1.    Manufacturing Change Summaries

There were 22 reportable manufacturing changes during the reporting period of July 1, 2014 to July 4, 2016. An annual report change summary is presented below for each manufacturing change.

RESHAPE-146418

| ReShape Medical | Annual Report to PMA P140012 for the *ReShape*® Integrated Dual Balloon System |
|---|---|
| CONFIDENTIAL | Page 7 of 39 |

| Manufacturing Change #1 | Type of Change |
|---|---|
| CO 2057 | Manufacturing |

**Description of Change**

This change implements modified tools as alternatives to the tools currently used during the belly button assembly process.

The belly button tool is used to invert the balloon cuff prior to the gluing operations that complete the belly button assembly. The drawings below provide a comparison between the two belly button tools. Within the functional section of the tool, the current tool (T-0032) has a tapered section compared to the new tool (T-0065), which is flat. The functional length of the new tool is equivalent to the current tool and results in the same belly button dimensions as the current tool. The length of the belly button tool was increased from 4.4" to 6.5". The diameter of the handle section was reduced from 1.0" to 0.25". Both tools are made from PTFE.



After the adhesive application steps of the belly button manufacturing process, a tray is used to hold the balloon upright during the adhesive curing stages. The drawings below provide a comparison between the two trays. The current tray (T-0052) was modified to reduce the overall size, therefore reducing the footprint of the new tool (T-0084). The hole diameter was increased from Ø1.5" to Ø1.8" to allow the belly button to sit lower in the fixture. The tray material was also upgraded from Delrin to anodized aluminum and stainless steel. Both materials are inert and therefore do not interact with the belly button assembly.



**Rationale for Change**

RESHAPE-146419

| ReShape Medical | Annual Report to PMA P140012 for the *ReShape®* Integrated Dual Balloon System |
|---|---|
| **CONFIDENTIAL** | Page 8 of 39 |

The new belly button tool was modified for usability and operator comfort. The smaller and longer handle of the new belly button tool (T-0065) makes the new tool easier to hold. The flat face of the new tool (T-0065) makes more uniform contact with the balloon cuff.

The size of the new trays was decreased to reduce the footprint, thereby requiring less space in the manufacturing area. The hole diameter of the new trays was increased to allow the belly button to fit lower in the fixture and eliminate potential for contacting the fixture above when stacking.

**Related Changes**

N/A

**Testing to Support the Change**

The new tools (T-0065 & T-0084) were qualified under deviation during commercial production of 60 samples of the belly button assembly. The tools were required to produce acceptable product and not be the root cause of any non-conformance or otherwise contribute to the rejection of any belly button assembly built under the deviation.

The qualification met all acceptance criteria and the new tools functioned as intended. All 60 samples were assembled successfully with no adverse effect to the product or process.

**Basis for Concluding Change Did Not Impact Safety or Effectiveness**

The belly button forming process can be performed using either tool without affecting form, fit, or function of the completed assembly. There is no impact to belly button dimensions with use of the new tool. Therefore, there is no impact to performance, safety or effectiveness of commercial product with the introduction of the alternate belly button tool (T-0065).

The belly button curing process can be performed using either tool without affecting form, fit, or function of the completed assembly. Therefore, there is no impact to performance, safety, or effectiveness of commercial product with the introduction of the alternate tray (T-0084).

RESHAPE-146420

| | Annual Report to PMA P140012 for the *ReShape*® Integrated Dual Balloon System |
|---|---|
| **ReShape** Medical | |
| **CONFIDENTIAL** | **Page 9 of 39** |

| **Manufacturing Change #2** | **Type of Change** |
|---|---|
| CO 2509 | Manufacturing |

**Description of Change**

This change implements a V-belt tension tester (T-0091) to allow preventive maintenance to be properly performed on the compressor (EQ-0118). The compressor is used to produce compressed air for the controlled manufacturing area (CMA). The V-belt tension tester (T-0091) is used to measure the tension of the belt that connects the compressor motor to the pump.

**Rationale for Change**

The V-belt tension tester (T-0091) is necessary to properly perform preventive maintenance on the compressor (EQ-0118). The tool was inadvertently not released for use in preventive maintenance activities.

**Related Changes**

N/A

**Testing to Support the Change**

There is no testing required to support the change. The belt tension tester is recommended by the compressor manufacturer for preventive maintenance use. A first article inspection was performed on the tool to ensure it meets the requirements of the tool drawing (T-0091).

**Basis for Concluding Change Did Not Impact Safety or Effectiveness**

The tension of the V-belt does not impact the output of the compressor in terms of air pressure or quality. The impacts of improper belt tension are limited to motor overloading, excessive vibration, and premature belt and/or bearing failure. Therefore, this change has no impact on the performance, safety, or effectiveness of the commercial product or processes that require compressed air.

RESHAPE-146421

| **Manufacturing Change #3** | **Type of Change** |
|---|---|
| CO 2514 | Manufacturing |

**Description of Change**

This change implements a new inspection procedure (IP020026) for performing Receiving Inspection on ReShape Valve Sealant assemblies received from ReShape Medical's contract manufacturer, MedBio. The acceptance criteria correspond to the existing ReShape Valve Sealant product specifications (02-0026), which are unaffected by this change. The inspection sample size is based on AQL=1.0, C=0, which is also unchanged.

**Rationale for Change**

Each ReShape Valve Sealant assembly consists of two syringes filled with Valve Sealant and packaged inside clamshell packaging, then boxed and sealed with an adhesive seal. The inspection sample size is based on AQL=1.0, C=0, which is unchanged.

Receiving Inspection of the ReShape Valve Sealant assemblies was previously performed in accordance with ReShape's generic receiving inspection procedure (IP0007). The generic receiving inspection procedure utilized visual inspection techniques to look for general defects in the syringes and packaging containing the Valve Sealant.

The new procedure (IP020026) implements more precise visual inspections and acceptance criteria to detect specific defects associated with the ReShape Valve Sealant assembly. Visual aids were added to the inspection procedure as figures designated "pass" or "fail".

As part of the Receiving Inspection process, the adhesive seal must be cut to access the syringes inside the box. The new inspection procedure (IP020026) adds a rework process for the inspected samples to replace the tamper proof seals on the Valve Sealant boxes.

**Related Changes**

CO 2804 (Manufacturing Change #15)

**Testing to Support the Change**

There is no testing required to support the change. The new inspection procedure (IP020026) merely adds clarification and precision to existing visual inspection techniques for performing Receiving Inspection on ReShape Valve Sealant assemblies. The rework process is limited to replacing a sticker on the outside of the Valve Sealant box. There is no change to the sample size or sampling plan for the ReShape Valve Sealant.

**Basis for Concluding Change Did Not Impact Safety or Effectiveness**

The acceptance criteria correspond to the existing ReShape Valve Sealant product specifications (02-0026), which are unaffected by this change. The change adds clarification and precision to existing visual inspection techniques for performing Receiving Inspection on ReShape Valve Sealant assemblies. There is no change to the sample size or sampling plan for the ReShape Valve Sealant. Therefore, this change has no impact on the performance, safety, or effectiveness of the commercial product.

RESHAPE-146422

| Manufacturing Change #4 | Type of Change |
|---|---|
| CO 2574 | Manufacturing |

**Description of Change**

This change updates an inspection procedure (IP0012) for performing Receiving Inspection on packaging materials. The previous sampling plan was C=0. The inspection procedure was updated to use ANSI Z1.4; AQL 1.0 as the sampling plan. The acceptance criteria are unchanged.

**Rationale for Change**

This change is being implemented to reduce the number of unnecessary packaging rejections at Receiving Inspection. With C=0, one failure requires either a complete sort or return of the packaging materials to the vendor. Although this change to ANSI Z1.4; AQL 1.0 permits occasional failures at Receiving Inspection, two separate downstream 100% inspections remain that will detect any defects and allow the failures to be excluded from production.

The acceptance criteria are unaffected by this change. This change simply adds business risk because some packaging material nonconformities will not be detected until further downstream. However, the company is willing to accept this risk because it results in a more efficient in-line, 200% sort, rather than a complete sort at Receiving Inspection or return of the packaging materials to the vendor, which have caused delays in receiving acceptable material for production.

**Related Changes**

N/A

**Testing to Support the Change**

There is no testing required to support the change. The revised inspection procedure (IP0012) was updated to use ANSI Z1.4; AQL 1.0 as the sampling plan, rather than C=0. The acceptance criteria are unchanged.

**Basis for Concluding Change Did Not Impact Safety or Effectiveness**

The acceptance criteria are unaffected by this change. This change simply adds business risk because some packaging material nonconformities will not be detected until further downstream. However, two separate downstream 100% inspections remain that will detect these defects. Therefore, this change has no impact on the performance, safety, or effectiveness of the commercial product.

RESHAPE-146423

| Manufacturing Change #5 | Type of Change |
|---|---|
| CO 2577 | Manufacturing |

**Description of Change**

This change allows the silicone gasket material used in the torque wire crimping tool (T-0059) to be purchased from a supplier. The silicone gasket material is currently produced and cut in-house. Cutting of the gasket to size will continue to be performed in-house. The gasket material is equivalent to the silicone formulation and durometer (medical grade silicone; 50 Shore A) as that currently made in-house.

The torque wire crimping tool is used to crimp the distal cutting tip and proximal hypotube of the Removal Catheter to their respective ends of the Removal Catheter torque wire. The silicone gasket is located at the end of the crimping tool and serves as a soft material on which the metal components can rest during crimping.

**Rationale for Change**

The silicone gasket wears from contact with the metallic components and must be periodically replaced. Creation of the gasket material was previously performed in-house and is an unnecessary burden on the production team. This change releases a consumables material drawing and allows the identical cured silicone material to be purchased in a bulk sheet, then cut to size in-house.

**Related Changes**

N/A

**Testing to Support the Change**

There is no testing required to support the change. The gasket material is made of equivalent silicone and durometer (both are medical grade silicone; 50 Shore A) as that currently made in-house. The process to cut the gaskets to size continues to be performed in-house and ensures that dimensions and performance are unchanged.

**Basis for Concluding Change Did Not Impact Safety or Effectiveness**

The gasket material is made of equivalent silicone and durometer (both are medical grade silicone; 50 Shore A) as that currently made in-house. The process to cut the gaskets to size continues to be performed in-house and ensures that dimensions and performance are unchanged. Therefore, this change has no impact on the performance, safety, or effectiveness of the commercial product, components, or processes that utilize the torque wire crimping tool.

RESHAPE-146424

| ReShape Medical CONFIDENTIAL | Annual Report to PMA P140012 for the *ReShape®* Integrated Dual Balloon System |
|---|---|
| | Page 13 of 39 |

| **Manufacturing Change #6** | **Type of Change** |
|---|---|
| CO 2640, CO 2672, CO 2756 and CO 2835 | Manufacturing |

**Description of Change**

This change updates multiple manufacturing procedures and corresponding Lot History Record templates to allow the use of a calibrated countdown timer to track the silicone adhesive cure cycle times. The countdown timer replaces the previous process of recording adhesive cure start and stop times in the Lot History Record, then calculating when the necessary cure time has elapsed. This change does not affect the required minimum cure times or any other aspect of the adhesive curing process.

The calibrated countdown timer displays total elapsed time and must also reach zero before the cure step is complete. An image of the countdown timer is provided below.



**Rationale for Change**

Multiple adhesive cure steps occur during production of the balloon subassembly of the implant portion of the device. Depending on the exact step in the process, the minimum adhesive cure time is either 2 hours or 72 hours. Operator calculation errors using the previous LHR-based system occasionally led to yield loss when the error was detected during final QC. Starting a timer that reaches zero and documents elapsed time avoids the need for operator calculations of elapsed time.

**Related Changes**

N/A

**Testing to Support the Change**

There is no testing required to support the change. The timers are calibrated and directly replace the previous system which was based on documenting times of day using a clock, then calculating elapsed time. This change does not affect the required minimum cure times or any other aspect of the adhesive curing or assembly processes.

**Basis for Concluding Change Did Not Impact Safety or Effectiveness**

The timers are calibrated and directly replace the previous system which was based on documenting times of day using a clock, then calculating elapsed time. This change does not affect the required minimum cure times or any other aspect of the adhesive curing or assembly processes. Therefore, this change has no impact on the performance, safety, or effectiveness of the commercial product or processes.

RESHAPE-146425

| ReShape Medical. | Annual Report to PMA P140012 for the *ReShape*® Integrated Dual Balloon System |
|---|---|
| CONFIDENTIAL | Page 14 of 39 |

| Manufacturing Change #7 | Type of Change |
|---|---|
| CO 2716 | Manufacturing |

**Description of Change**

This change updates standard operating procedure (SOP0012, Sterility Assurance) to ensure product is shipped to the sterilizer no later than 5 working days following lot completion. Shipment within 5 days of lot completion has always been required, but tracking of this requirement was limited to comparing the LHR completion date to shipment records for sterile loads.  The change implements the use of a new form (FRM0141, "Must Ship to Sterilizer by" Notice) to more clearly track dates.  There are no changes to the existing time limits for shipments to the sterilizer.

**Rationale for Change**

Form FRM0141 will now be completed with a "ship by date" and placed on the product when pending shipment to the sterilizer.  Form FRM0141 will be removed before the product is shipped to the sterilizer.  This action must be recorded in the product Lot History Record.

**Related Changes**

CO 2766, CO 2768 and CO 2835 (Manufacturing Change #8)

**Testing to Support the Change**

There is no testing required to support the change order.  The changes improve quality assurance for the sterilization process by helping to ensure that sterilization is completed within 5 working days following lot completion.

**Basis for Concluding Change Did Not Impact Safety or Effectiveness**

The use of form FRM0141 documents that the product is shipped to the sterilizer no later than 5 working days after build completion.  The change ensures that existing time limitations are met and does not impact the performance, safety, or effectiveness of the commercial device.

RESHAPE-146426

| ReShape Medical | Annual Report to PMA P140012 for the *ReShape*® Integrated Dual Balloon System |
|---|---|
| **CONFIDENTIAL** | Page 15 of 39 |

| **Manufacturing Change #8** | **Type of Change** |
|---|---|
| CO 2766, CO 2768 and CO 2835 | Manufacturing |

**Description of Change**

This change updates Lot History Records (LHRs) and Manufacturing Procedures (MPs) for the Balloon Assembly and Removal Catheters to ensure that these products are shipped to the sterilizer no later than 5 working days following lot completion. There are no changes to the existing time limits for shipments to the sterilizer.

The change also updates the respective product MPs and LHRs to allow the dates for the application and removal of form (FRM0141, "Must Ship to Sterilizer by" Notice) to be clearly recorded.

**Rationale for Change**

Form FRM0141 will now be completed with a "ship by date" and placed on the product when pending shipment to the sterilizer. Form FRM0141 will be removed before the product is shipped to the sterilizer. This action must be recorded in the product Lot History Record.

The MPs used for the Balloon Assembly and Removal Catheters are being updated to implement use of form FRM0141 in their respective manufacturing processes. The LHRs used for the Balloon Assembly and Removal Catheters are being modified to ensure that the dates of application and removal of form FRM0141 can be clearly recorded.

**Related Changes**

CO 2716 (Manufacturing Change #7)

**Testing to Support the Change**

There is no testing required to support the change order. The changes improve quality assurance for the sterilization process by helping to ensure that sterilization is completed within 5 working days following lot completion.

**Basis for Concluding Change Did Not Impact Safety or Effectiveness**

The use of form FRM0141 documents that the product is shipped to the sterilizer no later than 5 working days. The changes ensure that existing time limitations are met and clearly recorded. The changes do not impact the performance, safety, or effectiveness of the commercial device.

RESHAPE-146427

| ReShape Medical | Annual Report to PMA P140012 for the *ReShape®* Integrated Dual Balloon System |
|---|---|
| CONFIDENTIAL | Page 16 of 39 |

| Manufacturing Change #9 | Type of Change |
|---|---|
| CO 2717, CO 2775, CO 2849 and CO 2835 | Manufacturing |

**Description of Change**

This change updates a Material ID Label drawing (03-0266) applied to the outside of sealed pouches to track product during the sterilization process. The change allows the use of labels supplied in a roll, instead of the individual labels on a sheet that were previously used.

**Rationale for Change**

The label drawing is being updated so that a new label stock supplied in a roll can be used. This helps with throughput. There are no changes to the information on the label nor the location of the label on the pre-sterile pouch. This label is applied to the outside of the product pouch for tracking during the sterilization process. The label does not contact the device.

**Related Changes**

N/A

**Testing to Support the Change**

There is no testing required to support the change order since the labels are simply being taken from a roll rather than a sheet.

**Basis for Concluding Change Did Not Impact Safety or Effectiveness**

This change only affects labeling applied to track product during the sterilization process. The label information and placement locations are not being altered. Therefore, this change order has no impact on the performance, safety, or effectiveness of the commercial product.

| ReShape Medical | Annual Report to PMA P140012 for the *ReShape*® Integrated Dual Balloon System |
|---|---|
| CONFIDENTIAL | Page 17 of 39 |

| Manufacturing Change #10 | Type of Change |
|---|---|
| CO 2747 | Manufacturing |

### Description of Change

Currently, there are no manufacturing specifications for belly button reject criteria. The belly button was only required to meet the product drawing specifications during inspection. This change updates the Belly Button Assembly Procedure (MP-0022) to include reject criteria for belly buttons. The new manufacturing procedure is able to be referenced by both manufacturing operators and QC personnel.

The change also introduces the use of an assembly tray held within a storage container. This system is used to hold newly formed belly buttons during the curing period. Previously, open curing racks were used during this process.

### Rationale for Change

Currently, there are no manufacturing specifications regarding the correct formation of a belly button. This change updates the corresponding manufacturing procedures and inspection points to clearly indicate that belly buttons formed with oval centers, uneven outer edges and excess adhesive on the outer rim or on the balloon are not acceptable. These reject criteria constitute the list of rejects that were being seen during subsequent QC inspection.

The new storage containers will hold balloon assembly trays. This combination will provide lot control and prevent particulates from adhering to the product. The storage containers do not directly contact device components.

### Related Changes

N/A

### Testing to Support the Change

There is no testing required to support the change. The change places limit on acceptable product by introducing reject criteria for newly formed belly buttons. The tray/container combination provide added protection from particulates and aid in lot control of the product. The storage containers do not directly contact device components.

### Basis for Concluding Change Did Not Impact Safety or Effectiveness

This change only releases a restrictive manufacturing specification and implements containers for improved product handling. The storage containers do not directly contact device components. Therefore, the change has no impact on the performance, safety, or effectiveness of the commercial product.

RESHAPE-146429

| ReShape Medical | Annual Report to PMA P140012 for the *ReShape*® Integrated Dual Balloon System |
|---|---|
| CONFIDENTIAL | Page 18 of 39 |

| Manufacturing Change #11 | Type of Change |
|---|---|
| CO 2755 | Manufacturing |

**Description of Change**

Currently, there is no manufacturing specification for twisting of the balloon sheath on the assembly (i.e. heavy twisting is not clearly prohibited). This change adds a manufacturing specification to prohibit heavy twisting in the balloon by adding Balloon Sheath Visual Standards and corresponding inspection points to manufacturing procedures. The affected procedures include, the Balloon Assembly Procedure (MP-0034) and the Catheter Balloon Assembly Procedure (MP-0035).

**Rationale for Change**

It is possible for twists in the balloon sheath to occur either when assembling the balloon or during the packaging process. Previously, there were no manufacturing specifications regarding balloon twist. This change updates the corresponding manufacturing procedures and inspection points to clearly indicate that heavy twisting of the balloon sheath is not allowed.

**Related Changes**

N/A

**Testing to Support the Change**

There is no testing required to support the change. The change places limits on acceptable product by prohibiting heavy twisting of the balloon sheath.

**Basis for Concluding Change Did Not Impact Safety or Effectiveness**

This change only implements a manufacturing specification that places limits on balloon sheath twisting. The change has no impact on the performance, safety, or effectiveness of the commercial product.

RESHAPE-146430

| **Manufacturing Change #12** | **Type of Change** |
|---|---|
| CO 2772 | Manufacturing |

**Description of Change**

This change adds visual guidelines to the balloon manufacturing process to align manufacturing workmanship to the QC inspection requirements. The new Balloon Inspection Visual Guidelines (VG-0002) introduce a set of visual workmanship standards that provide photographic criteria of what QC inspectors will reject for. The existing QC inspection criteria are unaffected by this change.

Additionally, the Inspection Procedure for Balloon 110cc (IP-030238) has been updated to reference visual inspection failure modes corresponding to the VG-0002 document. The change places limits on acceptable product by providing visual guidelines for inspectors and manufacturing operators to correctly determine failures and unacceptable material.

**Rationale for Change**

Previously, there were no visual inspection guidelines for the balloon assembly. This change updates the corresponding manufacturing procedures and inspection points with visual guidelines to clearly indicate what failure modes are not acceptable.

**Related Changes**

N/A

**Testing to Support the Change**

There is no testing required to support the change. The change places limits on acceptable product by providing visual guidelines for inspectors and manufacturing operators to correctly determine failures and unacceptable material.

**Basis for Concluding Change Did Not Impact Safety or Effectiveness**

This change only implements manufacturing visual guidelines that place limits on visual defects. The change has no impact on the performance, safety, or effectiveness of the commercial product.

RESHAPE-146431

| ReShape Medical | Annual Report to PMA P140012 for the *ReShape*® Integrated Dual Balloon System |
|---|---|
| CONFIDENTIAL | Page 20 of 39 |

| Manufacturing Change #13 | Type of Change |
|---|---|
| CO 2780 | Manufacturing |

**Description of Change**

This change updates the procedure and LHR for Removal Catheter lot release testing to allow for proper recording of the tensile force failures and failure modes. The change updates the data recording table to allow for recording of the tensile value, the failed joint, and the failure mode. There are no changes to specifications or test method in the affected quality procedures. Test method and test specifications remain unchanged.

**Rationale for Change**

Currently, the hypotube to crank screw bond and hypotube to wire crimp joint of the Removal Catheter undergo tensile testing as one assembly. The failure of the weakest bond in the combined assembly is recorded, but it is not noted which bond failed. This change updates the data recording table to allow for more detailed recording of the lot release test results.

**Related Changes**

N/A

**Testing to Support the Change**

There is no testing required to support the change order. No test specifications or test method are being altered.

**Basis for Concluding Change Did Not Impact Safety or Effectiveness**

The change only improves the test data recorded during tensile testing for Removal Catheter lot release. The tensile test method and specification remain unchanged. Therefore, this change order has no impact on the performance, safety, or effectiveness of the commercial product.

RESHAPE-146432

| ReShape Medical | Annual Report to PMA P140012 for the *ReShape®* Integrated Dual Balloon System |
|---|---|
| CONFIDENTIAL | Page 21 of 39 |

| Manufacturing Change #14 | Type of Change |
|---|---|
| CO 2804 | Manufacturing |

**Description of Change**

This change updates an inspection procedure (IP020026) for performing inspections on the Valve Sealant labeling, IFU, and expiration date. The acceptance sampling plan of C=0 was temporarily changed to a 100% inspection plan for these three inspections. After achieving satisfactory quality metrics, the inspection procedure was never reverted back to the original acceptance sampling plan of C=0 as originally intended. This change reverts IP020026 back to an acceptance sampling plan of C=0 for Valve Sealant labeling, IFU, and expiration date.

**Rationale for Change**

This change is being implemented to revert the acceptance sampling plan back to the originally intended process of a C=0 plan. A 100% inspection of the lot is no longer required for inspection of Valve Sealant labeling, IFU, and expiration date.

**Related Changes**

CO 2514 (Manufacturing Change #3)

**Testing to Support the Change**

There is no testing required to support the change. The revised inspection procedure (IP020026) reverts to the original, intended inspection process.

**Basis for Concluding Change Did Not Impact Safety or Effectiveness**

This change reverts the acceptance sampling plan back to the originally intended process of a C=0 plan. A 100% inspection was only temporarily put in place to demonstrate achievement of a quality metric, which has been achieved. Therefore, this change has no impact on the performance, safety, or effectiveness of the commercial product.

RESHAPE-146433

| ReShape Medical | Annual Report to PMA P140012 for the *ReShape®* Integrated Dual Balloon System |
|---|---|
| CONFIDENTIAL | Page 22 of 39 |

| Manufacturing Change #15 | Type of Change |
|---|---|
| CO 2356 and CO 2822 | Manufacturing |

**Description of Change**

This change modifies a Standard Operating Procedure (SOP0055, Controlled Manufacturing Area (CMA) Environmental Monitoring and Control) to update the alert and action limits for particulate counts in the CMA. The actual particulate limits remain unchanged. The new alert and action limits for the cleanroom and gowning area are as follows:

| Test | Frequency | | Alert | Action |
|---|---|---|---|---|
| Total Air Particulate/m$^3$ > 0.5µm | Quarterly | Cleanroom (Class 7) | > 176,000 | > 264,000 |
| | | Gowning (Class 8) | >1,760,000 | >2,640,000 |
| Total Air Particulate/m$^3$ > 5.0um | Quarterly | Cleanroom (Class 7) | > 1465 | >2198 |
| | | Gowning (Class 8) | >14,650 | >21,980 |

**Rationale for Change**

The CMA was upgraded with replacement of 9 existing HEPA filters and installation of 4 new HEPA filters. The CMA also received new lighting fixtures and the ceiling tile joints were sealed. Following these improvements, the CMA was validated to a higher personnel occupancy. The original alert limits were based off of room occupancy of 3 people. With expanded operations, up to 10 personnel can now be in the CMA at any given time. This change updates SOP0055 to correspond to the new, validated alert and action limits. The new alert and action limits remain below the ISO particulate limits for Class 7 and Class 8 cleanrooms. The actual particulate limits remain unchanged.

**Related Changes**

N/A

**Testing to Support the Change**

The CMA was revalidated following replacement of 9 existing HEPA filters and installation of 4 new HEPA filters. The results demonstrate that the CMA can now accommodate up to 10 personnel at any given time.

**Basis for Concluding Change Did Not Impact Safety or Effectiveness**

The change ensures that existing alert limits for particulate counts and current actionable limits for particulate counts in the CMA are correct based on room capacity and capability. The new alert and action limits remain below the ISO particulate limits for Class 7 and Class 8 cleanrooms. The actual particulate limits remain unchanged. Therefore, this change does not impact the performance, safety, or effectiveness of the commercial device or processes.

RESHAPE-146434

| | Annual Report to PMA P140012 for the *ReShape*® Integrated Dual Balloon System |
|---|---|
| **ReShape** Medical | |
| CONFIDENTIAL | Page 23 of 39 |

| **Manufacturing Change #16** | **Type of Change** |
|---|---|
| CO 2710 | Manufacturing |

**Description of Change**

Manufacturing procedure (SOP0054, Gowning Procedure) was updated to mandate the use of clean room suits and clarify personnel practices when working in the clean room. Previously, clean room personnel donned smocks which are not designed to provide optimum particulate control. The changes are intended to maintain particulate levels in the cleanroom to specified standards.

**Rationale for Change**

ReShape Medical's manufacturing process utilizes an ISO Class 7 clean room. To help the cleanroom continue to meet ISO requirements, the following updates were made to SOP0054:

- requiring operators to wear clean room suits
- restricting use of make-up or nail polish
- restricting use of fur-like clothing or shoes

**Related Changes**

N/A

**Testing to Support the Change**

There is no testing required to support the change. These updates improve personnel practices, increase cleanliness, and are standard practices for cleanrooms utilized in industry.

**Basis for Concluding Change Did Not Impact Safety or Effectiveness**

The use of cleanroom suits and additional restrictions only serves to decrease the likelihood of particulates entering the cleanroom. Therefore, this change has no impact on the performance, safety, or effectiveness of the commercial devices or processes.

RESHAPE-146435

| ReShape Medical | Annual Report to PMA P140012 for the *ReShape*® Integrated Dual Balloon System |
|---|---|
| CONFIDENTIAL | Page 24 of 39 |

| Manufacturing Change #17 | Type of Change |
|---|---|
| CO 2353 and CO 2365 | Manufacturing |

**Description of Change**

This change updates a Standard Operating Procedure (SOP0053, CMA Cleaning Procedure) to increase the frequency of certain cleaning activities from monthly to weekly. These activities include cleaning of all production equipment, tables, chairs, racks, floors, and gowning room floors. The updates also require weekly replacement of tacky floor mats leading into the gowning room and cleanroom.

There are no changes to cleaning materials or methods.

**Rationale for Change**

These changes are intended to improve cleanliness of the Controlled Manufacturing Area (CMA), thereby allowing additional personnel without exceeding particulate limits.

**Related Changes**

N/A

**Testing to Support the Change**

No testing is required to support this change. The increased cleaning frequency only helps with particulate control in the CMA.

**Basis for Concluding Change Did Not Impact Safety or Effectiveness**

This change only helps with particulate control in the CMA. Therefore, the change has no impact on the performance, safety, or effectiveness of the commercial product or processes.

RESHAPE-146436

| ReShape Medical | Annual Report to PMA P140012 for the *ReShape*® Integrated Dual Balloon System |
|---|---|
| CONFIDENTIAL | Page 25 of 39 |

| Manufacturing Change #18 | Type of Change |
|---|---|
| CO 2823 | Manufacturing |

**Description of Change**

This change updates the ReShape Valve Sealant Assembly drawing (02-0026) to include detailed instructions for palletized packaging. Previously there were only basic manufacturing specifications for packaging of the ReShape Valve Sealant on a pallet.

**Rationale for Change**

This change updates the drawing with requirements for padding in the secondary packaging and proper pallet stacking.

**Related Changes**

N/A

**Testing to Support the Change**

There is no testing required to support the change. The change merely improves the secondary packaging and shipping processes for ReShape Valve Sealant.

**Basis for Concluding Change Did Not Impact Safety or Effectiveness**

This change improves detail of a manufacturing specification and provides means for better secondary packaging and shipping of the Valve Sealant. The change has no impact on the performance, safety or effectiveness of the commercial product or processes.

| ⭕ ReShape Medical | Annual Report to PMA P140012 for the *ReShape*® Integrated Dual Balloon System |
|---|---|
| **CONFIDENTIAL** | Page 26 of 39 |

| **Manufacturing Change #19** | **Type of Change** |
|---|---|
| CO 2833 | Manufacturing |

**Description of Change**

This change updates the drawing for the ReShape Valve Sealant Assembly (02-0026). A note was added to the assembly drawing to clarify that the clamshell packages containing the Valve Sealant syringes may be placed into the outer carton in either a face up or face down orientation. The position of the Valve Sealant syringe within the clamshell is unchanged.

**Rationale for Change**

The 02-0026 manufacturing assembly drawing was originally released showing the clamshells oriented in only one of two possible positions relative to the outer carton. This was not intended as a design requirement. Therefore, this change adds a note to indicate that it is acceptable for the clamshells to be placed into the outer Valve Sealant carton either face up or face down relative to the front of the carton.

**Related Changes**

N/A

**Testing to Support the Change**

There is no testing required to support this change. This change does not affect the results of any packaging validations, label placement on the product, usability of the packaging, or related assembly processes.

**Basis for Concluding Change Did Not Impact Safety or Effectiveness**

This change does not affect the results of packaging validation testing as the clamshell continues to contact all sides of the Valve Sealant carton regardless of orientation. The Valve Sealant syringe orientation within the clamshell is unchanged and usability of the packaging is unaffected. Therefore, this change has no impact on the performance, safety, or effectiveness of the commercial product or processes.

RESHAPE-146438

| ReShape Medical CONFIDENTIAL | Annual Report to PMA P140012 for the *ReShape*® Integrated Dual Balloon System |
|---|---|
| | Page 27 of 39 |

| Manufacturing Change #20 | Type of Change |
|---|---|
| CO 2326 | Manufacturing |

**Description of Change**

This change replaces the current dog bone cutting tool (T-0003) with a new version of the tool (T-0086). The dog bone cutting tool is used to prepare test samples of balloon shell material for lot release tensile testing. The tool does not contact finished product and is only used to produce test samples.

Both tools are of identical dimensions and produce identical samples. The new tool (T-0086) is simply made of sturdier materials that are more resistant to wear. The new tool (T-0086) consist of a steel blade positioned on an aluminum base. The previous tool (T-0003) consisted of a steel blade positioned on a wood base with rubber pad.

**Rationale for Change**

The existing dog bone cutting tool (T-0003) experienced wear and needed to be replaced. In order to minimize replacement frequency, a new tool (T-0086) was released.

**Related Changes**

N/A

**Testing to Support the Change**

The new dog bone cutting tool (T-0086) was received into use following First Article Inspection. The new tool (T-0086) was verified to produce dog bone samples with dimensions equal to those produced with the previous tool (T-0003).

**Basis for Concluding Change Did Not Impact Safety or Effectiveness**

This change only implements a new version of a tool used to produce identical test samples. The tool does not contact finished product. Therefore, the change has no impact on the performance, safety, or effectiveness of the commercial product.

| **Manufacturing Change #21** | **Type of Change** |
|---|---|
| CO 2364 | Manufacturing |

**Description of Change**

This change adds an alternate supplier for printing of the ReShape Removal Catheter IFU (P/N 03-0301). The alternate supplier for printing the IFU is ReShape Medical. The Removal Catheter IFU is a non-critical component.

The materials used to produce the Removal Catheter IFU are unchanged. The IFU is printed on standard 8.5" x 11" 20lb white paper with black ink. The IFU booklet is stapled with standard zinc-plated, steel wire office staples. The IFU printing and binding process requires no specialized equipment.

**Rationale for Change**

With small production runs, it is occasionally more cost effective for ReShape Medical to print the IFU rather than order and pay for shipping from a printing vendor.

**Related Changes**

N/A

**Testing to Support the Change**

No testing is required to support this change. The IFU printing is 100% verified during inspection.

**Basis for Concluding Change Did Not Impact Safety or Effectiveness**

This change implements a new supplier of a non-critical component. The IFU printing is 100% verified. Therefore, the change has no impact on the performance, safety, or effectiveness of the commercial product.

RESHAPE-146440

| ReShape Medical. | Annual Report to PMA P140012 for the *ReShape*® Integrated Dual Balloon System |
|---|---|
| CONFIDENTIAL | Page 29 of 39 |

| Manufacturing Change #22 | Type of Change |
|---|---|
| CO 2425 | Manufacturing |

**Description of Change**

This change adds color coding to blank lot history record (LHR) forms. The LHR is now bright green for U.S. product configurations and bright blue for EU product configurations. The change also requires further physical segregation of cornstarch (used in EU product) from baking soda (used in U.S. product) inside the cleanroom.

There are no changes to manufacturing methods or materials.

**Rationale for Change**

The changes are intended to help with line clearance activities and prevent any possibility of material mix-ups.

**Related Changes**

N/A

**Testing to Support the Change**

No testing is required to support this change. Proper line clearance is verified prior to beginning any production activities.

**Basis for Concluding Change Did Not Impact Safety or Effectiveness**

This change only further segregates materials and implements color coding of LHR forms. There are no changes to manufacturing methods or materials. Therefore, the change has no impact on the performance, safety, or effectiveness of the commercial product.

RESHAPE-146441

| ReShape Medical | Annual Report to PMA P140012 for the *ReShape*® Integrated Dual Balloon System |
|---|---|
| CONFIDENTIAL | Page 30 of 39 |

## 3.2.    Design Change Summaries

There were three reportable design changes during the reporting period of July 1, 2014 to July 4, 2016.  Change summaries are presented below for these design changes.

| Design Change #1 | Type of Change |
|---|---|
| CO 2363 | Design |

| Description of Change |
|---|
| This change updates the drawing for the three-lumen insert (P/N 03-0113) placed at the distal end of the Gen 0 Delivery Catheter.  The change tightens the tolerance for the guidewire through hole of the component.  Previously, the insert drawing (03-0113) had a dimension of .055" ± .005".  With this update, the tolerance is tightened to .055" +.005"/-.000". |

| Rationale for Change |
|---|
| The change tightens the lower tolerance limit to prevent a potential interference fit with the mating component of the Delivery Catheter (Guidewire Tube, P/N 03-0011). |

| Related Changes |
|---|
| N/A |

| Testing to Support the Change |
|---|
| There is no testing required to support the change.  The change only tightens a tolerance.  The updated component dimensions remain within the qualified dimensional range. |

| Basis for Concluding Change Did Not Impact Safety or Effectiveness |
|---|
| The updated drawing tightens the tolerance on a component specification.  By tightening the specification, this change tightens the inspection criteria and reduces the number of components that may be accepted.  Therefore, this change has no impact on the performance, safety, or effectiveness of the commercial product. |

| ReShape Medical | Annual Report to PMA P140012 for the *ReShape*® Integrated Dual Balloon System |
|---|---|
| CONFIDENTIAL | Page 31 of 39 |

| Design Change #2 | Type of Change |
|---|---|
| CO 2373 | Design |

**Description of Change**

This change updates the inner diameter (ID) specification for the Removal Cather cutting tip (P/N 03-0174). The change tightens ID range from 0.031-0.035" to 0.0315-0.035". I.e. this change decreases the acceptable ID by 0.0005".

**Rationale for Change**

The change raises the lower limit of the cutting tip ID to ensure proper fit with the torque wire that is crimped inside the cutting tip.

**Related Changes**

N/A

**Testing to Support the Change**

There is no testing required to support the change. The change only tightens a specification. The updated component dimensions remain within the qualified dimensional range.

**Basis for Concluding Change Did Not Impact Safety or Effectiveness**

The updated drawing tightens a component specification. By tightening the specification, this change tightens the inspection criteria and reduces the number of components that may be accepted. Therefore, this change has no impact on the performance, safety, or effectiveness of the commercial product.

RESHAPE-146443

| ReShape Medical | Annual Report to PMA P140012 for the *ReShape*® Integrated Dual Balloon System |
|---|---|
| CONFIDENTIAL | Page 32 of 39 |

| Design Change #3 | Type of Change |
|---|---|
| CO 2534 | Design |

**Description of Change**

The balloon distal flush tip (03-0267) is manufactured using molded silicone which passes through a gate as it enters the mold.  The gate can leave either a small protrusion or indentation on the final molded component.  The current 03-0267 product specification contains a maximum protrusion requirement, but no limit on the size of an indentation. This change updates the product drawing with a specification that the indentation may be no less than -0.005".

**Rationale for Change**

The change sets a lower limit for the gate remnant so that any indentation may be no less than
-0.005" as measured from the surface of the component.

**Related Changes**

N/A

**Testing to Support the Change**

There is no testing required to support the change.  The updated drawing tightens the lower limit of the product specification from infinitely negative to no less than -0.005".

**Basis for Concluding Change Did Not Impact Safety or Effectiveness**

The updated drawing tightens the lower limit of the product specification from infinitely negative to no less than -0.005".  By tightening the product specification, this change tightens the inspection criteria and reduces the number of components that may be accepted.  Therefore, this change has no impact on the performance, safety, or effectiveness of the commercial product.

| ReShape Medical | Annual Report to PMA P140012 for the *ReShape*® Integrated Dual Balloon System |
|---|---|
| CONFIDENTIAL | Page 33 of 39 |

## 3.3.    Labeling Change Summaries

There were no reportable labeling changes during the reporting period.

RESHAPE-146445

| ReShape Medical | Annual Report to PMA P140012 for the *ReShape*® Integrated Dual Balloon System |
|---|---|
| CONFIDENTIAL | Page 34 of 39 |

## 4. Information on Devices Shipped or Sold

Shipment of U.S. product began in August 2015.  From that time to the end of the reporting period on July 4, 2016, ReShape shipped the following quantities of product to U.S. customers:

- 1,623 ReShape Integrated Dual Balloons (RSM101 & RSM110)
- 818 ReShape Removal Catheters (RSM210)
- 1,858 ReShape Valve Sealant Assemblies (RSM900)

RESHAPE-146446

# 5. Summary and Bibliography of Scientific Literature

## 5.1. Summary of Literature Search

To evaluate the clinical performance and the risks associated with the use of ReShape Integrated Dual Balloon System; a search of the US National Library of Medicine Database using the PubMed search engine was conducted for the period of July 1, 2014 to July 4, 2016. The database was accessed through the URL http://www.ncbi.nlm.nih.gov/pubmed. The search terms shown in the table below were used, yielding a given number of hits.

| Search Terms | Hits | Relevant Hits |
|---|---|---|
| ReShape® Integrated Dual Balloon System | 0 | 0 |
| ReShape Duo® Integrated Dual Balloon System | 1 | 0 |
| ReShape® Integrated Dual Balloon Gen 1 | 0 | 0 |
| ReShape™ Integrated Dual Balloon System | 0 | 0 |
| ReShape Duo | 3 | 3 |
| Intragastric balloon catheter | 26 | 0 |
| ReShape non-surgical weight loss procedure | 0 | 0 |
| RSM100 | 0 | 0 |
| RSM101 | 0 | 0 |
| RSM110 | 0 | 0 |
| Intragastric balloon mucosal tear | 0 | 0 |
| Single balloon deflation leading to bacterial growth | 0 | 0 |
| Dual balloon deflation leading to intestinal blockage | 0 | 0 |

The search resulted in 30 citations found during the reporting period. The abstracts of the identified publications were then screened and selected based on subject relevance. Of the 30, three publications were found to be relevant. Of the three relevant articles found, two were studies and the third was a review article.

The first article described below was provided to FDA in the Original PMA (P140012). The second article described below was provided to FDA in the Gen 1 180-day PMA Supplement (P140012/S002). These articles and their abstracts are provided with this annual report for reviewer convenience. Full text copies of the articles are provided in **Appendix A**.

None of the articles raised any new potential adverse effects during use. ReShape is not aware of any unpublished studies that have been completed or that are currently underway, with the exception of the Post-Approval Study required by the approval order for PMA P140012.

RESHAPE-146447

## 5.2. Bibliography

1) **The REDUCE pivotal trial: a prospective, randomized controlled pivotal trial of a dual intragastric balloon for the treatment of obesity**

Surg Obes Relat Dis. 2015 Jul-Aug;11(4):874-81.
Ponce J1, Woodman G2, Swain J3, Wilson E4, English W5, Ikramuddin S6, Bour E7, Edmundowicz S8, Snyder B4, Soto F5, Sullivan S8, Holcomb R9, Lehmann J9; REDUCE Pivotal Trial Investigators.

<u>BACKGROUND:</u>
Saline-filled intragastric balloon devices are reversible endoscopic devices designed to occupy stomach volume and reduce food intake.

<u>OBJECTIVE:</u>
To evaluate the safety and effectiveness of a dual balloon system plus diet and exercise in the treatment of obesity compared to diet and exercise alone.

<u>SETTING:</u>
Academic and community practice, United States.

<u>METHODS:</u>
Participants (n = 326) with body mass index (BMI) 30-40 kg/m (2) were randomized to endoscopic DBS treatment plus diet and exercise (DUO, n = 187) or sham endoscopy plus diet and exercise alone (DIET, n = 139). Co-primary endpoints were a between-group comparison of percent excess weight loss (%EWL) and DUO subject responder rate, both at 24 weeks. Thereafter DUO patients had the DBS retrieved followed by 24 additional weeks of counseling; DIET patients were offered DBS treatment.

<u>RESULTS:</u>
Mean BMI was 35.4. Both primary endpoints were met. DUO weight loss was over twice that of DIET. DUO patients had significantly greater %EWL at 24 weeks (25.1% intent-to-treat (ITT), 27.9% completed cases (CC, n = 167) compared with DIET patients (11.3% ITT, P = .004, 12.3% CC, n = 126). DUO patients significantly exceeded a 35% response rate (49.1% ITT, P<.001, 54.5% CC) for weight loss dichotomized at 25%EWL. Accommodative symptoms abated rapidly with support and medication. Balloon deflation occurred in 6% without migrations. Early retrieval for nonulcer intolerance occurred in 9%. Gastric ulcers were observed; a minor device change led to significantly reduced ulcer size and frequency (10%).

<u>CONCLUSION:</u>
The DBS was significantly more effective than diet and exercise in causing weight loss with a low adverse event profile.

PMID: 25868829

**RESHAPE-146448**

| ReShape Medical | Annual Report to PMA P140012 for the *ReShape*® Integrated Dual Balloon System |
|---|---|
| CONFIDENTIAL | Page 37 of 39 |

2) **Dual Intragastric Balloon: Single Ambulatory Center Spanish Experience with 60 Patients in Endoscopic Weight Loss Management**

Obes Surg. 2015 Dec;25(12):2263-7.
Lopez-Nava G1, Bautista-Castaño I2, Jimenez-Baños A2, Fernandez-Corbelle JP2.

**BACKGROUND:**
Many obese patients fail conventional medical management and decline bariatric surgery. Less invasive weight loss options such as intragastric balloons may provide an opportunity to reach this large number of untreated patients. The aim of this study was to investigate the safety and effectiveness of the Dual Intragastric Balloon (DIGB) in the treatment of obese patients, as well as the impact of degree of obesity, age, and gender.

**METHODS:**
The study was conducted at the Bariatric Endoscopy Unit of the Madrid Sanchinarro University Hospital. Sixty patients (11 men, 49 women) underwent endoscopic placement of a DIGB filled with a total of 900 cc of saline (450 cc in each balloon) for at least 6 months, along with regular counseling from a multidisciplinary team. Study outcomes included: change in body weight (TBWL), % of loss of initial body weight (%TBWL), % of excess body weight loss (%EWL), and adverse events.

**RESULTS:**
Initial BMI 38.8 kg/m (2) decreased 6.1 units, with mean TBWL, %TBWL, and %EWL of 16.6 kg, 15.4 %, and 47.1 %, respectively. We found no difference in %TBWL between grade of obesity, age or sex, but morbidly obese patients demonstrated greater TBWL, and women and less obese subjects obtained higher %EWL. The DIGB was generally well tolerated, with one early removal for patient intolerance, one early deflation without migration, and one gastric perforation. Fourteen patients had small, clinically insignificant ulcers or erosions noted at the time of removal.

**AUTHORS' CONCLUSIONS:**
The present study shows that the DIGB was easy to use, resulted in significant weight loss, safe, and well tolerated.

PMID: 25982804 [PubMed - indexed for MEDLINE]

RESHAPE-146449

### 3) Current status of intragastric balloon for obesity treatment

World J Gastroenterol. 2016 Jun 28;22(24):5495-504.

Kim SH1, Chun HJ1, Choi HS1, Kim ES1, Keum B1, Jeen YT1.

**ABSTRACT:**

Endoscopic bariatric therapy may be a useful alternative to pharmacological treatment for obesity, and it provides greater efficacy with lower risks than do conventional surgical procedures. Among the various endoscopic treatments for obesity, the intragastric balloon is associated with significant efficacy in body weight reduction and relief of comorbid disease symptoms. Anatomically, this treatment is based on gastric space-occupying effects that increase the feeling of satiety and may also affect gut neuroendocrine signaling. The simplicity of the intragastric balloon procedure may account for its widespread role in obesity treatment and its applicability to various degrees of obesity. However, advances in device properties and procedural techniques are still needed in order to improve its safety and cost-effectiveness. Furthermore, verification of the physiological outcomes of intragastric balloon treatment and the clinical predictive factors for treatment responses should be considered. In this article, we discuss the types, efficacy, safety, and future directions of intragastric balloon treatment.

PMID: 27350727

RESHAPE-146450

| ReShape Medical | Annual Report to PMA P140012 for the *ReShape*® Integrated Dual Balloon System |
|---|---|
| CONFIDENTIAL | Page 39 of 39 |

# Appendix A

## Copies of Scientific Literature

RESHAPE-146451

| ReShape Medical | Annual Report to PMA P140012 for the *ReShape*® Integrated Dual Balloon System |
|---|---|
| CONFIDENTIAL | |

# Article #1

The REDUCE pivotal trial: a prospective, randomized controlled pivotal trial of a dual intragastric balloon for the treatment of obesity

RESHAPE-146452

| ReShape Medical | Annual Report to PMA P140012 for the *ReShape®* Integrated Dual Balloon System |
|---|---|
| CONFIDENTIAL | |

# Article #2

**Dual Intragastric Balloon: Single Ambulatory Center Spanish Experience with 60 Patients in Endoscopic Weight Loss Management**

RESHAPE-146453

| | Annual Report to PMA P140012 for the *ReShape*® Integrated Dual Balloon System |
|---|---|
| CONFIDENTIAL | |

# Article #3

## Current status of intragastric balloon for obesity treatment

RESHAPE-146454