◈ **Log in** or **Register**   ✉ **Get new issue alerts**


# ANESTHESIA & ANALGESIA

Articles ▼ | Search | □

Advanced Search

**Articles & Issues ▼**   **CME**   **Subjects**   **Collections**   ☐☐☐☐   **Multimedia ▼**   **For Authors ▼**   **Journal Info ▼**

Home > February 2017 - Volume 124 - Issue 2 > High Risk of Aspiration in Patients With ReShape Intragastri...

< Previous Article | Next Article >

## – Article Tools

- 📄 Article as PDF (451 KB)
- ✎ Article as EPUB  ❓
- 🖨 Print this Article
- ✉ Email to Colleague
- ☆ Add to My Favorites
- ⇨ Export to Citation Manager
- ⚠ Alert Me When Cited  ❓
- © Get Content & Permissions

Share this article on:



# High Risk of Aspiration in Patients With ReShape Intragastric Balloon Weight Loss System

Burbridge, Mark A. MD; Coffman, Clarity MD

Anesthesia & Analgesia:February 2017 - Volume 124 - Issue 2 - p 703
doi: 10.1213/ANE.0000000000001769
Letters to the Editor: Letter to the Editor

FREE


EXHIBIT J

# To the Editor

We write to share our experience with the newly Food and Drug Administration (FDA)-approved ReShape dual intragastric balloon weight loss system. This device was approved by the FDA in August 2015 for weight loss in patients with a body mass index of 30 to 40 who have failed diet and exercise and who have at least one obesity-related comorbidity. It is the first such intragastric balloon approved by the FDA since 1985.[1] This system is composed of 2 silicone balloons that are placed endoscopically in the stomach and then filled with saline. The 2-balloon system is thought to optimally conform to the curvature of the stomach to minimize balloon migration. This system is approved currently to remain in the stomach for up to 6 months and then must be removed. The double-blind REDUCE trial demonstrated an average weight loss of 15.9 pounds or 27.9% of excess weight in the intervention group.[2] In discussions with the general surgeons at our institution, the device appears to have resulted in an average weight loss of 20 to 40 pounds in our patient population. The effectiveness of this intervention will likely lead to an increasing frequency in which anesthesiologists will encounter this medical device.

Two recent cases of ReShape endoscopic balloon removals at our institution warrant an important safety message to all anesthesiologists who may encounter a patient with this medical device in place. Our first case was a 49-year-old man who had his ReShape device removed after 6 months. After uneventful intubation, the balloons were being removed endoscopically when copious gastric contents came from his mouth, which required continuous suctioning. In addition, the surgeon noted a significant volume of food contents lodged in between the 2 gastric balloons. The patient was extubated awake and no untoward effects occurred. On the basis of this occurrence, future patients were instructed to consume a clear liquid diet for 2 days before the removal procedure. In a subsequent case of balloon removal under general endotracheal anesthesia, however, copious gastric contents were again noted to exit from the mouth of the patient. The patient was extubated and discharged home with no complications.

We believe that these 2 cases suggest that all patients with a ReShape intragastric balloon have full stomachs regardless of the time they have fasted, and full precautions should be taken to reduce their significant risk of aspiration. During discussion with our surgical colleagues, it was felt that the dual balloon system can cause trapping of gastric contents that may remain in the stomach for days, or longer. We therefore recommend that these cases be performed with rapid sequence induction and endotracheal intubation if general anesthesia is performed. Deep sedation is not recommended because of the risk of blunting airway reflexes and a high risk of aspiration.

**Mark A. Burbridge, MD**
**Clarity Coffman, MD**
*Department of Anesthesiology,*
*Perioperative and Pain Medicine*
*Stanford University School of Medicine*
*Stanford, California*
*markburb@stanford.edu*

Back to Top | Article Outline

# REFERENCES

1. Gleysteen JJ. A history of intragastric balloons. Surg Obes Relat Dis. 2016;12:430435.
Cited Here...

2. Ponce J, Woodman G, Swain J, et al.; REDUCE Pivotal Trial Investigators. The REDUCE pivotal trial: a prospective, randomized controlled pivotal trial of a dual intragastric balloon for the treatment of obesity. Surg Obes Relat Dis. 2015;11:874881.
Cited Here...

Copyright © 2016 International Anesthesia Research Society

   

## Related Articles



**The Risk of Pulmonary Aspiration in Patients After Weight Loss Due to Bariatric Surgery**

*ANESTHESIA & ANALGESIA*
*October 2008*



**Extracorporeal Membrane Oxygenation Induces Short-Term Loss of High-Molecular-Weight von Willebrand Factor Multimers**

*ANESTHESIA & ANALGESIA*
*April 2015*



**Anesthesia in High-Risk Patients, 1st ed**

*ANESTHESIA & ANALGESIA*
*November 2018*



**Bronchial Aspiration in Patients After Weight Loss Due to Gastric Banding**

*ANESTHESIA & ANALGESIA*
*June 2005*



**Monitoring of High- and Intermediate-Risk Surgical Patients**

*ANESTHESIA & ANALGESIA*
*October 2019*

**See more related articles >**

## See more related articles

### Article Level Metrics

*There is no Altmetric data at this time...*

### Related Links

- Articles in PubMed by Mark A. Burbridge, MD
- Articles in Google Scholar by Mark A. Burbridge, MD
- Other articles in this journal by Mark A. Burbridge, MD

### Readers Of this Article Also Read

- The Effect of Preoperative Pregabalin on Postoperative Nausea and Vomiting: A Meta-analysis
- Factors Associated With Risk of Neurologic Complications After Peripheral Nerve Blocks: A Systematic Review
- Intravenous Ketamine Infusions for Neuropathic Pain Management: A Promising Therapy in Need of Optimization
- Intraoperative Esmolol as an Adjunct for Perioperative Opioid and Postoperative Pain Reduction: A Systematic Review, Meta-analysis, and Meta-regression
- Multimodal General Anesthesia: Theory and Practice

^ Back to Top



**Never Miss an Issue**

Get new journal Tables of Contents sent right to your email inbox

Type your email

Get New Issue Alerts

**Browse Journal Content**
- Most Popular
- Current Issue
- Past Issues
- For Authors
- About the Journal
- Register on the website
- Get eTOC Alerts

**For Journal Authors**
- Submit an article
- How to publish with us

**Customer Service**

customerservice@lww.com

800-638-3030 (within USA)

301-223-2300 (international)

Activate Journal Subscription

Browse the help center

Privacy Policy (Updated May 9, 2018) - Legal Disclaimer - Terms of Use - Open Access Policy - Feedback - RSS Feeds - LWW Journals

Copyright © 2019 International Anesthesia Research Society