

July 27, 2017

U.S. Food and Drug Administration
Center for Devices and Radiological Health
PMA Document Control Center – WO66-G609
10903 New Hampshire Avenue
Silver Spring, MD 20993-0002

**RE:** Annual Report to PMA P140012 for the
*ReShape®* Integrated Dual Balloon System
Reporting Period July 5, 2016 to July 5, 2017

Dear Dr. Betz:

ReShape Medical, Inc. is submitting this Annual Report to PMA P140012 for the ReShape Integrated Dual Balloon System. The reporting period covered by this report is July 5, 2016 to July 5, 2017. This is ReShape Medical's second annual report for PMA P140012.

Enclosed, please find one (1) paper copy and one (1) electronic copy (eCopy) of this submission. Per FDA guidance, the eCopy is an exact duplicate of the paper copy. A CDRH Cover Sheet is provided with this submission.

The existence of this Annual Report and the data and other information that it contains are confidential, and the protection afforded to such confidential information by 18 USC 1905, 21 USC 331(j), 5 USC 552, and other applicable laws is hereby claimed.

Please do not hesitate to contact me via the information provided below should you have any questions regarding this submission.

Sincerely,

Mary Lou Mooney
Vice President of RA/CA/QA
ReShape Medical
100 Calle Iglesia
San Clemente, CA 92672
(o) 949-429-6680, ext. 106
(f) 949-276-6910
mlmooney@reshapemedical.com



**RESHAPE-146833**

DEPARTMENT OF HEALTH AND HUMAN SERVICES
FOOD AND DRUG ADMINISTRATION

**CDRH PREMARKET REVIEW SUBMISSION COVER SHEET**

Form Approval
OMB No. 0910-0120
Expiration Date: December 31, 2013
See PRA Statement on page 5.

| Date of Submission | User Fee Payment ID Number | FDA Submission Document Number (if known) |
|---|---|---|
| 07/27/2017 | N/A | |

## SECTION A — TYPE OF SUBMISSION

| PMA | PMA & HDE Supplement | PDP | 510(k) | Request for Feedback |
|---|---|---|---|---|
| ☐ Original Submission | ☐ Regular (180 day) | ☐ Original PDP | ☐ Original Submission: | ☐ Pre-Submission |
| ☐ Premarket Report | ☐ Special | ☐ Notice of Completion | ☐ Traditional | ☐ Informational Meeting |
| ☐ Modular Submission | ☐ Panel Track (PMA Only) | ☐ Amendment to PDP | ☐ Special | ☐ Submission Issue Meeting |
| ☐ Amendment | ☐ 30-day Supplement | | ☐ Abbreviated (Complete section I, Page 6) | ☐ Day 100 Meeting |
| ☒ Report | ☐ 30-day Notice | | ☐ Additional Information | ☐ Agreement Meeting |
| ☐ Report Amendment | ☐ 135-day Supplement | | ☐ Third Party | ☐ Determination Meeting |
| ☐ Licensing Agreement | ☐ Real-time Review | | | ☐ Study Risk Determination |
| | ☐ Amendment to PMA & HDE Supplement | | | ☐ Other (specify): |
| | ☐ Other | | | |

| IDE | Humanitarian Device Exemption (HDE) | Class II Exemption Petition | Evaluation of Automatic Class III Designation (De Novo) | Other Submission |
|---|---|---|---|---|
| ☐ Original Submission | ☐ Original Submission | ☐ Original Submission | ☐ Original Submission | ☐ 513(g) |
| ☐ Amendment | ☐ Amendment | ☐ Additional Information | ☐ Additional Information | ☐ Other (describe submission): |
| ☐ Supplement | ☐ Supplement | | | |
| | ☐ Report | | | |
| | ☐ Report Amendment | | | |

Have you used or cited Standards in your submission?  ☐ Yes  ☒ No   (If Yes, please complete Section I, Page 5)

## SECTION B — SUBMITTER, APPLICANT OR SPONSOR

| Company / Institution Name | Establishment Registration Number (if known) |
|---|---|
| ReShape Medical, Inc. | 3007934906 |

| Division Name (if applicable) | Phone Number (including area code) |
|---|---|
| | (949) 429-6680 x.106 |

| Street Address | FAX Number (including area code) |
|---|---|
| 100 Calle Iglesia | (949) 276-6910 |

| City | State / Province | ZIP/Postal Code | Country |
|---|---|---|---|
| San Clemente | CA | 92672 | U.S.A. |

| Contact Name |
|---|
| Mary Lou Mooney |

| Contact Title | Contact E-mail Address |
|---|---|
| Vice President RA/CA/QA | mlmooney@reshapemedical.com |

## SECTION C — APPLICATION CORRESPONDENT (e.g., consultant, if different from above)

| Company / Institution Name | |
|---|---|
| | |

| Division Name (if applicable) | Phone Number (including area code) |
|---|---|
| | |

| Street Address | FAX Number (including area code) |
|---|---|
| | |

| City | State / Province | ZIP Code | Country |
|---|---|---|---|
| | | | |

| Contact Name | |
|---|---|
| | |

| Contact Title | Contact E-mail Address |
|---|---|
| | |

FORM FDA 3514 (1/13)

Page 1 of 5 Pages

PSC Publishing Services (301) 443-6740   EF

RESHAPE-146834

**SECTION D1** — **REASON FOR APPLICATION - PMA, PDP, OR HDE**

- [ ] New Device
- [ ] Withdrawal
- [ ] Additional or Expanded Indications
- [ ] Request for Extension
- [ ] Post-approval Study Protocol
- [ ] Request for Applicant Hold
- [ ] Request for Removal of Applicant Hold
- [ ] Request to Remove or Add Manufacturing Site

- [ ] Change in design, component, or specification:
  - [ ] Software/Hardware
  - [ ] Color Additive
  - [ ] Material
  - [ ] Specifications
  - [ ] Other *(specify below)*

- [ ] Location change:
  - [ ] Manufacturer
  - [ ] Sterilizer
  - [ ] Packager

- [x] Report Submission:
  - [x] Annual or Periodic
  - [ ] Post-approval Study
  - [ ] Adverse Reaction
  - [ ] Device Defect
  - [ ] Amendment

- [ ] Process change:
  - [ ] Manufacturing    [ ] Packaging
  - [ ] Sterilization
  - [ ] Other *(specify below)*

- [ ] Labeling change:
  - [ ] Indications
  - [ ] Instructions
  - [ ] Performance Characteristics
  - [ ] Shelf Life
  - [ ] Trade Name
  - [ ] Other *(specify below)*

- [ ] Change in Ownership
- [ ] Change in Correspondent
- [ ] Change of Applicant Address

- [ ] Response to FDA correspondence:

- [ ] Other Reason *(specify)*:

**SECTION D2** — **REASON FOR APPLICATION - IDE**

- [ ] New Device
- [ ] New Indication
- [ ] Addition of Institution
- [ ] Expansion / Extension of Study
- [ ] IRB Certification
- [ ] Termination of Study
- [ ] Withdrawal of Application
- [ ] Unanticipated Adverse Effect
- [ ] Notification of Emergency Use
- [ ] Compassionate Use Request
- [ ] Treatment IDE
- [ ] Continued Access

- [ ] Change in:
  - [ ] Correspondent/Applicant
  - [ ] Design/Device
  - [ ] Informed Consent
  - [ ] Manufacturer
  - [ ] Manufacturing Process
  - [ ] Protocol - Feasibility
  - [ ] Protocol - Other
  - [ ] Sponsor

- [ ] Report submission:
  - [ ] Current Investigator
  - [ ] Annual Progress Report
  - [ ] Site Waiver Report
  - [ ] Final

- [ ] Response to FDA Letter Concerning:
  - [ ] Conditional Approval
  - [ ] Deemed Approved
  - [ ] Deficient Final Report
  - [ ] Deficient Progress Report
  - [ ] Deficient Investigator Report
  - [ ] Disapproval
  - [ ] Request Extension of Time to Respond to FDA
  - [ ] Request Meeting
  - [ ] Request Hearing

- [ ] Other Reason *(specify)*:

**SECTION D3** — **REASON FOR SUBMISSION - 510(k)**

- [ ] New Device
- [ ] Additional or Expanded Indications
- [ ] Change in Technology

- [ ] Other Reason *(specify)*:

FORM FDA 3514 (1/13)                                 Page 2 of 5 Pages

RESHAPE-146835

## SECTION E — ADDITIONAL INFORMATION ON 510(K) SUBMISSIONS

Product codes of devices to which substantial equivalence is claimed

| 1 | 2 | 3 | 4 |
|---|---|---|---|
| 5 | 6 | 7 | 8 |

Summary of, or statement concerning, safety and effectiveness information

☐ 510 (k) summary attached
☐ 510 (k) statement

Information on devices to which substantial equivalence is claimed (if known)

| | 510(k) Number | | Trade or Proprietary or Model Name | | Manufacturer |
|---|---|---|---|---|---|
| 1 | | 1 | | 1 | |
| 2 | | 2 | | 2 | |
| 3 | | 3 | | 3 | |
| 4 | | 4 | | 4 | |
| 5 | | 5 | | 5 | |
| 6 | | 6 | | 6 | |

## SECTION F — PRODUCT INFORMATION - APPLICATION TO ALL APPLICATIONS

Common or usual name or classification name

Dual intragastric balloon

| | Trade or Proprietary or Model Name for This Device | | Model Number |
|---|---|---|---|
| 1 | ReShape Integrated Dual Balloon System | 1 | RSM101 |
| 2 | ReShape Integrated Dual Balloon System, Gen I | 2 | RSM110 |
| 3 | ReShape Removal Catheter | 3 | RSM210 |
| 4 | ReShape Valve Sealant | 4 | RSM900 |
| 5 | | 5 | |

FDA document numbers of all prior related submissions (regardless of outcome)

| 1 | P140012 | 2 | P140012/S001-S010 | 3 | P140012/R001-R003 | 4 | | 5 | | 6 | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 7 | | 8 | | 9 | | 10 | | 11 | | 12 | |

Data Included in Submission

☐ Laboratory Testing        ☐ Animal Trials        ☐ Human Trials

## SECTION G — PRODUCT CLASSIFICATION - APPLICATION TO ALL APPLICATIONS

| Product Code | C.F.R. Section (if applicable) | Device Class |
|---|---|---|
| LTI | 21 CFR Part 876 | ☐ Class I    ☐ Class II |

| Classification Panel | |
|---|---|
| Gastroenterology and Urology | ☒ Class III    ☐ Unclassified |

Indications (from labeling)

The ReShape Integrated Dual Balloon System is indicated for weight reduction when used in conjunction with diet and exercise, in obese patients with a Body Mass Index (BMI) of 30 – 40 kg/m2 and one or more obesity-related comorbid conditions.  It is indicated for use in adult patients who have failed weight reduction with diet and exercise alone.

FORM FDA 3514 (1/13)                                                              Page 3 of 5 Pages

RESHAPE-146836

| *Note:* Submission of the information entered in Section H does not affect the need to submit device establishment registration. | FDA Document Number *(if known)* |
|---|---|

| **SECTION H** | **MANUFACTURING / PACKAGING / STERILIZATION SITES RELATING TO A SUBMISSION** |
|---|---|

| ☒ Original  ☐ Add   ☐ Delete | Facility Establishment Identifier (FEI) Number  3007934906 | ☒ Manufacturer   ☐ Contract Sterilizer  ☐ Contract Manufacturer  ☐ Repackager / Relabeler |
|---|---|---|

| Company / Institution Name  ReShape Medical, Inc. | Establishment Registration Number  3007934906 |
|---|---|

| Division Name *(if applicable)* | Phone Number *(including area code)*  (949) 429-6680 x.106 |
|---|---|

| Street Address  100 Calle Iglesia | FAX Number *(including area code)*  (949) 276-6910 |
|---|---|

| City  San Clemente | State / Province  CA | ZIP Code  92672 | Country  U.S.A. |
|---|---|---|---|

| Contact Name  Mary Lou Mooney | Contact Title  Vice President of RA/CA/QA | Contact E-mail Address  mlmooney@reshapemedical.com |
|---|---|---|

| ☒ Original  ☐ Add   ☐ Delete | Facility Establishment Identifier (FEI) Number  2029275 | ☐ Manufacturer   ☒ Contract Sterilizer  ☐ Contract Manufacturer  ☐ Repackager / Relabeler |
|---|---|---|

| Company / Institution Name  Sterigenics International, Inc. | Establishment Registration Number  2029275 |
|---|---|

| Division Name *(if applicable)*  Sterigenics U.S., LLC | Phone Number *(including area code)*  (951) 340-0700 |
|---|---|

| Street Address  344 Bonnie Circle | FAX Number *(including area code)* |
|---|---|

| City  Corona | State / Province  CA | ZIP Code  92880 | Country  U.S.A. |
|---|---|---|---|

| Contact Name | Contact Title | Contact E-mail Address |
|---|---|---|

| ☒ Original  ☐ Add   ☐ Delete | Facility Establishment Identifier (FEI) Number  3009810261 | ☐ Manufacturer   ☐ Contract Sterilizer  ☒ Contract Manufacturer  ☐ Repackager / Relabeler |
|---|---|---|

| Company / Institution Name  Medbio, Inc. | Establishment Registration Number  3009810261 |
|---|---|

| Division Name *(if applicable)* | Phone Number *(including area code)*  (616) 245-0214 |
|---|---|

| Street Address  5346 36th Street SE | FAX Number *(including area code)* |
|---|---|

| City  Grand Rapids | State / Province  MI | ZIP Code  49512 | Country  U.S.A. |
|---|---|---|---|

| Contact Name | Contact Title | Contact E-mail Address |
|---|---|---|

FORM FDA 3514 (1/13)                    Add Continuation Page    Page 4 of 5 Pages

RESHAPE-146837

| SECTION I | | UTILIZATION OF STANDARDS | | |
|---|---|---|---|---|

Note: Complete this section if your application or submission cites standards or includes a *Declaration of Conformity to a Recognized Standard* statement.

| | Standards No. | Standards Organization | Standards Title | Version | Date |
|---|---|---|---|---|---|
| 1 | | | | | |
| 2 | | | | | |
| 3 | | | | | |
| 4 | | | | | |
| 5 | | | | | |
| 6 | | | | | |
| 7 | | | | | |

**Please include any additional standards to be cited on a separate page.**

This section applies only to requirements of the Paperwork Reduction Act of 1995.

**\*DO NOT SEND YOUR COMPLETED FORM TO THE PRA STAFF ADDRESS BELOW.\***

The burden time for this collection of information is estimated to average 0.5 hour per response, including the time to review instructions, search existing data sources, gather and maintain the data needed and complete and review the collection of information. Send comments regarding this burden estimate or any other aspect of this information collection, including suggestions for reducing this burden, to:

Department of Health and Human Services
Food and Drug Administration
Office of Chief Information Officer
Paperwork Reduction Act (PRA) Staff
1350 Piccard Drive, Room 400
Rockville, MD 20850

*An agency may not conduct or sponsor, and a person is not required to respond to, a collection of information unless it displays a currently valid OMB control number.*

FORM FDA 3514 (1/13)  Page 5 of 5 Pages

RESHAPE-146838



# Annual Report to PMA P140012
# for the
# *ReShape*® Integrated Dual
# Balloon System

**Volume 1 of 1**

July 2017

**RESHAPE-146839**

## Table of Contents

1. General Information ...................................................................................................3
   1.1. Date of this Report ...........................................................................................3
   1.2. Reporting Period ...............................................................................................3
   1.3. Manufacturer's Name, Address and Phone Number .......................................3
   1.4. Original PMA Number .......................................................................................3
   1.5. Device Generic Name .......................................................................................3
   1.6. Device Trade Name ..........................................................................................3
   1.7. Device Model Number .......................................................................................3
   1.8. Manufacturing Location .....................................................................................3
   1.9. Contact Person .................................................................................................4
2. Approval Dates for P140012 (during reporting period) .............................................5
3. Reportable Manufacturing, Design and Labeling Changes .......................................6
   3.1. Manufacturing Change Summaries ...................................................................6
   3.2. Design Change Summaries .............................................................................18
   3.3. Labeling Change Summaries ...........................................................................23
4. Information on Devices Shipped or Sold .................................................................24
   4.1. Summary of Unique Device Identifiers (UDI) ..................................................24
5. Summary and Bibliography of Scientific Literature ..................................................25
   5.1. Summary of Literature Search .........................................................................25
   5.2. Bibliography .....................................................................................................26

RESHAPE-146840

| ReShape Medical | Annual Report to PMA P140012 for the *ReShape®* Integrated Dual Balloon System |
|---|---|
| CONFIDENTIAL | Page 3 of 26 |

# 1. General Information

### 1.1.   Date of this Report

July 27, 2017

### 1.2.   Reporting Period

July 5, 2016 to July 5, 2017

### 1.3.   Manufacturer's Name, Address and Phone Number

ReShape Medical®, Inc.
100 Calle Iglesia
San Clemente, CA 92672
949-429-6680 (phone)
949-429-6684 (fax)

### 1.4.   Original PMA Number

P140012

### 1.5.   Device Generic Name

Dual intragastric balloon (FDA Product Code: LTI)

### 1.6.   Device Trade Name

*ReShape®* Integrated Dual Balloon System

### 1.7.   Device Model Number

| | |
|---|---|
| ReShape Integrated Dual Balloon System: | **RSM101, RSM110** |
| ReShape Removal Catheter: | **RSM210** |
| ReShape Valve Sealant: | **RSM900** |

### 1.8.   Manufacturing Location

100 Calle Iglesia
San Clemente, CA 92672

RESHAPE-146841

| | Annual Report to PMA P140012 for the *ReShape*® Integrated Dual Balloon System |
|---|---|
| **CONFIDENTIAL** | Page 4 of 26 |

ReShape Medical

## 1.9. Contact Person

Mary Lou Mooney
Vice President, Regulatory, Clinical & Quality
ReShape Medical
100 Calle Iglesia
San Clemente, CA 92672
949-429-6680 x.106 (phone)
949-276-6910 (fax)
mlmooney@reshapemedical.com

**RESHAPE-146842**

| ReShape Medical | Annual Report to PMA P140012 for the *ReShape®* Integrated Dual Balloon System |
|---|---|
| CONFIDENTIAL | Page 5 of 26 |

## 2. Approval Dates for P140012 (during reporting period)

| PMA and Supplement Reference | PMA and Supplement Type | Description | Status (Approval Date) |
|---|---|---|---|
| P140012/S005 | 30-Day Notice | Implement a detent spin test into ReShape's commercial manufacturing and quality control activities for the Gen 1 ReShape Integrated Dual Balloon System. | Approved (October 25, 2016) |
| P140012/S006 | 30-Day Notice | Presentation of three changes originally reported in ReShape's PMA Annual Report (P140012/R002), describing updates to the Receiving Inspection sampling plan for packaging materials, a rework process for resealing Valve Sealant packaging after inspection, and increased HEPA filtration and particulate alert and action levels in the Controlled Manufacturing Area. | Approved (January 6, 2017) |
| P140012/S007 | 30-Day Notice | Implement a 100% visual inspection of the balloon flapper valve into commercial manufacturing and quality control activities. | Approved (January 6, 2017) |
| P140012/S008 | 30-Day Notice | Eliminate lot release testing of finished catheter-balloon assemblies. | Approved (February 21, 2017) |
| P140012/S009 | Special PMA Supplement – Changes Being Effected | Updates to the Instructions for Use and Patient Information Guide to capture additional risks of acute pancreatitis, gastric perforation, gastric outlet obstruction, and aspiration pneumonia. | Approved (April 20, 2017) |
| P140012/S010 | Updates to Post Approval Study Protocol | Add a simple amylase/lipase test for study participants who present with moderate to severe abdominal pain. | Approved (June 27, 2017) |

RESHAPE-146843

| ReShape Medical | Annual Report to PMA P140012 for the *ReShape*® Integrated Dual Balloon System |
|---|---|
| CONFIDENTIAL | Page 6 of 26 |

## 3. Reportable Manufacturing, Design and Labeling Changes

During the reporting period, there were 14 reportable changes. Each change is summarized in a separate change summary table below. Each change summary table includes the following information:

- The description of the change
- The rationale for the change
- Any related changes
- Any testing required to support the change
- The basis for concluding that the change did not impact the safety or effectiveness of the device

None of the changes reported in the following subsections are associated with any field actions.

### 3.1.    Manufacturing Change Summaries

There were 9 reportable manufacturing changes during the reporting period of July 5, 2016 to July 5, 2017. An annual report change summary is presented below for each manufacturing change.

RESHAPE-146844

| ReShape Medical | Annual Report to PMA P140012 for the *ReShape®* Integrated Dual Balloon System |
|---|---|
| CONFIDENTIAL | Page 7 of 26 |

| Manufacturing Change #1 | Type of Change |
|---|---|
| CO 2864 and 2865 | Manufacturing |

**Description of Change**

This change updates SOP0024, Acceptance Activities by removing sample switching methods from in-process and final inspection points, returning those sampling requirements to the original fixed C=0 sampling plan. The change also releases a new work instruction WI-0022, Sample Switching Plan Determination Using Historical Inspection Data. This work instruction describes the process for using historical data of past inspections to determine sampling plans for incoming inspection of materials, components, and parts. Although this method is currently in practice, the work instructions were never formally documented.

**Rationale for Change**

Sample switching rules were added to allow efficiency in sampling for consistently good part numbers and processes. At initial implementation, it appeared that switching rules for in-process inspection would allow smaller sample sizes to be taken for consistently good processes and products. In practice, that has not occurred and most failing in-process lots end up 100% sorted anyway. Returning the in-process and final inspection sampling to the original fixed C=0 sampling plan does not affect the product quality since it does not relax the overall inspection sampling requirements.

**Related Changes**

N/A

**Testing to Support the Change**

No testing is required to support these changes since the change is reverting the in-process and final inspection sampling to the original fixed C=0 sampling plan. Sample switching methods are now only used for incoming inspection of materials, components, and parts. This practice is now properly documented in formal work instructions.

**Basis for Concluding Change Did Not Impact Safety or Effectiveness**

This change is reverting the in-process and final inspection sampling to the original fixed C=0 sampling plan that was approved in the original PMA (P140012). This change does not relax inspection sampling requirements. Therefore, there is no impact to performance, effectiveness, or safety of commercial product or processes.

RESHAPE-146845

| ReShape Medical | Annual Report to PMA P140012 for the *ReShape*® Integrated Dual Balloon System |
|---|---|
| **CONFIDENTIAL** | **Page 8 of 26** |

| **Manufacturing Change #2** | **Type of Change** |
|---|---|
| CO 2869 | Manufacturing |

**Description of Change**

The balloon assembly procedure uses a balloon positioning fixture to properly locate the balloons on the tri-lumen central shaft during the balloon-to-tri-lumen bonding process. This change replaces the Gen 1 balloon positioning fixture (T-0071) with the balloon positioning fixture (T-0058) currently used to produce commercial Gen 0 balloon assemblies. The Gen 0 and Gen 1 balloon assemblies are identical at the assembly stages where the balloon positioning fixture is used.

**Rationale for Change**

The Gen 1 balloon positioning fixture (T-0071) resulted in unnecessary yield loss caused by transferring adhesive applied during the balloon bonding step to the skin of the balloon shell. The Gen 0 balloon positioning fixture (T-0058) does not cause this issue and is the superior tool. The Gen 1 positioning fixture (T-0071) offered no benefit over the Gen 0 positioning fixture (T-0058).

**Related Changes**

N/A

**Testing to Support the Change**

No testing is required to support this change since use of the Gen 0 positioning fixture (T-0058) has been validated for commercial production of Gen 0 balloon assemblies. The Gen 0 and Gen 1 balloon assemblies are identical at the assembly stages where the balloon positioning fixture is used.

**Basis for Concluding Change Did Not Impact Safety or Effectiveness**

The commercial balloon assembly process for Gen 0 is currently completed using T-0058. The Gen 0 and Gen 1 balloon assemblies are identical at the assembly stages where the balloon positioning fixture is used. Additionally, the balloon assembly process is 100% verified. Therefore, there is no impact to performance, effectiveness, or safety of commercial product with the introduction of the Gen 0 balloon positioning fixture (T-0058) to Gen 1 commercial production.

RESHAPE-146846

| Manufacturing Change #3 | Type of Change |
|---|---|
| CO 2895 | Manufacturing |

**Description of Change**

This change updates a product drawing to call out an alternate supplier of a non-critical component. The impacted component is a silicone sheet, which is manually punched into a wiper gasket for the Removal Catheter assembly during manufacturing by ReShape Medical.

The wiper gasket is located between the cap extension and hemostasis valve connector of the Removal Catheter and is intended to maintain a seal between these two components. The wiper gasket is located inside the portion of the device that remains external to the patient. The wiper gasket is non-patient contacting and only contacts fluid being aspirated from the balloon during the deflation and removal procedure.

**Rationale for Change**

ReShape desires to use Bentec Medical as the preferred supplier of the silicone sheet material. This change replaces the previous supplier, McMaster-Carr. The materials are certified to be equivalent in both composition and performance.

**Related Changes**

N/A

**Testing to Support the Change**

No testing is required to support this change as the material is certified to be equivalent in both composition and performance.

**Basis for Concluding Change Did Not Impact Safety or Effectiveness**

The wiper gasket is a non-critical component located inside the portion of the device that remains external to the patient. The wiper gasket is non-patient contacting and only contacts fluid being aspirated from the balloon during the deflation and removal procedure. The Bentec Medical material is certified to be equivalent in both composition and performance. Therefore, there is no impact to performance, effectiveness, or safety of commercial product with the introduction of the trimming rework process.

RESHAPE-146847

| ReShape Medical | Annual Report to PMA P140012 for the ReShape® Integrated Dual Balloon System |
|---|---|
| CONFIDENTIAL | Page 10 of 26 |

| Manufacturing Change #4 | Type of Change |
|---|---|
| CO 2909 & 2930 | Manufacturing |

**Description of Change**

The balloon assembly procedures for the Gen 0 and Gen 1 balloon assemblies involve gluing the silicone distal tip of the balloon to the silicone tri-lumen central shaft using silicone adhesive.  The tri-lumen central shaft contains a guidewire lumen that is aligned with the guidewire through hole of the distal tip.

During assembly, proper alignment of the guidewire through hole and lumen is accomplished via use of a mandrel.  Occasionally, when silicone adhesive is squeezed between the flush tip and tri-lumen central shaft during gluing, a small amount of adhesive can flow out of the guidewire through hole of the distal tip and coat the mandrel.  When the mandrel is removed after gluing, the silicone adhesive can leave an undesirable ring of glue at the distal tip of the device.

This change implements a rework process to trim the excess adhesive from the flush tip guidewire hole using trimming tweezers.  The existing 100% visual inspection and 100% inflation testing steps remain downstream of the trimming rework process to detect any product defects.

**Rationale for Change**

Production yield fallout was occurring for a visual defect of glue on the distal tip following removal of the mandrel.  This change implements a trimming operation to remove excess glue and yield product that meets the workmanship standards.

**Related Changes**

N/A

**Testing to Support the Change**

No testing is required to support this change since the process is 100% verified via downstream visual inspection and 100% leak testing is also in place to detect any product defects.

**Basis for Concluding Change Did Not Impact Safety or Effectiveness**

The trimming rework process is 100% verified via downstream visual inspection and 100% leak testing is also in place to detect any product defects.  Therefore, there is no impact to performance, effectiveness, or safety of commercial product with the introduction of the trimming rework process.

RESHAPE-146848

| ReShape Medical | Annual Report to PMA P140012 for the *ReShape®* Integrated Dual Balloon System |
|---|---|
| CONFIDENTIAL | Page 11 of 26 |

| Manufacturing Change #5 | Type of Change |
|---|---|
| CO 2971 | Manufacturing |

**Description of Change**

This change updates the "Controlled Manufacturing Area (CMA) Environmental Monitoring and Control" standard operating procedure (SOP0055) to add four additional sampling points for particulates. The updates also require that results from both the room average and the individual sampling zones be compared to the existing limits, rather than only the room average as was required by the previous revision.

**Rationale for Change**

These changes are implemented in order to comply with the updated requirements of international standard ISO 14644-1:2015.

**Related Changes**

N/A

**Testing to Support the Change**

No testing is required to support this change. These updates increase the number of particulate samples collected during room monitoring and make the sampling requirements more stringent.

**Basis for Concluding Change Did Not Impact Safety or Effectiveness**

These updates increase the number of particulate samples collected during room monitoring and make the sampling requirements more stringent. Therefore, the updates have no impact on performance, safety or effectiveness of the commercial device.

| ReShape Medical | Annual Report to PMA P140012 for the *ReShape*® Integrated Dual Balloon System |
|---|---|
| CONFIDENTIAL | Page 12 of 26 |

| Manufacturing Change #6 | Type of Change |
|---|---|
| CO 2979 | Manufacturing |

**Description of Change**

This change updates the Catheter-Balloon Assembly manufacturing procedure (MP-0035) and corresponding Lot History Record (LHR 02-0028) to increase the inspection frequency for verification of proper fill tube insertion from AQL=1.0 to 100%. The change also clarifies the instructions in MP-0035 to better describe the fill tube insertion process.

**Rationale for Change**

This change is being implemented to reduce the potential for confusion on the part of manufacturing personnel and give QC personnel the opportunity to inspect every unit for proper fill tube insertion and orientation.

**Related Changes**

N/A

**Testing to Support the Change**

There is no testing required to support the change. The inspection procedure and acceptance criteria are unchanged. Only the frequency of inspection is increasing from AQL=1.0 to 100%.

**Basis for Concluding Change Did Not Impact Safety or Effectiveness**

There is no impact to the inspection procedure or acceptance criteria. Only the frequency of inspection is increasing from AQL=1.0 to 100%. Therefore, this change has no impact on the performance, safety, or effectiveness of the commercial product or processes.

| ReShape Medical | Annual Report to PMA P140012 for the *ReShape*® Integrated Dual Balloon System |
|---|---|
| CONFIDENTIAL | Page 13 of 26 |

| Manufacturing Change #7 | Type of Change |
|---|---|
| CO 2994 | Manufacturing |

**Description of Change**

This change adds visual guidelines to the balloon assembly process so that failures seen in production can be clearly identified.  The change releases the Balloon Assembly Visual Guidelines (VG-0003).  This guideline introduces a set of visual workmanship standards that operators and inspectors can use to make their determinations.  These visual guidelines only supplement the existing manufacturing and inspection procedures.  There is no impact to the existing defect categories or acceptance criteria.

**Rationale for Change**

Previously, there were no visual inspection guidelines for the balloon assembly.  This change updates the corresponding manufacturing procedures and inspection points with visual guidelines to clearly indicate what failure modes are not acceptable.

**Related Changes**

N/A

**Testing to Support the Change**

There is no testing required to support the change.  The change places limits on acceptable product by providing visual guidelines for inspectors and manufacturing operators to correctly determine failures and unacceptable material.

**Basis for Concluding Change Did Not Impact Safety or Effectiveness**

This change only implements manufacturing visual guidelines.  The change has no impact on the safety or effectiveness of the commercial product.

RESHAPE-146851

| ReShape Medical | Annual Report to PMA P140012 for the *ReShape®* Integrated Dual Balloon System |
|---|---|
| CONFIDENTIAL | Page 14 of 26 |

| Manufacturing Change #8 | Type of Change |
|---|---|
| CO 3176 | Manufacturing |

**Description of Change**

This change implements a new fill tube insertion fixture (T-0100) into the delivery catheter assembly procedure (MP-0035). The fill tube insertion fixture ensures that the two fill tubes of the delivery catheter are properly oriented such that they connect to the appropriate fill lumen of the balloon implant.

In properly assembled delivery catheters, the fill tube corresponding to the proximal balloon (balloon #1) is shorter than the fill tube corresponding to the distal balloon (balloon #2). The T-0100 fixture is used at the distal end of the delivery catheter. Proper alignment and positioning of the fixture is ensured through use of an assembly mandrel placed through the guidewire lumen of the fixture into the guidewire hole of the delivery catheter distal cap.

The T-0100 fixture has a distally-extended tube into which the longer (#2) delivery catheter fill tube is supposed to be inserted. If the shorter fill tube (#1) is mistakenly inserted into the #2 position, the delivery catheter fill tube will not extend far enough through the cap of the delivery catheter to be assembled at the proximal end.

An image of the T-0100 fixture is provided below. During use, the delivery catheter is positioned to the left of the fixture, connected to the green component. The distally-extended tube (blue) corresponds to the longer fill tube (#2). The short tube (pink) corresponds to the shorter fill tube (#1). The guidewire lumen is located immediately below and between the two fill tubes.



**Rationale for Change**

ReShape has received several complaints for fill tubes connecting to the incorrect balloon. While this has no impact to device or procedure safety or effectiveness, it does not align with the inflation sequence described in the product labeling. The T-0100 fixture ensures consistent orientation and assembly of the delivery catheter fill tubes.

**Related Changes**

N/A

**Testing to Support the Change**

The T-0100 tool was qualified through use in production builds of three commercial lots (30 units per lot). 20 samples from each lot (60 units total) were inspected for proper fill tube

| ReShape Medical | Annual Report to PMA P140012 for the *ReShape®* Integrated Dual Balloon System |
|---|---|
| CONFIDENTIAL | Page 15 of 26 |

alignment.  All 60 samples met the inspection requirements, with all fill tubes properly oriented and assembled.

**Basis for Concluding Change Did Not Impact Safety or Effectiveness**

The fill tube insertion fixture ensures that delivery catheter fill tubes are properly oriented and assembled.  The fill tube insertion fixture was verified to be effective through production of commercial assemblies.  Additionally, proper delivery catheter assembly continues to be verified in-process.  Therefore, introduction of the fill tube insertion fixture (T-0100) has no impact on performance, effectiveness, or safety of commercial product or processes.

RESHAPE-146853

| ReShape Medical | Annual Report to PMA P140012 for the *ReShape*® Integrated Dual Balloon System |
|---|---|
| CONFIDENTIAL | Page 16 of 26 |

| Manufacturing Change #9 | Type of Change |
|---|---|
| CO 3209 | Manufacturing |

**Description of Change**

This change updates the "Supplier Control," "Receiving," and "Acceptance Activities" standard operating procedures (SOP0022, SOP0023, and SOP0024 respectively) to incorporate provisions for dock-to-stock receipt of the following materials:

1. **Supplies:** non-inventory, stock materials, such as cleanroom supplies, lab supplies, office supplies, detergents, gloves, paper towels, etc. that do not require QC inspection and can be delivered directly to the point of use (e.g. storage or manufacturing). Supplies are considered "no risk" and may be provided by various distributors, such as VWR, McMaster-Carr, Amazon, etc.
2. **Off-the-Shelf Components:** non-inventory, supplier catalog materials that are considered "no risk" and may be provided from various distribution sources, such as CVS, Home Depot, etc.
3. **Low and Moderate Risk Components:** inventory materials where failures or nonconformities could not conceivably lead to patient death or serious injury, and for which sufficient downstream inspection points exist to provide necessary controls and detection points to ensure product quality and performance.

The dock-to-stock program does not apply to high risk components.

**Rationale for Change**

These changes are implemented to increase receiving inspection efficiency.

**Related Changes**

N/A

**Testing to Support the Change**

Qualification of materials to enter the dock-to-stock program are dependent on ReShape's risk classification. The dock-to-stock qualification requirements are as follows:

1. **Supplies** have no dock-to-stock qualification requirements and can be released directly to point of use.

2. **Off-the-Shelf Components** have no dock-to-stock qualification requirements and can be released directly to point of use.

3. **Low Risk Components** must have 10 consecutive deliveries meet all acceptance criteria of existing receiving inspection requirements. If at any point, a low risk component is found nonconforming in-process, the nonconformance will be addressed via a Vendor Corrective Action and, post-Vendor Corrective Action, the component may be re-qualified by having another 10 consecutive deliveries meet all acceptance criteria of existing receiving inspection requirements.

4. **Moderate Risk Components** must have 10 consecutive deliveries meet all acceptance criteria of existing receiving inspection requirements plus 5 additional consecutive deliveries meet reduced inspection requirements as defined in the individual inspection procedures. If at any point, a moderate risk component is found nonconforming in-process, the nonconformance will be addressed via a Vendor Corrective Action and, post-Vendor Corrective Action, the component may be re-qualified by having another 10 consecutive deliveries meet all acceptance criteria of

RESHAPE-146854

| ReShape Medical | Annual Report to PMA P140012 for the *ReShape*® Integrated Dual Balloon System |
|---|---|
| CONFIDENTIAL | Page 17 of 26 |

existing receiving inspection requirements plus 5 additional consecutive deliveries meeting reduced inspection requirements as defined in the individual inspection procedures.

**Basis for Concluding Change Did Not Impact Safety or Effectiveness**

There is no change to the fundamental manner in which the product is manufactured. The dock-to-stock receiving activities are only allowed after sufficient verification that the associated suppliers can supply materials that reliably meet requirements. Appropriate downstream inspections and detection points remain in place. Therefore, the updates have no impact on performance, safety or effectiveness of the commercial device.

RESHAPE-146855

| ReShape Medical | Annual Report to PMA P140012 for the *ReShape®* Integrated Dual Balloon System |
|---|---|
| **CONFIDENTIAL** | **Page 18 of 26** |

### 3.2.  Design Change Summaries

There were 5 reportable design changes during the reporting period of July 5, 2016 to July 5, 2017.  Change summaries are presented below for these design changes.

| **Design Change #1** | **Type of Change** |
|---|---|
| CO 2983 and CO 3182 | Design |

| **Description of Change** |
|---|
| The proximal ends of the two delivery catheter fill tubes are labeled with lanyards in the shape of the numbers "1" and "2" respectively.  The two numbers designate the inflation order of the corresponding balloon in the implant.  During clinical use, the lanyards remain outside of the patient at all times.  The lanyards are not implanted in the body, nor likely to contact body tissue or fluids.  An image of the #2 lanyard is provided below.  The original lanyard is supplied to ReShape as an injection molded, Pebax component.  This change implements an alternative lanyard (03-0346).  The alternative lanyard is punched from sheet stock and made of food grade urethane.  The requirements for lanyard dimensions, tensile strength, and visual characteristics are unchanged. |

| **Rationale for Change** |
|---|
| This change reduces product cost.  The original lanyards are injection molded and are more expensive than the alternative lanyard that is punched from sheet stock material. |

| **Related Changes** |
|---|
| N/A |

| **Testing to Support the Change** |
|---|
| There is no testing required to support the change.  The lanyard is not implanted in the body, nor is it likely to contact body tissue or fluids.  The alternative lanyard is made of food grade urethane.  The requirements for dimensions, tensile strength, and visual characteristics are unchanged. |

| **Basis for Concluding Change Did Not Impact Safety or Effectiveness** |
|---|
| The alternative lanyard is made of food grade urethane.  The lanyard is not implanted in the body, nor is it likely to contact body tissue or fluids.  Therefore, the change has no impact on performance, safety, or effectiveness of the commercial product. |

RESHAPE-146856

| Design Change #2 | Type of Change |
|---|---|
| CO 3047 | Design |

**Description of Change**

The balloon cover is a disposable silicone component that is used to hold the deflated balloon in place prior to use. Previously, the balloon cover was inspected to generic acceptance criteria that were not entirely appropriate for the disposable component. This change updates the drawing for the disposable balloon cover (03-0100) to specify which cosmetic defects are acceptable. Specifically, the change allows small bubbles in the balloon cover. This change also releases an inspection procedure that is specific to the balloon cover (IP-030100) for use during Receiving Inspection. An image of the balloon cover holding the wrapped balloon in place is provided below:



The balloon cover is produced by ReShape's supplier, Vesta, Inc. Vesta's existing acceptance criteria for material, dimensions, and visual characteristics of the balloon cover are unaffected by this change.

**Rationale for Change**

Prior to beginning the balloon insertion procedure, the physician removes the balloon cover and discards it. Previously, the disposable balloon cover was inspected to the same requirements for bubbles as the components of the actual implant. There is no need to inspect the disposable balloon cover to such rigorous requirements. This change aligns the inspection requirements with the function and corresponding risk of the disposable cover.

**Related Changes**

N/A

**Testing to Support the Change**

There is no testing required to support the change. The physician removes and discards the balloon cover before use and the component is never in contact with the patient. The requirements for material, dimensions, and visual characteristics are unchanged. This change only impacts the cosmetic appearance of the disposable component by allowing small bubbles in the silicone.

**Basis for Concluding Change Did Not Impact Safety or Effectiveness**

This change only impacts the cosmetic appearance of the disposable component by allowing small bubbles in the silicone. There is no change to the material or dimensional requirements and the disposable component has no other performance specifications. Therefore, the change has no impact on the safety or effectiveness of the commercial product.

RESHAPE-146857

| ReShape Medical | Annual Report to PMA P140012 for the *ReShape*® Integrated Dual Balloon System |
|---|---|
| CONFIDENTIAL | Page 20 of 26 |

| Design Change #3 | Type of Change |
|---|---|
| CO 3066, 3087 and 3098 | Design |

**Description of Change**

This change updates the shelf life of the catheter-balloon assembly portion of the ReShape Integrated Dual Balloon System from 12 months to 24 months.

**Rationale for Change**

This change increases product shelf life to allow for longer inventory storage times.

**Related Changes**

N/A

**Testing to Support the Change**

ReShape completed design verification testing and reliability testing on 24-month aged devices in accordance with the aging protocols approved in ReShape's original PMA (P140012). The product was accelerated aged to a 24-month shelf life and tested. All test results passed and met the same acceptance criteria as the testing that supported ReShape's 12-month shelf life described in the original PMA.

**Basis for Concluding Change Did Not Impact Safety or Effectiveness**

Per ReShape's PMA approval order (P140012) and FDA guidance, product shelf life can be extended via PMA annual report with passing test results completed per the approved aging protocols. ReShape completed 24-month shelf life testing in accordance with the aging protocols approved in ReShape's original PMA (P140012). All test results passed and met the same acceptance criteria as the testing that supported ReShape's 12-month shelf life described in the original PMA. Therefore, the change to a 24-month shelf life has no impact on performance, safety, or effectiveness of the commercial product.

RESHAPE-146858

| ReShape Medical | Annual Report to PMA P140012 for the *ReShape®* Integrated Dual Balloon System |
|---|---|
| CONFIDENTIAL | Page 21 of 26 |

| Design Change #4 | Type of Change |
|---|---|
| CO 3086, 3097 and 3243 | Design |

**Description of Change**

This change updates the shelf life of the ReShape Removal Catheter from 12 months to 36 months.

**Rationale for Change**

This change increases product shelf life to allow for longer inventory storage times.

**Related Changes**

N/A

**Testing to Support the Change**

ReShape completed design verification testing on 36-month aged devices in accordance with the aging protocol approved in ReShape's original PMA (P140012). The product was accelerated aged to a 36-month shelf life and tested. All test results passed and met the same acceptance criteria as the testing that supported ReShape's 12-month shelf life described in the original PMA.

**Basis for Concluding Change Did Not Impact Safety or Effectiveness**

Per ReShape's PMA approval order (P140012) and FDA guidance, product shelf life can be extended via PMA annual report with passing test results completed per an approved aging protocol. ReShape completed 36-month shelf life testing in accordance with the aging protocol approved in ReShape's original PMA (P140012). All test results passed and met the same acceptance criteria as the testing that supported ReShape's 12-month shelf life described in the original PMA. Therefore, the change to a 36-month shelf life has no impact on performance, safety, or effectiveness of the commercial product.

RESHAPE-146859

| ReShape Medical | Annual Report to PMA P140012 for the *ReShape*® Integrated Dual Balloon System |
|---|---|
| CONFIDENTIAL | Page 22 of 26 |

| Design Change #5 | Type of Change |
|---|---|
| CO 3117 & 3118 | Design |

**Description of Change**

Silicone adhesive is a component of the final product that is used to bond the molded and extruded silicone components of the device. This change adds specifications for silicone adhesive durometer and durometer stability where previously none existed. The durometer specification is Shore A 20-32, which aligns with the supplier's specification range issued on the Certificate of Conformity. The stability specification requires that three consecutive measurements must be taken showing durometers within the Shore A 20-32 range. These specifications are added to the silicone adhesive component drawing, the manufacturing Lot History Record, and the corresponding Quality Control inspection activities.

**Rationale for Change**

Previously, durometer measurements of the silicone adhesive were recorded, but not compared against any specification. This was recognized as a process risk. This change adds durometer and durometer stability specifications to the silicone adhesive drawing, the manufacturing Lot History Record, and the corresponding Quality Control inspection activities to ensure that durometer readings are reviewed against specifications.

**Related Changes**

N/A

**Testing to Support the Change**

There is no testing required to support the change. The change only adds component specifications and measurement requirements where previously none existed. The specification was selected based on the supplier's specification range issued on the Certificate of Conformity.

**Basis for Concluding Change Did Not Impact Safety or Effectiveness**

This change only adds specifications where previously none existed. Manufacturing process control is improved with the addition of these specifications and measurement requirements. Therefore, the change has no impact on the safety or effectiveness of the commercial product.

| ReShape Medical | Annual Report to PMA P140012 for the *ReShape*® Integrated Dual Balloon System |
|---|---|
| CONFIDENTIAL | Page 23 of 26 |

### 3.3.  Labeling Change Summaries

There were no reportable labeling changes during the reporting period.

RESHAPE-146861

| ○ ReShape Medical | Annual Report to PMA P140012 for the *ReShape*® Integrated Dual Balloon System |
|---|---|
| CONFIDENTIAL | Page 24 of 26 |

## 4. Information on Devices Shipped or Sold

During the reporting period from July 5, 2016 to July 5, 2017, ReShape shipped the following quantities of product to U.S. customers:

- 1946 ReShape Integrated Dual Balloons (RSM101 & RSM110)
- 1455 ReShape Removal Catheters (RSM210)
- 2200 ReShape Valve Sealant Assemblies (RSM900)

### 4.1.   Summary of Unique Device Identifiers (UDI)

| ReShape Catalog Number | Device Name | Device Identifier Portion of UDI | Status |
|---|---|---|---|
| RSM101 | *ReShape*® Integrated Dual Balloon System | B001RSM1011 | Active |
| RSM110 | *ReShape*® Integrated Dual Balloon System, Gen 1 | B001RSM1101 | Inactive |
| RSM210 | *ReShape*® Removal Catheter | B001RSM2101 | Active |
| RSM900 | *ReShape*® Valve Sealant | B001RSM9001 | Active |

RESHAPE-146862

# 5. Summary and Bibliography of Scientific Literature

## 5.1.    Summary of Literature Search

To evaluate the clinical performance and the risks associated with the use of ReShape Integrated Dual Balloon System; a search of the US National Library of Medicine Database using the PubMed search engine was conducted for the period of July 5, 2016 to June 15, 2017.  The database was accessed through the URL http://www.ncbi.nlm.nih.gov/pubmed. The search terms shown in the table below were used, yielding a given number of hits.

| Search Terms | Hits | Relevant Hits |
| --- | --- | --- |
| ReShape® Integrated Dual Balloon System | 0 | 0 |
| ReShape Duo® Integrated Dual Balloon System | 0 | 0 |
| ReShape® Integrated Dual Balloon Gen 1 | 0 | 0 |
| ReShape™ Integrated Dual Balloon System | 0 | 0 |
| ReShape Duo | 1 | 1 |
| Intragastric balloon catheter | 2 | 0 |
| ReShape non-surgical weight loss procedure | 0 | 0 |
| RSM100 | 0 | 0 |
| RSM101 | 0 | 0 |
| RSM110 | 0 | 0 |
| Intragastric balloon ulcer | 4 | 0 |

The search resulted in 7 citations found during the reporting period.  The abstracts of the identified publications were then screened and selected based on subject relevance.  Of the 7, 1 publication was found to be relevant.

The articles abstract is provided below for reviewer convenience.  The article did not raise risks of any new potential adverse effects during use.  ReShape is not aware of any unpublished studies that have been completed or that are currently underway, with the exception of the Post-Approval Study required by the approval order for PMA P140012.

RESHAPE-146863

| ReShape Medical | Annual Report to PMA P140012 for the *ReShape*® Integrated Dual Balloon System |
|---|---|
| CONFIDENTIAL | Page 26 of 26 |

## 5.2.  Bibliography

1) **Filling the Void: A Review of Intragastric Balloons for Obesity**

Dig Dis Sci. 2017 Jun;62(6):1399-1408.
Laing P., Pham T., Taylor L.J., Fang J.

**ABSTRACT:**
Endoscopic bariatric therapies are predicted to become much more widely used in North America for obese patients who are not candidates for bariatric surgery. Of all the endoscopic bariatric therapies, intragastric balloons (IGBs) have the greatest amount of clinical experience and published data supporting their use. Three IGBs are FDA approved and are now commercially available in the USA (Orbera, ReShape Duo, and Obalon) with others likely soon to follow. They are generally indicated for patients whose BMI ranges from 30 to 40 $mg/kg^2$ and who have failed to lose weight with diet and exercise. IGBs have been shown to be safe, effective, and relatively straightforward to place and remove. Accommodative symptoms commonly occur within the initial weeks post-placement; however, major complications are rare. Gastric ulceration can occur in up to 10% of patients, while balloon deflation with migration and bowel obstruction occurs in <1% of patients. The effectiveness of the Orbera and ReShape Duo IGBs ranges from 25 to 50% EWL (excess weight loss) after 6 months of therapy. The use of IGBs is likely to grow dramatically in the USA, and gastroenterologists and endoscopists should be familiar with their indications/contraindications, efficacy, placement/removal, and complications.

PMID: 28421456

RESHAPE-146864