```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA


PAUL VESOULIS                                      CIVIL ACTION


v.                                                 NO. 19-1795


RESHAPE LIFESCIENCES, INC.                         SECTION "F"
```

ORDER

Considering the parties' joint motion to continue the hearing on the defendant's motion for summary judgment as they await decision on the plaintiff's motion to compel and continue to expand and refine the record,

IT IS ORDERED: that the defendant's motion for summary judgment is DENIED WITHOUT PREJUDICE AS PREMATURE, and that the parties' joint motion to continue the hearing on the defendant's motion for summary judgment is DENIED AS MOOT.

New Orleans, Louisiana, September 16, 2020

_____
MARTIN L. C. FELDMAN
UNITED STATES DISTRICT JUDGE