UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| PAUL VESOULIS | CIVIL ACTION NO. 19-CV-01795-MLCF-DMD |
| | JUDGE MARTIN L.C. FELDMAN |
| VERSUS | |
| RESHAPE LIFESCIENCES, f/k/a ENTEROMEDICS INCORPORATED, ET AL | MAGISTRATE JUDGE DANA M. DOUGLAS |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

### **SUPPLEMENTAL MEMORANDUM IN SUPPORT OF MOTION TO COMPEL**

MAY IT PLEASE THE COURT:

On September 16, 2020 the Court denied ReShape Lifesciences, Inc.'s (ReShape) Motion for Summary Judgment as premature because this Motion to compel was pending. (Rec. Doc. 66). Plaintiff's opposition to that motion is at (Rec. Doc. 62, Ex.'s 62-1through19).

In the instant Motion to Compel plaintiff seeks to compel ReShape's FRCP Rule 30(b)(6) deposition and the disclosure of the addresses of witnesses ReShape has listed, particularly those of Mary Lou Mooney and Diane Begovich, such that they may be deposed.

This case involves two deaths involving ReShape duo intragastric balloons reported by ReShape to the FDA on April 8, 2016 and May 22, 2017, but admittedly not forwarded by ReShape to the treating physician, co-defendant, Dr. Thomas Lavin. (Rec. Doc. 62-5).  Plaintiff's balloons were inserted on July 27, 2017.

On August 10, 2017, the FDA issued a Dear Doctor letter disclosing deaths "related to potential complications associated with balloon treatment .... one esophageal perforation with the ReShape" balloon. (Rec. Doc. 62-14). On August 10, 2017, Mary Lou Mooney wrote to ReShape healthcare providers acknowledging a "death from sepsis secondary to esophageal perforation." (Rec. Doc. 62-15). Plaintiff contracted sepsis secondary to esophageal perforation.

ReShape's Instruction for Use (IFU) sent to Dr. Lavin May 18, 2017 required the treating physician "to discuss all possible complications and adverse events" (emphasis added) with the patient and states that "there were no deaths." (Rec. Doc. 62-12, p. 5, 7, ReShape 000006 & 000008). Plaintiff would not have undergone this purely elective procedure had he been advised of these prior deaths. (Rec. Doc. 62-4). Diane Begovich with ReShpe in an email of August 15, 2017 appears to attempt to place the obligation to warn of this risk on the treating physician. (Rec. Doc. 62-18). Exactly how a treating physician is to discuss adverse events known to ReShape but not made known by ReShape to him is unexplained.

Plaintiff submits that he is entitled to a FRCP rule 30(b)(6) deposition of ReShape and to depose listed witnesses. The discovery cutoff in this case is December 14, 2020. (Rec. Doc. 47).

The deposition of the plaintiff's FDA expert is currently set for October 13, 2020. The deposition of ReShape's expert is currently set for October 27, 2020. With ReShape's FRCP Rule 30(b)(6) and further witness depositions, supplemental depositions of these experts may be necessary and must be completed prior to December 14, 2020. Plaintiff respectfully submits that his Motion to Compel should be granted.

2

Respectfully submitted,

/s/*Franklin G. Shaw*
LEGER & SHAW
Franklin G. Shaw, Bar No. 01594
Walter J. Leger, Jr., Bar No. 88278
512 E. Boston St.
Covington, LA 70433
Telephone: 985-809-6625
Facsimile: 985-809-6626

## CERTIFICATE OF SERVICE

I hereby certified that a copy of the above and foregoing pleading has been served upon all counsel of record by using the CM/ECF filing system, this 6th day of October 2020.

*/s/Franklin G. Shaw*
Franklin G. Shaw