PAUL VESOULIS on 09/11/2020

```
 1                                                              08:09
              UNITED STATES DISTRICT COURT
 2
                EASTERN DISTRICT OF LOUISIANA
 3

 4

 5  PAUL VESOULIS                        )  CIVIL ACTION:
         Plaintiff,                      )  19-CV-01795-
 6                                       )  MLCF-DMD
    vs.                                  )  JUDGE: MARTIN
 7                                       )  L.C. FELDMAN
    RESHAPE LIFESCIENCES, f/k/a          )  MAGISTRATE:
 8  ENTEROMEDICS INCORPORATED            )  DANA M. DOUGLAS
         Defendant.                      )
 9  _____

10            DEPOSITION OF PAUL VESOULIS taken on

11  Friday, September 11, 2020 at or about 8:45 a.m.

12  via videoconference.

13

14

15  REPORTER:   KIMBERLY D. EDWARDS, CSR,
                Certified Court Reporter
16

17  APPEARANCES:

18  FOR PLAINTIFF:
                LEGER & SHAW
19              512 East Boston Street
                Covington, Louisiana 70433
20              (985) 809-6625
                Fshaw@legershaw.com
21              BY: FRANKLIN SHAW, ESQUIRE

22

23

24                                                    EXHIBIT
                                                         C
25
```

**EXHIBIT C**

PAUL VESOULIS on 09/11/2020

15

| | | |
|---|---|---|
| 1 | that had tried different things.  You know, | 09:00 |
| 2 | everything from bariatric surgery to the bands to | 09:00 |
| 3 | bypass and so forth.  And I had never really heard | 09:00 |
| 4 | of this procedure until Mr. Thomas had told me | 09:00 |
| 5 | about it. | 09:00 |
| 6 |        Q.    Had you ever inquired with any other | 09:00 |
| 7 | healthcare professional before you spoke with Dr. | 09:00 |
| 8 | Lavin about potential weight loss procedures of any | 09:00 |
| 9 | kind? | 09:00 |
| 10 |       A.    When I had learned about this | 09:00 |
| 11 | procedure, I spoke with my internist and my | 09:01 |
| 12 | orthopedic surgeon because I was anticipating a | 09:01 |
| 13 | knee surgery later in August and I wanted to make | 09:01 |
| 14 | sure it was okay with them that I went ahead and | 09:01 |
| 15 | did this. | 09:01 |
| 16 |       Q.    And I understand your answer.  I | 09:01 |
| 17 | appreciate it.  But I'm not sure it fully answers | 09:01 |
| 18 | my question.  Before your discussion with Dr. Lavin | 09:01 |
| 19 | about any sort of a weight loss procedure, had you | 09:01 |
| 20 | actually sought the advice of another healthcare | 09:01 |
| 21 | provider to have any sort of weight loss procedure | 09:01 |
| 22 | performed on you? | 09:01 |
| 23 |       A.    No.  No.  So the answer is no on that. | 09:01 |
| 24 |       Q.    Had you ever discussed with your | 09:01 |
| 25 | internist prior to your first conversation with Dr. | 09:01 |

```
 1   Lavin any method of weight loss?                            09:01
 2        A.    I had tried different things, of                 09:01
 3   course.  Everybody tries different diets whether            09:02
 4   it's the Miami or Atkins or whatever.                       09:02
 5        Q.    I understand.  But no discussions with           09:02
 6   your internist about potentially seeing a bariatric         09:02
 7   surgeon?                                                    09:02
 8        A.    No.                                              09:02
 9        Q.    And before you actually arrived in               09:02
10   Louisiana did you do any internet research on the           09:02
11   procedure that you anticipated having performed?            09:02
12        A.    I don't recall looking into it.  I               09:02
13   basically took it on recommendation and my                  09:02
14   conversation with Dr. Lavin.                                09:02
15        Q.    Do you at your office as a general               09:02
16   dentist subscribe to any online healthcare research         09:02
17   sites?                                                      09:02
18        A.    Yes.                                             09:02
19        Q.    Did you research any of those sites              09:02
20   regarding the procedure you anticipated having              09:02
21   performed?                                                  09:02
22        A.    No.                                              09:02
23        Q.    Would you have had access to research            09:03
24   on that particular procedure via your sites?                09:03
25        A.    That I'm not sure of because the sites           09:03
```

| | | |
|---|---|---|
| 1 | that I use are mostly for therapeutics and some of | 09:03 |
| 2 | the new drugs that are coming out and patients | 09:03 |
| 3 | coming in with new drugs.  And it's like okay, I | 09:03 |
| 4 | don't recognize this as being a typical one.  And | 09:03 |
| 5 | that's mainly what my extent of what I would be | 09:03 |
| 6 | looking for. | 09:03 |
| 7 |     Q.   What are the names of the subscriptions | 09:03 |
| 8 | that you have access to? | 09:03 |
| 9 |     A.   Like WebMD.  And then we have -- and | 09:03 |
| 10 | then if that doesn't give me specific enough | 09:03 |
| 11 | questions, then I'll call my pharmacist and I'll | 09:03 |
| 12 | ask him hey, is it something that's even newer | 09:03 |
| 13 | that's not even -- hasn't even hit that site. | 09:03 |
| 14 |     Q.   What's your internist's name? | 09:03 |
| 15 |     A.   David Grossman. | 09:03 |
| 16 |     Q.   Is he a personal friend of yours? | 09:04 |
| 17 |     A.   I have known him for 30 something | 09:04 |
| 18 | years.  So yes, I would probably say he's a friend | 09:04 |
| 19 | of mine. | 09:04 |
| 20 |     Q.   Do you socialize with him? | 09:04 |
| 21 |     A.   Socialize with him, very rarely. | 09:04 |
| 22 |     Q.   Do you socialize with any physicians? | 09:04 |
| 23 |     A.   With any physicians, no. | 09:04 |
| 24 |     Q.   Any other family members who are | 09:04 |
| 25 | physicians? | 09:04 |

| | | | |
|---|---|---|---|
| 1 | A. | My older brother. | 09:04 |
| 2 | Q. | In what specialty does he practice? | 09:04 |
| 3 | A. | He's a pathologist. | 09:04 |
| 4 | Q. | Did you have any conversations with | 09:04 |
| 5 | your brother regarding the procedure that you | | 09:04 |
| 6 | anticipated Dr. Lavin performing before you had | | 09:04 |
| 7 | that procedure? | | 09:04 |
| 8 | A. | No. | 09:04 |
| 9 | Q. | Where does your brother practice? | 09:04 |
| 10 | A. | He's retired. | 09:04 |
| 11 | Q. | Where did he practice? | 09:04 |
| 12 | A. | He practiced in a few different areas. | 09:04 |
| 13 | In Hudson, Ohio and then New York and in Illinois. | | 09:04 |
| 14 | Q. | Doctor, before July of 2017 had you | 09:04 |
| 15 | ever had an upper endoscopy performed? | | 09:05 |
| 16 | A. | Not that I recall. I've had lower. | 09:05 |
| 17 | I've had colonoscopies. I don't recall uppers. | | 09:05 |
| 18 | Q. | And that would have been my next | 09:05 |
| 19 | question. So you have had colonoscopies prior to | | 09:05 |
| 20 | July 2017? | | 09:05 |
| 21 | A. | That's correct. | 09:05 |
| 22 | Q. | On how many occasions? | 09:05 |
| 23 | A. | Well, we have a familial history so I | 09:05 |
| 24 | was on the 3 to 5-year plan. So since my first one | | 09:05 |
| 25 | I have -- I probably have had 4 or 5 colonoscopies | | 09:05 |

| | | |
|---|---|---|
| 1 | A.   I specifically asked him, I said this | 09:16 |
| 2 | is a pretty benign, safe procedure.  Yes.  It's a | 09:16 |
| 3 | simple scope, insert the balloons, inflate them and | 09:16 |
| 4 | pull the tube out and you're good to go. | 09:16 |
| 5 | Q.   And in fact was your experience just | 09:16 |
| 6 | that? | 09:16 |
| 7 | A.   The night after the balloons were put | 09:16 |
| 8 | in I did have some issues with some vomiting and so | 09:16 |
| 9 | forth where I had to -- I ended up staying.  I | 09:16 |
| 10 | ended up not going back to Toledo.  I ended up | 09:16 |
| 11 | staying.  And I had to go in and he sent his nurse | 09:16 |
| 12 | in to give me some I.V. fluids because they were | 09:16 |
| 13 | afraid I was becoming too dehydrated. | 09:17 |
| 14 | Q.   Were you aware before you had the | 09:17 |
| 15 | procedure that postplacement vomiting was a known | 09:17 |
| 16 | complication or risk? | 09:17 |
| 17 | A.   I wasn't aware of it, but when I went | 09:17 |
| 18 | back and read the consent form I saw that it was on | 09:17 |
| 19 | there.  It was nothing that -- it was pretty | 09:17 |
| 20 | simple.  It gave you a sense of fullness.  He | 09:17 |
| 21 | explained to me that it made me feel full so you | 09:17 |
| 22 | don't want to eat.  That's the whole premise behind | 09:17 |
| 23 | it. | 09:17 |
| 24 | Q.   Did you read the consent form before | 09:17 |
| 25 | you executed it? | 09:17 |

| | | |
|---|---|---|
| 1 | A. | I skimmed it. I can honestly say I probably didn't read it word for word. | 09:17 |
| 3 | Q. | You use consent forms in your practice I think you mentioned, Doctor? | 09:17 |
| 5 | A. | Yes. | 09:17 |
| 6 | Q. | How long are they? | 09:17 |
| 7 | A. | Probably a page, page and a half. | 09:17 |
| 8 | Q. | Do you review those with your patients each time that they are signed? | 09:18 |
| 10 | A. | I can't say that I do the whole time. Whether I do or whether my staff does. You know, basically it's signed, and I'm not so sure if it's more of clerical thing versus discussing it. It also depends on the procedure. | 09:18 |
| 15 | Q. | Well, that was going to be my next question. For what procedures do you actually need your patients to sign an informed consent? | 09:18 |
| 18 | A. | Well, as a general rule my consent form is pretty broad that they are consenting to dental treatment. If I'm doing a surgical procedure where I'm actually removing wisdom teeth, then it's a little bit more involved. | 09:18 |
| 23 | Q. | The consent form is more involved? | 09:18 |
| 24 | A. | It's a little bit more involved. Yes. And my discussion with them about complications | 09:18 |

```
 1   that can occur.                                        09:19
 2         Q.    Let me break that into two different       09:19
 3   things.  I want to make sure I understand.  In a       09:19
 4   surgical procedure such as removal of wisdom teeth,    09:19
 5   which begs the question, is removal of wisdom teeth    09:19
 6   the only surgical procedure you perform?               09:19
 7         A.    Well, extractions would be the only        09:19
 8   thing that's considered a surgical procedure.          09:19
 9         Q.    So whether it be wisdom teeth or any       09:19
10   other tooth?                                           09:19
11         A.    That's correct.                            09:19
12         Q.    So when you have a patient that needs      09:19
13   an extraction is there a different informed consent    09:19
14   form that you use with that patient versus just a      09:19
15   more simple procedure?                                 09:19
16         A.    No.  It's the same generalized consent     09:19
17   form but I just reinforce it a little bit more.        09:19
18         Q.    So no matter what the procedure, the       09:19
19   form is the same.  When you have an extraction         09:19
20   patient you spend a little more time discussing the    09:19
21   risks and/or complications?                            09:19
22         A.    Yes.  Depending on the extraction.         09:19
23         Q.    What would change your discussion based    09:20
24   on the type of extraction?                             09:20
25         A.    Well, it depends on the location of the    09:20
```

| | | |
|---|---|---|
| 1 | Q. More than five? | 10:30 |
| 2 | A. I don't recall the exact number. But I | 10:30 |
| 3 | was alarmed. That was alarming that there were any | 10:30 |
| 4 | deaths with it. And if there were, then I probably | 10:30 |
| 5 | would not have had the procedure done because I was | 10:30 |
| 6 | told that it was not a -- it was such a lame | 10:30 |
| 7 | procedure that I probably would not have done if I | 10:30 |
| 8 | had known that there was a death associated with | 10:31 |
| 9 | it. | 10:31 |
| 10 | Q. Who told you that it was, what did you | 10:31 |
| 11 | say, a lame procedure? | 10:31 |
| 12 | A. I was told by Dr. Lavin that it was | 10:31 |
| 13 | such an easy procedure that it's like weight loss | 10:31 |
| 14 | 101 for dummies and that it's so noninvasive and so | 10:31 |
| 15 | nonriskful that nothing bad happens. | 10:31 |
| 16 | Q. Before your procedure, before you had | 10:31 |
| 17 | it, did you reach out in any way to ReShape? | 10:31 |
| 18 | A. No. | 10:31 |
| 19 | Q. Okay. You said before you don't think | 10:31 |
| 20 | you looked at their website; is that right? | 10:31 |
| 21 | A. I don't recall. | 10:31 |
| 22 | Q. Before your procedure do you remember | 10:31 |
| 23 | receiving any marketing materials about the | 10:31 |
| 24 | balloon? | 10:32 |
| 25 | A. You mean just like inadvertently? No. | 10:32 |

|   |   |   |   |
|---|---|---|---|
| 1 | Nothing. | | 10:32 |
| 2 | Q. Or even anything from Dr. Lavin? | | 10:32 |
| 3 | Anything at all? | | 10:32 |
| 4 | A. No. | | 10:32 |
| 5 | Q. I mean like a brochure, an e-mail? | | 10:32 |
| 6 | A. No. | | 10:32 |
| 7 | Q. Okay. We talked a little bit about | | 10:32 |
| 8 | your dental practice and the fact that you use | | 10:32 |
| 9 | consent forms in your practice, right? | | 10:32 |
| 10 | A. Yes. | | 10:32 |
| 11 | Q. Okay. And you said your consent | | 10:32 |
| 12 | form -- well, first of all, what are the things | | 10:32 |
| 13 | that are on the consent form? The risks that are | | 10:32 |
| 14 | identified? | | 10:32 |
| 15 | A. The risk that there could be abnormal | | 10:32 |
| 16 | bleeding, paraesthesia, allergic reaction. | | 10:32 |
| 17 | Q. Infection? | | 10:32 |
| 18 | A. Well, I treat infections. I don't | | 10:32 |
| 19 | cause infections. But there's a chance of getting | | 10:32 |
| 20 | an infection, yes. | | 10:32 |
| 21 | Q. Do you know if your consent form | | 10:32 |
| 22 | includes that? | | 10:33 |
| 23 | A. Not offhand. I'm assuming it does. | | 10:33 |
| 24 | It's a standard American Dental Association consent | | 10:33 |
| 25 | form. | | 10:33 |