

January 15, 2019

Megan Gatski, PhD
CDRH Signal Management
10903 New Hampshire Ave
Silver Spring, MD 20903

Re: FDA Request for Information: Liquid-filled Intragastric Balloon Systems

Dear Dr. Gatski,

The following information responds to FDA's requests for updated US and Global adverse event rates for the ReShape Integrated Dual Balloon System received via an e-mail dated December 14, 2018. The table provided below provides a direct comparison of the rates published in our current IFU, Rev J (approve as P1400192/S13) to the current rates based data collected through December 31, 2018.

| Event | | Reshape IFU Rev J Occurrence Rate, % | | | New Rates as of 12/31/18 Occurrence Rate, % | |
|---|---|---|---|---|---|---|
| | n | Global (n=5142) | US (N=4759) | n | Global (n=5974) | US (n=5332) |
| Gastric Perforation | 8 | 0.16 | 0.17 | 9 | 0.15 | 0.17 |
| Pancreatitis | 7 | 0.14 | 0.15 | 8 | 0.13 | 0.15 |
| Gastric Outlet Obstruction | 7 | 0.14 | 0.15 | 7 | 0.12 | 0.13 |
| Death | 3 | 0.06 | 0.06 | 3 | 0.05 | 0.06 |
| Esophageal Perforation | 2 | 0.04 | 0.04 | 2 | 0.03 | 0.04 |
| Balloon Hyperinflation | 2 | 0.04 | 0.04 | 2 | 0.03 | 0.04 |
| Aspiration | 2 | 0.04 | 0.04 | 3 | 0.05 | 0.06 |
| Balloon Deflations | | | | | | |
|     Bowel Obstruction | 1 | 0.02 | 0.02 | 1 | 0.02 | 0.02 |
|     Migration | 1 | 0.02 | 0.02 | 2 | 0.03 | 0.04 |
| Ulcers requiring intervention | | From Pivotal Study | | | Commercial Rates | |
| | 2 | N/A | 0.80 | 16 | 0.27 | 0.30 |

At this time, ReShape Lifesciences does not intend to revise the physician or patient labeling given that the rate changes are very small, but will adjust this plan if our ongoing monitoring program detects a significant rate change. If you have any further questions or require any additional information, please contact me.

Sincerely,

*Deborah L Schmalz*

Deborah Schmalz
Vice President of Regulatory Affairs, Clinical Research and Compliance

Cc: Laura LaBeouf, VP of Quality, Regulatory, and Clinical, Apollo Endosurgery

CONFIDENTIAL Page 1 of 1



RESHAPE-071936