UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

PAUL VESOULIS                                    CIVIL ACTION 19-1795

VERSUS                                           JUDGE FELDMAN

RESHAPE LIFESCIENCES INC.                        MAGISTRATE JUDGE DOUGLAS

**DEFENDANT, RESHAPE LIFESCIENCES, INC.'S
<u>MOTION TO QUASH SUBPOENA</u>**

NOW INTO COURT, through undersigned counsel, comes Defendant, Reshape
Lifesciences, Inc. f/k/a Enteromedics Incorporated, moves for an Order quashing the premature
and unduly burdensome subpoena issued on October 22, 2020, and served on November 2, 2020,
by Plaintiff, Dr. Paul Vesoulis, to ReShape Lifesciences Inc.

The subpoena sets ReShape's corporate deposition to occur on November 20, 2020. As
discussed more fully in the accompanying Memorandum in Support, this deposition is the subject
of a Motion to Compel that was filed by plaintiff and opposed by ReShape; however, rather than
await the Court's ruling, plaintiff unilaterally selected a date and time and served ReShape with a
subpoena. For the reasons set forth in its Memorandum in Opposition to Motion to Compel and in
its Motion for Summary Judgment, ReShape seeks an Order quashing the subpoena served upon
it by Dr. Vesoulis.

In support of this Motion, ReShape attaches the Subpoena to ReShape Lifesciences Inc.
dated 10/22/20, attached hereto as Exhibit A and incorporates the Memoranda in Opposition to
Motion to Compel (R. Doc. 56, 62) and Motion for Summary Judgment (R. Doc. 54) as if copied
*in extensor*.

WHEREFORE, ReShape Lifesciences, Inc. f/k/a Enteromedics Incorporated requests that
this Court grant its Motion to Quash, and quash the subpoena at issue.

Respectfully submitted,

/s/Tucker T. Bohren
RACHEL G. WEBRE (26907)
TUCKER T. BOHREN (37039)
GIEGER, LABORDE & LAPEROUSE, L.L.C
701 Poydras Street, Suite 4800
New Orleans, Louisiana 70139-4800
Telephone:     (504) 561-0400
Facsimile:     (504) 561-1011
*Counsel for Defendant, ReShape Lifesciences Incorporated f/k/a Enteromedics Incorporated*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleadings has been electronically filed this date and delivered to all counsel of record by Notice of Electronic Filing from the Court, by depositing a copy of same in the United States mail, first class postage prepaid and properly addressed, by hand delivery, via facsimile transmission or via electronic mail from the undersigned counsel, this 4th day of November, 2020.

/s/Tucker T. Bohren

2