UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| PAUL VESOULIS | CIVIL ACTION 19-1795 |
| VERSUS | JUDGE FELDMAN |
| RESHAPE LIFESCIENCES INC. | MAGISTRATE JUDGE DOUGLAS |

### ORDER ON DEFENDANT RESHAPE LIFESCIENCES, INC.'S MOTION TO QUASH SUBPOENA

After considering Defendant Reshape Lifesciences, Inc.'s Motion to Quash the subpoena and the response, it is Ordered that the Court GRANTS the motion to Quash Subpoena of Plaintiff;

_____
U.S. DISTRICT JUDGE


APPROVED & ENTRY REQUESTED:

/s/Tucker T. Bohren