UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

PAUL VESOULIS                              CIVIL ACTION 19-1795

VERSUS                                     JUDGE FELDMAN

RESHAPE LIFESCIENCES INC.                  MAGISTRATE JUDGE DOUGLAS

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that the Motion to Quash Subpoena filed on behalf of ReShape

Lifesciences, Inc. f/k/a Enteromedics Incorporated, is hereby set for submission on November 25,

2020 before the Honorable Dana M. Douglas, United States District Magistrate Judge, United

States District Court for the Eastern District of Louisiana, 500 Camp Street, New Orleans,

Louisiana.

Respectfully submitted,

*/s/Tucker T. Bohren*
RACHEL G. WEBRE (26907)
TUCKER T. BOHREN (37039)
GIEGER, LABORDE & LAPEROUSE, L.L.C
701 Poydras Street, Suite 4800
New Orleans, Louisiana 70139-4800
Telephone:      (504) 561-0400
Facsimile:      (504) 561-1011
*Counsel for Defendant, ReShape Lifesciences*
*Incorporated f/k/a Enteromedics Incorporated*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleadings has been electronically
filed this date and delivered to all counsel of record by Notice of Electronic Filing from the
Court, by depositing a copy of same in the United States mail, first class postage prepaid and
properly addressed, by hand delivery, via facsimile transmission or via electronic mail from the
undersigned counsel, this 4th day of November, 2020.

*/s/Tucker T. Bohren*