Page 40

1  perforation, it would have no bearing on this
2  particular case, given that the balloon had
3  already been placed.  It needs to be removed
4  at some point over the next six months
5  regardless of what warnings were coming out.
6  So that would have no bearing whatsoever on
7  the care that we would give this plaintiff.
8        Q     Are you familiar with the condition
9  called sepsis?
10       A     Yes.
11       Q     What is sepsis?
12       A     Is this a quiz on medical
13 terminology?  You want me to get out the
14 Webster, like you wanted to earlier?
15       Q     Well, I guess I could look it up
16 on --
17       A     Are you asking me to be an expert
18 on sepsis?
19       Q     Can sepsis be caused -- well, I'll
20 go ahead and won't state it in steps, okay.
21 Sepsis can be secondary to an esophageal
22 perforation, can it not?
23            MR. POIRIER:
24                Object to the form.
25            THE WITNESS:

Page 41

```
 1              It could lead to sepsis.
 2   EXAMINATION BY MR. SHAW:
 3        Q     And if somebody died from sepsis,
 4   secondary to esophageal perforation, and it
 5   occurred before the placement of Mr. Vesoulis'
 6   balloon, would you expect that either the
 7   manufacturer tell the doctor, so that the
 8   doctor can tell the patient that there had
 9   been this adverse event, before the placement
10   of his balloon, so that he could take that
11   into account?
12              MR. BOHREN:
13                   Object to the form.
14              MR. POIRIER:
15                   Object to the form.
16              THE WITNESS:
17                   There's all kinds of adverse
18         events that occur, and every single
19         event has different presenting factors,
20         and under no circumstances is every
21         single event discussed with patients
22         before each procedure.
23                   And from my own extensive
24         experience -- and I have much more
25         experience than either your expert
```