Thomas E. Lavin, M.D., FACS
Paul Vesoulis v. Reshape Lifesciences, et al

Page 58

```
 1           But once again, it was above the
 2   peritoneal reflection, so it was in a different
 3   cavity in the body, so it wasn't like, "Ah, I'm
 4   just being lazy.  I'm not going to look up
 5   there."
 6           You're opening a different cavity in
 7   the body to look into a different cavity, that
 8   cavity being the mediastinum, and we felt it was
 9   completely unwarranted once we placed the NG and
10   the NG tube and the stomach became decompressed
11   and the patient, you know, turned around so
12   quickly and looked great over that night and the
13   next morning.
14      Q    You would have to open the
15   mediastinum surgically?
16      A    Absolutely.  You can't see the
17   mediastinum from the abdominal cavity.  I mean,
18   these are anatomic areas that might be hard to
19   understand.
20      Q    But you can see the esophageal tear,
21   can you not, from the interior of the esophagus?
22      A    From the interior of the esophagus,
23   if it's a big tear, it's going to be easy to
24   see.  A small tear, two millimeters, is going to
25   be very difficult to see.  It's not that you
```

Professional Shorthand Reporters, Inc.
Offices in New Orleans and Baton Rouge


EXHIBIT B

1-800-536-5255
www.psrdocs.com

Thomas E. Lavin, M.D., FACS
Paul Vesoulis v. Reshape Lifesciences, et al

Page 59

1 can't see it, but we did not see it.
2    Q    So you can see it, but you guys just
3 did not on 1-11-18?
4    A    When we did the endoscopy, we did not
5 see that two-millimeter perforation. And once
6 again, we found it later. It was right at the
7 gastroesophageal junction, so that's a tight,
8 difficult area to visualize.
9    Q    But you can see it on a CT scan,
10 correct?
11    A    On a CT scan, you can definitely see
12 that area.
13    Q    The removal procedure was in the
14 morning of the 11th; is that right?
15    A    Yes. It was probably mid-morning,
16 between 10:00 and 11:00.
17    Q    All right. I notice that your date
18 of birth was the 11th of January, as well; is
19 that correct?
20    A    That is correct.
21    Q    So after the removal of the balloons
22 from Mr. Vesoulis, what did you do?
23    A    I have no recollection, but I always
24 work on my birthday.
25    Q    And what time was the laparoscopic

Professional Shorthand Reporters, Inc.
Offices in New Orleans and Baton Rouge
1-800-536-5255
www.psrdocs.com