```
 1   advised Paul Vesoulis of the deaths, or death, by       09:41
 2   esophageal tear as reported by the FDA, end quote.      09:41
 3              Do you know anybody that died from this      09:42
 4   procedure?                                              09:42
 5        A.    Do I know anybody that died, no.  But I      09:42
 6   have found out subsequently that there were deaths      09:42
 7   associated with it.                                     09:42
 8        Q.    Do you know when those deaths occurred?      09:42
 9        A.    I'm sure that I read it, but I couldn't      09:42
10   tell you when.  But I was never advised that there      09:42
11   were any deaths that had occurred.                      09:42
12        Q.    When you say you were never advised          09:42
13   that any deaths had occurred, when do you mean?         09:42
14        A.    When?  In the conversation before we         09:42
15   put the balloons in.  Have there been any adverse       09:42
16   occurrences, is this something safe, are you sure.      09:42
17   Piece of cake.  Never a problem.  If there is a         09:42
18   problem, we take the balloons out.  Death was never     09:42
19   even mentioned that it was a possibility.               09:42
20        Q.    But it was mentioned in your consent         09:43
21   forms in 2017, wasn't it?                               09:43
22        BY MR. SHAW:                                       09:43
23              Object to form.                              09:43
24        BY THE WITNESS:                                    09:43
25              Yeah.  But it is when you get on an          09:43
```

| | | |
|---|---|---|
| 1 | I thought the one consent form said 1 | 10:58 |
| 2 | in 10,000, if I'm referring to the right part | 10:58 |
| 3 | of it.  But that was on the retrievable part, | 10:58 |
| 4 | not on the front end part of it. | 10:58 |
| 5 | BY MS. WEBRE: | 10:58 |
| 6 | Q.    Okay.  Is it more than 1 in 10,000? | 10:58 |
| 7 | A.    I think it is. | 10:58 |
| 8 | Q.    Okay.  What is it? | 10:59 |
| 9 | BY MR. SHAW: | 10:59 |
| 10 | Object to the form. | 10:59 |
| 11 | BY THE WITNESS: | 10:59 |
| 12 | I don't know what it is, but I think it | 10:59 |
| 13 | is more. | 10:59 |
| 14 | BY MS. WEBRE: | 10:59 |
| 15 | Q.    You testified earlier that if you had | 10:59 |
| 16 | known there had been deaths associated with the | 10:59 |
| 17 | product, that you wouldn't have had the procedure, | 10:59 |
| 18 | correct? | 10:59 |
| 19 | A.    That's correct. | 10:59 |
| 20 | Q.    But the consent form you signed, four | 10:59 |
| 21 | consent forms in fact, list death as a risk.  Is | 10:59 |
| 22 | that correct? | 10:59 |
| 23 | BY MR. SHAW: | 10:59 |
| 24 | Object to the form. | 10:59 |
| 25 | BY MS. WEBRE: | 10:59 |