# LEGER & SHAW

ATTORNEYS AND COUNSELORS

WALTER J. LEGER, JR. *
FRANKLIN G. SHAW *
WALTER J. LEGER III
CHRISTINE SEVIN FAYARD
MATTHEW S. LANDRY
BRIGID E. COLLINS

OF COUNSEL
WILLIAM S. POOLE, JR. **
CRAIG H. STEWART

*A PROFESSIONAL LAW CORPORATION
** ALSO ADMITTED TO ALABAMA BAR

512 EAST BOSTON STREET
COVINGTON, LOUISIANA 70433

TELEPHONE (985) 809-6625
(888) 708-8950
FACSIMILE (985)809-6626

WWW.LEGERSHAW.COM

NEW ORLEANS

NEW ORLEANS EXCHANGE CENTER
935 GRAVIER STREET, SUITE 2150
NEW ORLEANS, LOUISIANA 70112
TELEPHONE: (504)588-9043
FACSIMILE: (504)588-9980

HOUMA OFFICE

627 SCHOOL STREET
HOUMA, LOUISIANA 70360
TELEPHONE: (985) 223-2000
FACSIMILE: (985) 223-6288

September 18, 2020

*Via E-mail and U.S. Mail*

Rachel Webre
Gieger, LaBorde & Laperouse, L.L.C.
One Shell Square
701 Poydras Street, Suite 4800
New Orleans, LA 70139-4800

RE: PAUL VESOULIS vs. Reshape Lifesciences, f/k/a Enteromedics Inc., et al
USDC/EDLA Civil Action No.: 19-CV-01795-MLCF-DMD
Our File No.: 31901

Dear Ms. Webre:

Enclosed please find Interrogatories and Request for Production of Documents in the above referenced matter. Please answer within the delays allowed by law.

Should you have any questions please do not hesitate to contact our office. With kind regards, I remain

Yours truly,

Franklin G. Shaw

/tsf
Enclosure
cc: Aldric C. Poirier, Jr., Esq. (via email only)


EXHIBIT D

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

PAUL VESOULIS

CIVIL ACTION NO. 19-CV-01795-MLCF-DMD

VERSUS

JUDGE MARTIN L.C. FELDMAN

RESHAPE LIFESCIENCES,
f/k/a ENTEROMEDICS
INCORPORATED, ET AL

MAGISTRATE JUDGE DANA M. DOUGLAS

*********************************************************************

## INTERROGATORIES

NOW INTO COURT through undersigned counsel comes Paul Vesoulis, and hereby propounds the following Interrogatories to defendants, ReShape Lifesciences, f/k/a Enteromedics Incorporated to be answered in writing and under oath, within thirty (30) days after service hereof, according to the applicable provisions of the Federal Rules of Civil Procedure.

### INTERROGATORY NO. 1:

Please list all communications (electronic email, letters, tests, telephone, etc.) between ReShape, its agents, servants or employees and the FDA or healthcare providers regarding in any manner the ReShape Duo Intragastric Balloon Weight Loss device from February 9, 2017 to July 27, 2017.

### INTERROGATORY NO. 2:

Please state the names, addresses and phone numbers of all persons redacted in the ReShape Complaint file, ReShape Bates #'s ReShape 071916-071924.

### INTERROGATORY NO. 3:

Please describe in as much detail as possible exactly how ReShape continued to work with the FDA regarding the ReShape Duo Intrgastric Balloons from February 9, 2017 to July 27, 2017.

**PLEASE TAKE NOTICE** that, pursuant to Fed. R. Civ. P. 26(b)(2), if you claim that any information, document, or thing sought or requested is privileged, protected by the work product doctrine, or otherwise not discoverable, please describe the nature of the documents, communications, or things not produced or disclosed in a manner that will enable Plaintiff to assess the applicability of the privilege or protection, including the legal and factual basis for withholding the requested discovery.

Respectfully submitted,

_____
Franklin G. Shaw, La. Bar No. 015
Walter J. Leger, Jr., La. Bar No. 08278
Walter J. Leger, III, La. Bar No. 28656
LEGER & SHAW
512 East Boston Street
Covington, Louisiana 70433
Telephone: (985)809-6625
Facsimile:   (985)809-6626

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the above and foregoing pleading has been served on all counsel of record to this proceeding by facsimile, e-mail and/or by placing same in the U.S. mail, postage prepaid and properly addressed this \_\_18\_\_ day of September 2020.

_____
**FRANKLIN G. SHAW**

2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

PAUL VESOULIS

CIVIL ACTION NO. 19-CV-01795-MLCF-DMD

VERSUS

JUDGE MARTIN L.C. FELDMAN

RESHAPE LIFESCIENCES,
f/k/a ENTEROMEDICS
INCORPORATED, ET AL

MAGISTRATE JUDGE DANA M. DOUGLAS

*************************************************************************

## REQUESTS FOR PRODUCTION OF DOCUMENTS

**NOW INTO COURT** through undersigned counsel comes Paul Vesoulis, and hereby propounds the following Requests for Production of Documents to defendant, ReShape Lifesciences, f/k/a Enteromedics Incorporated to be answered in writing and under oath, within thirty (30) days after service hereof, according to the applicable provisions of the Federal Rules of Civil Procedure.

## REQUEST FOR PRODUCTION NO. 1:

Please produce all communications (electronic emails, letter, text messages, etc.) between ReShape, its agents, servants or employees and the FDA or healthcare providers regarding in any manner the ReShape Duo Intragastric Balloon Weight Loss device from February 9, 2017 to July 27, 2017.

**PLEASE TAKE NOTICE** that, pursuant to Fed. R. Civ. P. 26(b)(2), if you claim that any information, document, or thing sought or requested is privileged, protected by the work product doctrine, or otherwise not discoverable, please describe the nature of the documents, communications, or things not produced or disclosed in a manner that will enable Plaintiff to assess

the applicability of the privilege or protection, including the legal and factual basis for withholding the requested discovery.

Respectfully submitted,

*[signature]*

Franklin G. Shaw, La. Bar No. 015
Walter J. Leger, Jr., La. Bar No. 08278
Walter J. Leger, III, La. Bar No. 28656
LEGER & SHAW
512 East Boston Street
Covington, Louisiana 70433
Telephone: (985)809-6625
Facsimile:   (985)809-6626

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the above and foregoing pleading has been served on all counsel of record to this proceeding by facsimile, e-mail and/or by placing same in the U.S. mail, postage prepaid and properly addressed this __18__ day of September 2020.

*[signature]*

FRANKLIN G. SHAW

2