# Terry Fishel

**From:** Frank Shaw
**Sent:** Tuesday, November 17, 2020 10:44 AM
**To:** Terry Fishel
**Subject:** FW: Vesoulis
**Attachments:** 20201026111007552.pdf

---

**From:** Frank Shaw
**Sent:** Monday, October 26, 2020 10:52 AM
**To:** 'Rachel Webre'
**Cc:** 'apoirier@bluewilliams.com' (apoirier@bluewilliams.com); Kelly M. Brian (kbrian@bluewilliams.com); Terry Fishel
**Subject:** RE: Vesoulis

Rachel,

    This will confirm our FRCP Rile 37.1 conference by telephone this morning. It is my understanding that Reshape will provide responses to our September 18, 2020 Interrogatories (three in number) and Requests for Production (one in number) and that if no responses are received in two (2) weeks, or by November 9, 2020 we will speak again. I understand that Reshape is no longer a viable separate entity and that you have been retained by its insurer to provide a defense, and on top of this the point person for rounding up responses is out on maternity leave until January, 2021. I have tried to narrow the requests for information as much as possible limiting the time frame to February 9, 2017 to July, 27, 2017 which is the date Vesoulis had his balloons implanted.

    On another note, we agree that if additional time is needed for discovery that should be raised at the Scheduling Conference this Wednesday.

    I have not received a response to my Request for Production form August 11, 2020 which is attached for reference. Please include that Request for Informed Consents (PAS study and non-study) when responses are requested.

Frank Shaw
Franklin G. Shaw
LEGER & SHAW
512 E. Boston St.
Covington, LA 70433
(985) 809-6625
FAX (985) 809-6626

---

**From:** Rachel Webre [mailto:rwebre@glllaw.com]
**Sent:** Monday, October 26, 2020 10:14 AM
**To:** Frank Shaw
**Subject:** RE: Vesoulis

Are you calling me? I am around all day, though have several conferences scheduled. Call me if you want to discuss.



**From:** Frank Shaw <fshaw@legershaw.com>
**Sent:** Wednesday, October 21, 2020 4:26 PM
**To:** Rachel Webre <rwebre@glllaw.com>
**Subject:** RE: Vesoulis

10 am Monday it is. Talk to you then.

---

**From:** Rachel Webre [mailto:rwebre@glllaw.com]
**Sent:** Wednesday, October 21, 2020 3:06 PM
**To:** Frank Shaw
**Subject:** RE: Vesoulis

Monday at 10:00 am?

---

**From:** Frank Shaw <fshaw@legershaw.com>
**Sent:** Wednesday, October 21, 2020 3:04 PM
**To:** Rachel Webre <rwebre@glllaw.com>
**Subject:** Re: Vesoulis

Can you give me a date and time? 15 minutes is all I ask.

Sent from my iPhone

> On Oct 21, 2020, at 2:25 PM, Rachel Webre <rwebre@glllaw.com> wrote:
>
> Today will not work. In fact, this week is bananas. Do you happen to have a case that says that unredacted complaint files are not protected by HIPAA?
>
> **From:** Frank Shaw <fshaw@legershaw.com>
> **Sent:** Wednesday, October 21, 2020 12:52 PM
> **To:** Rachel Webre <rwebre@glllaw.com>
> **Subject:** RE: Vesoulis
>
> Does 3 pm work?
>
> ---
>
> **From:** Rachel Webre [mailto:rwebre@glllaw.com]
> **Sent:** Wednesday, October 21, 2020 11:34 AM
> **To:** Frank Shaw
> **Subject:** RE: Vesoulis
>
> I cannot produce HIPAA protected information.
>
> ---
>
> **From:** Frank Shaw <fshaw@legershaw.com>
> **Sent:** Wednesday, October 21, 2020 11:33 AM
> **To:** Rachel Webre <rwebre@glllaw.com>
> **Subject:** FW: Vesoulis
>
> Rachel,
> Responses to my discovery sent September 18, 2020 are now due and I need these Complaint Files un-redacted. I would like to set a FRCP Rule 37.1 conference today by telephone if you are available.

2

Frank
Franklin G. Shaw
LEGER & SHAW
512 E. Boston St.
Covington, LA 70433
(985) 809-6625
FAX (985) 809-6626

---

**From:** Frank Shaw
**Sent:** Wednesday, September 16, 2020 12:50 PM
**To:** Rachel Webre (rwebre@glllaw.com); Tucker Bohren (tbohren@glllaw.com); 'apoirier@bluewilliams.com' (apoirier@bluewilliams.com); Kelly M. Brian (kbrian@bluewilliams.com)
**Cc:** Terry Fishel
**Subject:** Vesoulis

Rachel,
I need ReShape's Complaint File without redactions, particularly ReShape 071916-071924. I have to be able to ID potential witnesses.
Frank

Franklin G. Shaw
LEGER & SHAW
512 E. Boston St.
Covington, LA 70433
(985) 809-6625
FAX (985) 809-6626