**MINUTE ENTRY**
**DOUGLAS, M.J.**
**NOVEMBER 25, 2020**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **PAUL VESOULIS** | **CIVIL ACTION** |
| **VERSUS** | **NO. 19-1795** |
| **RESHAPE LIFESCIENCES, INC., ET AL.** | **SECTION "F" (3)** |

On this date, Reshape Lifesciences, Inc.'s Motion to Quash Subpoena (Rec. Doc. 82) came on for oral hearing before the undersigned. Present were Franklin G. Shaw on behalf of plaintiff, Paul Vesoulis, and Rachel G. Webre on behalf of defendant, Reshape Lifesciences, Inc.,

**IT IS ORDERED** that Plaintiff's Motion to Compel (Rec. Doc. 53) is GRANTED IN PART for the written reasons to follow.

**IT IS FURTHER ORDERED** that Reshape Lifesciences, Inc.'s Motion to Quash Subpoena (Rec. Doc. 82) is DISMISSED AS MOOT.

_____
**DANA M. DOUGLAS**
**UNITED STATES MAGISTRATE JUDGE**

MJSTAR: 00:13