

If you are ready to take the first step to a new you, *ReShape* can help.

Patients that achieve the greatest success with *ReShape* are excited about making changes, and ready to adopt a healthy lifestyle, with the initial help of the dual balloon and a full year of coaching, that they can sustain for years.

**Talk to your doctor about the *ReShape* Procedure to determine if it's right for you.**

*Results and patient experience may vary.

References: **1.** *ReShape* Patient Portal Data. Data on file. ReShape Medical, Inc. **2.** Dwyer JT, Melanson KJ, MS US, Cross P, Wilson M. Dietary treatment of obesity. In: De Groot LJ, Beck-Peccoz P, Chrousos G, et al., eds. Endotext. South Dartmouth, MA: MDText.com, Inc.; 2000-. http://www.ncbi.nlm.nih.gov/books/NBK278991. Updated February 28, 2015. Accessed May 5, 2015. **3.** Karlsen TI, Lund RS, Røislien J, et al. Health related quality of life after gastric bypass or intensive lifestyle intervention: a controlled clinical study. *Health Qual Life Outcomes*. 2013;11:17. **4.** Kubik JF, Gill RS, Laffin M, Karmali S. The impact of bariatric surgery on psychological health. *J Obes*. 2013;2013:837989.

**Important ReShape Balloon™ System Safety Information**

**Indications:** The ReShape Balloon is indicated for weight reduction when used in conjunction with diet and exercise, in obese patients with a Body Mass Index (BMI) of 30 – 40 kg/m2 and one or more obesity-related comorbid conditions. It is indicated for use in adult patients who have failed weight reduction with diet and exercise alone. **Contraindications:** The ReShape Balloon System is not recommended for patients with conditions that may increase the risk of poor results (e.g., prior gastrointestinal surgery with sequelae, prior open or laparoscopic bariatric surgery, inflammatory diseases of the GI tract, potential upper GI bleeding), who are unwilling to participate in an established medically-supervised diet and behavior modification program, who have alcohol or drug addictions, who receive daily prescribed treatment with aspirin, anti-inflammatory agents, anticoagulants or other gastric irritants, or who currently are or may be pregnant or breast-feeding. **Warnings:** The maximum placement period for the ReShape Balloon is 6 months. The risk of intragastric balloon deflation and intestinal obstruction (and therefore possible complications related to intestinal obstruction) is significantly higher when balloons are left in place longer than 6 months. The presence of blue-green urine or sudden loss of satiety, increased hunger and/or weight gain may be a sign of balloon deflation. Patients experiencing symptoms of acute pancreatitis (e.g., acute abdominal pain, nausea, or vomiting) should seek immediate care.  Failure of patients to take prescribed daily proton-pump inhibitor medication increases the risk of gastric ulceration or perforation. **Adverse Events:** Placement of the ReShape Balloon requires an endoscopic procedure with sedation. Potential risks associated with an endoscopic procedure and sedation include adverse reaction to sedation (headache, muscle pain, nausea), infection, pneumonia, and respiratory distress. Potential risks associated with the ReShape Balloon include acute pancreatitis, ulceration, perforation, significant gastric bleeding, gastric outlet obstruction, aspiration pneumonia, abdominal pain, nausea, vomiting, bloating, belching, heartburn, dehydration, and sore throat. These complications may be severe enough to require early removal of the ReShape Balloon. Although the ReShape Balloon design provides an anti-migration feature, there is the potential risk of device migration and intestinal obstruction. The risk of intestinal obstruction is increased if the device is not removed after 6 months. If intestinal migration occurs, surgical or endoscopic removal may be required. (01-04-2018)

**Important:** For full safety information please talk with your doctor, or call ReShape Customer Support at 844-YES-RESHAPE.

**CAUTION:** Rx only.

**EXHIBIT B**

RESHAPE-000039

**Important *ReShape* Integrated Dual Balloon System Safety Information**

**Indications:** The *ReShape* Integrated Dual Balloon System is indicated for weight reduction when used in conjunction with diet and exercise, in obese patients with a Body Mass Index (BMI) of 30 – 40 kg/m2 and one or more obesity-related comorbid conditions. It is indicated for use in adult patients who have failed weight reduction with diet and exercise alone. **Contraindications:** The *ReShape* Integrated Dual Balloon System is not recommended for patients with conditions that may increase the risk of poor results (e.g., prior gastrointestinal surgery with sequelae, prior open or laparoscopic bariatric surgery, inflammatory diseases of the GI tract, potential upper GI bleeding), who are unwilling to participate in an established medically-supervised diet and behavior modification program, who have alcohol or drug addictions, who receive daily prescribed treatment with aspirin, anti-inflammatory agents, anticoagulants or other gastric irritants, or who currently are or may be pregnant or breast-feeding. **Warnings:** The maximum placement period for the *ReShape* Integrated Dual Balloon is 6 months. The risk of intragastric balloon deflation and intestinal obstruction (and therefore possible complications related to intestinal obstruction) is significantly higher when balloons are left in place longer than 6 months. The presence of blue-green urine or sudden loss of satiety, increased hunger and/or weight gain may be a sign of balloon deflation. Failure of patients to take prescribed daily proton-pump inhibitor medication increases the risk of gastric ulceration or perforation. **Adverse Events:** Placement of the *ReShape* Integrated Dual Balloon requires an endoscopic procedure with sedation. Potential risks associated with an endoscopic procedure and sedation include adverse reaction to sedation (headache, muscle pain, nausea), infection, pneumonia, and respiratory distress. Potential risks associated with the *ReShape* Integrated Dual Balloon include ulceration, perforation, abdominal pain, nausea, vomiting, bloating, belching, heartburn, dehydration, and sore throat. These complications may be severe enough to require early removal of the *ReShape* Integrated Dual Balloon. Although the *ReShape* Dual Balloon design provides an anti-migration feature, there is the potential risk of device migration and intestinal obstruction. The risk of intestinal obstruction is increased if the device is not removed after 6 months. If intestinal migration occurs, surgical or endoscopic removal may be required.

**Important:** For full safety information please talk with your doctor, or call *ReShape* Customer Support at 1-844-YES-RESHAPE
**CAUTION: Rx only.**

RESHAPE and the RESHAPE MEDICAL Logo are registered trademarks of ReShape Medical, Inc. All other brand/product names are trademarks of their respective owners.

© 2016 ReShape Medical, Inc. All rights reserved.
04-0114 Rev. B

RESHAPE-000109

## Important Safety Information

**Indications:** The *ReShape* Integrated Dual Balloon System is indicated for weight reduction when used in conjunction with diet and exercise, in obese patients with a Body Mass Index (BMI) of 30 – 40 kg/m² and one or more obesity-related comorbid conditions. It is indicated for use in adult patients who have failed weight reduction with diet and exercise alone.

**Contraindications:** The *ReShape* Integrated Dual Balloon System is not recommended for patients with conditions that may increase the risk of poor results (e.g., prior gastrointestinal surgery with sequelae, prior open or laparoscopic bariatric surgery, inflammatory diseases of the GI tract, potential upper GI bleeding), who are unwilling to participate in an established medically-supervised diet and behavior modification program, who have alcohol or drug addictions, who receive daily prescribed treatment with aspirin, anti-inflammatory agents, anticoagulants or other gastric irritants, or who currently are or may be pregnant or breast-feeding.

**Warnings:** The maximum placement period for the *ReShape* Integrated Dual Balloon is 6 months. The risk of intragastric balloon deflation and intestinal obstruction (and therefore possible complications related to intestinal obstruction) is significantly higher when balloons are left in place longer than 6 months. The presence of blue-green urine or sudden loss of satiety, increased hunger and/or weight gain may be a sign of balloon deflation. Patients experiencing symptoms of acute pancreatitis (e.g., acute abdominal pain, nausea, or vomiting) should seek immediate care. Failure of patients to take prescribed daily proton-pump inhibitor medication increases the risk of gastric ulceration or perforation.

**Adverse Events:** Placement of the *ReShape* Integrated Dual Balloon requires an endoscopic procedure with sedation. Potential risks associated with an endoscopic procedure and sedation include adverse reaction to sedation (headache, muscle pain, nausea), infection, pneumonia, and respiratory distress. Potential risks associated with the *ReShape* Integrated Dual Balloon include acute pancreatitis, ulceration, perforation, significant gastric bleeding, gastric outlet obstruction, aspiration pneumonia, abdominal pain, nausea, vomiting, bloating, belching, heartburn, dehydration, and sore throat. These complications may be severe enough to require early removal of the *ReShape* Integrated Dual Balloon. Although the *ReShape* Dual Balloon design provides an anti-migration feature, there is the potential risk of device migration and intestinal obstruction. The risk of intestinal obstruction is increased if the device is not removed after 6 months. If intestinal migration occurs, surgical or endoscopic removal may be required.

**Important:** For full safety information please, talk with your doctor, or call *ReShape* Customer Support at 844-YES-RESHAPE (1-844-937-7374).

**CAUTION: Rx only.**

04-0089 Rev. D

21

RESHAPE-000132



### New Dual Balloon Technology
Two connected balloons filled with saline (salt water) are placed inside your stomach for six months to help reduce hunger, so you feel satisfied with smaller portions.



### One Year of Comprehensive Coaching
With guidance from experts to keep you motivated and accountable, plus a full set of online tools and resources, you'll have one year of support to create permanent lifestyle changes.



### Proven Weight Loss Without Surgery
In a recent study, patients lost more than twice as much weight with the ReShape Balloon™ than with diet and exercise alone. And most patients keep the weight off or continue to lose, even after the balloons are removed.

**Important ReShape Balloon™ System Safety Information**

**Indications:** The ReShape Balloon System is indicated for weight reduction when used in conjunction with diet and exercise, in obese patients with a Body Mass Index (BMI) of 30 – 40 kg/m$^2$ and one or more obesity-related comorbid conditions. It is indicated for use in adult patients who have failed weight reduction with diet and exercise alone.

**Contraindications:** The ReShape Balloon System is not recommended for patients with conditions that may increase the risk of poor results (e.g., prior gastrointestinal surgery with sequelae, prior open or laparoscopic bariatric surgery, inflammatory diseases of the GI tract, potential upper GI bleeding), who are unwilling to participate in an established medically-supervised diet and behavior modification program, who have alcohol or drug addictions, who receive daily prescribed treatment with aspirin, anti-inflammatory agents, anticoagulants or other gastric irritants, or who currently are or may be pregnant or breast-feeding.

**Warnings:** The maximum placement period for the ReShape Balloon is 6 months. The risk of intragastric balloon deflation and intestinal obstruction (and therefore possible complications related to intestinal obstruction) is significantly higher when balloons are left in place longer than 6 months. The presence of blue-green urine or sudden loss of satiety, increased hunger and/or weight gain may be a sign of balloon deflation. Patients experiencing symptoms of acute pancreatitis (e.g., acute abdominal pain, nausea, or vomiting) should seek immediate care. Failure of patients to take prescribed daily proton-pump inhibitor medication increases the risk of gastric ulceration or perforation.

**Adverse Events:** Placement of the ReShape Balloon requires an endoscopic procedure with sedation. Potential risks associated with an endoscopic procedure and sedation include adverse reaction to sedation (headache, muscle pain, nausea), infection, pneumonia, and respiratory distress. Potential risks associated with the ReShape Balloon System include acute pancreatitis, ulceration, perforation, significant gastric bleeding, gastric outlet obstruction, aspiration pneumonia, abdominal pain, nausea, vomiting, bloating, belching, heartburn, dehydration, and sore throat. These complications may be severe enough to require early removal of the ReShape Balloon. Although the ReShape Balloon design provides an anti-migration feature, there is the potential risk of device migration and intestinal obstruction. The risk of intestinal obstruction is increased if the device is not removed after 6 months. If intestinal migration occurs, surgical or endoscopic removal may be required. (01-04-18)

**Important:** For full safety information, talk with your doctor, or call ReShape Customer Support at 844-YES-RESHAPE (1-844-937-7374).

**CAUTION: Rx only.**



RESHAPE, RESHAPE LIFESCIENCES, ReShape Balloon™, and the ReShape Balloon Logo are trademarks of ReShape Lifesciences, Inc.

© 2018 ReShape Lifesciences, Inc.  All rights reserved.   04-0131 Rev. E

## How will you ReShape your story?



*"I'm happier, healthier, and living the life I always wanted."*

Mariam lost 62 pounds with the ReShape Balloon Procedure†

Before

After



RESHAPE-000134



# ReShape™
Non-Surgical Weight Loss Procedure

# Life-changing weight loss, no surgery required.



Patrick lost **65 pounds**

Kellie lost **35 pounds**

Virginia lost **72 pounds**


**New Dual Balloon Technology**


**One Year of Comprehensive Coaching**


**Proven Weight Loss Without Surgery**

## Start your weight loss journey today.
## Ask your doctor if *ReShape*™ is right for you.

**Important *ReShape*™ Integrated Dual Balloon System Safety Information**
**Indications:** The *ReShape*™ Integrated Dual Balloon System is indicated for weight reduction when used in conjunction with diet and exercise, in obese patients with a Body Mass Index (BMI) of 30 – 40 kg/m2 and one or more obesity-related comorbid conditions. It is indicated for use in adult patients who have failed weight reduction with diet and exercise alone. **Contraindications:** The *ReShape* Integrated Dual Balloon System is not recommended for patients with conditions that may increase the risk of poor results (e.g., prior gastrointestinal surgery with sequelae, prior open or laparoscopic bariatric surgery, inflammatory diseases of the GI tract, potential upper GI bleeding), who are unwilling to participate in an established medically-supervised diet and behavior modification program, who have alcohol or drug addictions, who receive daily prescribed treatment with aspirin, anti-inflammatory agents, anticoagulants or other gastric irritants, or who currently are or may be pregnant or breast-feeding. **Warnings:** The maximum placement period for the *ReShape* Integrated Dual Balloon is 6 months. The risk of intragastric balloon deflation and intestinal obstruction (and therefore possible complications related to intestinal obstruction) is significantly higher when balloons are left in place longer than 6 months. The presence of blue-green urine or sudden loss of satiety, increased hunger and/or weight gain may be a sign of balloon deflation. Failure of patients to take prescribed daily proton-pump inhibitor medication increases the risk of gastric ulceration or perforation. **Adverse Events:** Placement of the *ReShape* Integrated Dual Balloon requires an endoscopic procedure with sedation. Potential risks associated with an endoscopic procedure and sedation include adverse reaction to sedation (headache, muscle pain, nausea), infection, pneumonia, and respiratory distress. Potential risks associated with the *ReShape* Integrated Dual Balloon include ulceration, perforation, abdominal pain, nausea, vomiting, bloating, belching, heartburn, dehydration, and sore throat. These complications may be severe enough to require early removal of the *ReShape* Integrated Dual Balloon. Although the *ReShape* Dual Balloon design provides an anti-migration feature, there is the potential risk of device migration and intestinal obstruction. The risk of intestinal obstruction is increased if the device is not removed after 6 months. If intestinal migration occurs, surgical or endoscopic removal may be required. **Important:** For full safety information please talk with your doctor, or call *ReShape* Customer Support at 844-YES-RESHAPE.
**CAUTION: Rx only.**

* Results and patient experience may vary.
RESHAPE and the RESHAPE MEDICAL logo are trademarks of ReShape Medical, Inc.
©2015 ReShape Medical, Inc. All rights reserved. 04-0144 Rev. A

RESHAPE-000136



## Possible Risks & Side Effects

The most common side effects with the *ReShape* Dual Balloon were gastrointestinal disorders including vomiting, nausea, and abdominal pain. The table below includes all of the 264 balloon treated subjects from both the Treatment Group (n = 187) and the Control Group (n = 77), and was used to assess device-related adverse events.

**Most Common Side Effects During the Reduce Pivotal Trial**

| Device-Related Adverse Events by MedDRA Categorization (N= 264) | # of events | Subjects with ≥ 1 event (n) |
|---|---|---|
| Subject with any device-related adverse event | 1042 | 99.2% (262) |
| Vomiting | 259 | 86.7% (229) |
| Nausea | 183 | 61.0% (161) |
| Abdominal pain | 178 | 54.5% (144) |
| Gastric ulcer* | 94 | 35.2% (93) |
| Dyspepsia | 49 | 17.8% (47) |
| Eructation | 46 | 16.7% (44) |
| Abdominal discomfort | 38 | 13.3% (35) |
| Abdominal distension | 30 | 11.0% (29) |

*Note: There was an FDA-approved device modification during the pivotal trial. The product that has been FDA approved showed a 10.3% ulcer rate.

| Device-Related Adverse Events Severity Rating | All Treated Subjects = 264 % (n) N=1,042 total AEs |
|---|---|
| Asymptomatic | 2.4%   (25) |
| Mild | 72.4% (754) |
| Moderate | 23.8% (248) |
| Severe | 1.4%   (15) |

The severity of device-related adverse events was predominantly mild, with 75% of all such events rated as asymptomatic or mild. A moderate rating was given to 24%, and a severe rating in only 1.4% of all device-related adverse events.

Some patients requested early removal of the *ReShape* Dual Balloon to mitigate side effects. Although the *ReShape* Dual Balloon design provides an anti-migration feature, as with any intragastric balloon, there is the potential risk of device migration and intestinal obstruction

Early device deflation occurred in 6% (16/264) of *ReShape* Dual Balloon devices and involved a single balloon in all but one case. Eleven of these 16 deflations were heralded to the subject by the blue-green color of their urine resulting from the release of blue dye from the balloon. Five of these events were found incidentally at scheduled retrieval.

**RESHAPE BALLOON REBATE PROGRAM TERMS AND CONDITIONS**

**Step 1:** Patient registers on ReShape Balloon™ Patient Portal or Retrofit Patient Portal and records initial weight
**Step 2:** At the time of balloon placement, Physician office completes, signs and faxes or mails the rebate form to ReShape Lifesciences™
**Step 3:** At the three (3), six (6), nine (9) and twelve (12) month check points the Physician office completes, signs and faxes or mails rebate form to ReShape Lifesciences within 30 days of each checkpoint
**Step 4:** Qualified patients will receive rebates within eight weeks of each rebate form receipt

"ReShape Rewards Program" is a rebate program that works by providing you (the patient) up to $1,200 in mail-in rebates from ReShape Lifesciences for your first balloon insertion by your treating Physician. All qualifying, eligible patients losing 10% of their total body weight at the third (3) month check point will be eligible for a $300 mail-in rebate. Patients losing 15% of their total body weight at the sixth (6) month check point will be eligible for an additional $300 mail-in rebate ($600 total rebate if combined with previous rebate). Patients losing 18% of their total body weight at the ninth (9) month check point will be eligible for an additional $300 mail-in rebate ($900 total rebate if combined with all previous rebates). Patients losing 20% or more of their total body weight at the twelfth (12) month check point will be eligible for an additional $300 mail-in rebate ($1,200 total rebat e if combined with all previous rebates). To qualify for this offer, you and your Physician must properly complete a rebate form following each applicable weigh-in and register your weight on the ReShape Balloon Patient Portal or Retrofit Patient Portal. You must further agree to all stated disclosures and waivers. The ReShape Balloon used in your treatment must be purchased legally in the U.S. and administered in accordance with a valid prescription by a licensed Physician. Percent total body weight loss must meet criteria by the third, sixth, ninth and twelfth check points – if you (the patient) are not able to meet the check point criteria you are still eligible for the next rebate if you qualify. For eligibility, the balloon procedure must be scheduled between July 1st and September 28th, 2018. You must provide the rebate forms to your treating Physician, and the forms must be completed, signed and faxed or mailed within 30 days of each rebate check point. Total percent weight lost will be determined, by your Physician, at the three, six, nine and twelve month check points and entered, by your Physician into the form, and then confirmed via the portal. Qualified patients will receive rebates within eight (8) weeks of qualifying event. If you have questions about this offer, please call toll free 1-844-355-5974. Rebate requests postmarked or sent by facsimile after September 28th, 2018, will not be considered.

You must be 22 years of age or older to be eligible. Patient, Pharmacist, and prescriber agree not to seek reimbursement from any third party for all or any part of the benefit received by the patient through the offer. You are eligible for this offer only if you paid for your entire treatment yourself and if no part of your treatment was covered by insurance or another third-party payer. You are not eligible for this offer if your private insurance, HMO, or other health benefit program paid for all or part of your treatment. If any form of reimbursement is sought from a third-party, you will be required to disclose the value of this rebate to that party or entity. This offer is available only to qualifying patients, excluding claims from ReShape Lifesciences employees and their spouses. This offer is non-transferable. No substitutions are permitted. No membership fees are associated with this offer. Offer valid only in the U.S., from participating Physicians. Void where prohibited by law, taxed, or restricted. To locate participating Physicians, visit www.reshapeready.com or call 1-844-355-5974. This offer is limited to one redemption per person. No other purchase is necessary. This rebate is not insurance. By submitting a rebate request, you agree to all of the terms and conditions of this offer. ReShape Lifesciences reserves the right to cancel or modify this offer without notice. All rebate requests become the property of ReShape Lifesciences and will not be returned. ReShape Lifesciences assumes no responsibility for lost, late, damaged, misdirected, misaddressed or incomplete requests that fail to be properly delivered for any reason. Rebate checks will be issued in U.S. dollars only. Rebate checks are void if not cashed or used within 180 days. It is illegal to sell, purchase, trade, or counterfeit, or offer to sell, purchase, trade, or counterfeit the rebate check.

**Indications and Important Safety Information:**
The ReShape Balloon™ System is indicated for weight reduction when used in conjunction with diet and exercise, in obese patients with a Body Mass Index (BMI) of 30 – 40 kg/m2 and one or more obesity-related comorbid conditions. It is indicated for use in adult patients who have failed weight reduction with diet and exercise alone. The ReShape Balloon System is not recommended for patients with conditions that may increase the risk of poor results (e.g., prior gastrointestinal surgery with sequelae, prior open or laparoscopic bariatric surgery, inflammatory diseases of the GI tract, potential upper GI bleeding), who are unwilling to participate in an established medically-supervised diet and behavior modification program, who have alcohol or drug addictions, who receive daily prescribed treatment with aspirin, anti-inflammatory agents, anticoagulants or other gastric irritants, or who currently are or may be pregnant or breast-feeding. The maximum placement period for the ReShape Balloon is 6 months. The risk of intragastric balloon deflation and intestinal obstruction (and therefore possible complications related to intestinal obstruction) is significantly higher when balloons are left in place longer than 6 months. The presence of blue-green urine or sudden loss of satiety, increased hunger and/or weight gain may be a sign of balloon deflation. Intestinal obstructions have been reported due to deflated balloons passing into the intestines and have required surgical removal. Death due to intestinal obstruction is possible. Patients experiencing symptoms of an intestinal obstruction (e.g., acute onset of abdominal pain, nausea or vomiting) should seek immediate care. Failure of patients to take prescribed daily proton-pump inhibitor medication increases the risk of gastric ulceration or perforation. Placement of the ReShape Balloon requires an endoscopic procedure with sedation. Potential risks associated with an endoscopic procedure and sedation include adverse reaction to sedation (headache, muscle pain, nausea), anaphylaxis, cardiac arrest, death, hypoxia, myocardial infarction, gastric and esophageal perforation, infection, pneumonia, and respiratory distress. Risks that have been associated with treatment with the ReShape Balloon include death, acute pancreatitis, esophageal perforation, gastric perforation, ulceration, significant gastric bleeding, gastric outlet obstruction, aspiration pneumonia, bowel obstruction, balloon hyperinflation, need for blood transfusions, emergency endoscopic therapeutic intervention, abdominal pain, abdominal spasms, nausea, vomiting, bloating, belching, heartburn, dysphagia, dehydration, and sore throat. These complications may be severe enough to require early removal of the ReShape Balloon. Although the ReShape Balloon design provides an anti-migration feature, there is the potential risk of device migration and intestinal obstruction. The risk of intestinal obstruction is increased if the device is not removed after 6 months. If intestinal migration occurs, surgical or endoscopic removal may be required. (06-04-18) For full safety information please visit www.reshapeready.com.

RESHAPE, RESHAPE LIFESCIENCES, ReShape Balloon™, and the ReShape Balloon logo are trademarks of ReShape Lifesciences, Inc.
© 2018 ReShape Lifesciences, Inc. All rights reserved.
04-0308 Rev D

**RESHAPE-000147**

## Life-changing weight loss.
# No surgery required.

The ReShape Balloon was specifically designed for people just like you!

The ReShape Balloon™ offers a proven tool that can help you lose weight and keep it off.

Whatever your motivation for losing weight—looking better, living healthier, or being proud of your body—it's important to remember that losing weight has been linked to a multitude of benefits, including:

- Improved health[1]
- Reduced risk of serious illnesses[1]
- Improved quality of life[2,3]
- Improved psychological health[1,3]

## How will you
# change your life?

If you are ready to take the first step to a new you, the ReShape Balloon can help.

Patients that achieve the greatest success with the ReShape Balloon are excited about making changes, and ready to adopt a healthy lifestyle, with the help of the Dual Balloon.

**Talk to your doctor about the ReShape Balloon Procedure to determine if it's right for you.**

*Results and patient experience may vary.

References: 1. Dwyer JT, Melanson KJ, MS US, Cross P, Wilson M. Dietary treatment of obesity. In: De Groot LJ, Beck-Peccoz P, Chrousos G, et al., eds. Endotext. South Dartmouth, MA: MDText.com, Inc.; 2000-. http://www.ncbi.nlm.nih.gov/books/NBK278991. Updated February 28, 2015. Accessed May 5, 2015. 2. Karlsen TI, Lund RS, Røislien J, et al. Health related quality of life after gastric bypass or intensive lifestyle intervention: a controlled clinical study. Health Qual Life Outcomes. 2013;11:17. 3. Kubik JF, Gill RS, Laffin M, Karmali S. The impact of bariatric surgery on psychological health. J Obes. 2013;2013:837989.

**Important ReShape Balloon™ System Safety Information**

**Indications:** The ReShape Balloon System is indicated for weight reduction when used in conjunction with diet and exercise, in obese patients with a Body Mass Index (BMI) of 30 – 40 kg/m2 and one or more obesity-related comorbid conditions. It is indicated for use in adult patients who have failed weight reduction with diet and exercise alone.

**Contraindications:** The ReShape Balloon System is not recommended for patients with conditions that may increase the risk of poor results (e.g., prior gastrointestinal surgery with sequelae, prior open or laparoscopic bariatric surgery, inflammatory diseases of the GI tract, potential upper GI bleeding), who are unwilling to participate in an established medically-supervised diet and behavior modification program, who have alcohol or drug addictions, who receive daily prescribed treatment with aspirin, anti-inflammatory agents, anticoagulants or other gastric irritants, or who currently are or may be pregnant or breast-feeding.

**Warnings:** The maximum placement period for the ReShape Balloon is 6 months. The risk of intragastric balloon deflation and intestinal obstruction (and therefore possible complications related to intestinal obstruction) is significantly higher when balloons are left in place longer than 6 months. The presence of blue-green urine or sudden loss of satiety, increased hunger and/or weight gain may be a sign of balloon deflation. Patients experiencing symptoms of acute pancreatitis (e.g., acute abdominal pain, nausea, or vomiting) should seek immediate care. Failure of patients to take prescribed daily proton-pump inhibitor medication increases the risk of gastric ulceration or perforation.

**Adverse Events:** Placement of the ReShape Balloon requires an endoscopic procedure with sedation. Potential risks associated with an endoscopic procedure and sedation include adverse reaction to sedation (headache, muscle pain, nausea), infection, pneumonia, and respiratory distress. Potential risks associated with the ReShape Balloon System include acute pancreatitis, ulceration, perforation, significant gastric bleeding, gastric outlet obstruction, aspiration pneumonia, abdominal pain, nausea, vomiting, bloating, belching, heartburn, dehydration, and sore throat. These complications may be severe enough to require early removal of the ReShape Balloon. Although the ReShape Balloon design provides an anti-migration feature, there is the potential risk of device migration and intestinal obstruction. The risk of intestinal obstruction is increased if the device is not removed after 6 months. If intestinal migration occurs, surgical or endoscopic removal may be required. (01-04-18)

**Important:** For full safety information, talk with your doctor, or call ReShape Customer Support at 844-YES-RESHAPE (1-844-937-7374).

*CAUTION: Rx only.*



RESHAPE, RESHAPE LIFESCIENCES, ReShape Balllon™, and the ReShape Balloon logo are registered trademarks of ReShape Lifesciences, Inc.

©2018 ReShape Lifesciences, Inc. All rights reserved 04-0337 Rev. B



# Life changing weight loss
### no surgery required

"ReShape has given me my life back."

Joseph lost 72 pounds with the ReShape Balloon Procedure†

Before / After

**ReShape Balloon™**

RESHAPE-000149

*Results and patient experience may vary.

**Important ReShape Balloon System Safety Information**

**Indications**: The ReShape Balloon™ System is indicated for weight reduction when used in conjunction with diet and exercise, in obese patients with a Body Mass Index (BMI) of 30 – 40 kg/m2 and one or more obesity-related comorbid conditions. It is indicated for use in adult patients who have failed weight reduction with diet and exercise alone. **Contraindications:** The ReShape Balloon System is not recommended for patients with conditions that may increase the risk of poor results (e.g., prior gastrointestinal surgery with sequelae, prior open or laparoscopic bariatric surgery, inflammatory diseases of the GI tract, potential upper GI bleeding), who are unwilling to participate in an established medically-supervised diet and behavior modification program, who have alcohol or drug addictions, who receive daily prescribed treatment with aspirin, anti-inflammatory agents, anticoagulants or other gastric irritants, or who currently are or may be pregnant or breast-feeding. **Warnings:** The maximum placement period for the ReShape Balloon is 6 months. The risk of intragastric balloon deflation and intestinal obstruction (and therefore possible complications related to intestinal obstruction) is significantly higher when balloons are left in place longer than 6 months. The presence of blue-green urine or sudden loss of satiety, increased hunger and/or weight gain may be a sign of balloon deflation.  Intestinal obstructions have been reported due to deflated balloons passing into the intestines and have required surgical removal.  Death due to intestinal obstruction is possible.  Patients experiencing symptoms of an intestinal obstruction (e.g., acute onset of abdominal pain, nausea or vomiting) should seek immediate care. Failure of patients to take prescribed daily proton-pump inhibitor medication increases the risk of gastric ulceration or perforation. **Adverse Events:** Placement of the ReShape Balloon requires an endoscopic procedure with sedation. Potential risks associated with an endoscopic procedure and sedation include adverse reaction to sedation (headache, muscle pain, nausea), anaphylaxis, cardiac arrest, death, hypoxia, myocardial infarction, gastric and esophageal perforation, infection, pneumonia, and respiratory distress.  Risks that have been associated with treatment with the ReShape Balloon include death, acute pancreatitis, esophageal perforation, gastric perforation, ulceration, significant gastric bleeding, gastric outlet obstruction, aspiration pneumonia, bowel obstruction, balloon hyperinflation, need for blood transfusions, emergency endoscopic therapeutic intervention, abdominal pain, abdominal spasms, nausea, vomiting, bloating, belching, heartburn, dysphagia, dehydration, and sore throat. These complications may be severe enough to require early removal of the ReShape Balloon. Although the ReShape Balloon design provides an anti-migration feature, there is the potential risk of device migration and intestinal obstruction. The risk of intestinal obstruction is increased if the device is not removed after 6 months. If intestinal migration occurs, surgical or endoscopic removal may be required. (06-04-18)

**Important:** For full safety information, talk with your doctor, or call ReShape Customer Support at 844-YES-RESHAPE (1-844-937-7374).

**CAUTION: Rx only.**

RESHAPE, RESHAPE LIFESCIENCES, ReShape Balloon™, and the ReShape Balloon Logo are trademarks of ReShape Lifesciences, Inc.

© 2018 ReShape Lifesciences, Inc.  All rights reserved.
04-0172 Rev. C

**RESHAPE-000202**



ReShape™
Non-Surgical Weight Loss Procedure

# Life-changing weight loss, no surgery required.

New Dual Balloon Technology

365
One Year of Comprehensive Coaching

Proven Weight Loss Without Surgery

## Start your weight loss journey today. Ask your doctor if *ReShape*® is right for you.

**Important *ReShape*® Integrated Dual Balloon System Safety Information**

**Indications:** The *ReShape*® Integrated Dual Balloon System is indicated for weight reduction when used in conjunction with diet and exercise, in obese patients with a Body Mass Index (BMI) of 30 – 40 kg/m2 and one or more obesity-related comorbid conditions. It is indicated for use in adult patients who have failed weight reduction with diet and exercise alone. **Contraindications:** The *ReShape* Integrated Dual Balloon System is not recommended for patients with conditions that may increase the risk of poor results (e.g., prior gastrointestinal surgery with sequelae, prior open or laparoscopic bariatric surgery, inflammatory diseases of the GI tract, potential upper GI bleeding), who are unwilling to participate in an established medically-supervised diet and behavior modification program, who have alcohol or drug addictions, who receive daily prescribed treatment with aspirin, anti-inflammatory agents, anticoagulants or other gastric irritants, or who currently are or may be pregnant or breast-feeding. **Warnings:** The maximum placement period for the *ReShape* Integrated Dual Balloon is 6 months. The risk of intragastric balloon deflation and intestinal obstruction (and therefore possible complications related to intestinal obstruction) is significantly higher when balloons are left in place longer than 6 months. The presence of blue-green urine or sudden loss of satiety, increased hunger and/or weight gain may be a sign of balloon deflation. Failure of patients to take prescribed daily proton-pump inhibitor medication increases the risk of gastric ulceration or perforation. **Adverse Events:** Placement of the *ReShape* Integrated Dual Balloon requires an endoscopic procedure with sedation. Potential risks associated with an endoscopic procedure and sedation include adverse reaction to sedation (headache, muscle pain, nausea), infection, pneumonia, and respiratory distress. Potential risks associated with the *ReShape* Integrated Dual Balloon include ulceration, perforation, abdominal pain, nausea, vomiting, bloating, belching, heartburn, dehydration, and sore throat. These complications may be severe enough to require early removal of the *ReShape* Integrated Dual Balloon. Although the *ReShape* Dual Balloon design provides an anti-migration feature, there is the potential risk of device migration and intestinal obstruction. The risk of intestinal obstruction is increased if the device is not removed after 6 months. If intestinal migration occurs, surgical or endoscopic removal may be required.
**Important:** For full safety information please talk with your doctor, or call *ReShape* Customer Support at 844-YES-RESHAPE (1-844-937-7374).
**CAUTION: Rx only.**

*Results and patient experience may vary.
RESHAPE and the RESHAPE MEDICAL logo are registered trademarks of ReShape Medical, Inc. ©2016 ReShape Medical, Inc. All rights reserved. 04-0163 Rev. A