Patient name **Paul Vesoulis**     DOB **7·22·60**

Facility **SSL**     **Endoscopic Balloon Procedure Consent Form**

The purpose of this informed consent is to provide you information about endoscopic balloon procedures, which you are considering for weight reduction. Please read this informed consent carefully and ask your doctor any questions you may have. Sign this form only after you understand the procedure, your expected commitment, the anticipated benefits, the risks, the alternatives, and all of your questions have been answered to your satisfaction.

### What is the procedure?

An endoscopic balloon procedure is not a cure for obesity. It is an aid to achieving weight loss. While the balloon is in place, you will have the opportunity to develop new lifestyle skills. Working hard on these new habits will give you the best chance of losing weight with the balloon, and then remaining stable at your new, lower weight after the balloons are removed.

### Indications for the procedure

A BMI or body mass index of 30 – 40 with at least one weight related comorbidity (weight related illness or condition) with previous failed weight loss attempts. There could be some exceptions on a case-by-case basis as decided by an in-depth conversation between you and your surgeon. You should not be pregnant, breastfeeding, or have the intention of becoming pregnant during your participation in the program.

### Risks

As with any procedure there are associated risks, it is important to understand that although these risks are rare, they are potential and may require additional procedures and/or treatments that are not a part of the normal treatment plan. The potential risks are below:

Death (very rare), Cardiopulmonary arrest (heart stops beating), Cerebrovascular accident (CVA), stroke or transient ischemic attack (TIA - bleeding or blood vessel blockage in the brain), Myocardial infarction (MI; heart attack), Onset or worsening of angina (chest pain), heart failure or cardiac arrhythmia (irregular heartbeats), Pneumonia (infection in the lungs) or other intrathoracic (in the chest) infections, Pulmonary (lung) embolism (blockage), thromboembolism or deep venous thrombosis (blockage caused by a blood clot in various parts of the body), Respiratory (breathing) complications including aspiration [breathing foreign substances (for example food, liquids, vomit) into the lungs or airway system], Hypoxia (low oxygen level), airway (breathing) obstruction (blockage), cough, wheezing, exacerbation (worsening) of asthma. The presence of solid food will increase chances of aspiration and may require general anesthesia (being put to sleep) after the insertion of an airway. This is to protect the airway and the lungs against the ingestion of food.

Nonspecific (general) symptoms including sore throat, loss of appetite, nausea, chest or abdominal pain or discomfort, disturbance of gastrointestinal function including vomiting, diarrhea, constipation, change in bowel (bathroom) habits, abdominal distension (stomach bloating), bloating, hiccoughs, belching (burping), heartburn, gastric (stomach) stasis, motility disorders (slowed emptying of stomach) or nerve damage, damage to the oropharynx (mouth-throat area), larynx (voice box), upper gastrointestinal tract or intra-abdominal organs including perforation (tearing), peritonitis (inflammation

Page 1 of 4     (Rev. 8.24.16)     Pt Initial _____

EXHIBIT C

Patient name **Paul Vesoulis**   DOB **7·22·60**

of tissues in the abdominal cavity), ulceration (sores), inflammation, laceration (cuts), erosion, fistula (abnormal connection between two parts of the body), abscess (collection of pus), bleeding, hemorrhage, hematoma, dilation (enlargement) or nerve damage, gastroesophageal reflux (burping up of stomach fluids into the esophagus) or esophagitis (infection of esophagus), partial or complete obstruction (blockage) of the gastrointestinal tract by the device, pancreatitis (infection of the pancreas), cholecystitis (infection of gallbladder), cholelithiasis (formation of gallstones), abnormal liver function, and bacterial overgrowth related to device or medication

There is a risk of balloon deflation while in your stomach. The balloons may be filled with a mixture of saline and blue dye, which can act as a visual indictor if there is a deflation. Most of the time, you will be aware of the deflation when blue-green urine is visualized. The balloon will need to be removed in the event of a deflation. In a smaller number of cases, no blue-green urine will be noticed, but a deflated balloon may be found at the time of removal at six months. It is important to inspect the color of your urine regularly during the time the balloon is in your stomach in order to detect such an event, and if you observe such a change in color to blue or green, to call your physician within 24 hours. If you choose to replace the ruptured device another endoscopy (with the same inherent risks) will be required.

Additional risks included adverse reactions (such as side effects, allergic reaction, or immune reaction) of any kind to device materials –silicone, methylene blue (dye) and corn starch, damage to the teeth, gums or other structures and tissues of the lips, mouth and throat, fluid and electrolyte imbalance, dehydration, nutritional deficiency, anemia (low iron), requirement for blood transfusion, bleeding, hematoma (bruise), infection, scarring, fluid collection, incomplete wound healing and other sequelae (consequences) of medical and procedural interventions (treatments), medication / anesthetic agent related complications including confusion, somnolence (sleepiness), agitation, arrhythmia, hypoventilation, aspiration, procedures, medications, surgery and other interventions (treatments) to diagnose, prevent or treat any of the above, and the adverse events associated with such procedures, medications, surgery and other interventions.

The device may cause psychological responses including anxiety, emotional disturbance, depression, or agitation or abdominal discomfort and other gastrointestinal symptoms including nausea, vomiting, reflux, bloating that may require removal of the device prior to intended treatment time. If the balloon must be removed early, you will still participate in the other components of the program in order to achieve weight loss.

These risks are rare but may require additional treatment, surgery, or hospitalization, such as in the case for dehydration, deflation, perforation, and/or bleeding ulceration. In the event that a complication should arise, the costs associated with these treatments are unknown and therefore are not included.

Patient name **Paul Vesoolis**   DOB **7.22.60**

---

After your procedure, you must be aware of some important information. Please read carefully:

*__You must have the Balloon device removed per protocol.__ If the balloon device stays in your stomach for more than recommended time frame there is a much greater risk that the balloon could deflate and cause a blockage in your intestines or develop an ulcer in the stomach.*

*You must take daily acid-blocking medicine (examples: Prilosec, Nexium) while the balloon device is in your stomach. There is a higher risk of developing a stomach ulcer or perforation (small hole in the stomach) if you do not take this medication daily.*

*You must contact your doctor immediately if you see blue-green urine or have a sudden loss of your normal feeling of stomach fullness. The balloons __may__ contain a blue-green dye that will appear in your urine if one of the balloons deflates. It is very important that you contact your doctor immediately if you see blue-green urine, as the deflated balloon must be removed right away. __The risk of a blockage in the intestines is higher if the balloon is not removed promptly.__*

---

### Benefits to the Procedure:

There are many benefits to be gained including more weight loss compared to diet and exercise alone (on average, more than twice the weight loss). Additionally other benefits include a short, outpatient procedure, no surgery, removable at any time if not tolerated, without any permanent changes to your body, improved quality of life, improvements in co-morbid (obesity-related) conditions, help with reducing the amount of food that you eat by increasing the sensation of fullness, allowing you to follow your diet and lose weight more easily, continue to eat the foods you like, just smaller portions, no change in the way food is absorbed

### Alternatives to the Procedure

Alternatives to procedure including doing nothing and remaining at your current weight understanding the long-term health consequences of being obese. Additionally there are more conservative methods such as diet and exercise including commercial weight loss plans, such as Weight Watcher, non-commercial methods, including gym memberships and fad diets, over-the-counter or prescription medications and then surgical options including the laparoscopic adjustable gastric band (LAGB), the sleeve gastrectomy, or the gastric bypass, if you qualify for this type of surgery.

OchsnerMedCtrMR-PV-     00040

Patient name **Paul Vesoulis**   DOB **7·2·2·60**

## Acknowledgement

I acknowledge that I have met with my doctor, Dr. **Lavin**, to discuss having an endoscopic balloon procedure and that all my questions have been answered to my satisfaction.

I have had a chance to express to the doctor my eating habits and behavior and my medical history and the doctor has helped me to personally come to a conclusion as to the most appropriate obesity treatment for me, factoring in my eating, dietary, and medical background, and my future weight loss goals, pregnancy plans, and personal characteristics. The doctor has counseled me regarding my decision, has made professional recommendations, and we have together agreed on the planned procedure as acceptable and appropriate. I have had an opportunity to ask questions and receive answers from my surgeon.

I, **Paul**, hereby authorize Dr. **Lavin** and any associates or assistants the doctor deems appropriate, to perform the procedure. The doctor has explained to me the risks of obesity and the potential benefits of the balloon. However, I understand there is no certainty that I will achieve these benefits and no guarantee has been made to me regarding the outcome of the procedure. I voluntarily elect to undergo the procedure, including the coaching program. I understand a copy of this informed consent will be given to me.

Signature (Patient)    Date 7/27/17

Signature (Witness)    Date 7/27/17

Physician Signature    Date 7/27/17

OchsnerMedCtrMR-PV-   00041

Page 1 of 4

## ANESTHESIA CONSENT FORM
### IMPORTANT INFORMATION ABOUT THIS DOCUMENT
### READ CAREFULLY BEFORE SIGNING

**To the patient:** You have been told that you should consider medical treatment/surgery. Louisiana law requires us to tell you (1) the nature of your condition, (2) the general nature of the medical treatment/surgery, (3) the risks of the proposed procedure/treatment/surgery, as defined by the Louisiana Medical Disclosure panel or as determined by your doctor, and (4) reasonable therapeutic alternatives and material risks associated with such alternatives.

You have the right as a patient, to be informed about your condition and the recommended surgical, medical or diagnostic procedure to be used so that you may make the decision whether or not to undergo the procedure after knowing the risks and hazards involved.

In keeping with the Louisiana law of Informed Consent, you are being asked to sign a confirmation that we have discussed all those matters. We have already discussed with you the common problems and risks. We wish to inform you as completely as possible. Please read the form carefully. Ask about anything you do not understand, and we will be pleased to explain it.

1. **Treatment/Procedure and Purpose: Surgical Anesthesia**
   My Anesthesiologist has told me that in his/her medical judgment, the type(s) of Anesthesia recommended for my planned procedure is/are (check all that apply):

   [X] **General Anesthesia** — To provide analgesia (absence of pain), amnesia (absence of recall) and muscle relaxation through drug-induced unconsciousness for the planned surgical procedure. Management of general anesthesia may include the insertion of intra-arterial and central intravenous catheters for intravascular access and monitoring.

   [ ] **Monitored Anesthesia Care (MAC)** — To provide physiological monitoring (blood pressure, pulse, respirations and oxygenation) and support during administration of intravenous medication to achieve an acceptable level of patient comfort during conscious sedation, including preparation to proceed to unconscious sedation (general anesthesia) if necessary.

   [ ] **Epidural/Spinal Anesthesia** — To render the lower body insensitive to pain (for surgery) through the injection of a local anesthetic agent into the space beside spinal fluid (epidural) or into the spinal fluid (spinal)

   [ ] **Post Operative Epidural Narcotics** — To provide post surgical anesthesia with a continuous infusion of narcotics through a small catheter within the space beside the spinal cord.

   [ ] **Bier Block** — To provide surgical anesthesia of an extremity which is rendered insensitive (numb). Management may include intravenous medications to achieve an acceptable level of patient comfort through conscious (procedural) sedation.

   [ ] **Axillary Block** — To provide surgical anesthesia of an extremity which is rendered insensitive (numb) by injection medication into the axilla. Management may include intravenous medications to achieve patient comfort through conscious (procedural) sedation.

   [ ] **Interscalene Block** — To provide post surgical analgesia to the shoulder and upper extremity and in some cases surgical anesthesia for the shoulder and upper extremity which is rendered insensitive (numb). Management may include intravenous medications to achieve patient comfort through conscious (procedural) sedation.

   [ ] **Other Regional Anesthesia** — _____

Paul Vesoulis
7·22·60

## ANESTHESIA CONSENT FORM

2. **Patient Condition:** Patient's diagnosis, description of the nature of the condition or ailment for which the medical treatment, surgical procedure or other therapy described in item number 2 is indicated and recommended.

3. **Therapeutic Alternative and Risks Associated Therewith:** Reasonable therapeutic alternatives and the risks associated with such alternatives are: No Anesthesia

4. **Material Risks of Treatment/Procedure:**
   a. Risks generally associated with any surgical treatment/procedure, including anesthesia, are: death, brain damage, disfiguring scars, paralysis, the loss of or loss of function of body organs, the loss of or loss of function of any arm or leg, infection, bleeding, and pain.
   b. All medical or surgical treatment involves risks. Listed below are those risks associated with this procedure that we believe a reasonable person in your (the patient's) position would likely consider significant when deciding whether to have or forego the proposed therapy. Please ask your physician if you would like additional information regarding the nature or consequences of these risks, their likelihood of occurrence, or if there are other associated risks that you might consider significant but may not be listed below. The risks as determined by the Louisiana Medical Disclosure Panel are:

   **ARTERIAL CATHETERIZATION**
   1. Decrease in blood flow to area supplied by the artery.
   2. Nerve damage.
   3. Loss of or loss of function of the limb supplied by the artery.

   **CENTRAL VENOUS AND PULMONARY ARTERY CATHETERIZATION**
   1. Hemorrhage (bleeding) into the lungs, the pericardium (sac which surrounds the heart), the chest cavity and elsewhere
   2. Pericardial tamponade (compression of the heart due to accumulation of blood or fluid in the sac around the heart)
   3. Cardiac Arrest (heart attack)
   4. Stroke
   5. Pneumothorax (lung collapse)
   6. Infection
   7. Cardiac arrhythmias (irregularities of the heart rhythm)
   8. Shock (severe drop in blood pressure)
   9. Damage to blood vessels
   10. Damage to trachea (windpipe) and/or pharynx (throat)
   11. Injury to vocal cords
   12. Distal embolization (air, fat particles or blood clots which circulate in the bloodstream until becoming lodged in a vein or artery)
   13. Damage to nerves, the lymph ducts, the heart and the lungs
   14. Infusion to fluid into the chest cavity, lungs and pericardium

   **EPIDURAL, SPINAL, REGIONAL**
   1. Allergic, abnormal, or hypersensitivity reaction to drugs or equipment may be fatal
   2. Aspiration (inhalation) into the bronchi (airway) or lungs of stomach contents, stomach acids and foreign objects.
   3. Leakage of cerebrospinal fluid
   4. Chipped or broken teeth
   5. Convulsion (seizures)
   6. Epidural blood clot or abscess (bleeding or infection in the space adjacent to the spinal cord which may damage the spinal cord)

*Paul Vesoulis*
*7-22-60*

## ANESTHESIA CONSENT FORM

7. Broken needles or catheters which may lead to complication and necessitate need for artificial respirations and insertion of a breathing tube
8. Production of an unintended high level of anesthesia which may necessitate need for artificial respirators and insertion of a breathing tube
9. Incomplete analgesia (pain or discomfort during the procedure)
10. Injury to the lips, tongue and inside of the mouth or airway.
11. Laryngeal and vocal cord trauma or edema (injury to or swelling of the vocal cords)
12. Loss of bowel of bladder function or sexual function
13. Heart attack or other heart problems
14. Decreased blood pressure
15. Shock
16. Nerve damage ranging from loss of sensation to total paralysis
17. Back pain
18. Death
19. Brain damage
20. Severe headaches

**GENERAL ANESTHESIA**
1. Allergic, abnormal, or hypersensitivity reaction to drugs or equipment may be fatal
2. Aspiration (inhalation) into the bronchi (airway) or lungs of stomach contents, stomach acids and foreign objects
3. Laryngeal and vocal cord trauma or edema (injury to or swelling of the vocal cords)
4. Heart attack or other heart problems
5. Death
6. Brain Damage
7. Shock
8. Nerve damage ranging from loss of sensation to total paralysis
9. Chipped or broken teeth
10. Esophageal injury
11. Burns
12. Malignant hyperthermia (dangerously high fever which may result in death)
13. Injury to the lips, tongue and inside of the mouth or airway.
14. Breathing difficulties
15. Eye injuries
16. Conscious or unconscious intraoperative awareness

c. Additional risks (if any) particular to the patient because of a complicating medical condition are:

_____
_____
_____
_____
_____
_____
_____

Paul Vesoulis
7.22.60

## ANESTHESIA CONSENT FORM
## ACKNOWLEDGEMENT
## AUTHORIZATION AND CONSENT

**No Guarantees:** All information given to me and, in particular, all estimates made as to the likelihood of occurrence of risks of this alternate procedures or as to the prospects of success, are made in the best professional judgment of my physician. The possibility and nature of complications cannot always be accurately anticipated and, therefore, there is and can be no guarantee, either express or implied, as to the success of the medical treatment or surgical procedure.

**Additional Information:** Nothing has been said to me, no information has been given to me, and I have not relied upon any information that is inconsistent with the information set forth in this document.

**Particular Concerns:** I have had an opportunity to disclose to and discuss with the physician providing such information, those risks or other potential consequences of the medical treatment of surgical procedure that are of particular concern to me.

**Questions:** I have had an opportunity to ask, and I have asked, any questions I may have about the information in this document and any other questions I have about the proposed treatment or procedure, and all such questions were answered in a satisfactory manner.

**Authorized Physician:** The physician (or physician group authorized to administer or perform the medical treatment, surgical procedures or other therapy described in Item 2 is: <u>Zephyr Anesthesia</u>
Full name of authorized physician/group

**Physician Certification:** I hereby certify that I have provided and explained the information set forth herein and answered all questions of the patient, or the patient's representative, concerning the medical treatment or surgical procedure, to the best of my knowledge and ability.

_Signature of Physician_    Date: 7-27-17    Time: 12:20

## CONSENT

**Consent:** I hereby authorize and direct the designated authorized physician/group, together with associates and assistants of his choice, to administer or perform the medical treatment or surgical procedure described in Item 2 of this Consent Form, including any additional procedures or services as they may deem necessary or reasonable, including the administration of any general or regional anesthetic agent, x-ray or other radiological services, laboratory services, and the disposal of any tissue removed during a diagnostic or surgical procedure and I hereby consent to.

I have read and understand all information set forth in this document and all applicable blanks were filled in prior to my signing. This authorization for and consent to medical treatment or surgical procedure is and shall remain valid until revoked by me in writing.

I acknowledge that I have had the opportunity to ask any questions about the contemplated medical procedures or surgical procedure described in Item 2 of this consent form, including risks or alternatives, and acknowledge that my questions have been answered to my satisfaction.

X _Patient/Person Authorized to Consent_    Date: 7/27/17    Time: 12:00 PM
_Witness_    Date: 7/27/17    Time: 12:20

If consent is signed by someone other than patient, state reason: _____
Relationship _____

Paul Vesoulis
7.22.60