# Consent for Endoscopic Removal of Intragastric Balloon

SSL - endo
**Facility**

Patient _Paul Vesonlis_    Date _1-11-18_

**Introduction:** Your Surgeon _DR. Lavin_ has scheduled you for an examination of the esophagus, stomach and duodenum using a flexible tube or endoscope with removal of an intragastric balloon. We are asking that you read and sign this form to insure your understanding of the procedure and the risks involved, and to document your consent to undergo the procedure and accept the risks.

**Procedure:** You will be given sedation through an intravenous injection prior to the examination. Following this, the flexible instrument will be placed through your mouth and inside the esophagus, stomach, and duodenum so your doctor may examine these areas. Special instruments will be used to deflate and remove the intragastric balloon. Biopsies may be taken during this procedure.

**Risks:** In general, Endoscopy is safe, but there are some risks associated with the procedure and the sedation. Complications or a poor outcome do not differ whether the procedure is performed in an ambulatory surgical facility or a hospital environment. Serious complications include a risk of bleeding or perforation of the esophagus, stomach or duodenum occurring in less than 1 of 10,000 cases. In addition, there is a small risk of an allergic reaction to the sedative you receive, and a small risk that the sedative could compromise the function of the heart or your breathing. Monitoring of your heart, blood pressure, and breathing during the procedure help minimize these risks.

Specific risks associated to removal of the intragastric balloon are the same risks discussed upon insertion of the device and include: damage to the teeth, gums or other structures and tissues of the lips, mouth and throat, aspiration of food or fluids within the stomach being aspirated into the lungs requiring a breathing tube, trauma to the soft tissues of the mouth, esophagus, or stomach, sore throat, loss of appetite, nausea, chest or abdominal pain or discomfort, disturbance of gastrointestinal function including vomiting, diarrhea, constipation, change in bowel (bathroom) habits, abdominal distension (stomach bloating), bloating, hiccups, belching (burping), heartburn, damage to the oropharynx (mouth-throat area), larynx (voice box), upper gastrointestinal tract or intra-abdominal organs including perforation (tearing), peritonitis (inflammation of tissues in the abdominal cavity), ulceration (sores), inflammation, laceration (cuts), erosion, fistula (abnormal connection between two parts of the body), abscess (collection of pus), bleeding, hemorrhage, hematoma, dilation (enlargement) or nerve damage, gastroesophageal reflux (burping up of stomach fluids into the esophagus) or esophagitis (infection of esophagus), partial or complete obstruction (blockage) of the gastrointestinal tract by the device.

EXHIBIT
D

In general, the overall risk of a complication is quite small, but if a serious problem arises it may necessitate blood transfusions or emergency surgery, and in very rare instances may result in death. In the event of a complication you would be transported to a hospital for treatment.

Alternatives: There are currently no alternatives to removal of the intragastric balloon.

Agreement: I understand the information on this form and have had the opportunity to discuss any other questions I may have with the staff of Surgical Specialists of Louisiana and Mississippi, LLC. I consent to the taking of photographs in conjunction with the procedure if my surgeon feels they are necessary. I agree to have the procedure performed and accept the risk involved. I consent to the taking of photographs in conjunction with the procedure, and their future use as per my physician.

_____   Date: ___1|11|18___
Physician Signature

X_____   Date: ___1|11|18___
Patient Signature

_____   Date: ___1|11|18___
Witness

OchsnerMedCtrMR-PV-    00048

Page 1 of 4

# ANESTHESIA CONSENT FORM
## IMPORTANT INFORMATION ABOUT THIS DOCUMENT
### READ CAREFULLY BEFORE SIGNING

**To the patient:** You have been told that you should consider medical treatment/surgery. Louisiana law requires us to tell you (1) the nature of your condition, (2) the general nature of the medical treatment/surgery, (3) the risks of the proposed procedure/treatment/surgery, as defined by the Louisiana Medical Disclosure panel or as determined by your doctor, and (4) reasonable therapeutic alternatives and material risks associated with such alternatives.

You have the right as a patient, to be informed about your condition and the recommended surgical, medical or diagnostic procedure to be used so that you may make the decision whether or not to undergo the procedure after knowing the risks and hazards involved.

In keeping with the Louisiana law of Informed Consent, you are being asked to sign a confirmation that we have discussed all those matters. We have already discussed with you the common problems and risks. We wish to inform you as completely as possible. Please read the form carefully. Ask about anything you do not understand, and we will be pleased to explain it.

1. **Treatment/Procedure and Purpose: Surgical Anesthesia**
   My Anesthesiologist has told me that in his/her medical judgment, the type(s) of Anesthesia recommended for my planned procedure is/are (check all that apply):

☒ **General Anesthesia** — To provide analgesia (absence of pain), amnesia (absence of recall) and muscle relaxation through drug-induced unconsciousness for the planned surgical procedure. Management of general anesthesia may include the insertion of intra-arterial and central intravenous catheters for intravascular access and monitoring.

☐ **Monitored Anesthesia Care (MAC)** — To provide physiological monitoring (blood pressure, pulse, respirations and oxygenation) and support during administration of intravenous medication to achieve an acceptable level of patient comfort during conscious sedation, including preparation to proceed to unconscious sedation (general anesthesia) if necessary.

☐ **Epidural/Spinal Anesthesia** — To render the lower body insensitive to pain (for surgery) through the injection of a local anesthetic agent into the space beside spinal fluid (epidural) or into the spinal fluid (spinal)

☐ **Post Operative Epidural Narcotics** — To provide post surgical anesthesia with a continuous infusion of narcotics through a small catheter within the space beside the spinal cord.

☐ **Bier Block** — To provide surgical anesthesia of an extremity which is rendered insensitive (numb). Management may include intravenous medications to achieve an acceptable level of patient comfort through conscious (procedural) sedation.

☐ **Axillary Block** — To provide surgical anesthesia of an extremity which is rendered insensitive (numb) by injection medication into the axilla. Management may include intravenous medications to achieve patient comfort through conscious (procedural) sedation.

☐ **Interscalene Block** — To provide post surgical analgesia to the shoulder and upper extremity and in some cases surgical anesthesia for the shoulder and upper extremity which is rendered insensitive (numb). Management may include intravenous medications to achieve patient comfort through conscious (procedural) sedation.

☐ **Other Regional Anesthesia** — _____

_____

Paul Vesoulis
DOB 7-22-60

## ANESTHESIA CONSENT FORM

2. **Patient Condition:** Patient's diagnosis, description of the nature of the condition or ailment for which the medical treatment, surgical procedure or other therapy described in item number 2 is indicated and recommended.

3. **Therapeutic Alternative and Risks Associated Therewith:** Reasonable therapeutic alternatives and the risks associated with such alternatives are: No Anesthesia

4. **Material Risks of Treatment/Procedure:**

   a. Risks generally associated with any surgical treatment/procedure, including anesthesia, are: death, brain damage, disfiguring scars, paralysis, the loss of or loss of function of body organs, the loss of or loss of function of any arm or leg, infection, bleeding, and pain.

   b. All medical or surgical treatment involves risks. Listed below are those risks associated with this procedure that we believe a reasonable person in your (the patient's) position would likely consider significant when deciding whether to have or forego the proposed therapy. Please ask your physician if you would like additional information regarding the nature or consequences of these risks, their likelihood of occurrence, or if there are other associated risks that you might consider significant but may not be listed below. The risks as determined by the Louisiana Medical Disclosure Panel are:

   **ARTERIAL CATHETERIZATION**
   1. Decrease in blood flow to area supplied by the artery.
   2. Nerve damage.
   3. Loss of or loss of function of the limb supplied by the artery.

   **CENTRAL VENOUS AND PULMONARY ARTERY CATHETERIZATION**
   1. Hemorrhage (bleeding) into the lungs, the pericardium (sac which surrounds the heart), the chest cavity and elsewhere
   2. Pericardial tamponade (compression of the heart due to accumulation of blood or fluid in the sac around the heart)
   3. Cardiac Arrest (heart attack)
   4. Stroke
   5. Pneumothorax (lung collapse)
   6. Infection
   7. Cardiac arrhythmias (irregularities of the heart rhythm)
   8. Shock (severe drop in blood pressure)
   9. Damage to blood vessels
   10. Damage to trachea (windpipe) and/or pharynx (throat)
   11. Injury to vocal cords
   12. Distal embolization (air, fat particles or blood clots which circulate in the bloodstream until becoming lodged in a vein or artery)
   13. Damage to nerves, the lymph ducts, the heart and the lungs
   14. Infusion to fluid into the chest cavity, lungs and pericardium

   **EPIDURAL, SPINAL, REGIONAL**
   1. Allergic, abnormal, or hypersensitivity reaction to drugs or equipment may be fatal
   2. Aspiration (inhalation) into the bronchi (airway) or lungs of stomach contents, stomach acids and foreign objects.
   3. Leakage of cerebrospinal fluid
   4. Chipped or broken teeth
   5. Convulsion (seizures)
   6. Epidural blood clot or abscess (bleeding or infection in the space adjacent to the spinal cord which may damage the spinal cord)

Paul Vesonlis
DOB 7-22-40

OchsnerMedCtrMR-PV-   00050

## ANESTHESIA CONSENT FORM

7. Broken needles or catheters which may lead to complication and necessitate need for artificial respirations and insertion of a breathing tube
8. Production of an unintended high level of anesthesia which may necessitate need for artificial respirators and insertion of a breathing tube
9. Incomplete analgesia (pain or discomfort during the procedure)
10. Injury to the lips, tongue and inside of the mouth or airway.
11. Laryngeal and vocal cord trauma or edema (injury to or swelling of the vocal cords)
12. Loss of bowel of bladder function or sexual function
13. Heart attack or other heart problems
14. Decreased blood pressure
15. Shock
16. Nerve damage ranging from loss of sensation to total paralysis
17. Back pain
18. Death
19. Brain damage
20. Severe headaches

### GENERAL ANESTHESIA

1. Allergic, abnormal, or hypersensitivity reaction to drugs or equipment may be fatal
2. Aspiration (inhalation) into the bronchi (airway) or lungs of stomach contents, stomach acids and foreign objects
3. Laryngeal and vocal cord trauma or edema (injury to or swelling of the vocal cords)
4. Heart attack or other heart problems
5. Death
6. Brain Damage
7. Shock
8. Nerve damage ranging from loss of sensation to total paralysis
9. Chipped or broken teeth
10. Esophageal injury
11. Burns
12. Malignant hyperthermia (dangerously high fever which may result in death)
13. Injury to the lips, tongue and inside of the mouth or airway.
14. Breathing difficulties
15. Eye injuries
16. Conscious or unconscious intraoperative awareness

c. Additional risks (if any) particular to the patient because of a complicating medical condition are:

_____

_____

_____

_____

_____

_____

Paul Vesoulis
DOB 7-22-60

OchsnerMedCtrMR-PV-   00051

### ANESTHESIA CONSENT FORM
### ACKNOWLEDGEMENT
### AUTHORIZATION AND CONSENT

**No Guarantees:** All information given to me and, in particular, all estimates made as to the likelihood of occurrence of risks of this alternate procedures or as to the prospects of success, are made in the best professional judgment of my physician. The possibility and nature of complications cannot always be accurately anticipated and, therefore, there is and can be no guarantee, either express or implied, as to the success of the medical treatment or surgical procedure.

**Additional Information:** Nothing has been said to me, no information has been given to me, and I have not relied upon any information that is inconsistent with the information set forth in this document.

**Particular Concerns:** I have had an opportunity to disclose to and discuss with the physician providing such information, those risks or other potential consequences of the medical treatment or surgical procedure that are of particular concern to me.

**Questions:** I have had an opportunity to ask, and I have asked, any questions I may have about the information in this document and any other questions I have about the proposed treatment or procedure, and all such questions were answered in a satisfactory manner.

**Authorized Physician:** The physician (or physician group authorized to administer or perform the medical treatment, surgical procedures or other therapy described in Item 2 is: <u>Zephyr Anesthesia</u>
<span style="font-size:small">Full name of authorized physician/group</span>

**Physician Certification:** I hereby certify that I have provided and explained the information set forth herein and answered all questions of the patient, or the patient's representative, concerning the medical treatment or surgical procedure, to the best of my knowledge and ability.

| | | |
|---|---|---|
| Signature of Physician | Date 1-11-18 | Time 0924 |

### CONSENT

**Consent:** I hereby authorize and direct the designated authorized physician/group, together with associates and assistants of his choice, to administer or perform the medical treatment or surgical procedure described in Item 2 of this Consent Form, including any additional procedures or services as they may deem necessary or reasonable, including the administration of any general or regional anesthetic agent, x-ray or other radiological services, laboratory services, and the disposal of any tissue removed during a diagnostic or surgical procedure and I hereby consent to.

I have read and understand all information set forth in this document and all applicable blanks were filled in prior to my signing. This authorization for and consent to medical treatment or surgical procedure is and shall remain valid until revoked by me in writing.

I acknowledge that I have had the opportunity to ask any questions about the contemplated medical procedures or surgical procedure described in Item 2 of this consent form, including risks or alternatives, and acknowledge that my questions have been answered to my satisfaction.

| | | |
|---|---|---|
| Patient/Person Authorized to Consent | Date 1/11/18 | Time |
| Witness JB Rann LPN | Date 1-11-18 | Time |

If consent is signed by someone other than patient, state reason: _____
_____ Relationship _____

Paul Vesoulis
DOB 7-22-60