Page 1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

PAUL VESOULIS            CIVIL ACTION

VERSUS                NO. 19-CV-01795-
                             MLCF-DMD

RESHAPE LIFESCIENCES, F/K/A
ENTEROMEDICS INCORPORATED


      Deposition of Sally Maher, 16 Lynda Lane, Scituate, Massachusetts 02066, taken via Zoom, on Tuesday, the 27th day of October, 2020.


APPEARANCES:

     LEGER & SHAW
     (By: Franklin G. Shaw, Esq.)
     512 East Boston Street
     Covington, Louisiana 70433

        ATTORNEYS FOR PLAINTIFF


     GIEGER, LABORDE & LAPEROUSE, LLC
     (By: Rachel G. Webre, Esq.)
     Hancock Whitney Center
     701 Poydras Street, Suite 4800
     New Orleans, Louisiana 70139-4800

        ATTORNEYS FOR DEFENDANT, RESHAPE
     LIFESCIENCES, f/k/a ENTEROMEDICS
     INCORPORATED

EXHIBIT G

Sally Maher
Paul Vesoulis v. Reshape Lifesciences, et al

Page 11

1    Q.    What are these Medical Device panels
2  that you're referring to that you served on as
3  an industry representative?  I'm not sure I'm
4  familiar with that.
5    A.    So when FDA -- when Congress wrote
6  the Food, Drug and Cosmetic Act amended it to
7  include medical devices in 1976, it directed FDA
8  to form panels of experts to classify all
9  existing products that were on the market at
10  that point as either Class I, Class II or Class
11  III, and those panels were to be made up of
12  experts.  They also were to be made up of a
13  non-voting consumer representative and a
14  non-voting industry representative.  Those
15  panels continued to exist.  They are used with
16  the FDA when reviewing PMAs.  Not all PMAs go
17  through them.  It usually is now first of a kind
18  because these panels are very expensive and
19  burdensome for the FDA to put together and
20  burdensome on industry so they don't do them as
21  much anymore, but for a long time they did them
22  for every PMA that went before a panel.  Now
23  it's mostly one of a kind or where the FDA is
24  looking at something unique, and I served as the
25  industry representative representing the

Sally Maher
Paul Vesoulis v. Reshape Lifesciences, et al

Page 12

1  neurosurgical industry for four years and then I
2  moved over -- I was off for a year and I moved
3  back over and represented the orthopedic
4  industry.
5       Q.   Are you familiar with any medical
6  device panel that was associated with the
7  ReShape Duogastric Intragastric Balloons or did
8  you --
9       A.   I am not.  I did not even go look to
10 see if it went before a panel.  I read their
11 approval letters but I did not go back and look
12 for that.
13      Q.   It says that when you were with J&J
14 you were responsible for managing the
15 submissions including labeling content and
16 complaint handling and Medical Device Reporting;
17 is that correct?
18      A.   That is correct.
19      Q.   So what course -- you said you had
20 some courses you would be teaching on Zoom.
21 What courses would that be?
22      A.   I teach at Keck Graduate Institute
23 out here in Claremont, California.  Keck is a
24 small graduate institute that has a Master's in
25 business science program for engineers, doctors,

Page 59

1  forward so I'm close to the microphone as well.
2  It won't help if the Internet flips.  I am not
3  aware of what Dr. Lavin knew or didn't know at
4  this point.  I know that the company complied
5  with the regulations by notifying the FDA of the
6  deaths.  There is no continued obligation to
7  notify all of your customers of every MDR that
8  occurs, so the company had complied with the law
9  and done the right thing by making sure that the
10 FDA was aware they filed them in a timely
11 manner.
12      Q.    And you are not of the opinion that
13 the failure of the company to advise the
14 treating physician or learned intermediary that
15 a particular device had actually been associated
16 with two deaths is not false; is that right?
17      A.    I think I've answered this
18 question --
19      MS. WEBRE:
20           Yeah.
21      THE WITNESS:
22           -- several times before, so what
23      I will try to say again is that I can't
24      answer -- the company complied with the
25      regulations.  Their labeling was