```
 1                                                              08:09
               UNITED STATES DISTRICT COURT
 2
               EASTERN DISTRICT OF LOUISIANA
 3

 4

 5  PAUL VESOULIS                    )    CIVIL ACTION:
         Plaintiff,                  )    19-CV-01795-
 6                                   )    MLCF-DMD
    vs.                              )    JUDGE: MARTIN
 7                                   )    L.C. FELDMAN
    RESHAPE LIFESCIENCES, f/k/a      )    MAGISTRATE:
 8  ENTEROMEDICS INCORPORATED        )    DANA M. DOUGLAS
         Defendant.                  )
 9  _____

10              DEPOSITION OF PAUL VESOULIS taken on

11  Friday, September 11, 2020 at or about 8:45 a.m.

12  via videoconference.

13

14

15  REPORTER:   KIMBERLY D. EDWARDS, CSR,
                Certified Court Reporter
16

17  APPEARANCES:

18  FOR PLAINTIFF:
                LEGER & SHAW
19              512 East Boston Street
                Covington, Louisiana 70433
20              (985) 809-6625
                Fshaw@legershaw.com
21              BY: FRANKLIN SHAW, ESQUIRE

22

23

24

25
```

EXHIBIT H

```
 1  Lavin any method of weight loss?                          09:01
 2       A.   I had tried different things, of                09:01
 3  course.  Everybody tries different diets whether          09:02
 4  it's the Miami or Atkins or whatever.                     09:02
 5       Q.   I understand.  But no discussions with          09:02
 6  your internist about potentially seeing a bariatric       09:02
 7  surgeon?                                                  09:02
 8       A.   No.                                             09:02
 9       Q.   And before you actually arrived in              09:02
10  Louisiana did you do any internet research on the         09:02
11  procedure that you anticipated having performed?          09:02
12       A.   I don't recall looking into it.  I              09:02
13  basically took it on recommendation and my                09:02
14  conversation with Dr. Lavin.                              09:02
15       Q.   Do you at your office as a general              09:02
16  dentist subscribe to any online healthcare research       09:02
17  sites?                                                    09:02
18       A.   Yes.                                            09:02
19       Q.   Did you research any of those sites             09:02
20  regarding the procedure you anticipated having            09:02
21  performed?                                                09:02
22       A.   No.                                             09:02
23       Q.   Would you have had access to research           09:03
24  on that particular procedure via your sites?              09:03
25       A.   That I'm not sure of because the sites          09:03
```

| | | |
|---|---|---|
| 1 | associated with it, which I never knew that there | 10:15 |
| 2 | were. Okay. And there wasn't in any of ReShape's | 10:15 |
| 3 | literature that was presented to me. There was | 10:15 |
| 4 | nothing in there that said that. And if there was | 10:15 |
| 5 | it was so small that you couldn't see it. | 10:15 |
| 6 | Q. Okay. I have a few questions on that. | 10:15 |
| 7 | First of all you said -- and I think we have a lot | 10:15 |
| 8 | of information here in your answer. So first of | 10:15 |
| 9 | all you said you did some -- did you do research on | 10:15 |
| 10 | the internet on your own about ReShape? | 10:15 |
| 11 | BY MR. SHAW: | 10:15 |
| 12 | Object to the form. | 10:15 |
| 13 | BY THE WITNESS: | 10:15 |
| 14 | After the fact, I looked. I looked, | 10:15 |
| 15 | okay. | 10:15 |
| 16 | BY MS. WEBRE: | 10:15 |
| 17 | Q. Doctor, I'm not trying to trick you at | 10:15 |
| 18 | all. It's a pretty simple question. | 10:16 |
| 19 | A. I know that. And so if your answer is | 10:16 |
| 20 | -- if you want the answer, is yes, I did look. So | 10:16 |
| 21 | the answer is yes. | 10:16 |
| 22 | Q. Okay. How about before the procedure? | 10:16 |
| 23 | Had you ever done any research on ReShape before | 10:16 |
| 24 | the procedure or on the product, the gastric | 10:16 |
| 25 | balloon? | 10:16 |

| | | | |
|---|---|---|---|
| 1 | A. | I don't recall doing that. | 10:16 |
| 2 | Q. | Okay.  So after you had your procedure | 10:16 |
| 3 | and after you had your complication you're telling | | 10:16 |
| 4 | me that you did do some internet research; is that | | 10:16 |
| 5 | correct? | | 10:16 |
| 6 | A. | I would say that I probably did, yes. | 10:16 |
| 7 | Q. | What websites did you look at? | 10:16 |
| 8 | A. | I couldn't tell you. | 10:16 |
| 9 | Q. | Do you know about when this was? | 10:16 |
| 10 | A. | Probably while I was still feeling like | 10:16 |
| 11 | crap.  Or after I started feeling better.  I don't | | 10:16 |
| 12 | recall. | | 10:16 |
| 13 | Q. | Okay.  And when you did internet | 10:16 |
| 14 | research on -- well, what was it on specifically? | | 10:17 |
| 15 | A. | Nothing specific. | 10:17 |
| 16 | BY MR. SHAW: | | 10:17 |
| 17 | | Object to the form. | 10:17 |
| 18 | BY MS. WEBRE: | | 10:17 |
| 19 | Q. | So for instance you don't remember | 10:17 |
| 20 | whether it was on the company, on the balloon, on | | 10:17 |
| 21 | the procedure, on other balloons, on bariatric | | 10:17 |
| 22 | surgery, on weight loss procedures in general?  You | | 10:17 |
| 23 | have no idea what it was on? | | 10:17 |
| 24 | A. | No.  In specific the ReShape.  But it | 10:17 |
| 25 | was probably all inclusive, everything about | | 10:17 |

| | | |
|---|---|---|
| 1 | Q. More than five? | 10:30 |
| 2 | A. I don't recall the exact number. But I | 10:30 |
| 3 | was alarmed. That was alarming that there were any | 10:30 |
| 4 | deaths with it. And if there were, then I probably | 10:30 |
| 5 | would not have had the procedure done because I was | 10:30 |
| 6 | told that it was not a -- it was such a lame | 10:30 |
| 7 | procedure that I probably would not have done if I | 10:30 |
| 8 | had known that there was a death associated with | 10:31 |
| 9 | it. | 10:31 |
| 10 | Q. Who told you that it was, what did you | 10:31 |
| 11 | say, a lame procedure? | 10:31 |
| 12 | A. I was told by Dr. Lavin that it was | 10:31 |
| 13 | such an easy procedure that it's like weight loss | 10:31 |
| 14 | 101 for dummies and that it's so noninvasive and so | 10:31 |
| 15 | nonriskful that nothing bad happens. | 10:31 |
| 16 | Q. Before your procedure, before you had | 10:31 |
| 17 | it, did you reach out in any way to ReShape? | 10:31 |
| 18 | A. No. | 10:31 |
| 19 | Q. Okay. You said before you don't think | 10:31 |
| 20 | you looked at their website; is that right? | 10:31 |
| 21 | A. I don't recall. | 10:31 |
| 22 | Q. Before your procedure do you remember | 10:31 |
| 23 | receiving any marketing materials about the | 10:31 |
| 24 | balloon? | 10:32 |
| 25 | A. You mean just like inadvertently? No. | 10:32 |

| | | |
|---|---|---|
| 1 | Nothing. | 10:32 |
| 2 | Q. Or even anything from Dr. Lavin? | 10:32 |
| 3 | Anything at all? | 10:32 |
| 4 | A. No. | 10:32 |
| 5 | Q. I mean like a brochure, an e-mail? | 10:32 |
| 6 | A. No. | 10:32 |
| 7 | Q. Okay. We talked a little bit about | 10:32 |
| 8 | your dental practice and the fact that you use | 10:32 |
| 9 | consent forms in your practice, right? | 10:32 |
| 10 | A. Yes. | 10:32 |
| 11 | Q. Okay. And you said your consent | 10:32 |
| 12 | form -- well, first of all, what are the things | 10:32 |
| 13 | that are on the consent form? The risks that are | 10:32 |
| 14 | identified? | 10:32 |
| 15 | A. The risk that there could be abnormal | 10:32 |
| 16 | bleeding, paraesthesia, allergic reaction. | 10:32 |
| 17 | Q. Infection? | 10:32 |
| 18 | A. Well, I treat infections. I don't | 10:32 |
| 19 | cause infections. But there's a chance of getting | 10:32 |
| 20 | an infection, yes. | 10:32 |
| 21 | Q. Do you know if your consent form | 10:32 |
| 22 | includes that? | 10:33 |
| 23 | A. Not offhand. I'm assuming it does. | 10:33 |
| 24 | It's a standard American Dental Association consent | 10:33 |
| 25 | form. | 10:33 |