## S Maher Consulting

16 Lynda Lane
Scituate, MA 02066
Phone: (978) 387-3705
E-Mail: smaherconsulting@gmail.com

July 10, 2020

Rachel Webre, Esq.
Geiger, Laborde, & Laperouse LLC
701 Poydras Street
Suite 4800
New Orleans, LA, 70139

RE:   Paul Vesoulis v. Reshape Lifesciences, F/K/A Entromedics, Inc
      US District Court, Eastern District Louisiana

Dear Ms. Webre;

I am the Principal in a consulting group, S. Maher Consulting, an adjunct professor at Keck Graduate Institute in Claremont, CA and a member of the Board of Directors for ACell Inc. I hold a Bachelor's Degree in Bacteriology from Ohio Wesleyan University and a law degree from the University of Baltimore.  My compensation for preparing this report is $400 per hour. My compensation for depositions or trial testimony will be $600 per hour.

I have worked in the Medical Device space for over 30 years. I started my career in 1988 at the Food & Drug Administration working for both the Center for Drug Evaluation & Research (CDER) and the Office of Legislative Affairs (OLA).  After the FDA, I worked for several medical device companies including:  Pfizer Hospital Products group, Johnson & Johnson Professional (JJPI), Westaim Biomedical (aka: NuCryst Inc.), Smith & Nephew Endoscopy, and Edwards Lifesciences in Regulatory Affairs positions.  Through my time in industry, I was asked to serve on two (2) FDA Medical Device Panels as the industry representative. 1997-2001, I was the Industry Representative on the FDA Neurosurgical Medical Device Panel and I served the same role on the Orthopedic Medical Device Panel from 2001-2005.

At JJPI, as the Director of Regulatory Affairs for the Orthopedic and Neurosurgical Division of Johnson & Johnson (J&J), I was responsible for managing global regulatory submissions, labeling content, complaint handling and Medical Device Reporting (MDR).

Westaim Biomedical was an early stage wound care company. I was responsible for Regulatory Affairs, Quality Assurance and Clinical Research.  I worked with outside consultants to develop a robust quality system, which included complaint handling and MDR reporting.

<div style="border:1px solid black">

**EXHIBIT**

J

</div>

I started at Smith & Nephew Endoscopy as the Sr. Director of Regulatory Affairs and Clinical Research.  I was responsible for Clinical Research, Regulatory Submissions, Complaint Handling and MDR reporting.  While at Smith & Nephew, I was promoted to Senior Vice President (SVP) Research & Development, and was later asked to take on different responsibilities as SVP Health Care Compliance & Reimbursement.

I left Smith & Nephew to join Edwards Lifesciences, Critical Care Division, as the Vice President for Regulatory Affairs and Clinical Research. In this role, I was responsible for Global Submissions and Clinical Research. As the Head of Regulatory Affairs, I had oversight and input on MDR reporting decisions.

Most recently I have served as the interim Chief Operating Officer (COO) for ACell Inc., a regenerative medicine company based in Columbia MD. In that role, I was responsible for the Regulatory Affairs function with oversight and input on complaint handling and MDR reporting.

I am an adjunct professor at Keck Graduate Institute (KGI) Henry E. Riggs School of Applied Life Sciences. I teach ALS 435-Medical Device Regulations. I have also taught the basic Food & Drug course at KGI. I serve on the KGI Advisory Council. I am an expert on the regulations and requirements for Medical Device labeling and Medical Device Reporting in the United States. A true and correct copy of my resume is in Appendix A of this report. A list of all cases where I have been an expert witness in the past four years is in Appendix B.

I was asked to opine on the plaintiff's expert report provided by Dr. George Samaras, in the matter of Paul Vesoulis *vs.* Reshape Life Sciences, F/K/A Entromedics in the US District Court, Eastern District Louisiana.

I reviewed Dr. Samaras' report, the FDA  website, the MDR and Complaint handling Procedures, and the company labeling and advertising pieces in order to write this report

In the bullets below, I have responded to the various statements in Dr. Samaras' report. My conclusions at the end of this report are based on my education, my knowledge of the FDA regulations, and my years of experience.

1. On page 15 of his report, Dr. Samaras states "It is worth noting that the FDA database does not include a record of Mr. Vesoulis' serious injury that "was or may have been attributed to a medical device" that occurred on 1/11/18". It is unclear to me how he is determining that fact. First, Medical Device Reports (MDR) are de-identified for HIPAA reasons, so there is no way to be absolutely sure that a specific MDR was or wasn't filed on a specific case.  Secondly, there is no evidence in Dr. Samaras' report that demonstrates that the company was aware, prior to receiving notice of this lawsuit, of this potential adverse event.

   In 1990, in response to the concern of under reporting of potential issues, the Safe Medical Devices Act of 1990 amended the FDCA; to require medical device user facilities to report to the Secretary of Health and Human Services, the manufacturer, or

both whenever they believe there is a probability that a medical device has caused or contributed to a death, illness, or injury. The legislation goes on to defines a medical "device user facility" (DUF) to mean "*a hospital, ambulatory surgical facility, nursing home, or outpatient treatment facility which is not a physician's office*".

The Medical Device Reporting for Manufacturer Guidance Document summarizes the User Facility's responsibilities based on the requirements included in the SMDA.

"***Basic Requirements for User Facilities***
*A "device user facility" is a hospital, ambulatory surgical facility, nursing home, outpatient diagnostic facility, or outpatient treatment facility, which is not a physician's office [21 CFR 803.3]. A user facility does not include school nurse offices and employee health units. User facilities are required to submit MDR reportable events, within 10 work days after the day they become aware of a reportable event as follows:*
• ***Reports of device-related deaths must be reported to us and to the device manufacturer, if known [21 CFR 803.10 and 21 CFR 803.30]; and***
• ***Reports of device- related serious injuries must be reported to the manufacturer (or to us when the manufacturer is not known) [21 CFR 803.10 and 21 CFR 803.30].***
*User facilities are also required to:*
*(1) Submit to us, on an annual basis, a summary of all death and serious injury reports submitted during the reporting year [21 CFR 803.10(a)(2) and 21 CFR 803.33];*
*(2) Develop, maintain and implement written MDR procedures [21 CFR 803.17]; and*
*(3) Maintain files related to medical device adverse events [21 CFR 803.18]."*
(**Emphasis added**)

If Doctor Lavin did not inform the company or the FDA that Dr. Vesoulis had suffered an esophageal tear, that may have been caused or contributed to by the Reshape device, then the company did not have the requisite knowledge to report the incident to the FDA as an MDR.

2. On page 16 of his report Dr. Samaras states "Patient informed consent (see Section 2.3) for the 1/11/18 explant procedure, signed by both Drs. Lavin and Vesoulis, included being informed that "serious complications include a risk of bleeding or perforation of the esophagus, stomach or duodenum occurring less thot 1 of 10,000 cases."" Based on this statement, it is my understanding that the patient, Dr. Vesoulis, was well aware that an esophageal tear was a potential risk of this procedure.

3. On page 17 of his report Dr. Samaras states "The FDA's Total Product Life Cycle database shows that devices with product code LTI (Implant, lntragastric for Morbid Obesity, device class 3) reported 2135 device problems over the period 2015 through 2020." I have attached the TPLC that report he referenced as Appendix C. As you can see in the attached report, the LTI Pro Code covers a myriad of weight loss implants, not just the ReShape device or the Intragastric Balloons. This Pro Code is also used for other weight loss devices such as the Lap Bands and TransPyloric Shuttle.  It is unclear to me why he has this blanket statement in his report since the information is not relevant to the discussion.

The TPLC report does show that ReShape had 2 recalls in 2016, almost a year before Dr. Vesoulis was implanted with the device. The FDA would not remove a PMA approval for a Class 2 recall. The TPLC report demonstrates that ReShape understood the regulatory/quality requirements, reported the assembly errors to the FDA and conducted Class 2 recalls. This is entirely appropriate. The FDA classified these as Class 2 recalls in their database. If the issue had been life threatening the recalls would have been classified as Class 1.

4. On page 18 of his report, Dr. Samaras points out that there were 2 recalls for assembly errors  in his table. Again it is unclear why this is relevant to this case as it was before the surgery and had no impact on the approval of the PMA or the use of the device in surgery.

5. On page 19, Section 3.3 Dr.  Samaras states that "it is evident that the post-approval study was not finally approved until 5/30/2018, nearly a year AFTER plaintiff was implanted with the device and almost 5 months AFTER his device was explanted." This is a true statement. It is not uncommon  for companies to work with the FDA for a period of time to ensure that the protocol for the post-approval study meets the agency's needs and will collect data to respond to any lingering concerns. I fail to see how this in any way impacts, the issue in this case.

6. On Page 19  in Section 3.3.1,  Dr. Samaras states in a footnote that the FDA advised Reshape of labeling deficiencies in 2015 and he references Bates Reshape-089828. This is a mischaracterization of the referenced document. I have reviewed this document and it is an email question from the FDA reviewer to the company, during the review process of the PMA,  asking them to simplify the language in their labeling and advertising documents. The company responded and simplified the language. The FDA ultimately approved the PMA including the revised language.

Dr. Samaras does not  seem to dispute that the labeling meets the FDA regulatory requirements 21 CFR 801 Subpart A General Labeling Provisions §801.5 "Medical Devices; Adequate Directions for Use and Subpart D §801.109  – Exemptions from Adequate Directions for Use– Prescription Devices, as well as the FDA Labeling Guidance Document[1] It is important to note that the FDA considers a finished sterile device to be comprised of the device itself, as well as the sterile packaging with labeling and accompanied by the included Instructions for Use (IFU). The FDA does not mandate specific font sizes for documents.

21 CFR 801 Subpart A §801.5 requires all devices to include adequate directions for use "under which the layman can use a device safely and for the use that it is intended…" 801.5(a) excludes "statements and conditions ... for which the device can be safely used only under the supervision of a practitioner…" from these requirements.

---

[1] Device Labeling Guidance #G91-1 (Blue Book Memo) March 1991

21 CFR §801 Subpart D lists the exemptions from the General Labeling Provisions in 21 CFR §801.105.  21 CFR §801.109 specifically exempts prescription devices from the requirements in 21 CFR §801.105 and provide a list of the requirements for labeling for prescription devices.

In the table on page 19, Dr. Samaras appears to be arguing that the patient brochures may not meet his interpretation of the human factors standards. As this is a PMA device the content of all advertising and labeling is reviewed and approved by the FDA. In addition, in this specific case, as described above and in Dr. Samaras' report, the patient signed the informed consent prior to the procedure which included a discussion of the risks associated with the procedure.

7.  On page 20 Section 3.3.2 of his report, Dr. Samaras states again without providing any evidence that "There is no evidence in the MAUDE database of  Dr. Vesoulis' serious injury on 1/11/18…" As stated above in Bullet 1, the company cannot report an MDR to the FDA unless the company is aware that the incident has occurred. There is no evidence that the company was aware of this incident, prior to the lawsuit.

## Conclusion

It is my opinion, based on my education and years of experience as well as my review of the FDA website, the applicable regulations and Dr. Samaras' report, that none of the items that Dr. Samaras alleges in his report are significant compliance issues that would have caused the agency to withdraw the PMA for the Reshape device.  Further it is my opinion (based on reading Dr. Samaras' report) that Dr. Vesoulis signed the informed consent, therefore he was aware that there was a risk of esophageal perforation associated with this procedure.

Should additional evidence related to my opinions expressed above become available, I reserve the right to supplement my report.

Sincerely,

Sally L. Maher, J.D., RAC
Principal

Attachments:
Appendix A – Resume
Appendix B – List of Cases
Appendix C – Total Product Life Cycle Report

# APPENDIX A

# SALLY L. MAHER, JD, RAC

Scituate, MA 02066
Mobile: (978) 387-3705, smaherconsulting@gmail.com

## EXECUTIVE PROFILE

- Broad portfolio of management and leadership success in global impact positions, e.g. regulatory and clinical affairs, quality assurance, healthcare compliance, government and legislative relations (FDA), reimbursement, business development, R&D, strategic planning and M&A.
- Management of technically complex R&D, clinical research and product development portfolios.

### Board & Consulting Leadership

**ACELL Inc, Columbia, MD**
**Board of Directors (2016 – Present)**
**Chair - Compliance Committee**

**S Maher Consulting, Scituate, MA (2017 – Present)**
**Principal**
- Provide RA, Quality, Clinical and Healthcare Compliance advice

### Corporate Leadership

**ACELL Inc. Columbia, MD**
**Interim Chief Operating Officer & Head Regulatory Affairs (4/2018-5/2019)**
   Directed  Regulatory Affairs and implemented streamlined NPD process
- Minimized reliance on outside counsel for RA support saving >$300k per year
- Implemented MDD Compliant Quality System, successfully completed initial MDSAP audit

**EDWARDS LIFESCIENCES, Critical Care Division, Irvine, CA**
**Vice President Regulatory & Clinical Affairs (May 2012 – June 2017)**
   Directed Global Regulatory Affairs and Clinical Affairs for Critical Care Division
- Revised NPD stage gate process to ensure global Healthcare Economics concerns and Reimbursement concerns were considered early in the development process
- Improved process for China RA submissions to shorten time for type testing and submission to CFDA by 6 months for new products.
- Responsible for UDI implementation
- Reorganized the RA department to incorporate global RA/Clinical strategies as part of the NPD program.
- Revised RA procedures to ensure compliance to EU & US regulatory requirements. Remediated existing RA files to demonstrate regulatory compliance

- Partnered with FDA to implement RA plan for unique continuous glucose monitor, resulting in IDE approval ahead of schedule
- Revised Investigator Initiated Studies Grant process and improved response time for all requests.
- Point person for Edwards Lifesciences for interactions with AdvaMed and other industry trade Associations.
  - Edwards representative on AdvaMed T&R Group, FDA Strategy Group and several Working Groups.

**SMITH & NEPHEW**, ENDOSCOPY, Andover, MA
**Senior Vice President, Compliance & Government Affairs (2008- 2012)**
>        Managed global compliance for the Endoscopy Division and US Government Affairs

- Drove both Compliance and Reimbursement strategic initiatives.  Directed division compliance with CIA/DPA requirements. Implemented Aggregate Spend Reporting requirements.
- Created Professional Affairs team
- Developed Health Economics program for the division.

**Senior Vice President, Business Development & Research** (2005-2007)
- Drove strategic business development initiatives, and provided executive oversight for strategic R&D projects.
- Managed the process for Smith & Nephew's acquisition of Osteobiologics, Inc. (US$73M).
- Successfully divested S&N Vascular business.
- Managed all day-to-day R&D activity, 120 employees and a budget of US$22M.
  - R&D Team was located in MA, OK, TX, & UK
- Defined the requirements and championed project prioritization system to improve time-to-market cycles.
- Drove the "commercialization" of a priority program to reduce product "concept-to-sales" timeframes. Successfully achieved target results in 18 months.

**Vice President, Government Affairs & Clinical Research** (2005)
**Group Director, Regulatory Affairs & Clinical Research** (1999-2005)
- Managed the regulatory affairs, regulatory compliance and the clinical program for the Endoscopy business
- Directed all aspects (including integration) of a newly acquired business (OBL). OBL integration successfully accomplished ahead of schedule and under budget.

**WESTAIM  BIOMEDICAL, INC**  Exeter, NH
**Vice President, Regulatory & Clinical Affairs and Quality** (1999)
- Developed and implemented company's first comprehensive regulatory, quality and clinical programs.

**JOHNSON & JOHNSON PROFESSIONAL, INC**., Division of Johnson & Johnson Raynham, MA.
**Director, Regulatory Affairs** (1992-1998)

- Managed global Regulatory Department. Prepared and certified regulatory submissions including 510(k)s, PMAs, Class 3 Dossiers (EU) and Shonin approvals. **J&J Achievement Award** (1994).

**PFIZER HOSPITAL PRODUCTS GROUP**, Division of Pfizer, Inc. New York, NY
**Assistant Director, Corporate Regulatory Affairs** (1991-1992)
- Prepared major regulatory submissions for domestic and international working groups including 510(k)s, PMAs, Canadian Part 5 and IDEs.

**U.S. FOOD AND DRUG ADMINISTRATION**, Rockville, MD
**Legislative Analyst, Office of Legislative Affairs** (1990-1991)
**Regulatory Counsel, Center for Drug Evaluation and Research** (1988-1990)
Analyzed court cases to develop official FDA positions on pending legislation, prepared position papers for Congressional legislative proposals for Orphan Drug Act, The Clean Air Act and Safe Medical Devices Act. FDA spokesperson for implementation of Prescription Drug Marketing Act. **Commissioner's Special Citation** (1991), **Group Recognition Award** (1989).

## MISCELLANEOUS

- Keck Graduate Institute (KGI), Claremont, CA.
  - Adjunct Professor  2017- Present
  - Advisory Council
- University of Southern California (USC) Department of Regulatory & Quality Sciences
  - Lecturer
- Member WBL (Women Business Leaders of the US Healthcare Industry)
- Member WEN (Women's Executive Network, AdvaMed)
- Member AdvaMed T&R Working Group
- President, Orthopedic Surgical Manufacturers Association (OSMA), 2005-2006
- OSMA Board of Directors, 2001-2010 – OSMA is a regulatory focused orthopedic trade association.
- Device Forum, (AAOS, FDA, CMS, NIH, OSMA) (2005 -2010) The Forum was developed in 1996 to improve patient access to innovative orthopedic devices by creating an environment for discussion.
- Industry Representative, FDA Panels (Orthopedic, 2001-2005) (Neurological, 1997-2001

## EDUCATION & CERTIFICATIONS

- JD, University of Baltimore, (Bar Admissions: District of Columbia and Pennsylvania)
- BA, Bacteriology, Ohio Wesleyan University
- RAC, Regulatory Affairs Certified
- SOQ Examiner, J&J Quality Management Awards Award (3 years)

**APPENDIX B**

*List of Cases for Sally L. Maher, JD, RAC*

| Year | Case |
|------|------|
| 2019 | Reed-Brown v. Rex Medical L.P. & Argon Medical Devices, Inc<br>Philadelphia Court of Common Pleas<br>*Expert report & Trial Testimony* |
| 2020 | Wilson v. Rex Medical L.P. & Argon Medical Devices, Inc<br>Philadelphia Court of Common Pleas<br>*Expert report* |

**APPENDIX C**



**FDA  U.S. FOOD & DRUG ADMINISTRATION**

FDA Home[3]  Medical Devices[4]  Databases[5]

### TPLC - Total Product Life Cycle

**CDRH SuperSearch**

510(k)[7]|DeNovo[8]|Registration & Listing[9]  |Adverse Events[10]  |Recalls[11]|PMA[12]|HDE[13]|Classification[14]|Standards[15]

CFR Title 21[16]|Radiation-Emitting Products[17]|X-Ray Assembler[18]|Medsun Reports[19]|CLIA[20]|TPLC[21]

New Search          show TPLC since  2015          Back to Search Results

| | |
|---|---|
| **Device** | Implant, Intragastric For Morbid Obesity |
| **Product Code** | LTI |
| **Device Class** | 3 |

**Premarket Approvals (PMA)**

| 2015 | 2016 | 2017 | 2018 | 2019 | 2020 |
|---|---|---|---|---|---|
| 6[22] | 14[23] | 14[24] | 32[25] | 21[26] | 3[27] |

**Device Problems**

| | |
|---|---|
| Fluid Leak[28] | 669 |
| Adverse Event Without Identified Device or Use Problem[29] | 564 |
| Free or Unrestricted Flow[30] | 156 |
| Device Slipped[31] | 140 |
| Leak / Splash[32] | 120 |
| Patient-Device Incompatibility[33] | 76 |
| Insufficient Information[34] | 57 |
| Migration or Expulsion of Device [35] | 53 |
| Material Erosion[36] | 44 |
| Appropriate Term/Code Not Available[37] | 40 |
| No Apparent Adverse Event[38] | 40 |
| Device Issue[39] | 24 |
| Break[40] | 19 |
| Migration[41] | 18 |
| Detachment of Device or device Component[42] | 15 |
| Inadequacy of Device Shape and/or Size[43] | 9 |
| Deflation Problem[44] | 6 |
| Fracture[45] | 6 |
| Improper or Incorrect Procedure or Method[46] | 4 |
| Material Perforation[47] | 4 |
| Material Deformation[48] | 4 |
| Inflation Problem[49] | 4 |
| Use of Device Problem[50] | 4 |
| Material Rupture[51] | 4 |
| Detachment Of Device Component[52] | 4 |
| Expulsion[53] | 3 |
| Unintended Movement[54] | 3 |

| | |
|---|---|
| Malposition of device [55] | 3 |
| Kinked[56] | 3 |
| Material Fragmentation[57] | 2 |
| Short Fill[58] | 2 |
| Defective Component[59] | 2 |
| Obstruction of Flow[60] | 2 |
| Material Split, Cut or Torn[61] | 2 |
| Patient Device Interaction Problem[62] | 2 |
| Material Integrity Problem[63] | 2 |
| Improper Flow or Infusion[64] | 2 |
| Positioning Problem[65] | 1 |
| Mechanical Problem[66] | 1 |
| Delivered as Unsterile Product[67] | 1 |
| Material Puncture / Hole[68] | 1 |
| Device Operates Differently Than Expected[69] | 1 |
| Crack[70] | 1 |
| Filling Problem[71] | 1 |
| Out-Of-Box Failure[72] | 1 |
| Fungus in Device Environment[73] | 1 |
| Device Or Device Fragments Location Unknown[74] | 1 |
| Gas Leak[75] | 1 |
| Premature Activation [76] | 1 |
| Bent[77] | 1 |
| Calcified[78] | 1 |
| Retraction Problem[79] | 1 |
| Device Dislodged or Dislocated[80] | 1 |
| Material Discolored[81] | 1 |
| Hole In Material[82] | 1 |
| Connection Problem[83] | 1 |
| Activation, Positioning or Separation Problem[84] | 1 |
| Explanted[85] | 1 |
| Disconnection[86] | 1 |
| Off-Label Use[87] | 1 |
| **Total Device Problems** | **2135** |

## Recalls

| | Manufacturer | Recall Class | Date Posted |
|---|---|---|---|
| 1 | Apollo Endosurgery Inc[88] | II | Aug-10-2018 |
| 2 | Obalon Therapeutics Inc[89] | II | Apr-28-2020 |
| 3 | Reshape Medical Inc[90] | II | Nov-10-2016 |
| 4 | Reshape Medical Inc[91] | II | Aug-17-2016 |

---

**Links on this page:**

1. http://www.addthis.com/bookmark.php?u508=true&v=152&username=fdamain

2. http://www.addthis.com/bookmark.php

3. https://www.fda.gov/

4. https://www.fda.gov/MedicalDevices/default.htm

5. https://www.fda.gov/MedicalDevices/DeviceRegulationandGuidance/Databases
   /default.htm

6. /scripts/cdrh/devicesatfda/index.cfm

7. /scripts/cdrh/cfdocs/cfPMN/pmn.cfm

8. /scripts/cdrh/cfdocs/cfpmn/denovo.cfm

9. /scripts/cdrh/cfdocs/cfRL/rl.cfm

10. /scripts/cdrh/cfdocs/cfMAUDE/TextSearch.cfm

11. /scripts/cdrh/cfdocs/cfRES/res.cfm

12. /scripts/cdrh/cfdocs/cfPMA/pma.cfm

13. /scripts/cdrh/cfdocs/cfHDE/hde.cfm

14. /scripts/cdrh/cfdocs/cfPCD/classification.cfm

15. /scripts/cdrh/cfdocs/cfStandards/search.cfm

16. /scripts/cdrh/cfdocs/cfCFR/CFRSearch.cfm

17. /scripts/cdrh/cfdocs/cfPCD_RH/classification.cfm

18. /scripts/cdrh/cfdocs/cfAssem/assembler.cfm

19. /scripts/cdrh/cfdocs/Medsun/searchReportText.cfm

20. /scripts/cdrh/cfdocs/cfClia/Search.cfm

21. /scripts/cdrh/cfdocs/cfTPLC/tplc.cfm

22. ../cfpma/pma.cfm?start_search=1&applicant=&tradename=&productcode=LTI&
    pmanumber=p&advisorycommittee=&docketnumber=&supplementtype=&
    expeditedreview=&ivdproducts=off&decisiondatefrom=1/1/2015&decisiondateto=1
    /1/2016¬icedatefrom=¬icedateto=&sortcolumn=do_desc&pagenum=10

23. ../cfpma/pma.cfm?start_search=1&applicant=&tradename=&productcode=LTI&
    pmanumber=p&advisorycommittee=&docketnumber=&supplementtype=&
    expeditedreview=&ivdproducts=off&decisiondatefrom=1/1/2016&decisiondateto=1
    /1/2017¬icedatefrom=¬icedateto=&sortcolumn=do_desc&pagenum=10

24. ../cfpma/pma.cfm?start_search=1&applicant=&tradename=&productcode=LTI&
    pmanumber=p&advisorycommittee=&docketnumber=&supplementtype=&
    expeditedreview=&ivdproducts=off&decisiondatefrom=1/1/2017&decisiondateto=1
    /1/2018¬icedatefrom=¬icedateto=&sortcolumn=do_desc&pagenum=10

25. ../cfpma/pma.cfm?start_search=1&applicant=&tradename=&productcode=LTI&
    pmanumber=p&advisorycommittee=&docketnumber=&supplementtype=&
    expeditedreview=&ivdproducts=off&decisiondatefrom=1/1/2018&decisiondateto=1
    /1/2019¬icedatefrom=¬icedateto=&sortcolumn=do_desc&pagenum=10

26. ../cfpma/pma.cfm?start_search=1&applicant=&tradename=&productcode=LTI&
    pmanumber=p&advisorycommittee=&docketnumber=&supplementtype=&
    expeditedreview=&ivdproducts=off&decisiondatefrom=1/1/2019&decisiondateto=1
    /1/2020¬icedatefrom=¬icedateto=&sortcolumn=do_desc&pagenum=10

27. ../cfpma/pma.cfm?start_search=1&applicant=&tradename=&productcode=LTI&

pmanumber=p&advisorycommittee=&docketnumber=&supplementtype=&
expeditedreview=&ivdproducts=off&decisiondatefrom=1/1/2020&decisiondateto=1
/1/2021&noticedatefrom=&noticedateto=&sortcolumn=do_desc&pagenum=10

28. ../cfmaude/results.cfm?start_search=1&searchyear=&productcode=LTI&
productproblem=1250&devicename=&knumber=k&pmanumber=p&manufacturer=&
brandname=&eventtype=&reportdatefrom=01/1/2015&reportdateto=&
pagenum=10

29. ../cfmaude/results.cfm?start_search=1&searchyear=&productcode=LTI&
productproblem=2993&devicename=&knumber=k&pmanumber=p&manufacturer=&
brandname=&eventtype=&reportdatefrom=01/1/2015&reportdateto=&
pagenum=10

30. ../cfmaude/results.cfm?start_search=1&searchyear=&productcode=LTI&
productproblem=2945&devicename=&knumber=k&pmanumber=p&manufacturer=&
brandname=&eventtype=&reportdatefrom=01/1/2015&reportdateto=&
pagenum=10

31. ../cfmaude/results.cfm?start_search=1&searchyear=&productcode=LTI&
productproblem=1584&devicename=&knumber=k&pmanumber=p&manufacturer=&
brandname=&eventtype=&reportdatefrom=01/1/2015&reportdateto=&
pagenum=10

32. ../cfmaude/results.cfm?start_search=1&searchyear=&productcode=LTI&
productproblem=1354&devicename=&knumber=k&pmanumber=p&manufacturer=&
brandname=&eventtype=&reportdatefrom=01/1/2015&reportdateto=&
pagenum=10

33. ../cfmaude/results.cfm?start_search=1&searchyear=&productcode=LTI&
productproblem=2682&devicename=&knumber=k&pmanumber=p&manufacturer=&
brandname=&eventtype=&reportdatefrom=01/1/2015&reportdateto=&
pagenum=10

34. ../cfmaude/results.cfm?start_search=1&searchyear=&productcode=LTI&
productproblem=3190&devicename=&knumber=k&pmanumber=p&manufacturer=&
brandname=&eventtype=&reportdatefrom=01/1/2015&reportdateto=&
pagenum=10

35. ../cfmaude/results.cfm?start_search=1&searchyear=&productcode=LTI&
productproblem=1395&devicename=&knumber=k&pmanumber=p&manufacturer=&
brandname=&eventtype=&reportdatefrom=01/1/2015&reportdateto=&
pagenum=10

36. ../cfmaude/results.cfm?start_search=1&searchyear=&productcode=LTI&
productproblem=1214&devicename=&knumber=k&pmanumber=p&manufacturer=&
brandname=&eventtype=&reportdatefrom=01/1/2015&reportdateto=&
pagenum=10

37. ../cfmaude/results.cfm?start_search=1&searchyear=&productcode=LTI&
productproblem=3191&devicename=&knumber=k&pmanumber=p&manufacturer=&
brandname=&eventtype=&reportdatefrom=01/1/2015&reportdateto=&
pagenum=10

38. ../cfmaude/results.cfm?start_search=1&searchyear=&productcode=LTI&
productproblem=3189&devicename=&knumber=k&pmanumber=p&manufacturer=&
brandname=&eventtype=&reportdatefrom=01/1/2015&reportdateto=&
pagenum=10

39. ../cfmaude/results.cfm?start_search=1&searchyear=&productcode=LTI&
productproblem=2379&devicename=&knumber=k&pmanumber=p&manufacturer=&
brandname=&eventtype=&reportdatefrom=01/1/2015&reportdateto=&
pagenum=10

40. ../cfmaude/results.cfm?start_search=1&searchyear=&productcode=LTI&
productproblem=1069&devicename=&knumber=k&pmanumber=p&manufacturer=&
brandname=&eventtype=&reportdatefrom=01/1/2015&reportdateto=&
pagenum=10

41. ../cfmaude/results.cfm?start_search=1&searchyear=&productcode=LTI&
productproblem=4003&devicename=&knumber=k&pmanumber=p&manufacturer=&
brandname=&eventtype=&reportdatefrom=01/1/2015&reportdateto=&
pagenum=10

42. ../cfmaude/results.cfm?start_search=1&searchyear=&productcode=LTI&
productproblem=2907&devicename=&knumber=k&pmanumber=p&manufacturer=&
brandname=&eventtype=&reportdatefrom=01/1/2015&reportdateto=&
pagenum=10

43. ../cfmaude/results.cfm?start_search=1&searchyear=&productcode=LTI&
productproblem=1583&devicename=&knumber=k&pmanumber=p&manufacturer=&
brandname=&eventtype=&reportdatefrom=01/1/2015&reportdateto=&
pagenum=10

44. ../cfmaude/results.cfm?start_search=1&searchyear=&productcode=LTI&
productproblem=1149&devicename=&knumber=k&pmanumber=p&manufacturer=&
brandname=&eventtype=&reportdatefrom=01/1/2015&reportdateto=&
pagenum=10

45. ../cfmaude/results.cfm?start_search=1&searchyear=&productcode=LTI&
productproblem=1260&devicename=&knumber=k&pmanumber=p&manufacturer=&
brandname=&eventtype=&reportdatefrom=01/1/2015&reportdateto=&
pagenum=10

46. ../cfmaude/results.cfm?start_search=1&searchyear=&productcode=LTI&
productproblem=2017&devicename=&knumber=k&pmanumber=p&manufacturer=&
brandname=&eventtype=&reportdatefrom=01/1/2015&reportdateto=&
pagenum=10

47. ../cfmaude/results.cfm?start_search=1&searchyear=&productcode=LTI&
productproblem=2205&devicename=&knumber=k&pmanumber=p&manufacturer=&
brandname=&eventtype=&reportdatefrom=01/1/2015&reportdateto=&
pagenum=10

48. ../cfmaude/results.cfm?start_search=1&searchyear=&productcode=LTI&
productproblem=2976&devicename=&knumber=k&pmanumber=p&manufacturer=&
brandname=&eventtype=&reportdatefrom=01/1/2015&reportdateto=&
pagenum=10

49. ../cfmaude/results.cfm?start_search=1&searchyear=&productcode=LTI&
productproblem=1310&devicename=&knumber=k&pmanumber=p&manufacturer=&
brandname=&eventtype=&reportdatefrom=01/1/2015&reportdateto=&
pagenum=10

50. ../cfmaude/results.cfm?start_search=1&searchyear=&productcode=LTI&
productproblem=1670&devicename=&knumber=k&pmanumber=p&manufacturer=&
brandname=&eventtype=&reportdatefrom=01/1/2015&reportdateto=&
pagenum=10

51. ../cfmaude/results.cfm?start_search=1&searchyear=&productcode=LTI&
productproblem=1546&devicename=&knumber=k&pmanumber=p&manufacturer=&
brandname=&eventtype=&reportdatefrom=01/1/2015&reportdateto=&
pagenum=10

52. ../cfmaude/results.cfm?start_search=1&searchyear=&productcode=LTI&
productproblem=1104&devicename=&knumber=k&pmanumber=p&manufacturer=&

Case 2:19-cv-01795-MLCF-DMD    Document 95-10    Filed 03/23/21    Page 18 of 27

brandname=&eventtype=&reportdatefrom=01/1/2015&reportdateto=&
pagenum=10

53. ../cfmaude/results.cfm?start_search=1&searchyear=&productcode=LTI&
productproblem=2933&devicename=&knumber=k&pmanumber=p&manufacturer=&
brandname=&eventtype=&reportdatefrom=01/1/2015&reportdateto=&
pagenum=10

54. ../cfmaude/results.cfm?start_search=1&searchyear=&productcode=LTI&
productproblem=3026&devicename=&knumber=k&pmanumber=p&manufacturer=&
brandname=&eventtype=&reportdatefrom=01/1/2015&reportdateto=&
pagenum=10

55. ../cfmaude/results.cfm?start_search=1&searchyear=&productcode=LTI&
productproblem=2616&devicename=&knumber=k&pmanumber=p&manufacturer=&
brandname=&eventtype=&reportdatefrom=01/1/2015&reportdateto=&
pagenum=10

56. ../cfmaude/results.cfm?start_search=1&searchyear=&productcode=LTI&
productproblem=1339&devicename=&knumber=k&pmanumber=p&manufacturer=&
brandname=&eventtype=&reportdatefrom=01/1/2015&reportdateto=&
pagenum=10

57. ../cfmaude/results.cfm?start_search=1&searchyear=&productcode=LTI&
productproblem=1261&devicename=&knumber=k&pmanumber=p&manufacturer=&
brandname=&eventtype=&reportdatefrom=01/1/2015&reportdateto=&
pagenum=10

58. ../cfmaude/results.cfm?start_search=1&searchyear=&productcode=LTI&
productproblem=1575&devicename=&knumber=k&pmanumber=p&manufacturer=&
brandname=&eventtype=&reportdatefrom=01/1/2015&reportdateto=&
pagenum=10

59. ../cfmaude/results.cfm?start_search=1&searchyear=&productcode=LTI&
productproblem=2292&devicename=&knumber=k&pmanumber=p&manufacturer=&
brandname=&eventtype=&reportdatefrom=01/1/2015&reportdateto=&
pagenum=10

60. ../cfmaude/results.cfm?start_search=1&searchyear=&productcode=LTI&
productproblem=2423&devicename=&knumber=k&pmanumber=p&manufacturer=&
brandname=&eventtype=&reportdatefrom=01/1/2015&reportdateto=&
pagenum=10

61. ../cfmaude/results.cfm?start_search=1&searchyear=&productcode=LTI&
productproblem=4008&devicename=&knumber=k&pmanumber=p&manufacturer=&
brandname=&eventtype=&reportdatefrom=01/1/2015&reportdateto=&
pagenum=10

62. ../cfmaude/results.cfm?start_search=1&searchyear=&productcode=LTI&
productproblem=4001&devicename=&knumber=k&pmanumber=p&manufacturer=&
brandname=&eventtype=&reportdatefrom=01/1/2015&reportdateto=&
pagenum=10

63. ../cfmaude/results.cfm?start_search=1&searchyear=&productcode=LTI&
productproblem=2978&devicename=&knumber=k&pmanumber=p&manufacturer=&
brandname=&eventtype=&reportdatefrom=01/1/2015&reportdateto=&
pagenum=10

64. ../cfmaude/results.cfm?start_search=1&searchyear=&productcode=LTI&
productproblem=2954&devicename=&knumber=k&pmanumber=p&manufacturer=&
brandname=&eventtype=&reportdatefrom=01/1/2015&reportdateto=&
pagenum=10

65. ../cfmaude/results.cfm?start_search=1&searchyear=&productcode=LTI&
productproblem=3009&devicename=&knumber=k&pmanumber=p&manufacturer=&
brandname=&eventtype=&reportdatefrom=01/1/2015&reportdateto=&
pagenum=10

66. ../cfmaude/results.cfm?start_search=1&searchyear=&productcode=LTI&
productproblem=1384&devicename=&knumber=k&pmanumber=p&manufacturer=&
brandname=&eventtype=&reportdatefrom=01/1/2015&reportdateto=&
pagenum=10

67. ../cfmaude/results.cfm?start_search=1&searchyear=&productcode=LTI&
productproblem=1421&devicename=&knumber=k&pmanumber=p&manufacturer=&
brandname=&eventtype=&reportdatefrom=01/1/2015&reportdateto=&
pagenum=10

68. ../cfmaude/results.cfm?start_search=1&searchyear=&productcode=LTI&
productproblem=1504&devicename=&knumber=k&pmanumber=p&manufacturer=&
brandname=&eventtype=&reportdatefrom=01/1/2015&reportdateto=&
pagenum=10

69. ../cfmaude/results.cfm?start_search=1&searchyear=&productcode=LTI&
productproblem=2913&devicename=&knumber=k&pmanumber=p&manufacturer=&
brandname=&eventtype=&reportdatefrom=01/1/2015&reportdateto=&
pagenum=10

70. ../cfmaude/results.cfm?start_search=1&searchyear=&productcode=LTI&
productproblem=1135&devicename=&knumber=k&pmanumber=p&manufacturer=&
brandname=&eventtype=&reportdatefrom=01/1/2015&reportdateto=&
pagenum=10

71. ../cfmaude/results.cfm?start_search=1&searchyear=&productcode=LTI&
productproblem=1233&devicename=&knumber=k&pmanumber=p&manufacturer=&
brandname=&eventtype=&reportdatefrom=01/1/2015&reportdateto=&
pagenum=10

72. ../cfmaude/results.cfm?start_search=1&searchyear=&productcode=LTI&
productproblem=2311&devicename=&knumber=k&pmanumber=p&manufacturer=&
brandname=&eventtype=&reportdatefrom=01/1/2015&reportdateto=&
pagenum=10

73. ../cfmaude/results.cfm?start_search=1&searchyear=&productcode=LTI&
productproblem=2316&devicename=&knumber=k&pmanumber=p&manufacturer=&
brandname=&eventtype=&reportdatefrom=01/1/2015&reportdateto=&
pagenum=10

74. ../cfmaude/results.cfm?start_search=1&searchyear=&productcode=LTI&
productproblem=2590&devicename=&knumber=k&pmanumber=p&manufacturer=&
brandname=&eventtype=&reportdatefrom=01/1/2015&reportdateto=&
pagenum=10

75. ../cfmaude/results.cfm?start_search=1&searchyear=&productcode=LTI&
productproblem=2946&devicename=&knumber=k&pmanumber=p&manufacturer=&
brandname=&eventtype=&reportdatefrom=01/1/2015&reportdateto=&
pagenum=10

76. ../cfmaude/results.cfm?start_search=1&searchyear=&productcode=LTI&
productproblem=1484&devicename=&knumber=k&pmanumber=p&manufacturer=&
brandname=&eventtype=&reportdatefrom=01/1/2015&reportdateto=&
pagenum=10

77. ../cfmaude/results.cfm?start_search=1&searchyear=&productcode=LTI&
productproblem=1059&devicename=&knumber=k&pmanumber=p&manufacturer=&

brandname=&eventtype=&reportdatefrom=01/1/2015&reportdateto=&
pagenum=10

78. ../cfmaude/results.cfm?start_search=1&searchyear=&productcode=LTI&
productproblem=1077&devicename=&knumber=k&pmanumber=p&manufacturer=&
brandname=&eventtype=&reportdatefrom=01/1/2015&reportdateto=&
pagenum=10

79. ../cfmaude/results.cfm?start_search=1&searchyear=&productcode=LTI&
productproblem=1536&devicename=&knumber=k&pmanumber=p&manufacturer=&
brandname=&eventtype=&reportdatefrom=01/1/2015&reportdateto=&
pagenum=10

80. ../cfmaude/results.cfm?start_search=1&searchyear=&productcode=LTI&
productproblem=2923&devicename=&knumber=k&pmanumber=p&manufacturer=&
brandname=&eventtype=&reportdatefrom=01/1/2015&reportdateto=&
pagenum=10

81. ../cfmaude/results.cfm?start_search=1&searchyear=&productcode=LTI&
productproblem=1170&devicename=&knumber=k&pmanumber=p&manufacturer=&
brandname=&eventtype=&reportdatefrom=01/1/2015&reportdateto=&
pagenum=10

82. ../cfmaude/results.cfm?start_search=1&searchyear=&productcode=LTI&
productproblem=1293&devicename=&knumber=k&pmanumber=p&manufacturer=&
brandname=&eventtype=&reportdatefrom=01/1/2015&reportdateto=&
pagenum=10

83. ../cfmaude/results.cfm?start_search=1&searchyear=&productcode=LTI&
productproblem=2900&devicename=&knumber=k&pmanumber=p&manufacturer=&
brandname=&eventtype=&reportdatefrom=01/1/2015&reportdateto=&
pagenum=10

84. ../cfmaude/results.cfm?start_search=1&searchyear=&productcode=LTI&
productproblem=2906&devicename=&knumber=k&pmanumber=p&manufacturer=&
brandname=&eventtype=&reportdatefrom=01/1/2015&reportdateto=&
pagenum=10

85. ../cfmaude/results.cfm?start_search=1&searchyear=&productcode=LTI&
productproblem=1217&devicename=&knumber=k&pmanumber=p&manufacturer=&
brandname=&eventtype=&reportdatefrom=01/1/2015&reportdateto=&
pagenum=10

86. ../cfmaude/results.cfm?start_search=1&searchyear=&productcode=LTI&
productproblem=1171&devicename=&knumber=k&pmanumber=p&manufacturer=&
brandname=&eventtype=&reportdatefrom=01/1/2015&reportdateto=&
pagenum=10

87. ../cfmaude/results.cfm?start_search=1&searchyear=&productcode=LTI&
productproblem=1494&devicename=&knumber=k&pmanumber=p&manufacturer=&
brandname=&eventtype=&reportdatefrom=01/1/2015&reportdateto=&
pagenum=10

88. ../cfres/res.cfm?start_search=1&event_id=80079

89. ../cfres/res.cfm?start_search=1&event_id=85050

90. ../cfres/res.cfm?start_search=1&event_id=75475

91. ../cfres/res.cfm?start_search=1&event_id=74781

Page Last Updated: 06/29/2020

Note: If you need help accessing information in different file formats, see Instructions for Downloading

**Viewers and Players.**
Language Assistance Available: Español | 繁體中文 | Tiếng Việt | 한국어 | Tagalog | Русский | العربية | Kreyòl Ayisyen | Français | Polski | Português | Italiano | Deutsch | 日本語 | فارسی | English
Accessibility Contact FDA Careers FDA Basics FOIA No FEAR Act Nondiscrimination Website Policies



U.S. Food and Drug Administration
10903 New Hampshire Avenue
Silver Spring, MD 20993
Ph. 1-888-INFO-FDA (1-888-463-6332)
Contact FDA

     

For Government For Press
Combination Products Advisory Committees Science & Research Regulatory Information Safety Emergency Preparedness International Programs News & Events Training and Continuing Education Inspections/Compliance State & Local Officials Consumers Industry Health Professionals FDA Archive
U.S. Department of **Health & Human Services**

**Links on this page:**

1. http://www.addthis.com/bookmark.php?u508=true&v=152&username=fdamain

2. http://www.addthis.com/bookmark.php

3. https://www.fda.gov/

4. https://www.fda.gov/MedicalDevices/default.htm

5. https://www.fda.gov/MedicalDevices/DeviceRegulationandGuidance/Databases /default.htm

6. /scripts/cdrh/devicesatfda/index.cfm

7. /scripts/cdrh/cfdocs/cfPMN/pmn.cfm

8. /scripts/cdrh/cfdocs/cfpmn/denovo.cfm

9. /scripts/cdrh/cfdocs/cfRL/rl.cfm

10. /scripts/cdrh/cfdocs/cfMAUDE/TextSearch.cfm

11. /scripts/cdrh/cfdocs/cfRES/res.cfm

12. /scripts/cdrh/cfdocs/cfPMA/pma.cfm

13. /scripts/cdrh/cfdocs/cfHDE/hde.cfm

14. /scripts/cdrh/cfdocs/cfPCD/classification.cfm

15. /scripts/cdrh/cfdocs/cfStandards/search.cfm

16. /scripts/cdrh/cfdocs/cfCFR/CFRSearch.cfm

17. /scripts/cdrh/cfdocs/cfPCD_RH/classification.cfm

18. /scripts/cdrh/cfdocs/cfAssem/assembler.cfm

19. /scripts/cdrh/cfdocs/Medsun/searchReportText.cfm

20. /scripts/cdrh/cfdocs/cfClia/Search.cfm

21. /scripts/cdrh/cfdocs/cfTPLC/tplc.cfm

22. ../cfpma/pma.cfm?start_search=1&applicant=&tradename=&productcode=LTI&
pmanumber=p&advisorycommittee=&docketnumber=&supplementtype=&
expeditedreview=&ivdproducts=off&decisiondatefrom=1/1/2015&decisiondateto=1
/1/2016¬icedatefrom=¬icedateto=&sortcolumn=do_desc&pagenum=10

23. ../cfpma/pma.cfm?start_search=1&applicant=&tradename=&productcode=LTI&
pmanumber=p&advisorycommittee=&docketnumber=&supplementtype=&
expeditedreview=&ivdproducts=off&decisiondatefrom=1/1/2016&decisiondateto=1
/1/2017¬icedatefrom=¬icedateto=&sortcolumn=do_desc&pagenum=10

24. ../cfpma/pma.cfm?start_search=1&applicant=&tradename=&productcode=LTI&
pmanumber=p&advisorycommittee=&docketnumber=&supplementtype=&
expeditedreview=&ivdproducts=off&decisiondatefrom=1/1/2017&decisiondateto=1
/1/2018¬icedatefrom=¬icedateto=&sortcolumn=do_desc&pagenum=10

25. ../cfpma/pma.cfm?start_search=1&applicant=&tradename=&productcode=LTI&
pmanumber=p&advisorycommittee=&docketnumber=&supplementtype=&
expeditedreview=&ivdproducts=off&decisiondatefrom=1/1/2018&decisiondateto=1
/1/2019¬icedatefrom=¬icedateto=&sortcolumn=do_desc&pagenum=10

26. ../cfpma/pma.cfm?start_search=1&applicant=&tradename=&productcode=LTI&
pmanumber=p&advisorycommittee=&docketnumber=&supplementtype=&
expeditedreview=&ivdproducts=off&decisiondatefrom=1/1/2019&decisiondateto=1
/1/2020¬icedatefrom=¬icedateto=&sortcolumn=do_desc&pagenum=10

27. ../cfpma/pma.cfm?start_search=1&applicant=&tradename=&productcode=LTI&
pmanumber=p&advisorycommittee=&docketnumber=&supplementtype=&
expeditedreview=&ivdproducts=off&decisiondatefrom=1/1/2020&decisiondateto=1
/1/2021¬icedatefrom=¬icedateto=&sortcolumn=do_desc&pagenum=10

28. ../cfmaude/results.cfm?start_search=1&searchyear=&productcode=LTI&
productproblem=1250&devicename=&knumber=k&pmanumber=p&manufacturer=&
brandname=&eventtype=&reportdatefrom=01/1/2015&reportdateto=&
pagenum=10

29. ../cfmaude/results.cfm?start_search=1&searchyear=&productcode=LTI&
productproblem=2993&devicename=&knumber=k&pmanumber=p&manufacturer=&
brandname=&eventtype=&reportdatefrom=01/1/2015&reportdateto=&
pagenum=10

30. ../cfmaude/results.cfm?start_search=1&searchyear=&productcode=LTI&
productproblem=2945&devicename=&knumber=k&pmanumber=p&manufacturer=&
brandname=&eventtype=&reportdatefrom=01/1/2015&reportdateto=&
pagenum=10

31. ../cfmaude/results.cfm?start_search=1&searchyear=&productcode=LTI&
productproblem=1584&devicename=&knumber=k&pmanumber=p&manufacturer=&
brandname=&eventtype=&reportdatefrom=01/1/2015&reportdateto=&
pagenum=10

32. ../cfmaude/results.cfm?start_search=1&searchyear=&productcode=LTI&
productproblem=1354&devicename=&knumber=k&pmanumber=p&manufacturer=&
brandname=&eventtype=&reportdatefrom=01/1/2015&reportdateto=&
pagenum=10

33. ../cfmaude/results.cfm?start_search=1&searchyear=&productcode=LTI&
productproblem=2682&devicename=&knumber=k&pmanumber=p&manufacturer=&
brandname=&eventtype=&reportdatefrom=01/1/2015&reportdateto=&
pagenum=10

34. ../cfmaude/results.cfm?start_search=1&searchyear=&productcode=LTI&
productproblem=3190&devicename=&knumber=k&pmanumber=p&manufacturer=&

brandname=&eventtype=&reportdatefrom=01/1/2015&reportdateto=&
pagenum=10

35. ../cfmaude/results.cfm?start_search=1&searchyear=&productcode=LTI&
productproblem=1395&devicename=&knumber=k&pmanumber=p&manufacturer=&
brandname=&eventtype=&reportdatefrom=01/1/2015&reportdateto=&
pagenum=10

36. ../cfmaude/results.cfm?start_search=1&searchyear=&productcode=LTI&
productproblem=1214&devicename=&knumber=k&pmanumber=p&manufacturer=&
brandname=&eventtype=&reportdatefrom=01/1/2015&reportdateto=&
pagenum=10

37. ../cfmaude/results.cfm?start_search=1&searchyear=&productcode=LTI&
productproblem=3191&devicename=&knumber=k&pmanumber=p&manufacturer=&
brandname=&eventtype=&reportdatefrom=01/1/2015&reportdateto=&
pagenum=10

38. ../cfmaude/results.cfm?start_search=1&searchyear=&productcode=LTI&
productproblem=3189&devicename=&knumber=k&pmanumber=p&manufacturer=&
brandname=&eventtype=&reportdatefrom=01/1/2015&reportdateto=&
pagenum=10

39. ../cfmaude/results.cfm?start_search=1&searchyear=&productcode=LTI&
productproblem=2379&devicename=&knumber=k&pmanumber=p&manufacturer=&
brandname=&eventtype=&reportdatefrom=01/1/2015&reportdateto=&
pagenum=10

40. ../cfmaude/results.cfm?start_search=1&searchyear=&productcode=LTI&
productproblem=1069&devicename=&knumber=k&pmanumber=p&manufacturer=&
brandname=&eventtype=&reportdatefrom=01/1/2015&reportdateto=&
pagenum=10

41. ../cfmaude/results.cfm?start_search=1&searchyear=&productcode=LTI&
productproblem=4003&devicename=&knumber=k&pmanumber=p&manufacturer=&
brandname=&eventtype=&reportdatefrom=01/1/2015&reportdateto=&
pagenum=10

42. ../cfmaude/results.cfm?start_search=1&searchyear=&productcode=LTI&
productproblem=2907&devicename=&knumber=k&pmanumber=p&manufacturer=&
brandname=&eventtype=&reportdatefrom=01/1/2015&reportdateto=&
pagenum=10

43. ../cfmaude/results.cfm?start_search=1&searchyear=&productcode=LTI&
productproblem=1583&devicename=&knumber=k&pmanumber=p&manufacturer=&
brandname=&eventtype=&reportdatefrom=01/1/2015&reportdateto=&
pagenum=10

44. ../cfmaude/results.cfm?start_search=1&searchyear=&productcode=LTI&
productproblem=1149&devicename=&knumber=k&pmanumber=p&manufacturer=&
brandname=&eventtype=&reportdatefrom=01/1/2015&reportdateto=&
pagenum=10

45. ../cfmaude/results.cfm?start_search=1&searchyear=&productcode=LTI&
productproblem=1260&devicename=&knumber=k&pmanumber=p&manufacturer=&
brandname=&eventtype=&reportdatefrom=01/1/2015&reportdateto=&
pagenum=10

46. ../cfmaude/results.cfm?start_search=1&searchyear=&productcode=LTI&
productproblem=2017&devicename=&knumber=k&pmanumber=p&manufacturer=&
brandname=&eventtype=&reportdatefrom=01/1/2015&reportdateto=&
pagenum=10

47. ../cfmaude/results.cfm?start_search=1&searchyear=&productcode=LTI&
    productproblem=2205&devicename=&knumber=k&pmanumber=p&manufacturer=&
    brandname=&eventtype=&reportdatefrom=01/1/2015&reportdateto=&
    pagenum=10

48. ../cfmaude/results.cfm?start_search=1&searchyear=&productcode=LTI&
    productproblem=2976&devicename=&knumber=k&pmanumber=p&manufacturer=&
    brandname=&eventtype=&reportdatefrom=01/1/2015&reportdateto=&
    pagenum=10

49. ../cfmaude/results.cfm?start_search=1&searchyear=&productcode=LTI&
    productproblem=1310&devicename=&knumber=k&pmanumber=p&manufacturer=&
    brandname=&eventtype=&reportdatefrom=01/1/2015&reportdateto=&
    pagenum=10

50. ../cfmaude/results.cfm?start_search=1&searchyear=&productcode=LTI&
    productproblem=1670&devicename=&knumber=k&pmanumber=p&manufacturer=&
    brandname=&eventtype=&reportdatefrom=01/1/2015&reportdateto=&
    pagenum=10

51. ../cfmaude/results.cfm?start_search=1&searchyear=&productcode=LTI&
    productproblem=1546&devicename=&knumber=k&pmanumber=p&manufacturer=&
    brandname=&eventtype=&reportdatefrom=01/1/2015&reportdateto=&
    pagenum=10

52. ../cfmaude/results.cfm?start_search=1&searchyear=&productcode=LTI&
    productproblem=1104&devicename=&knumber=k&pmanumber=p&manufacturer=&
    brandname=&eventtype=&reportdatefrom=01/1/2015&reportdateto=&
    pagenum=10

53. ../cfmaude/results.cfm?start_search=1&searchyear=&productcode=LTI&
    productproblem=2933&devicename=&knumber=k&pmanumber=p&manufacturer=&
    brandname=&eventtype=&reportdatefrom=01/1/2015&reportdateto=&
    pagenum=10

54. ../cfmaude/results.cfm?start_search=1&searchyear=&productcode=LTI&
    productproblem=3026&devicename=&knumber=k&pmanumber=p&manufacturer=&
    brandname=&eventtype=&reportdatefrom=01/1/2015&reportdateto=&
    pagenum=10

55. ../cfmaude/results.cfm?start_search=1&searchyear=&productcode=LTI&
    productproblem=2616&devicename=&knumber=k&pmanumber=p&manufacturer=&
    brandname=&eventtype=&reportdatefrom=01/1/2015&reportdateto=&
    pagenum=10

56. ../cfmaude/results.cfm?start_search=1&searchyear=&productcode=LTI&
    productproblem=1339&devicename=&knumber=k&pmanumber=p&manufacturer=&
    brandname=&eventtype=&reportdatefrom=01/1/2015&reportdateto=&
    pagenum=10

57. ../cfmaude/results.cfm?start_search=1&searchyear=&productcode=LTI&
    productproblem=1261&devicename=&knumber=k&pmanumber=p&manufacturer=&
    brandname=&eventtype=&reportdatefrom=01/1/2015&reportdateto=&
    pagenum=10

58. ../cfmaude/results.cfm?start_search=1&searchyear=&productcode=LTI&
    productproblem=1575&devicename=&knumber=k&pmanumber=p&manufacturer=&
    brandname=&eventtype=&reportdatefrom=01/1/2015&reportdateto=&
    pagenum=10

59. ../cfmaude/results.cfm?start_search=1&searchyear=&productcode=LTI&
    productproblem=2292&devicename=&knumber=k&pmanumber=p&manufacturer=&

Case 2:19-cv-01795-MLCF-DMD    Document 95-10    Filed 03/23/21    Page 25 of 27

brandname=&eventtype=&reportdatefrom=01/1/2015&reportdateto=&
pagenum=10

60. ../cfmaude/results.cfm?start_search=1&searchyear=&productcode=LTI&
productproblem=2423&devicename=&knumber=k&pmanumber=p&manufacturer=&
brandname=&eventtype=&reportdatefrom=01/1/2015&reportdateto=&
pagenum=10

61. ../cfmaude/results.cfm?start_search=1&searchyear=&productcode=LTI&
productproblem=4008&devicename=&knumber=k&pmanumber=p&manufacturer=&
brandname=&eventtype=&reportdatefrom=01/1/2015&reportdateto=&
pagenum=10

62. ../cfmaude/results.cfm?start_search=1&searchyear=&productcode=LTI&
productproblem=4001&devicename=&knumber=k&pmanumber=p&manufacturer=&
brandname=&eventtype=&reportdatefrom=01/1/2015&reportdateto=&
pagenum=10

63. ../cfmaude/results.cfm?start_search=1&searchyear=&productcode=LTI&
productproblem=2978&devicename=&knumber=k&pmanumber=p&manufacturer=&
brandname=&eventtype=&reportdatefrom=01/1/2015&reportdateto=&
pagenum=10

64. ../cfmaude/results.cfm?start_search=1&searchyear=&productcode=LTI&
productproblem=2954&devicename=&knumber=k&pmanumber=p&manufacturer=&
brandname=&eventtype=&reportdatefrom=01/1/2015&reportdateto=&
pagenum=10

65. ../cfmaude/results.cfm?start_search=1&searchyear=&productcode=LTI&
productproblem=3009&devicename=&knumber=k&pmanumber=p&manufacturer=&
brandname=&eventtype=&reportdatefrom=01/1/2015&reportdateto=&
pagenum=10

66. ../cfmaude/results.cfm?start_search=1&searchyear=&productcode=LTI&
productproblem=1384&devicename=&knumber=k&pmanumber=p&manufacturer=&
brandname=&eventtype=&reportdatefrom=01/1/2015&reportdateto=&
pagenum=10

67. ../cfmaude/results.cfm?start_search=1&searchyear=&productcode=LTI&
productproblem=1421&devicename=&knumber=k&pmanumber=p&manufacturer=&
brandname=&eventtype=&reportdatefrom=01/1/2015&reportdateto=&
pagenum=10

68. ../cfmaude/results.cfm?start_search=1&searchyear=&productcode=LTI&
productproblem=1504&devicename=&knumber=k&pmanumber=p&manufacturer=&
brandname=&eventtype=&reportdatefrom=01/1/2015&reportdateto=&
pagenum=10

69. ../cfmaude/results.cfm?start_search=1&searchyear=&productcode=LTI&
productproblem=2913&devicename=&knumber=k&pmanumber=p&manufacturer=&
brandname=&eventtype=&reportdatefrom=01/1/2015&reportdateto=&
pagenum=10

70. ../cfmaude/results.cfm?start_search=1&searchyear=&productcode=LTI&
productproblem=1135&devicename=&knumber=k&pmanumber=p&manufacturer=&
brandname=&eventtype=&reportdatefrom=01/1/2015&reportdateto=&
pagenum=10

71. ../cfmaude/results.cfm?start_search=1&searchyear=&productcode=LTI&
productproblem=1233&devicename=&knumber=k&pmanumber=p&manufacturer=&
brandname=&eventtype=&reportdatefrom=01/1/2015&reportdateto=&
pagenum=10

72. ../cfmaude/results.cfm?start_search=1&searchyear=&productcode=LTI&
productproblem=2311&devicename=&knumber=k&pmanumber=p&manufacturer=&
brandname=&eventtype=&reportdatefrom=01/1/2015&reportdateto=&
pagenum=10

73. ../cfmaude/results.cfm?start_search=1&searchyear=&productcode=LTI&
productproblem=2316&devicename=&knumber=k&pmanumber=p&manufacturer=&
brandname=&eventtype=&reportdatefrom=01/1/2015&reportdateto=&
pagenum=10

74. ../cfmaude/results.cfm?start_search=1&searchyear=&productcode=LTI&
productproblem=2590&devicename=&knumber=k&pmanumber=p&manufacturer=&
brandname=&eventtype=&reportdatefrom=01/1/2015&reportdateto=&
pagenum=10

75. ../cfmaude/results.cfm?start_search=1&searchyear=&productcode=LTI&
productproblem=2946&devicename=&knumber=k&pmanumber=p&manufacturer=&
brandname=&eventtype=&reportdatefrom=01/1/2015&reportdateto=&
pagenum=10

76. ../cfmaude/results.cfm?start_search=1&searchyear=&productcode=LTI&
productproblem=1484&devicename=&knumber=k&pmanumber=p&manufacturer=&
brandname=&eventtype=&reportdatefrom=01/1/2015&reportdateto=&
pagenum=10

77. ../cfmaude/results.cfm?start_search=1&searchyear=&productcode=LTI&
productproblem=1059&devicename=&knumber=k&pmanumber=p&manufacturer=&
brandname=&eventtype=&reportdatefrom=01/1/2015&reportdateto=&
pagenum=10

78. ../cfmaude/results.cfm?start_search=1&searchyear=&productcode=LTI&
productproblem=1077&devicename=&knumber=k&pmanumber=p&manufacturer=&
brandname=&eventtype=&reportdatefrom=01/1/2015&reportdateto=&
pagenum=10

79. ../cfmaude/results.cfm?start_search=1&searchyear=&productcode=LTI&
productproblem=1536&devicename=&knumber=k&pmanumber=p&manufacturer=&
brandname=&eventtype=&reportdatefrom=01/1/2015&reportdateto=&
pagenum=10

80. ../cfmaude/results.cfm?start_search=1&searchyear=&productcode=LTI&
productproblem=2923&devicename=&knumber=k&pmanumber=p&manufacturer=&
brandname=&eventtype=&reportdatefrom=01/1/2015&reportdateto=&
pagenum=10

81. ../cfmaude/results.cfm?start_search=1&searchyear=&productcode=LTI&
productproblem=1170&devicename=&knumber=k&pmanumber=p&manufacturer=&
brandname=&eventtype=&reportdatefrom=01/1/2015&reportdateto=&
pagenum=10

82. ../cfmaude/results.cfm?start_search=1&searchyear=&productcode=LTI&
productproblem=1293&devicename=&knumber=k&pmanumber=p&manufacturer=&
brandname=&eventtype=&reportdatefrom=01/1/2015&reportdateto=&
pagenum=10

83. ../cfmaude/results.cfm?start_search=1&searchyear=&productcode=LTI&
productproblem=2900&devicename=&knumber=k&pmanumber=p&manufacturer=&
brandname=&eventtype=&reportdatefrom=01/1/2015&reportdateto=&
pagenum=10

84. ../cfmaude/results.cfm?start_search=1&searchyear=&productcode=LTI&
productproblem=2906&devicename=&knumber=k&pmanumber=p&manufacturer=&

Case 2:19-cv-01795-MLCF-DMD   Document 95-10   Filed 03/23/21   Page 27 of 27

brandname=&eventtype=&reportdatefrom=01/1/2015&reportdateto=&
pagenum=10

85. ../cfmaude/results.cfm?start_search=1&searchyear=&productcode=LTI&
productproblem=1217&devicename=&knumber=k&pmanumber=p&manufacturer=&
brandname=&eventtype=&reportdatefrom=01/1/2015&reportdateto=&
pagenum=10

86. ../cfmaude/results.cfm?start_search=1&searchyear=&productcode=LTI&
productproblem=1171&devicename=&knumber=k&pmanumber=p&manufacturer=&
brandname=&eventtype=&reportdatefrom=01/1/2015&reportdateto=&
pagenum=10

87. ../cfmaude/results.cfm?start_search=1&searchyear=&productcode=LTI&
productproblem=1494&devicename=&knumber=k&pmanumber=p&manufacturer=&
brandname=&eventtype=&reportdatefrom=01/1/2015&reportdateto=&
pagenum=10

88. ../cfres/res.cfm?start_search=1&event_id=80079

89. ../cfres/res.cfm?start_search=1&event_id=85050

90. ../cfres/res.cfm?start_search=1&event_id=75475

91. ../cfres/res.cfm?start_search=1&event_id=74781