Page 1

```
          UNITED STATES DISTRICT COURT
          EASTERN DISTRICT OF LOUISIANA


PAUL VESOULIS              CIVIL ACTION NO.
                           19-CV-01795-MLCF-DMD
VERSUS
                           JUDGE MARTIN L.C. FELDMAN
RESHAPE LIFESCIENCES,
F/K/A ENTEROMEDICS         MAGISTRATE JUDGE DANA
INCORPORATED                    M. DOUGLAS

**************************************************

            22ND JUDICIAL DISTRICT COURT
               PARISH OF ST. TAMMANY
                 STATE OF LOUISIANA

NO. 2019-11625                       DIVISION "D"


IN RE:  MEDICAL REVIEW PANEL FOR THE CLAIM OF
                 PAUL VESOULIS

**************************************************




     Deposition of THOMAS E. LAVIN, M.D., FACS,
taken in the offices of Surgical Specialists of
Louisiana, LLC, 7015 Highway 190 E. Service
Road, Suite 200, Covington, Louisiana 70433, on
Monday, the 11th day of November, 2019.


APPEARANCES:

     LEGER & SHAW
     (By:  Franklin G. Shaw, Esq.)
     512 East Boston Street
     Covington, Louisiana 70433

          ATTORNEYS FOR PLAINTIFF,
          PAUL VESOULIS
```

EXHIBIT K

Page 23

1            You might have to look closely at
2    that.  My question to you is, was any
3    information given to Dr. Vesoulis prior to the
4    placement of the dual integrated balloons, and
5    if so, would they have included those particular
6    risks that are listed on that document?
7        A    We had the standard informed consent
8    that we can just refer to and look at, but any
9    endoscopy, whether you place a balloon or not,
10   has a risk of perforation and those problems.
11   So, yes, that would have been explained and
12   would have been on the informed consent form.
13       Q    Well, you can have a gastric
14   perforation, and I think we went over that, and
15   that involved Mr. JB, correct?
16       A    Correct.
17       Q    All right.  You could also have an
18   esophageal perforation, which is at a different
19   level in the anatomy; is it not?
20       A    Yes, but there's a transition between
21   esophagus and stomach called the GE junction,
22   and it's like Louisiana/Mississippi.  You can
23   put one foot on each side of the border.  The
24   same with the esophagus and gastric, the
25   transition is right there.  So it's a very fine

Thomas E. Lavin, M.D., FACS
Paul Vesoulis v. Reshape Lifesciences, et al

Page 29

1   accurately state what the risk of esophageal
2   perforation is in connection with the placement
3   and removal of ReShape integrated dual balloon
4   systems, true?
5           MS. WEBRE:
6                Objection to form.
7           THE WITNESS:
8                Can you ask that one more time?
9   EXAMINATION BY MR. SHAW:
10      Q    Well, if your consent said that the
11  instances of esophageal perforation resulting
12  from the placement of ReShape integrated dual
13  balloon systems was one in 10,000, would that be
14  accurate?
15      A    No, I would say it would be higher
16  than that just with endoscopic, just on plain
17  endoscopy.  I would think it would certainly be
18  higher than that.
19      Q    Regardless whether it was placement
20  of the ReShape balloons or not?
21      A    Well, any time you instrument the GI
22  tract, particularly removing polyps or anything
23  like that, there's a risk of perforation from
24  esophagus to stomach to colon to anything, and I
25  believe it would be higher than one in 10,000.

1  the hardware and the device that we're talking
2  about, having been doing this for a long time
3  and having some experience in the clinical
4  studies.
5         Was there anything in particular
6  about the ReShape system or balloons themselves
7  that you believe led to an increased incidence
8  of esophageal perforations?
9      A    I can't tell you why ReShape over any
10 other balloon would have an increased incidence
11 of esophageal perforation.
12     Q    All right.  Let's get to your medical
13 records then.  Unfortunately, I marked several
14 copies of these and not all of them have the
15 page numbers to them.  I'm interested in your
16 removal operative report specifically, and that
17 would be at Page -- No, that's the repair.  180.
18 So it would be in these at Page --
19     A    180?
20     Q    Yes.  And I guess my first question
21 to you would be what is an EGD?
22     A    Esophagogastroduodenoscopy.  It's
23 just basically an upper endoscopy, just like a
24 colonoscopy would be a lower endoscopy.
25     Q    If you read down in the middle of the