UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| PAUL VESOULIS, | * | CIVIL ACTION NO. 2:19-cv-01795 |
| | * | |
| Plaintiff, | * | |
| | * | |
| VERSUS | * | |
| | * | |
| RESHAPE LIFESCIENCES INCORPORATED f/k/a ENTEROMEDICS INCORPORATED, | * * | JUDGE MARTIN L.C. FELDMAN |
| Defendant. | * | MAG. JUDGE DANA M. DOUGLAS |

*********************************************

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that the Motion for Summary Judgment filed on behalf of Defendant, ReShape Lifesciences, Inc. f/k/a Enteromedics Incorporated, is hereby set for submission on April 28, 2021, at 10:00 a.m. before the Honorable Judge Martin L.C. Feldman, United States District Judge, United States District Court for the Eastern District of Louisiana, 500 Camp Street, New Orleans, Louisiana.

Respectfully submitted,

 /s/ Rachel G. Webre
RACHEL G. WEBRE (No. 26907)
TUCKER T. BOHREN (No. 34616)
Email: rwebre@glllaw.com
          tbohren@glllaw.com
GIEGER, LABORDE & LAPEROUSE, L.L.C
701 Poydras Street, Suite 4800
New Orleans, Louisiana 70139-4800
Telephone:    (504) 561-0400
Facsimile:    (504) 561-1011
*Counsel Defendant, ReShape Lifesciences Incorporated f/k/a Enteromedics Incorporated*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Notice of Submission has been served upon all parties by United States mail, postage prepaid, facsimile and/or electronic mail this 23rd day of March, 2021.

/s/ Rachel G. Webre
_____
RACHEL G. WEBRE

1