UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| PAUL VESOULIS | CIVIL ACTION NO. 19-CV-01795-MLCF-DMD |
| | JUDGE MARTIN L.C. FELDMAN |
| VERSUS | |
| | MAGISTRATE JUDGE DANA M. DOUGLAS |
| RESHAPE LIFESCIENCES, f/k/a ENTEROMEDICS INCORPORATED | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

### MOTION FOR PARTIAL SUMMARY JUDGMENT

NOW INTO COURT, come the Defendants, Thomas Lavin, M.D. ("Dr. Lavin") and Surgical Specialists of Louisiana ("SLL"), who respectfully move this Honorable Court to enter summary judgment pursuant to the Federal Rules of Civil Procedure Rule 56 for plaintiff's claims regarding lack of informed consent. Dr. Lavin and SSL aver that the law, evidence, and exhibits attached establish that there are no genuine issues of material fact in dispute and they are entitled to judgment as a matter of law. Plaintiff, Paul Vesoulis, has not retained an expert to establish an essential element of his cause of action – that the defendants failed to obtain informed consent and that any alleged failure caused his damages. Plaintiff will be unable to carry his burden of proof at trial, warranting summary judgment on the issue of informed consent.

**WHEREFORE**, Thomas Lavin, M.D. and Surgical Specialists of Louisiana respectfully pray that this Honorable Court grant the motion for partial summary judgment, dismissing plaintiff's claims regarding informed consent, *with prejudice*, and at plaintiff's cost.

3209002 v1

2

Respectfully submitted,

**BLUE WILLIAMS, L.L.P.**

*/s/ Kelly M. Brian*
**ALDRIC C. POIRIER, JR. (21824)**
*apoirier@bluewilliams.com*
**ELIZABETH S. SCONZERT (30049)**
*esconzert@bluewilliams.com*
**KELLY M. BRIAN (31064)**
*kbrian@bluewilliams.com*
1060 West Causeway Approach
Mandeville, Louisiana 70471
Telephone: (985) 626-0058
Facsimile: (504) 846-9746
*Attorneys for Dr. Thomas Lavin and Louisiana Surgical Specialists*

**CERTIFICATE OF SERVICE**

I hereby certified that a copy of the above and foregoing pleading has been served upon all counsel of record by using the CM/ECF filing system, this 29th day of March, 2021.

*/s/ Kelly M. Brian*
Kelly M. Brian