UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **PAUL VESOULIS** | **CIVIL ACTION NO. 19-CV-01795-MLCF-DMD** |
| | **JUDGE MARTIN L.C. FELDMAN** |
| **VERSUS** | |
| | **MAGISTRATE JUDGE DANA M. DOUGLAS** |
| **RESHAPE LIFESCIENCES, f/k/a ENTEROMEDICS INCORPORATED** | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that the Motion for Partial Summary Judgment filed on behalf of Defendants, Thomas Lavin, M.D. and Surgical Specialists of Louisiana, is hereby set for submission on April 28, 2021, at 10:00 a.m. before the Honorable Judge Martin L.C. Feldman, United States District Judge, United States District Court for the Eastern District of Louisiana.

Respectfully submitted,

**BLUE WILLIAMS, L.L.P.**

*/s/ Kelly M. Brian*
**ALDRIC C. POIRIER, JR. (21824)**
*apoirier@bluewilliams.com*
**KELLY M. BRIAN (31064)**
*kbrian@bluewilliams.com*
1060 West Causeway Approach
Mandeville, Louisiana 70471
Telephone: (985) 626-0058
Facsimile: (504) 846-9746
*Attorneys for Dr. Thomas Lavin and Louisiana Surgical Specialists*

## CERTIFICATE OF SERVICE

I hereby certified that a copy of the above and foregoing pleading has been served upon all counsel of record by using the CM/ECF filing system, this 29th day of March 2021.

*/s/ Kelly M. Brian*
Kelly M. Brian

3357859 v1