```
 1                                                                  08:09
                UNITED STATES DISTRICT COURT
 2
                EASTERN DISTRICT OF LOUISIANA
 3


 4

 5 PAUL VESOULIS                          )   CIVIL ACTION:
        Plaintiff,                        )   19-CV-01795-
 6                                        )   MLCF-DMD
   vs.                                    )   JUDGE: MARTIN
 7                                        )   L.C. FELDMAN
   RESHAPE LIFESCIENCES, f/k/a            )   MAGISTRATE:
 8 ENTEROMEDICS INCORPORATED              )   DANA M. DOUGLAS
        Defendant.                        )
 9 _____

10             DEPOSITION OF PAUL VESOULIS taken on

11  Friday, September 11, 2020 at or about 8:45 a.m.

12  via videoconference.

13

14

15  REPORTER:    KIMBERLY D. EDWARDS, CSR,
                 Certified Court Reporter
16

17  APPEARANCES:

18  FOR PLAINTIFF:
                 LEGER & SHAW
19               512 East Boston Street
                 Covington, Louisiana 70433
20               (985) 809-6625
                 Fshaw@legershaw.com
21               BY: FRANKLIN SHAW, ESQUIRE

22

23

24

25
```

*New Orleans 504.522.2101*  *North Shore 985.206.9303*
*Toll Free 800.526.8720*   SerpasCourtReporting.com   *Baton Rouge 225.332.3040*

EXHIBIT B

| | | |
|---|---|---|
| 1 | A.     I skimmed it.  I can honestly say I | 09:17 |
| 2 | probably didn't read it word for word. | 09:17 |
| 3 | Q.     You use consent forms in your practice | 09:17 |
| 4 | I think you mentioned, Doctor? | 09:17 |
| 5 | A.     Yes. | 09:17 |
| 6 | Q.     How long are they? | 09:17 |
| 7 | A.     Probably a page, page and a half. | 09:17 |
| 8 | Q.     Do you review those with your patients | 09:18 |
| 9 | each time that they are signed? | 09:18 |
| 10 | A.     I can't say that I do the whole time. | 09:18 |
| 11 | Whether I do or whether my staff does.  You know, | 09:18 |
| 12 | basically it's signed, and I'm not so sure if it's | 09:18 |
| 13 | more of clerical thing versus discussing it.  It | 09:18 |
| 14 | also depends on the procedure. | 09:18 |
| 15 | Q.     Well, that was going to be my next | 09:18 |
| 16 | question.  For what procedures do you actually need | 09:18 |
| 17 | your patients to sign an informed consent? | 09:18 |
| 18 | A.     Well, as a general rule my consent form | 09:18 |
| 19 | is pretty broad that they are consenting to dental | 09:18 |
| 20 | treatment.  If I'm doing a surgical procedure where | 09:18 |
| 21 | I'm actually removing wisdom teeth, then it's a | 09:18 |
| 22 | little bit more involved. | 09:18 |
| 23 | Q.     The consent form is more involved? | 09:18 |
| 24 | A.     It's a little bit more involved.  Yes. | 09:18 |
| 25 | And my discussion with them about complications | 09:18 |

*New Orleans 504.522.2101*          *North Shore 985.206.9303*
*Toll Free 800.526.8720*   *SerpasCourtReporting.com*   *Baton Rouge 225.332.3040*

**EXHIBIT B**

|   |   |   |
|---|---|---|
| 1 | that can occur. | 09:19 |
| 2 | Q. Let me break that into two different | 09:19 |
| 3 | things. I want to make sure I understand. In a | 09:19 |
| 4 | surgical procedure such as removal of wisdom teeth, | 09:19 |
| 5 | which begs the question, is removal of wisdom teeth | 09:19 |
| 6 | the only surgical procedure you perform? | 09:19 |
| 7 | A. Well, extractions would be the only | 09:19 |
| 8 | thing that's considered a surgical procedure. | 09:19 |
| 9 | Q. So whether it be wisdom teeth or any | 09:19 |
| 10 | other tooth? | 09:19 |
| 11 | A. That's correct. | 09:19 |
| 12 | Q. So when you have a patient that needs | 09:19 |
| 13 | an extraction is there a different informed consent | 09:19 |
| 14 | form that you use with that patient versus just a | 09:19 |
| 15 | more simple procedure? | 09:19 |
| 16 | A. No. It's the same generalized consent | 09:19 |
| 17 | form but I just reinforce it a little bit more. | 09:19 |
| 18 | Q. So no matter what the procedure, the | 09:19 |
| 19 | form is the same. When you have an extraction | 09:19 |
| 20 | patient you spend a little more time discussing the | 09:19 |
| 21 | risks and/or complications? | 09:19 |
| 22 | A. Yes. Depending on the extraction. | 09:19 |
| 23 | Q. What would change your discussion based | 09:20 |
| 24 | on the type of extraction? | 09:20 |
| 25 | A. Well, it depends on the location of the | 09:20 |

*New Orleans 504.522.2101*      *North Shore 985.206.9303*
*Toll Free 800.526.8720*   *SerpasCourtReporting.com*   *Baton Rouge 225.332.3040*

EXHIBIT B

| | | |
|---|---|---|
| 1 | going to -- or putting an ice pack on something, | 09:23 |
| 2 | that's a medical procedure.  So no.  I would say | 09:23 |
| 3 | that's too vague of a term.  Or an analogy. | 09:23 |
| 4 |     Q.    I appreciate it.  Would you agree with | 09:23 |
| 5 | the statement that any invasive medical procedure | 09:23 |
| 6 | carries with it a risk of death? | 09:23 |
| 7 |     A.    I would say yes. | 09:23 |
| 8 |     Q.    Doctor, I sent -- let me ask you this | 09:24 |
| 9 | first.  Have you had an opportunity to review any | 09:24 |
| 10 | of Dr. Lavin's or Crescent City Surgical Centre's | 09:24 |
| 11 | records related to your balloon insertion and your | 09:24 |
| 12 | balloon retrieval procedures? | 09:24 |
| 13 |     A.    I have read over them.  I can't -- you | 09:24 |
| 14 | know, this has been a couple years.  So I might | 09:24 |
| 15 | have skimmed over them. | 09:24 |
| 16 |     Q.    And I appreciate that.  What I'm | 09:24 |
| 17 | getting at is did you have occasion to review the | 09:24 |
| 18 | endoscopic balloon procedure consent form that you | 09:24 |
| 19 | executed on July 27, 2017? | 09:24 |
| 20 |     A.    Yes. | 09:24 |
| 21 |     Q.    And do you recall that it's a four-page | 09:24 |
| 22 | document? | 09:24 |
| 23 |     A.    I don't know how many pages it was. | 09:25 |
| 24 |     Q.    Do you have any reason to dispute that | 09:25 |
| 25 | it was four pages? | 09:25 |

*New Orleans 504.522.2101*  
*Toll Free 800.526.8720*      SerpasCourtReporting.com    *North Shore 985.206.9303*  
*Baton Rouge 225.332.3040*

**EXHIBIT B**

```
 1  advised Paul Vesoulis of the deaths, or death, by          09:41
 2  esophageal tear as reported by the FDA, end quote.         09:41
 3           Do you know anybody that died from this           09:42
 4  procedure?                                                 09:42
 5       A.   Do I know anybody that died, no.  But I          09:42
 6  have found out subsequently that there were deaths         09:42
 7  associated with it.                                        09:42
 8       Q.   Do you know when those deaths occurred?          09:42
 9       A.   I'm sure that I read it, but I couldn't          09:42
10  tell you when.  But I was never advised that there         09:42
11  were any deaths that had occurred.                         09:42
12       Q.   When you say you were never advised              09:42
13  that any deaths had occurred, when do you mean?            09:42
14       A.   When?  In the conversation before we             09:42
15  put the balloons in.  Have there been any adverse          09:42
16  occurrences, is this something safe, are you sure.         09:42
17  Piece of cake.  Never a problem.  If there is a            09:42
18  problem, we take the balloons out.  Death was never        09:42
19  even mentioned that it was a possibility.                  09:42
20       Q.   But it was mentioned in your consent             09:43
21  forms in 2017, wasn't it?                                  09:43
22       BY MR. SHAW:                                          09:43
23           Object to form.                                   09:43
24       BY THE WITNESS:                                       09:43
25           Yeah.  But it is when you get on an               09:43
```

*New Orleans 504.522.2101*  　　　　　　　　　　　*North Shore 985.206.9303*
*Toll Free 800.526.8720*　　　SerpasCourtReporting.com　　　*Baton Rouge 225.332.3040*

**EXHIBIT B**

| | | |
|---|---|---|
| 1 | that day.  Let's look at the consent form for the | 10:48 |
| 2 | anesthesia.  It's the same date at the bottom, | 10:48 |
| 3 | right, July 27th? | 10:48 |
| 4 |     A.   Yes. | 10:48 |
| 5 |     BY MR. SHAW: | 10:48 |
| 6 |         Object to the form. | 10:48 |
| 7 | BY MS. WEBRE: | 10:48 |
| 8 |     Q.   Okay.  Is July 27th of 2017 the date at | 10:48 |
| 9 | the bottom of this form? | 10:49 |
| 10 |     A.   Yes. | 10:49 |
| 11 |     Q.   Let's look at this one.  Now, this says | 10:49 |
| 12 | Anesthesia Consent Form, correct? | 10:49 |
| 13 |     A.   Yes. | 10:49 |
| 14 |     Q.   You knew you were going to have | 10:49 |
| 15 | anesthesia when you had this balloon implanted, | 10:49 |
| 16 | correct? | 10:49 |
| 17 |     A.   Yes. | 10:49 |
| 18 |     Q.   Let me ask you this, Doctor.  You also | 10:49 |
| 19 | knew that once you had the balloon implanted you | 10:49 |
| 20 | had to ultimately have it explanted, correct? | 10:49 |
| 21 |     A.   That's correct.  Within a six-month | 10:49 |
| 22 | period. | 10:49 |
| 23 |     Q.   Right.  You weren't thinking well, | 10:49 |
| 24 | maybe I'll just leave it in forever, right? | 10:49 |
| 25 |     A.   No.  That wasn't an option. | 10:49 |

*New Orleans 504.522.2101*  
*Toll Free 800.526.8720*      SerpasCourtReporting.com      *North Shore 985.206.9303*  
*Baton Rouge 225.332.3040*

**EXHIBIT B**

| | | |
|---|---|---|
| 1 | I thought the one consent form said 1 | 10:58 |
| 2 | in 10,000, if I'm referring to the right part | 10:58 |
| 3 | of it. But that was on the retrievable part, | 10:58 |
| 4 | not on the front end part of it. | 10:58 |
| 5 | BY MS. WEBRE: | 10:58 |
| 6 | Q. Okay. Is it more than 1 in 10,000? | 10:58 |
| 7 | A. I think it is. | 10:58 |
| 8 | Q. Okay. What is it? | 10:59 |
| 9 | BY MR. SHAW: | 10:59 |
| 10 | Object to the form. | 10:59 |
| 11 | BY THE WITNESS: | 10:59 |
| 12 | I don't know what it is, but I think it | 10:59 |
| 13 | is more. | 10:59 |
| 14 | BY MS. WEBRE: | 10:59 |
| 15 | Q. You testified earlier that if you had | 10:59 |
| 16 | known there had been deaths associated with the | 10:59 |
| 17 | product, that you wouldn't have had the procedure, | 10:59 |
| 18 | correct? | 10:59 |
| 19 | A. That's correct. | 10:59 |
| 20 | Q. But the consent form you signed, four | 10:59 |
| 21 | consent forms in fact, list death as a risk. Is | 10:59 |
| 22 | that correct? | 10:59 |
| 23 | BY MR. SHAW: | 10:59 |
| 24 | Object to the form. | 10:59 |
| 25 | BY MS. WEBRE: | 10:59 |

*New Orleans 504.522.2101*  *North Shore 985.206.9303*
*Toll Free 800.526.8720*   SerpasCourtReporting.com   *Baton Rouge 225.332.3040*

EXHIBIT B

| | | |
|---|---|---|
| 1 | Q. Is that correct, Doctor? | 10:59 |
| 2 | A. I said that. And yes, I signed the | 10:59 |
| 3 | consent forms. | 10:59 |
| 4 | Q. The deaths that you are talking | 11:00 |
| 5 | about -- | 11:00 |
| 6 | BY MR. SHAW: | 11:00 |
| 7 | Object to the form. What deaths? | 11:00 |
| 8 | BY MS. WEBRE: | 11:00 |
| 9 | I haven't even finished the question, | 11:00 |
| 10 | Frank. | 11:00 |
| 11 | BY MR. SHAW: | 11:00 |
| 12 | Okay. Go ahead. | 11:00 |
| 13 | BY MS. WEBRE: | 11:00 |
| 14 | Q. The deaths that you have spoken about | 11:00 |
| 15 | that you said you found out about after you had the | 11:00 |
| 16 | procedure, what caused those deaths? | 11:00 |
| 17 | A. I don't know. | 11:00 |
| 18 | Q. Do you know if it was because the | 11:00 |
| 19 | person had the balloon or if it was related to | 11:00 |
| 20 | something else? | 11:00 |
| 21 | A. I don't know that. | 11:00 |
| 22 | Q. Okay. You were asked earlier when Mr. | 11:00 |
| 23 | Poirier was asking you questions about the consent | 11:00 |
| 24 | forms and you said you had a paper you downloaded | 11:01 |
| 25 | that was sent to you and it was part of the consent | 11:01 |

*New Orleans 504.522.2101*       *North Shore 985.206.9303*
*Toll Free 800.526.8720*    SerpasCourtReporting.com    *Baton Rouge 225.332.3040*

**EXHIBIT B**