Patient name _Paul Vesoulis_   DOB _7.22.60_

Facility _SSL_   **Endoscopic Balloon Procedure Consent Form**

The purpose of this informed consent is to provide you information about endoscopic balloon procedures, which you are considering for weight reduction. Please read this informed consent carefully and ask your doctor any questions you may have. Sign this form only after you understand the procedure, your expected commitment, the anticipated benefits, the risks, the alternatives, and all of your questions have been answered to your satisfaction.

### What is the procedure?

An endoscopic balloon procedure is not a cure for obesity. It is an aid to achieving weight loss. While the balloon is in place, you will have the opportunity to develop new lifestyle skills. Working hard on these new habits will give you the best chance of losing weight with the balloon, and then remaining stable at your new, lower weight after the balloons are removed.

### Indications for the procedure

A BMI or body mass index of 30 – 40 with at least one weight related comorbidity (weight related illness or condition) with previous failed weight loss attempts. There could be some exceptions on a case-by-case basis as decided by an in-depth conversation between you and your surgeon. You should not be pregnant, breastfeeding, or have the intention of becoming pregnant during your participation in the program.

### Risks

As with any procedure there are associated risks, it is important to understand that although these risks are rare, they are potential and may require additional procedures and/or treatments that are not a part of the normal treatment plan. The potential risks are below:

Death (very rare), Cardiopulmonary arrest (heart stops beating), Cerebrovascular accident (CVA), stroke or transient ischemic attack (TIA - bleeding or blood vessel blockage in the brain), Myocardial infarction (MI; heart attack), Onset or worsening of angina (chest pain), heart failure or cardiac arrhythmia (irregular heartbeats), Pneumonia (infection in the lungs) or other intrathoracic (in the chest) infections, Pulmonary (lung) embolism (blockage), thromboembolism or deep venous thrombosis (blockage caused by a blood clot in various parts of the body), Respiratory (breathing) complications including aspiration [breathing foreign substances (for example food, liquids, vomit) into the lungs or airway system], Hypoxia (low oxygen level), airway (breathing) obstruction (blockage), cough, wheezing, exacerbation (worsening) of asthma. The presence of solid food will increase chances of aspiration and may require general anesthesia (being put to sleep) after the insertion of an airway. This is to protect the airway and the lungs against the ingestion of food.

Nonspecific (general) symptoms including sore throat, loss of appetite, nausea, chest or abdominal pain or discomfort, disturbance of gastrointestinal function including vomiting, diarrhea, constipation, change in bowel (bathroom) habits, abdominal distension (stomach bloating), bloating, hiccoughs, belching (burping), heartburn, gastric (stomach) stasis, motility disorders (slowed emptying of stomach) or nerve damage, damage to the oropharynx (mouth-throat area), larynx (voice box), upper gastrointestinal tract or intra-abdominal organs including perforation (tearing), peritonitis (inflammation

Page 1 of 4                    (Rev. 8.24.16)                    Pt Initial _____

Patient name __Paul Vesoulis__   DOB __7·22·60__

of tissues in the abdominal cavity), ulceration (sores), inflammation, laceration (cuts), erosion, fistula (abnormal connection between two parts of the body), abscess (collection of pus), bleeding, hemorrhage, hematoma, dilation (enlargement) or nerve damage, gastroesophageal reflux (burping up of stomach fluids into the esophagus) or esophagitis (infection of esophagus), partial or complete obstruction (blockage) of the gastrointestinal tract by the device, pancreatitis (infection of the pancreas), cholecystitis (infection of gallbladder), cholelithiasis (formation of gallstones), abnormal liver function, and bacterial overgrowth related to device or medication

There is a risk of balloon deflation while in your stomach. The balloons may be filled with a mixture of saline and blue dye, which can act as a visual indictor if there is a deflation. Most of the time, you will be aware of the deflation when blue-green urine is visualized. The balloon will need to be removed in the event of a deflation. In a smaller number of cases, no blue-green urine will be noticed, but a deflated balloon may be found at the time of removal at six months. It is important to inspect the color of your urine regularly during the time the balloon is in your stomach in order to detect such an event, and if you observe such a change in color to blue or green, to call your physician within 24 hours. If you choose to replace the ruptured device another endoscopy (with the same inherent risks) will be required.

Additional risks included adverse reactions (such as side effects, allergic reaction, or immune reaction) of any kind to device materials –silicone, methylene blue (dye) and corn starch, damage to the teeth, gums or other structures and tissues of the lips, mouth and throat, fluid and electrolyte imbalance, dehydration, nutritional deficiency, anemia (low iron), requirement for blood transfusion, bleeding, hematoma (bruise), infection, scarring, fluid collection, incomplete wound healing and other sequelae (consequences) of medical and procedural interventions (treatments), medication / anesthetic agent related complications including confusion, somnolence (sleepiness), agitation, arrhythmia, hypoventilation, aspiration, procedures, medications, surgery and other interventions (treatments) to diagnose, prevent or treat any of the above, and the adverse events associated with such procedures, medications, surgery and other interventions.

The device may cause psychological responses including anxiety, emotional disturbance, depression, or agitation or abdominal discomfort and other gastrointestinal symptoms including nausea, vomiting, reflux, bloating that may require removal of the device prior to intended treatment time. If the balloon must be removed early, you will still participate in the other components of the program in order to achieve weight loss.

These risks are rare but may require additional treatment, surgery, or hospitalization, such as in the case for dehydration, deflation, perforation, and/or bleeding ulceration. In the event that a complication should arise, the costs associated with these treatments are unknown and therefore are not included.

(Rev. 8.24.18)                    Pt Initial

OchsnerMedCtr EXHIBIT C00039

Patient name **Paul Vesoulis**    DOB **7.22.60**

After your procedure, you must be aware of some important information. Please read carefully:

*__You must have the Balloon device removed per protocol.__ If the balloon device stays in your stomach for more than recommended time frame there is a much greater risk that the balloon could deflate and cause a blockage in your intestines or develop an ulcer in the stomach.*

*You must take daily acid-blocking medicine (examples: Prilosec, Nexium) while the balloon device is in your stomach. There is a higher risk of developing a stomach ulcer or perforation (small hole in the stomach) if you do not take this medication daily.*

*You must contact your doctor immediately if you see blue-green urine or have a sudden loss of your normal feeling of stomach fullness. The balloons __may__ contain a blue-green dye that will appear in your urine if one of the balloons deflates. It is very important that you contact your doctor immediately if you see blue-green urine, as the deflated balloon must be removed right away. __The risk of a blockage in the intestines is higher if the balloon is not removed promptly.__*

### Benefits to the Procedure:

There are many benefits to be gained including more weight loss compared to diet and exercise alone (on average, more than twice the weight loss). Additionally other benefits include a short, outpatient procedure, no surgery, removable at any time if not tolerated, without any permanent changes to your body, improved quality of life, improvements in co-morbid (obesity-related) conditions, help with reducing the amount of food that you eat by increasing the sensation of fullness, allowing you to follow your diet and lose weight more easily, continue to eat the foods you like, just smaller portions, no change in the way food is absorbed

### Alternatives to the Procedure

Alternatives to procedure including doing nothing and remaining at your current weight understanding the long-term health consequences of being obese. Additionally there are more conservative methods such as diet and exercise including commercial weight loss plans, such as Weight Watcher, non-commercial methods, including gym memberships and fad diets, over-the-counter or prescription medications and then surgical options including the laparoscopic adjustable gastric band (LAGB), the sleeve gastrectomy, or the gastric bypass, if you qualify for this type of surgery.

Page 3 of 4          (Rev. 8.24.16)          Pt Initial

Patient name _Paul Visoulis_         DOB _7·2-2·60_

## Acknowledgement

I acknowledge that I have met with my doctor, Dr. __Lavin__, to discuss having an endoscopic balloon procedure and that all my questions have been answered to my satisfaction.

I have had a chance to express to the doctor my eating habits and behavior and my medical history and the doctor has helped me to personally come to a conclusion as to the most appropriate obesity treatment for me, factoring in my eating, dietary, and medical background, and my future weight loss goals, pregnancy plans, and personal characteristics. The doctor has counseled me regarding my decision, has made professional recommendations, and we have together agreed on the planned procedure as acceptable and appropriate. I have had an opportunity to ask questions and receive answers from my surgeon.

I, __Paul__, hereby authorize Dr. __Lavin__ and any associates or assistants the doctor deems appropriate, to perform the procedure. The doctor has explained to me the risks of obesity and the potential benefits of the balloon. However, I understand there is no certainty that I will achieve these benefits and no guarantee has been made to me regarding the outcome of the procedure. I voluntarily elect to undergo the procedure, including the coaching program. I understand a copy of this informed consent will be given to me.

_____  
Signature (Patient)

_7/27/17_  
Date

_____  
Signature (Witness)

_1/27/17_  
Date

_____  
Physician Signature

_7/27/17_  
Date

Page 4 of 4                    (Rev. 8.24.16)                    Pt Initials

**Consent for Endoscopic Removal of Intragastric Balloon**

SSL - endo
Facility

Patient ___Paul Vesonlis___      Date ___1-11-18___

Introduction: Your Surgeon ___DR. LaviN___ has scheduled you for an examination of the esophagus, stomach and duodenum using a flexible tube or endoscope with removal of an intragastric balloon. We are asking that you read and sign this form to insure your understanding of the procedure and the risks involved, and to document your consent to undergo the procedure and accept the risks.

Procedure: You will be given sedation through an intravenous injection prior to the examination. Following this, the flexible instrument will be placed through your mouth and inside the esophagus, stomach, and duodenum so your doctor may examine these areas. Special instruments will be used to deflate and remove the intragastric balloon. Biopsies may be taken during this procedure.

Risks: In general, Endoscopy is safe, but there are some risks associated with the procedure and the sedation. Complications or a poor outcome do not differ whether the procedure is performed in an ambulatory surgical facility or a hospital environment. Serious complications include a risk of bleeding or perforation of the esophagus, stomach or duodenum occurring in less than 1 of 10,000 cases. In addition, there is a small risk of an allergic reaction to the sedative you receive, and a small risk that the sedative could compromise the function of the heart or your breathing. Monitoring of your heart, blood pressure, and breathing during the procedure help minimize these risks.

Specific risks associated to removal of the intragastric balloon are the same risks discussed upon insertion of the device and include: damage to the teeth, gums or other structures and tissues of the lips, mouth and throat, aspiration of food or fluids within the stomach being aspirated into the lungs requiring a breathing tube, trauma to the soft tissues of the mouth, esophagus, or stomach, sore throat, loss of appetite, nausea, chest or abdominal pain or discomfort, disturbance of gastrointestinal function including vomiting, diarrhea, constipation, change in bowel (bathroom) habits, abdominal distension (stomach bloating), bloating, hiccups, belching (burping), heartburn, damage to the oropharynx (mouth-throat area), larynx (voice box), upper gastrointestinal tract or intra-abdominal organs including perforation (tearing), peritonitis (inflammation of tissues in the abdominal cavity), ulceration (sores), inflammation, laceration (cuts), erosion, fistula (abnormal connection between two parts of the body), abscess (collection of pus), bleeding, hemorrhage, hematoma, dilation (enlargement) or nerve damage, gastroesophageal reflux (burping up of stomach fluids into the esophagus) or esophagitis (infection of esophagus), partial or complete obstruction (blockage) of the gastrointestinal tract by the device.

1/27/16                                                      Page 1 of 2

In general, the overall risk of a complication is quite small, but if a serious problem arises it may necessitate blood transfusions or emergency surgery, and in very rare instances may result in death. In the event of a complication you would be transported to a hospital for treatment.

Alternatives: There are currently no alternatives to removal of the intragastric balloon.

Agreement: I understand the information on this form and have had the opportunity to discuss any other questions I may have with the staff of Surgical Specialists of Louisiana and Mississippi, LLC. I consent to the taking of photographs in conjunction with the procedure if my surgeon feels they are necessary. I agree to have the procedure performed and accept the risk involved. I consent to the taking of photographs in conjunction with the procedure, and their future use as per my physician.

Date: 1/11/18

Physician Signature

Date: 1/11/18

Patient Signature

Date: 1/11/18

Witness

1/27/16

OchsnerMedCtrMR-PN   EXHIBIT C   00048