STATE OF LOUISIANA

DIVISION OF ADMINISTRATION

PATIENTS COMPENSATON FUND OVERSIGHT BOARD

PAUL VESOULIS

VERSUS                                      MRP NO.: _____

THOMAS LAVIN AND THE SURGICAL
SPECIALISTS OF LOUISIANA

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### PETITION FOR MEDICAL REVIEW PANEL PURSUANT TO La.R.S. 40:1299.47

Paul Vesoulis hereby requests that pursuant to 40:1299.47 et seq. that a medical review panel be convened and respectfully represent as follows:

I.

Paul Vesoulis was at all material times a person of the full age of majority domiciled in Lucas County, State of Ohio.

II.

On, or about, Thursday, July 27, 2017, Paul Vesoulis proceeded with the Endoscopic Reshape Duo Gastric Balloon placement. This procedure was performed by Dr. Thomas Lavin at his office located at 3100 Galleria Drive, Suite 300-301, Metairie, Louisiana 70001.

III.

On January 11, 2018, Mr. Vesoulis returned to Dr. Lavin's office to have the Reshape Duo Gastric Balloons removed. During the removal process, Dr. Lavin caused Mr. Vesoulis's esophagus to become perforated.

IV.

On January 11, 2018, after Mr. Vesoulis reported experiencing severe pain, Dr. Lavin performed exploratory surgery and alleged that there was nothing wrong.

V.

On January 13, 2018, after Mr. Vesoulis continued to report extreme pain, Dr. Lavin performed yet another surgery to repair a perforation in Mr. Vesoulis's esphogaus.

1

**EXHIBIT D**

VI.

At all material times, Surgical Specialists of Louisiana was a qualified health care provider pursuant to La. R.S. 40:1299.47 providing health care services to petitioner.

VII.

At all material times, Dr. Thomas Lavin was a qualified health care provider pursuant to La. R.S. 40:1299.47 providing health care services to petitioner.

IV.

The injuries to Paul Vesoulis were caused by the medical negligence of the above referenced physicians and health care providers, their agents, servants and employees in failing to render proper and professional health care to petitioner; in failing to exercise the degree of skill and care employed under similar circumstances by physicians and health care professionals in good standing licensed to practice in the State of Louisiana in a local community or within their specialty; in failing to properly diagnose Paul Vesoulis' condition and promptly treat same; in negligence in the removal of the device from Paul Vesoulis causing the esophageal perforation; in failing to use reasonable care and diligence when rendering medical services to Paul Vesoulis; as well as all other acts of neglect, fault, omission or commission which may become apparent through the discovery process.

WHEREFORE, petitioner, Paul Vesoulis prays that a medical review panel be convened pursuant to La.R.S. 40:1299.47 et. seq. and that an opinion be issued that defendants, Dr. Thomas Lavin and The Surgical Specialists of Louisiana failed to comply with the appropriate standards of care as charged herein and that said failure resulted in the injuries to Paul Vesoulis.

New Orleans, Louisiana this __8th__ day January, 2019.

Respectfully submitted,

Franklin G. Shaw, Bar No. 1594
Walter J. Leger, Jr., Bar No. 8278
Brigid E. Collins, Bar No. 28538
LEGER & SHAW
512 E. Boston Street
Covington, LA 70433
Telephone: (985) 809-6625
Facsimile: (985) 809-6626

RECEIVED

JAN 15 2019

LPCF

2

EXHIBIT D

082S0007597089

$6.880
US POSTAGE
FIRST-CLASS
FROM 70433
JAN 08 2019
stamps

RECEIVED
JAN 1 1 2019
DIVISION OF ADMINISTRATION
Commissioner's Office

CERTIFIED MAIL

7013 2250 0002 1951 9515

Division of Administration
Attention: Medical Review Panel
1201 N. Third St
Baton Rouge LA 70802-5243

LEGER & SHAW
Attorneys and Counselors
512 E. Boston Street
Covington, Louisiana 70433

EXHIBIT D

# LEGER & SHAW

ATTORNEYS AND COUNSELORS

WALTER J. LEGER, JR. *
FRANKLIN G. SHAW *
WALTER J. LEGER III
CHRISTINE SEVIN PAYARD
MATTHEW S. LANDRY
BRIGID E. COLLINS

OF COUNSEL
WILLIAM S. POOLE, JR. **
CRAIG H. STEWART

*A PROFESSIONAL LAW CORPORATION
** ALSO ADMITTED TO ALABAMA BAR

512 EAST BOSTON STREET
COVINGTON, LOUISIANA 70433

TELEPHONE (985) 809-6625
(888) 708-8950
FACSIMILE (985)809-6626

www.LegerShaw.com

NEW ORLEANS

NEW ORLEANS EXCHANGE CENTER
935 GRAVIER STREET, SUITE 2150
NEW ORLEANS, LOUISIANA 70112
TELEPHONE: (504)588-9043
FACSIMILE: (504)588-9980

HOUMA OFFICE

627 SCHOOL STREET
HOUMA, LOUISIANA 70360
TELEPHONE: (985) 223-2000
FACSIMILE: (985) 223-6288

March 6, 2019

Ms. Nadia Dinwiddie
Patient's Compensation Fund
P.O. Box 3718
Baton Rouge, Louisiana 70821

RE:   Paul Vesoulis v. Dr. Thomas Lavin, et al.
      PCF File No.: 2019-00044
      Our File No.: 31901

Ms. Dinwiddie:

I am in receipt of your letter dated January 22, 2019. In your letter, you requested a brief description of the alleged malpractice as to Surgical Specialists of Louisiana, LLC. In support of our allegation of malpractice as to Surgical Specialists of Louisiana, LLC we submit the following:

While incorporating all of our previous allegations found in our original request for a medical review panel dated January 8, 2019 we further allege, upon information and belief, Dr. Lavin was an employee of Louisiana Surgical Specialists, LLC. According to available records, Dr. Lavin performed the surgery on Paul Vesoulis that caused his injury while in the course and scope of Dr. Lavin's employment with Surgical Specialists of Louisiana, LLC.

In addition to causing the initial injury to Mr. Vesoulis during the procedure to remove the medical device, Dr. Lavin failed to locate the injury during a second procedure performed later in the day.

Surgical Specialists, LLC had a duty to provide proper care to Mr. Vesoulis during this procedure, they breached that duty when their employee, Dr. Lavin caused injury to Mr. Vesoulis. Surgical Specialists, LLC's negligence contributed to Mr. Vesoulis's injury.

Please let me know if any further information is required.

Yours truly,

*[signature]* for

Franklin G. Shaw

**EXHIBIT D**