Division Of Administration

John Bel Edwards

Governor



**PATIENT'S COMPENSATION FUND**

P.O. BOX 3718
BATON ROUGE, LA 70821
225-342-5200
1-866-469-9555

Thomas E. Lavin, M.D.

Surgical Specialists of Louisiana, LLC

7015 Highway190 E. Service Road, Suite 200

Covington, Louisiana  70433

The above-named Health Care Provider is hereby certified as an Enrollee under La. R.S.40:1231:1 et seq., with effective dates as follows.

**Enrollment Period:** 08/04/2016 -- 08/04/2017

**Company:** Practice Protection Trust Fund

**Coverage Type:** Claims Made

**Class:** CLASS 6

**Specialty:** BARIATRIC SURGERY

It is further certified that securities of ONE HUNDRED THOUSAND ($100,000.00) dollars deposited with the Board, acknowledges financial responsibility for the indicated period(s).

03/29/2021

Print Date

LOUISIANA PATIENT'S COMPENSATION FUND

An Equal Opportunity Employer
www.doa.louisiana.gov/pcf

EXHIBIT E

Division Of Administration

John Bel Edwards

Governor



**PATIENT'S COMPENSATION FUND**

P.O. BOX 3718
BATON ROUGE, LA 70821
225-342-5200
1-866-469-9555

Thomas E. Lavin, M.D.

Surgical Specialists of Louisiana, LLC

7015 Highway190 E. Service Road, Suite 200

Covington, Louisiana  70433

The above-named Health Care Provider is hereby certified as an Enrollee under La. R.S.40:1231:1 et seq., with effective dates as follows.

| | |
|---|---|
| **Enrollment Period:** | 08/04/2017 -- 08/04/2018 |
| **Company:** | Practice Protection Trust Fund |
| **Coverage Type:** | Claims Made |
| **Class:** | CLASS 6 |
| **Specialty:** | BARIATRIC SURGERY |

It is further certified that securities of ONE HUNDRED THOUSAND ($100,000.00) dollars deposited with the Board, acknowledges financial responsibility for the indicated period(s).

03/29/2021

Print Date

*[signature]*

LOUISIANA PATIENT'S COMPENSATION FUND

An Equal Opportunity Employer
www.doa.louisiana.gov/pcf

**EXHIBIT E**

Division Of Administration

John Bel Edwards

Governor



PATIENT'S COMPENSATION FUND

P.O. BOX 3718
BATON ROUGE, LA 70821
225-342-5200
1-866-469-9555

Thomas E. Lavin, M.D.

Surgical Specialists of Louisiana, LLC

7015 Highway190 E. Service Road, Suite 200

Covington, Louisiana  70433

The above-named Health Care Provider is hereby certified as an Enrollee under La. R.S.40:1231:1 et seq., with effective dates as follows.

**Enrollment Period:** 08/01/2018 -- 08/01/2019

**Company:** Coverys Specialty Insurance Company

**Coverage Type:** Claims Made

**Class:** CLASS 6

**Specialty:** BARIATRIC SURGERY

It is further certified that securities of ONE HUNDRED THOUSAND ($100,000.00) dollars deposited with the Board, acknowledges financial responsibility for the indicated period(s).

03/29/2021

**Print Date**

*[signature]*

**LOUISIANA PATIENT'S COMPENSATION FUND**

An Equal Opportunity Employer
www.doa.louisiana.gov/pcf

**EXHIBIT E**

Division Of Administration

John Bel Edwards

Governor



**PATIENT'S COMPENSATION FUND**

P.O. BOX 3718
BATON ROUGE, LA 70821
225-342-5200
1-866-469-9555

Surgical Specialists of Louisiana, LLC

7015 Highway 190, Suite 200

Covington, Louisiana  70433

The above-named Health Care Provider is hereby certified as an Enrollee under La. R.S.40:1231:1 et seq., with effective dates as follows.

**Enrollment Period:** 08/04/2016 -- 08/04/2017

**Company:** Practice Protection Trust Fund

**Coverage Type:** Claims Made

**Class:** CORPORATION

**Specialty:** CORPORATION

It is further certified that securities of ONE HUNDRED THOUSAND ($100,000.00) dollars deposited with the Board, acknowledges financial responsibility for the indicated period(s).

03/29/2021

Print Date

*Kst Sh*

LOUISIANA PATIENT'S COMPENSATION FUND

An Equal Opportunity Employer
www.doa.louisiana.gov/pcf

EXHIBIT E

Division Of Administration

John Bel Edwards

Governor



**PATIENT'S COMPENSATION FUND**

P.O. BOX 3718
BATON ROUGE, LA 70821
225-342-5200
1-866-469-9555

Surgical Specialists of Louisiana, LLC

7015 Highway 190, Suite 200

Covington, Louisiana  70433

The above-named Health Care Provider is hereby certified as an Enrollee under La. R.S.40:1231:1 et seq., with effective dates as follows.

| | |
|---|---|
| **Enrollment Period:** | 08/04/2017 -- 08/04/2018 |
| **Company:** | Practice Protection Trust Fund |
| **Coverage Type:** | Claims Made |
| **Class:** | CORPORATION |
| **Specialty:** | CORPORATION |

It is further certified that securities of ONE HUNDRED THOUSAND ($100,000.00) dollars deposited with the Board, acknowledges financial responsibility for the indicated period(s).

03/29/2021

**Print Date**

*[signature]*

**LOUISIANA PATIENT'S COMPENSATION FUND**

An Equal Opportunity Employer
www.doa.louisiana.gov/pcf

**EXHIBIT E**

Division Of Administration

John Bel Edwards

Governor

P.O. BOX 3718
BATON ROUGE, LA 70821
225-342-5200
1-866-469-9555



**PATIENT'S COMPENSATION FUND**

Surgical Specialists of Louisiana, LLC

7015 Highway 190, Suite 200

Covington, Louisiana  70433

The above-named Health Care Provider is hereby certified as an Enrollee under La. R.S.40:1231:1 et seq., with effective dates as follows.

**Enrollment Period:** 08/01/2018 -- 08/01/2019

**Company:** Coverys Specialty Insurance Company

**Coverage Type:** Claims Made

**Class:** CORPORATION

**Specialty:** CORPORATION

It is further certified that securities of ONE HUNDRED THOUSAND ($100,000.00) dollars deposited with the Board, acknowledges financial responsibility for the indicated period(s).

03/29/2021

Print Date

LOUISIANA PATIENT'S COMPENSATION FUND

An Equal Opportunity Employer
www.doa.louisiana.gov/pcf

EXHIBIT E