```
             UNITED STATES DISTRICT COURT

             EASTERN DISTRICT OF LOUISIANA

*****************************************************

PAUL VESOULIS   CIVIL ACTION NO.19-CV-01795-MLCF-DMD

VERSUS          JUDGE MARTIN L.C. FELDMAN

RESHAPE         MAGISTRATE JUDGE DANA M. DOUGLAS

LIFESCIENCES,

f/k/a ENTEROMEDICS

INCORPORATED

*****************************************************
```

        The deposition of ERIC S. BOUR, MD,
taken on Tuesday, August 18, 2020, commencing at
9:07 a.m., via Zoom.


                        * * *


**EXHIBIT B**

Page 18

1 to shorten it up if we can all agree that we're
2 just talking about the ReShape Dual balloon system
3 here involved?
4    A.  That's fine.
5    Q.  Is that okay?  Can you give me the range
6 of time in which you were involved in that ReShape
7 trial, post the entire course of your experience
8 with the ReShape balloons?
9    A.  It was -- again, I don't have access.  I
10 tried to obtain those records, but don't have
11 access to them, but I believe it was probably
12 about 16 to 17 months.
13    Q.  Do you have a better sense of when in
14 2014 that trial began?
15    A.  I -- I could not tell you.
16    Q.  So your experience could have gone from
17 2014 to 2015, if you started early in the year, or
18 2014 to 2016 if you started late in the year?
19    A.  Yeah.  I'm going to say it probably
20 stretched into twenty -- early 2016, but I
21 don't -- I don't recall the exact time we started.
22    Q.  I understand.  Aside from the ReShape
23 and the Orbera balloons, have you ever in the
24 course of your practice placed any other balloons?
25    A.  No.

Page 19

1    Q.  Did you have patients with any
2 complications in any of the balloon procedures,
3 whether ReShape or Orbera, that you placed?
4    A.  Can you define complications?
5    Q.  Any complications.
6    A.  If you define nausea, vomiting, that --
7 I mean, virtually, every patient probably
8 90 percent of those patients had nausea, a feeling
9 of fullness, vomiting.  We had several early
10 retrievals because of intolerance of the balloon.
11 We had, as I recall, one or two patients that we
12 found ulcers at the time of balloon retrieval, but
13 we had no other complications.
14    Q.  Do you recall how many of your patients
15 had ulcers as a result of the balloon placement?
16    A.  I believe there were only less than a
17 handful.  I think it was a couple, two or so.
18    Q.  Just for the purposes of our discussion,
19 I'll call nausea and fullness as a minor
20 complication.  Would you be able to agree with
21 that?
22    A.  Correct.  Yeah.  That's why I asked you
23 about your definition of complication.
24    Q.  And I appreciate that, but I wanted to
25 get the whole course of the universal

Page 20

1 complications out there.
2    So the only non-minor complications that
3 you've encountered were a couple of ulcers; is
4 that fair to say?
5    A.  I mean, they were superficial ulcers,
6 nothing significant, but, yes, to your question.
7    Q.  And how many early retrievals do you
8 recall?
9    A.  We had quite a few for patient
10 intolerance, especially during the time of the
11 pivotal trial.  I would -- I would estimate it was
12 around 12 percent, 12 to 13 percent.  For some
13 reason that number sticks in my mind.
14    Q.  Did you see any incidents of any
15 complication, both minor and non-minor, to be
16 greater in any of the ReShape patients versus the
17 Orbera patients?
18    A.  I don't think the -- I mean, I don't
19 recall seeing any ulcers in the Orbera patients,
20 but I don't believe the incidents of minor
21 complications was any different, same nausea,
22 fullness, that type of thing.
23    Q.  Why is it that you and your partners at
24 the time stopped placing balloons?
25    A.  The procedure is not covered by

Page 21

1 insurance.  Patients were coming out of pocket.
2 They weren't getting the results that they had
3 expected.
4    This is an extremely labor-intensive
5 group of patients to manage post-procedure, and
6 the majority of their success is based on
7 lifestyle modification, which is a challenge in
8 any bariatric patient.  And we just didn't feel
9 that the placement of the balloon and its
10 associated minimal weight loss in the patients we
11 saw was really something that we felt was
12 appropriate to offer.  We had other options that
13 were better for patients from the surgical
14 standpoint and decided that the balloon was just
15 not a viable treatment.
16    Q.  Did you author or participate in the
17 creation of any type of study results or synopsis
18 of your experience with the ReShape balloons?
19    A.  I believe that our -- the results of the
20 pivotal trial were published, and my name is on
21 that document.  So, of course, we had an
22 opportunity to review it, but I did not author it.
23    Q.  Do you know who did?
24    A.  I want to say it was Dr. Ponce, but I'm
25 not positive.