U.S. Department of Health and Human Services
Food and Drug Administration

**MEDWATCH**
FDA eSubmitter Generated Form 3500A

For use by user-facilities, importers, distributors and manufacturers for MANDATORY reporting

| Mfr Report #: | 3007934906-2016-00006 |
|---|---|
| UF/Importer Report #: | |
| Form Code: | |

### A. PATIENT INFORMATION

| 1. Patient Identifier (In confidence) | 2. Age at Time of Event, Date of Birth | 3. Sex | 4. Weight |
|---|---|---|---|
| Redaction | 52 Year(s), Redaction | Female | 200 Pound(s) |

### B. ADVERSE EVENT OR PRODUCT PROBLEM

1. [X] Adverse Event and/or [ ] Product Problem (e.g., defects/malfunctions)

2. Outcomes Attributed to Adverse Event (Checked all that apply)
 - [X] Death: 03/29/2016 (mm/dd/yyyy)
 - [ ] Life-threatening
 - [ ] Hospitalization - initial or prolonged
 - [ ] Required Intervention to Prevent Permanent Impairment/Damage (Devices)
 - [ ] Disability or Permanent Damage
 - [ ] Congenital Anomaly/Birth Defect
 - [ ] Other Serious (Important Medical Events)

| 3. Date of Event (mm/dd/yyyy) | 4. Date of this Report (mm/dd/yyyy) |
|---|---|
| 03/20/2016 | 04/08/2016 |

5. Describe Event or Problem

Patient underwent an uneventful balloon insertion on 2/16/16. Patient experienced vomiting and pain and presented at ER on 3/18/2016; diagnostic evaluation noted presence of kidney stone. Subsequent treatment during ER visit, if any, was not reported. Patient presented at implanting surgeon's ER on 3/20/16 with severe chest pain. Diagnosed as distal, 1 cm esophageal perforation and leak. Stent placed endoscopically over perforation followed by same-day laparoscopic removal of balloon and repair of perforation. Physician noted normal balloon appearance and position. Patient remained hospitalized with sepsis and expired 3/29/2016.

6. Relevant Tests/Laboratory Data, Including Dates

7. Other Relevant History, Including Preexisting Medical Conditions (e.g., allergies, race, pregnancy, smoking and alcohol use, hepatic/renal dysfunction, etc.)

### C. SUSPECT PRODUCT(S)

Section C is not applicable to devices.

### D. SUSPECT MEDICAL DEVICE

| 1. Brand Name | 2. Common Device Name |
|---|---|
| ReShape Integrated Dual Balloon | Intragastric Balloon, Product Code: LTI |

| 3. Manufacturer Name, City and State | 4. Model # | Catalog # |
|---|---|---|
| ReShape Medical, Inc.<br>100 Calle Iglesia<br>San Clemente, CA 92672-7502, US<br>Fax:(949) 429-6684 | 01-0011-001 | RSM101 |
| | Serial # | Lot # |
| | Expiration Date (mm/dd/yyyy) | |
| | Unique Identifier (UDI) #<br>B001RSM1011 | |

| 5. Operator of Device | 6. Implanted Date (mm/dd/yyyy) | 7. Explanted Date (mm/dd/yyyy) |
|---|---|---|
| Physician | 02/16/2016 | 03/20/2016 |

8. Is this a Single-Use Device that was reprocessed and Reused on a Patient?
( ) Yes   (•) No   ( ) No Information

| 9. Reprocessor Name and Address | 10. Device Available for Evaluation? (Do not send to FDA)<br>( ) Yes<br>(•) No<br>( ) No Information<br>[ ] Returned to Manufacturer |
|---|---|

11. ConComitant Medical Products and Therapy Dates (Excludes treatment of event)

### E. INITIAL REPORTER

| 1. Name and Address | 2. Health Professional?<br>(•) Yes   ( ) No   ( ) No Information |
|---|---|
| Redaction | 3. Occupation<br>Physician |
| | 4. Initial Reporter Also Sent Report to FDA? |

EXHIBIT G

RESHAPE-048202

U.S. Department of Health and Human Services
Food and Drug Administration

**MEDWATCH**
FDA eSubmitter Generated Form 3500A

For use by user-facilities, importers, distributors and manufacturers for MANDATORY reporting

| Mfr Report #: | 3007934906-2016-00006 |
|---|---|
| UF/Importer Report #: | |
| Form Code: | |

| Email | Redaction | | ( ) Yes ( ) No (•) Unknown ( ) No Information |
|---|---|---|---|

### F. FOR USE BY USER FACILITY/IMPORTER (Devices Only)

| 1. User Facility or Importer ( ) User Facility ( ) Importer | 2. User Facility/Importer Number |
|---|---|
| 3, 4, and 5. User Facility or Importer Name/Address, Contact Person, and Phone Number | 6. Date UF/Importer Became Aware of Event (mm/dd/yyyy) |
| | 7. Type of Report ( ) Initial ( ) Follow-up |
| | 8. Date of This Report (mm/dd/yyyy) / 9. Approximate Age of Device |

**10. Event Problem Codes** (Refer to coding manual)
Patient Code(s):
Device Code(s):

**14. Manufacturer Name/Address**

**11. Report Sent to FDA?**
( ) Yes ( ) No ( ) No Information

**12. Location Where Event Occurred**

**13. Report Sent to Manufacturer?**
( ) Yes ( ) No ( ) No Information

### G. ALL MANUFACTURERS

**1, 2. Contact Office - Name/Address/Phone Number**
Mr. Greg Geissinger
ReShape Medical, Inc.
100 Calle Iglesia
San Clemente, CA 92672-7502, US
Telephone:(949) 429-6680 Ext: 111
Fax:(949) 429-6684
Email:ggeissinger@reshapemedical.com

**1, 2. (Continued) Manufacturing Site Address/Phone for Devices**
ReShape Medical, Inc.
100 Calle Iglesia
San Clemente, CA 92672-7502, US
Fax:(949) 429-6684

**3. Report Source** (Check all that apply)
[ ] Foreign    [X] Health Professional
[ ] Study     [ ] User Facility
[ ] Literature  [ ] Company Representative
[ ] Consumer   [ ] Distributor
[ ] Other

**4. Date Received by Manufacturer** (mm/dd/yyyy)
03/21/2016

**5. PMA/510(k)**
P140012

**6. If IND, Give Protocol #**

**7. Type of Report**
[ ] 5-day [X] Initial [ ] Follow-up

**8. Adverse Event Term(s)**

**9. Manufacturer Report Number**
3007934906-2016-00006

### H. DEVICE MANUFACTURERS ONLY

**1. Type of Reportable Event**
(•) Death
( ) Serious Injury
( ) Malfunction
( ) No Information

**2. If Follow-up, What Type?**
[ ] Correction
[ ] Additional Information
[ ] Response to FDA Request
[ ] Device Evaluation
[ ] No Information

**3. Device Evaluated by Manufacturer?**
[X] Not Returned to Manufacturer
( ) Yes  [ ] Evaluation Summary Attached
( ) No

**4. Device Manufacture Date** (mm/dd/yyyy)

**5. Labeled for Single Use?**
(•) Yes ( ) No ( ) No Information

**6. Event Problem and Evaluation Codes** (Refer to coding manual)
Patient Code(s): 2399 - 2067 - 1802
Device Code(s): 2993
Method Code(s): 3323
Result Code(s): 3221
Conclusion Code(s): 92

**7. If Remedial Action Initiated, Check Type**
[ ] Recall      [ ] Notification
[ ] Repair      [ ] Inspection
[ ] Replace     [ ] Patient Monitoring

**8. Usage of Device**
(•) Initial Use of Device
( ) Reuse
( ) Unknown

**9. If action reported to FDA under 21 USC 360I(f), list correction/removal reporting number**

| U.S. Department of Health and Human Services<br>Food and Drug Administration<br>**MEDWATCH**<br>FDA eSubmitter Generated Form 3500A | For use by user-facilities,<br>importers, distributors and manufacturers<br>for MANDATORY reporting | Mfr Report #: 3007934906-2016-00006 |
|---|---|---|
| | | UF/Importer Report #: |
| | | Form Code: |
| [ ] Relabeling    [ ] Modification/Adjustment<br>[ ] Other | { } No Information | |

**10.** [X] Additional Manufacturer Narrative  **and/or**  **11.** [ ] Corrected Data
There is no known allegation from a health professional that the patient death was related to the device.

**File Attachments**

No files attached.

RESHAPE-048204