UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

PAUL VESOULIS     CIVIL ACTION NO. 19-CV-01795-MLCF-DMD

VERSUS     JUDGE MARTIN L.C. FELDMAN

RESHAPE LIFESCIENCES, f/k/a ENTEROMEDICS INCORPORATED, ET AL     MAGISTRATE JUDGE DANA M. DOUGLAS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## REQUESTS FOR ADMISSIONS

**NOW INTO COURT** through undersigned counsel comes Paul Vesoulis, and hereby propounds the following Requests for Admissions to defendants, ReShape Lifesciences, f/k/a Enteromedics Incorporated, Dr. Thomas Lavin and Surgical Specialist of Louisiana, LLC to be answered in writing and under oath, within thirty (30) days after service hereof, according to the applicable provisions of the Federal Rules of Civil Procedure.

## REQUEST FOR ADMISSION NO. 1:

Please admit or deny that the Medwatch Report #3007934906-2017-00015 dated May 10, 2017, Ex. "A" was not transmitted by ReShape Lifesciences, Inc., or its agents, servants, employers or contractors to Dr. Thomas Lavin. If you deny, in whole or in part, please attach or identify all documents, emails, correspondence, studies, reports, or anything else upon which you base your denial.

## REQUEST FOR ADMISSION NO. 2:

Please admit or deny that the Medwatch Report #3007934906-2017-00015 dated May 10, 2017, Ex. "A" was not transmitted by ReShape Lifesciences, Inc., or its agents, servants,



employers or contractors to Surgical Specialists of Louisiana LLC. If you deny, in whole or in part, please attach or identify all documents, emails, correspondence, studies, reports or anything else upon which you base your denial.

## REQUEST FOR ADMISSION NO. 3:

Please admit or deny that the Medwatch Report #3007934906-2016-0008 dated March 22, 2016, Ex. "B" was not transmitted by ReShape Lifesciences, Inc., or its agents, servants, employers or contractors to Dr. Thomas Lavin. If you deny, in whole or in part, please attach or identify all documents, emails, correspondence, or anything else upon which you base your denial.

## REQUEST FOR ADMISSION NO. 4:

Please admit or deny that the Medwatch Report #3007934906-2016-0008 dated March 22, 2016, Ex. "B" was not transmitted by ReShape Lifesciences, Inc., or its agents, servants, employers or contractors to Louisiana Surgical Specialists, LLC. If you deny, in whole or in part, please attach or identify all documents, emails, correspondence, or anything else upon which you base your denial.

Respectfully submitted,

*/s/ Franklin G. Shaw*

Franklin G. Shaw, La. Bar No. 015
Walter J. Leger, Jr., La. Bar No. 08278
Walter J. Leger, III, La. Bar No. 28656
Brigid E. Collins, Bar No. 28538
LEGER & SHAW
512 East Boston Street
Covington, Louisiana 70433
Telephone: (985)809-6625
Facsimile:    (985)809-6626

2

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the above and foregoing pleading has been served on all counsel of record to this proceeding by facsimile, e-mail and/or by placing same in the U.S. mail, postage prepaid and properly addressed this __7__ day of August 2020.

_____
FRANKLIN G. SHAW

U.S. Department of Health and Human Services
Food and Drug Administration

# MEDWATCH
FDA eSubmitter Generated Form 3500A

For use by user-facilities, importers, distributors and manufacturers for MANDATORY reporting

| Mfr Report #: | 3007934906-2017-00015 |
|---|---|
| UF/Importer Report #: | |
| Form Code: | |

## A. PATIENT INFORMATION

| 1. Patient Identifier (In confidence) | 2. Age at Time of Event, Date of Birth | 3. Sex | 4. Weight |
|---|---|---|---|
| | 67 Year(s) | Female | |

## B. ADVERSE EVENT OR PRODUCT PROBLEM

1. [X] Adverse Event and/or [ ] Product Problem (e.g., defects/malfunctions)

2. Outcomes Attributed to Adverse Event (Checked all that apply)
- [X] Death: 05/10/2017 (mm/dd/yyyy)
- [ ] Life-threatening
- [ ] Hospitalization - initial or prolonged
- [ ] Required Intervention to Prevent Permanent Impairment/Damage (Devices)
- [ ] Disability or Permanent Damage
- [ ] Congenital Anomaly/Birth Defect
- [ ] Other Serious (Important Medical Events)

| 3. Date of Event (mm/dd/yyyy) | 4. Date of this Report (mm/dd/yyyy) |
|---|---|
| 05/10/2017 | 05/22/2017 |

5. Describe Event or Problem

Per MD, patient had balloon insertion on 5/9/2017 without incident. Patient left the office post-procedure alert, oriented, and stable. Per MD, MD received a phone call from patient's sister the morning of 5/10/2017 at 8:30am, indicating the patient had been vomiting off and on throughout the night and seemed lethargic. As the MD was speaking with the sister, sister stated the patient vomited again and was "turning blue". MD instructed sister to call 911 immediately. Sister called back later on the morning of 5/10/2017 (around 9:30am) indicating the patient had expired.

6. Relevant Tests/Laboratory Data, Including Dates

7. Other Relevant History, Including Preexisting Medical Conditions (e.g., allergies, race, pregnancy, smoking and alcohol use, hepatic/renal dysfunction, etc.)

## C. SUSPECT PRODUCT(S)

Section C is not applicable to devices.

## D. SUSPECT MEDICAL DEVICE

| 1. Brand Name | 2. Common Device Name |
|---|---|
| ReShape Integrated Dual Balloon System | Intragastric Balloon, Product Code: LTI |

| 3. Manufacturer Name, City and State | 4. Model # | Catalog # |
|---|---|---|
| ReShape Medical, Inc. | 01-0011-001 | RSM101 |
| 100 Calle Iglesia | Serial # | Lot # |
| San Clemente, CA 92672-7502, US | | 161107-002 |
| Fax: (949) 276-6910 | Expiration Date (mm/dd/yyyy) | |
| | 11/04/2017 | |
| | Unique Identifier (UDI) # | |
| | B001RSM1011 | |

| 5. Operator of Device | 6. Implanted Date (mm/dd/yyyy) | 7. Explanted Date (mm/dd/yyyy) |
|---|---|---|
| Physician | 05/09/2017 | |

8. Is this a Single-Use Device that was reprocessed and Reused on a Patient?
( ) Yes  (•) No  ( ) No Information

9. Reprocessor Name and Address

10. Device Available for Evaluation? (Do not send to FDA)
( ) Yes
(•) No
( ) No Information
[ ] Returned to Manufacturer

11. Concomitant Medical Products and Therapy Dates (Excludes treatment of event)

## E. INITIAL REPORTER

1. Name and Address

2. Health Professional?
(•) Yes  ( ) No  ( ) No Information

3. Occupation
Physician

4. Initial Reporter Also Sent Report to FDA?
( ) Yes  ( ) No  (•) Unknown  ( ) No Information

EXHIBIT A



U.S. Department of Health and Human Services
Food and Drug Administration

**MEDWATCH**
FDA eSubmitter Generated Form 3500A

For use by user-facilities, importers, distributors and manufacturers for MANDATORY reporting

| Mfr Report #: | 3007934906-2017-00015 |
|---|---|
| UF/Importer Report #: | |
| Form Code: | |

### F. FOR USE BY USER FACILITY/IMPORTER (Devices Only)

**1. User Facility or Importer**
( ) User Facility   ( ) Importer

**2. User Facility/Importer Number**

**3, 4, and 5. User Facility or Importer Name/Address, Contact Person, and Phone Number**

**6. Date UF/Importer Became Aware of Event** *(mm/dd/yyyy)*

**7. Type of Report**
( ) Initial   ( ) Follow-up

**8. Date of This Report** *(mm/dd/yyyy)*

**9. Approximate Age of Device**

**10. Event Problem Codes** *(Refer to coding manual)*
Patient Code(s):
Device Code(s):

**14. Manufacturer Name/Address**

**11. Report Sent to FDA?**
( ) Yes   ( ) No   ( ) No Information

**12. Location Where Event Occurred**

**13. Report Sent to Manufacturer?**
( ) Yes   ( ) No   ( ) No Information

### G. ALL MANUFACTURERS

**1, 2. Contact Office - Name/Address/Phone Number**
Mr. Greg Geissinger
ReShape Medical, Inc.
100 Calle Iglesia
San Clemente, CA 92672-7502, US
Fax:(949) 276-6910
Email:ggeissinger@reshapemedical.com

**1, 2. (Continued) Manufacturing Site Address/Phone for Devices**
ReShape Medical, Inc.
100 Calle Iglesia
San Clemente, CA 92672-7502, US
Fax:(949) 276-6910

**3. Report Source** *(Check all that apply)*
[ ] Foreign            [X] Health Professional
[ ] Study              [ ] User Facility
[ ] Literature         [ ] Company Representative
[ ] Consumer           [ ] Distributor
[ ] Other

**4. Date Received by Manufacturer** *(mm/dd/yyyy)*
05/11/2017

**5. PMA/510(k)**
P140012

**6. If IND, Give Protocol #**

**7. Type of Report**
[ ] 5-day   [X] Initial   [ ] Follow-up

**8. Adverse Event Term(s)**

**9. Manufacturer Report Number**
3007934906-2017-00015

### H. DEVICE MANUFACTURERS ONLY

**1. Type of Reportable Event**
(•) Death
( ) Serious Injury
( ) Malfunction
( ) No Information

**2. If Follow-up, What Type?**
[ ] Correction
[ ] Additional Information
[ ] Response to FDA Request
[ ] Device Evaluation
[ ] No Information

**3. Device Evaluated by Manufacturer?**
[X] Not Returned to Manufacturer
( ) Yes   [ ] Evaluation Summary Attached
(•) No

**4. Device Manufacture Date** *(mm/dd/yyyy)*
11/07/2017

**5. Labeled for Single Use?**
(•) Yes   ( ) No   ( ) No Information

**6. Event Problem and Evaluation Codes** *(Refer to coding manual)*
Patient Code(s): 1802
Device Code(s): 2993
Method Code(s): 3323
Result Code(s): 3221
Conclusion Code(s): 92

**7. If Remedial Action initiated, Check Type**
[ ] Recall        [ ] Notification
[ ] Repair        [ ] Inspection
[ ] Replace       [ ] Patient Monitoring
[ ] Relabeling    [ ] Modification/Adjustment
[ ] Other

**8. Usage of Device**
(•) Initial Use of Device
( ) Reuse
( ) Unknown
( ) No Information

**9. If action reported to FDA under 21 USC 360i(f), list correction/removal reporting number**

RESHAPE-270207

U.S. Department of Health and Human Services
Food and Drug Administration

**MEDWATCH**

FDA eSubmitter Generated Form 3500A

For use by user-facilities, importers, distributors and manufacturers for MANDATORY reporting

| Mfr Report #: | 3007934906-2017-00015 |
|---|---|
| UF/Importer Report #: | |
| Form Code: | |

10. [X] Additional Manufacturer Narrative  and/or  11. [ ]  Corrected Data

Manufacturer has attempted to obtain additional information regarding this event, including autopsy results. No further information has been made available.

**File Attachments**

No files attached.

RESHAPE-270208

U.S. Department of Health and Human Services
Food and Drug Administration

# MEDWATCH
FDA eSubmitter Generated Form 3500A

For use by user-facilities, importers, distributors and manufacturers for MANDATORY reporting

| | |
|---|---|
| Mfr Report #: | 3007934906-2016-00008 |
| UF/Importer Report #: | |
| Form Code: | |

## A. PATIENT INFORMATION

| 1. Patient Identifier (In confidence): | 2. Age at Time of Event; Date of Birth | 3. Sex | 4. Weight |
|---|---|---|---|
| Redaction | 52 Year(s) Redaction | Female | 200 Pound(s) |

## B. ADVERSE EVENT OR PRODUCT PROBLEM

1. [X] Adverse Event and/or  [ ] Product Problem (e.g., defects/malfunctions)

2. Outcomes Attributed to Adverse Event (Checked all that apply)
[X] Death: 03/29/2016 (mm/dd/yyyy)
[ ] Life-threatening
[ ] Hospitalization – initial or prolonged
[ ] Required Intervention to Prevent Permanent Impairment/Damage (Devices)
[ ] Disability or Permanent Damage
[ ] Congenital Anomaly/Birth Defect
[ ] Other Serious (Important Medical Events)

3. Date of Event (mm/dd/yyyy): 03/20/2016

4. Date of this Report (mm/dd/yyyy): 04/08/2016

5. Describe Event or Problem

Patient underwent an uneventful balloon insertion on 2/16/16. Patient experienced vomiting and pain and presented at ER on 3/18/2016; diagnostic evaluation noted presence of kidney stone. Subsequent treatment during ER visit, if any, was not reported. Patient presented at implanting surgeon's ER on 3/20/16 with severe chest pain. Diagnosed as distal, 1 cm esophageal perforation and leak. Stent placed endoscopically over perforation followed by same day laparoscopic removal of balloon and repair of perforation. Physician noted normal balloon appearance and position. Patient remained hospitalized with sepsis and expired 3/29/2016.

6. Relevant Tests/Laboratory Data, Including Dates

7. Other Relevant History, Including Preexisting Medical Conditions (e.g., allergies, race, pregnancy, smoking and alcohol use, hepatic/renal dysfunction, etc.)

## C. SUSPECT PRODUCT(S)

Section C is not applicable to devices.

## D. SUSPECT MEDICAL DEVICE

| 1. Brand Name | 2. Common Device Name |
|---|---|
| ReShape Integrated Dual Balloon | Intragastric Balloon, Product Code: LTI |

| 3. Manufacturer Name, City and State | 4. Model # | Catalog # |
|---|---|---|
| ReShape Medical, Inc. | 01-0011-001 | RSM101 |
| 100 Calle Iglesia | Serial # | Lot # |
| San Clemente, CA 92672-7502, US | | |
| Fax (949) 429-6684 | | |

Expiration Date (mm/dd/yyyy):

Unique Identifier (UDI) #: B001RSM1011

| 5. Operator of Device | 6. Implanted Date (mm/dd/yyyy): | 7. Explanted Date (mm/dd/yyyy): |
|---|---|---|
| Physician | 02/16/2016 | 03/20/2016 |

8. Is this a Single-Use Device that was reprocessed and Reused on a Patient?
( ) Yes  (•) No  ( ) No Information

9. Reprocessor Name and Address

10. Device Available for Evaluation? (Do not send to FDA)
( ) Yes
(•) No
( ) No Information
[ ] Returned to Manufacturer

11. Concomitant Medical Products and Therapy Dates (Excludes treatment of event)

## E. INITIAL REPORTER

1. Name and Address

Redaction

2. Health Professional?
(•) Yes  ( ) No  ( ) No Information

3. Occupation
Physician

4. Initial Reporter Also Sent Report to FDA?

EXHIBIT B



U.S. Department of Health and Human Services
Food and Drug Administration

**MEDWATCH**
FDA eSubmitter Generated Form 3500A

For use by user-facilities, importers, distributors and manufacturers for MANDATORY reporting

Mfr Report #: 3007934906-2016-00006
UF/Importer Report #:
Form Code:

Email [ Redaction ]

### F. FOR USE BY USER FACILITY/IMPORTER (Devices Only)

1. User Facility or Importer
( ) User Facility   ( ) Importer

2. User Facility/Importer Number

3, 4, and 5. User Facility or Importer Name/Address, Contact Person, and Phone Number

6. Date UF/Importer Became Aware of Event (mm/dd/yyyy)

7. Type of Report
( ) Initial   ( ) Follow-up

8. Date of This Report (mm/dd/yyyy)

9. Approximate Age of Device

10. Event Problem Codes (Refer to coding manual)
Patient Code(s):
Device Code(s):

14. Manufacturer Name/Address

11. Report Sent to FDA?
( ) Yes   ( ) No   ( ) No Information

12. Location Where Event Occurred

13. Report Sent to Manufacturer?
( ) Yes   ( ) No   ( ) No Information

( ) Yes   ( ) No   (•) Unknown   ( ) No Information

### G. ALL MANUFACTURERS

1, 2. Contact Office – Name/Address/Phone Number
Mr. Greg Geissinger
ReShape Medical, Inc.
100 Calle Iglesia
San Clemente, CA 92672-7502, US
Telephone:(949) 429-6680 Ext: 111
Fax:(949) 429-6684
Email:ggeissinger@reshapemedical.com

1, 2. (Continued) Manufacturing Site Address/Phone for Devices
ReShape Medical, Inc.
100 Calle Iglesia
San Clemente, CA 92672-7502, US
Fax:(949) 429-6684

3. Report Source (Check all that apply)
[ ] Foreign                    [X] Health Professional
[ ] Study                      [ ] User Facility
[ ] Literature                 [ ] Company Representative
[ ] Consumer                   [ ] Distributor
[ ] Other

4. Date Received by Manufacturer (mm/dd/yyyy)
03/21/2016

5. PMA/510(k)
P140012

6. If IND, Give Protocol #

7. Type of Report
[ ] 5-day   [X] Initial   [ ] Follow-up

8. Adverse Event Term(s)

9. Manufacturer Report Number
3007934906-2016-00006

### H. DEVICE MANUFACTURERS ONLY

1. Type of Reportable Event
(•) Death
( ) Serious Injury
( ) Malfunction
( ) No Information

2. If Follow-up, What Type?
[ ] Correction
[ ] Additional Information
[ ] Response to FDA Request
[ ] Device Evaluation
[ ] No Information

3. Device Evaluated by Manufacturer?
[X] Not Returned to Manufacturer
( ) Yes   [ ] Evaluation Summary Attached
( ) No

4. Device Manufacture Date (mm/dd/yyyy)

5. Labeled for Single Use?
(•) Yes   ( ) No   ( ) No Information

6. Event Problem and Evaluation Codes (Refer to coding manual)
Patient Code(s): 2399 - 2067 - 1802
Device Code(s): 2993
Method Code(s): 3323
Result Code(s): 3221
Conclusion Code(s): 92

7. If Remedial Action initiated, Check Type
[ ] Recall            [ ] Notification
[ ] Repair            [ ] Inspection
[ ] Replace           [ ] Patient Monitoring

8. Usage of Device
(•) Initial Use of Device
( ) Reuse
( ) Unknown

9. If action reported to FDA under 21 USC 360I(f), list correction/removal reporting number

RESHAPE-048203

| U.S. Department of Health and Human Services<br>Food and Drug Administration<br>**MEDWATCH**<br>FDA eSubmitter Generated Form 3500A | For use by user-facilities,<br>importers, distributors and manufacturers<br>for MANDATORY reporting | Mfr Report #: 3007934906-2016-00006 |
|---|---|---|
| | | UF/Importer Report #: |
| | | Form Code: |
| [ ] Relabeling    [ ] Modification/Adjustment | ( ) No Information | |
| [ ] Other | | |

10. [X] Additional Manufacturer Narrative and/or 11. [ ] Corrected Data

There is no known allegation from a health professional that the patient death was related to the device.

**File Attachments**

No files attached.

RESHAPE-048204

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

PAUL VESOULIS                                CIVIL ACTION 19-1795

VERSUS                                       JUDGE FELDMAN

RESHAPE LIFESCIENCES INC.                    MAGISTRATE JUDGE DOUGLAS

### DEFENDANT, RESHAPE LIFESCIENCES, INC.'S RESPONSES TO PLAINTIFF'S REQUEST FOR ADMISSION

NOW INTO COURT, through undersigned counsel, comes Defendant, ReShape LifeSciences Incorporated ("ReShape"), and submits the following responses to Plaintiff's Requests for Admission:

### REQUEST FOR ADMISSION NO. 1:

Please admit or deny that the Medwatch Report #3007934906-2017 dated May 10,. 2017, Ex. "A" was not transmitted by ReShape Lifesciences, Inc. or its agents, servants, employers or contractors to Dr. Thomas Lavin. If you deny, in whole or in party, please attach or identify all documents, emails, correspondence, studies, reports or anything else upon which you base your denial.

### RESPONSE TO REQUEST FOR ADMISSION NO. 1:

Admitted.

### REQUEST FOR ADMISSION NO. 2:

Please admit or deny that the Medwatch Report #3007934906-2017 dated May 10, 2017, Ex. "A" was not transmitted by ReShape Lifesciences, Inc. or its agents, servants, employers or contractors to Surgical Specialists of Louisiana, LLC. If you deny, in whole or in party, please

attach or identify all documents, emails, correspondence, studies, reports or anything else upon which you base your denial.

**RESPONSE TO REQUEST FOR ADMISSION NO. 2:**

Admitted.

**REQUEST FOR ADMISSION NO. 3:**

Please admit or deny that the Medwatch Report #3007934906-2016-008 dated May 22, 2017, Ex. "B" was not transmitted by ReShape Lifesciences, Inc. or its agents, servants, employers or contractors to Dr. Thomas Lavin. If you deny, in whole or in party, please attach or identify all documents, emails, correspondence, studies, reports or anything else upon which you base your denial.

**RESPONSE TO REQUEST FOR ADMISSION NO. 3:**

Admitted.

**REQUEST FOR ADMISSION NO. 4:**

Please admit or deny that the Medwatch Report #3007934906-2016-008 dated May 22, 2016, Ex. "B" was not transmitted by ReShape Lifesciences, Inc. or its agents, servants, employers or contractors to Surgical Specialists of Louisiana, LLC. If you deny, in whole or in party, please attach or identify all documents, emails, correspondence, studies, reports or anything else upon which you base your denial.

**RESPONSE TO REQUEST FOR ADMISSION NO. 4:**

Admitted.

Respectfully submitted,

_____
RACHEL G. WEBRE (26907)
TUCKER T. BOHREN (37039)
GIEGER, LABORDE & LAPEROUSE, L.L.C
Hancock Whitney Center
701 Poydras Street, Suite 4800
New Orleans, Louisiana 70139-4800
Telephone:  (504) 561-0400
Facsimile:  (504) 561-1011
*Counsel for Defendant, ReShape Lifesciences Incorporated f/k/a Enteromedics Incorporated*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing has been served upon the following all counsel of record this 4th day of September, 2020.

_____

# BLUEWILLIAMS, L.L.P.

## ATTORNEYS & COUNSELORS AT LAW

GEORGE R. BLUE (1916-1986)
C.T. WILLIAMS, JR. (1939-2013)

1060 WEST CAUSEWAY APPROACH
MANDEVILLE, LA 70471-3046
(985) 626-0058

WWW.BLUEWILLIAMS.COM

METAIRIE OFFICE:
3421 NORTH CAUSEWAY BOULEVARD
SUITE 900
METAIRIE, LA 70002-3760
(504) 831-4091

STEPHEN M. PIZZO
THOMAS G. BUCK
BRIAN C. BOSSIER
VIRGIL A. LACY III
ALDRIC C. POIRIER, JR. [1,3]
DANTÉ V. MARALDO
ROBERT I. BAUDOUIN
EDWIN A. ELLINGHAUSEN III
GUICE A. GIAMBRONE III
CHRISTOPHER T. GRACE III
RYAN J. ROEMERSHAUSER [3]
SCOTT A. SOULE [3]
PAUL D. PALERMO [2,3]

CRAIG R. WATSON [2,3]
GREGORY S. LACOUR [3]
CYNTHIA C. ROTH
ERIC E. POPE
FRANK J. TOWERS
ERIN H. BOYD
PAMELA NOYA MOLNAR
DAVID B. PARNELL, JR. [1]
RICHARD E. GRUNER, JR.
BRETT W. TWEEDEL
ELIZABETH S. SCONZERT [1]
CRAIG V. SWEENEY
JACOB K. BEST [4]

CHRISTOPHER M. HATCHER [1]
BERT J. MILLER
KELLY M. BRIAN [1]
EMILY C. CANIZARO
LAURA M. GILLEN
A. REBECCA WILMORE
AMANDA M. PLAISCIA
NICHOLAS P. ARNOLD [3]
ELICIA D. FORD [3]
CAROLAN D. LUNING [3]
WHITNEY C. STEWART
KRISTINA J. FONTE

Of Counsel:
RICHARD S. VALE
KURT S. BLANKENSHIP [6]
WILLIAM H. REINHARDT, JR.
MICKAL P. ADLER
TIFFANY O. CAZABON
APRIL L. WATSON
JASMINE N. BROWN
STEVEN M. MAUTERER [3]

1 MANDEVILLE OFFICE
2 ALSO ADMITTED IN MISSISSIPPI
3 ALSO ADMITTED IN TEXAS
4 ALSO ADMITTED IN GEORGIA
5 ALSO ADMITTED IN NEW YORK
6 PROFESSIONAL LAW CORPORATION
7 PROFESSIONAL LAW COMPANY

WRITER'S DIRECT DIAL:
(504) 846-9745
(504) 846-9746 Facsimile
kbrian@bluewilliams.com

August 26, 2020

*Via email only to fshaw@legershaw.com*
Mr. Franklin Shaw
Leger & Shaw
512 East Boston Street
Covington, Louisiana 70433

    Re:    Paul Vesoulis vs. ReShape Lifesciences, F/K/A Enteromedics Inc., et al
             USDC/EDLA, Civil Docket No.:  19-CV-01795-MLCF-DMD
             Our File:    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

Dear Mr. Shaw:

    Enclosed please find Responses to Requests for Admissions on behalf of Defendant, Dr. Thomas Lavin and Louisiana Surgical Specialists.

    With kind regards, I remain,

                                 Very truly yours,
                                 BLUE WILLIAMS, L.L.P.

                                 Aldric Poirier, Jr.
                                 Kelly M. Brian

KMB
Enclosures
cc w/ encl.:    Ms. Rachel G. Webre, *via email only to rwebre@glllaw.com*

3197074 v1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **PAUL VESOULIS** | **CIVIL ACTION NO. 19-CV-01795-MLCF-DMD** |
| **VERSUS** | **JUDGE MARTIN L.C. FELDMAN** |
| **RESHAPE LIFESCIENCES, f/k/a ENTEROMEDICS INCORPORATED** | **MAGISTRATE JUDGE DANA M. DOUGLAS** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## RESPONSES TO REQUESTS FOR ADMISSIONS

TO:   Plaintiff, Paul Vesoulis,
      Through his Attorneys of Record:
      Franklin G. Shaw
      Walter J. Leger, Jr.
      Walter J. Leger, III
      Brigid E. Collins
      LEGER & SHAW
      512 East Boston Street
      Covington, Louisiana 70433

**NOW COMES**, through undersigned counsel, Defendants, Dr. Thomas Lavin and Louisiana Surgical Specialists, who responds to the Requests for Admissions propounded by Plaintiff on August 7, 2020, as follows, reserving all rights to amend and supplement said responses at a later date:

### REQUEST FOR ADMISSION NO. 1:

Please admit or deny that the Medwatch Report #3007934906-2017-00015 dated May 10, 2017, Ex. "A" was not transmitted by ReShape Lifesciences, Inc., or its agents, servants, employers or contractors to Dr. Thomas Lavin. If you deny, in whole or in part, please attach or identify all documents, emails, correspondence, studies, reports, or anything else upon which you base your denial.

### RESPONSE TO REQUEST FOR ADMISSION NO. 1:

      **Admitted.**

REQUEST FOR ADMISSION NO. 2:

Please admit or deny that the Medwatch Report #3007934906-2017-00015 dated May 10, 2017, Ex. "A" was not transmitted by ReShape Lifesciences, Inc., or its agents, servants, employers or contractors to Surgical Specialists of Louisiana LLC. If you deny, in whole or in part, please attach or identify all documents, emails, correspondence, studies, reports or anything else upon which you base your denial.

**RESPONSE TO REQUEST FOR ADMISSION NO. 2:**

**Admitted.**

REQUEST FOR ADMISSION NO. 3:

Please admit or deny that the Medwatch Report #3007934906-2016-0008 dated March 22, 2016, Ex. "B" was not transmitted by ReShape Lifesciences, Inc., or its agents, servants, employers or contractors to Dr. Thomas Lavin. If you deny, in whole or in part, please attach or identify all documents, emails, correspondence, or anything else upon which you base your denial

**RESPONSE TO REQUEST FOR ADMISSION NO. 3:**

**Admitted.**

REQUEST FOR ADMISSION NO. 4:

Please admit or deny that the Medwatch Report #3007934906-2016-0008 dated March 22, 2016, Ex. "B" was not transmitted by ReShape Lifesciences, Inc., or its agents, servants, employers or contractors to Louisiana Surgical Specialists, LLC. If you deny, in whole or in part, please attach or identify all documents, emails, correspondence, or anything else upon which you base your denial.

**RESPONSE TO REQUEST FOR ADMISSION NO. 4:**

**Admitted.**

3185302 v1

Respectfully submitted,

BLUE WILLIAMS L.L.P.

ALDRIC C. POIRIER, JR. (21824)
ELIZABETH S. SCONZERT (30049)
KELLY M. BRIAN (31064)
1060 West Causeway Approach
Mandeville, Louisiana 70471
Telephone: (985) 626-0058
*Attorneys for Dr. Thomas Lavin and
Louisiana Surgical Specialists*

## CERTIFICATE

I HEREBY CERTIFY by my signature hereinabove, I have on this 26th day of August 2020 served a copy of the foregoing pleading on counsel for all parties to this proceeding by electronic mail, facsimile, or by mailing same via United States Mail, properly addressed, and first-class postage prepaid.

3185302 v1