

August 10, 2017

Dear ReShape Health Care Provider,

On August 10, 2017, the U.S. Food and Drug Administration (FDA) posted a Letter to Health Care Providers on their website to provide an update to the February 2017 letter on potential risks with liquid-filled intragastric balloons. ReShape Medical would like to take this opportunity to clarify information provided in FDA's August communication and to assure you that we take these matters very seriously, are dedicated to protecting the health and safety of patients, and are working closely with FDA to better understand the issue.

FDA's communication notes five reports of death that occurred within 30 days following balloon insertion, for which the cause of death cannot be determined based upon available information. Of the five reported deaths, one occurred in a patient who received a ReShape dual balloon. In all five cases, and as FDA noted in its communication, these reports contain insufficient information to determine the cause of these deaths, and there is no assertion from the treating healthcare providers attributing these deaths to the device or the insertion procedure. ReShape has received one additional report of death from sepsis secondary to an esophageal perforation that was diagnosed 30 days post-insertion.

In its February 2017 communication, the FDA recommended that health care providers monitor patients with liquid-filled balloons for the potential risks of acute pancreatitis and spontaneous over-inflation. In response, ReShape updated its labeling to address the risk of acute pancreatitis. To date, the reported incidence of acute pancreatitis in patients with a ReShape dual balloon remains less than 0.3% and in all cases, successfully resolved with either medical management or balloon removal. In addition, ReShape has received only one report of over-inflation that was noted during the routine six month balloon removal procedure. FDA's August communication continues to recommend close monitoring of patients.

Patient safety is our highest priority. Our Instructions for Use note acute pancreatitis, esophageal perforation and death as potential risks of balloon therapy. Customers should continue to follow the instructions for use of the device as provided by the company. We encourage physicians to closely monitor patients during the entire term of treatment in order to detect the development of possible complications. We are actively enrolling subjects in a prospective, Post-Approval Study to continue to evaluate device safety and effectiveness in typical clinical practices to augment the extensive clinical data collected in the U.S. pivotal trial that supported PMA approval.

Your Business Development Manager can address any questions or concerns you may have related to this letter or regarding the safety or effectiveness of the ReShape dual balloon.

Sincerely,

Mary Lou Mooney
Vice President
Regulatory, Clinical & Quality

ReShape Medical, Inc. | 100 Calle Iglesia, San Clemente, CA 92672-7502 | Tel: 949-429-6680 | Fax: 949-429-6684

EXHIBIT
Q