# Transcript of the Testimony of
# Jennifer Perilloux

## Date taken: October 28, 2020

### Paul Vesoulis v. Reshape Life Sciences, et al

All electronic deposition & exhibit files
are available at <<<www.psrdocs.com>>>.
Please call or e-mail reporters@psrdocs.com if you need a
**Username** and **Password**.

# Professional Shorthand Reporters, Inc.
Phone:504-529-5255
Fax:504-529-5257
Email:reporters@psrdocs.com
Internet: http://www.psrdocs.com


EXHIBIT 0

Page 5

1       JENNIFER PERILLOUX,
2   after having been first duly sworn by the
3   above-mentioned Registered Professional
4   Reporter, did testify as follows:
5   EXAMINATION BY MR. SHAW:
6       Q    Okay.  Give us your full name,
7   please, ma'am.
8       A    Jennifer Spansel Perilloux.
9       Q    What is your address?
10      A    4804 Alexander Drive, Metairie,
11  Louisiana 70003.
12      Q    Alexander?
13      A    Alexander.
14      Q    And the ZIP was 70003?
15      A    Correct.
16      Q    And what is your telephone number?
17      A    (504)491-9414.
18      Q    941 --
19      A    Four.
20      Q    What's your date of birth, ma'am?
21      A    July 8th, 1979.
22      Q    In July of 2017, by whom were you
23  employed?
24      A    Surgical Specialists of Louisiana.
25      Q    And what was your job with them?

Page 6

1       A    Clinical Research Coordinator.
2       Q    I'm particularly interested in a
3   Post Approval Study that was being performed
4   by ReShape regarding the intragastric
5   balloons.  But did you have any other studies
6   going on at that time, out of curiosity?
7       A    Yes.
8       Q    How many?
9       A    I believe, two.
10      Q    Any others with ReShape?
11      A    No, sir.
12      Q    And where was your office located?
13      A    Originally, it was located in --
14  off of Clearview, I-10, Clearview, Service
15  Road, and then we moved to the Galleria
16  medical building.
17      Q    Some of the documents that
18  Dr. Lavin has produced indicates that an endo
19  suite was opened at the Galleria location; is
20  that correct?
21      A    Eventually it was.
22      Q    Was that endo suite connected to
23  Dr. Lavin's office or what --
24      A    It was all part of Suite 300, so,
25  yes.

Page 7

1       Q    Suite 100?
2       A    300.
3       Q    Do you know if anyone with regard
4   to Dr. Lavin's private practice also -- let me
5   rephrase that.  Do you know whether anyone
6   with Dr. Lavin's private practice communicated
7   with ReShape in any regard?
8       A    Regarding the Post Approval Study
9   or in general?
10      Q    In general.
11      A    I would not know.
12      Q    Did you communicate with ReShape in
13  any regard?
14      A    Just regarding the study.  I didn't
15  have anything to do with the regular practice.
16      Q    Was Mr. Paul Vesoulis a study
17  patient?
18      A    No, he was not.
19      Q    Let me show you a document that we
20  have previously marked as "Exhibit Q."  Let me
21  just mark the Notice as "Exhibit 1," just to
22  be clear, and we'll mark this as "Exhibit 2."
23  Do you recognize that as being the --
24      A    Clinical Study Agreement.
25      Q    -- Clinical Study Agreement?

Page 8

1       A    Yes.
2       Q    Have you seen that document before?
3       A    I have.
4       Q    Did you review any documents before
5   coming to testify here today?
6       A    No.  Well, except -- actually let
7   me retract that.  You sent me a few things, in
8   an email early on, so, yes.
9       Q    Okay.  So I'm trying to recall what
10  that was.  Okay.  Well, let me then mark as
11  "Exhibit 3" this email exchange, and this is
12  probably what I sent you in connection with --
13      A    Yes.
14      Q    And so you had an email
15  correspondence with Diane Begovich?
16      A    I did.
17      Q    And who was Ms. Begovich?
18      A    She was the study monitor for the
19  trial.
20      Q    Do you know who she was employed
21  by?
22      A    I believe she was employed by
23  ReShape.
24      Q    When you say "study monitor," what
25  does a study monitor do?