# Transcript of the Testimony of
# Rachel L. Moore, M.D.

**Date taken: November 11, 2020**

**Paul Vesoulis v. Reshape Lifesciences, et al**

All electronic deposition & exhibit files
are available at <<<www.psrdocs.com>>>.
Please call or e-mail reporters@psrdocs.com if you need a
**Username** and **Password**.

# Professional Shorthand Reporters, Inc.
Phone: 504-529-5255
Fax: 504-529-5257
Email: reporters@psrdocs.com
Internet: http://www.psrdocs.com



EXHIBIT E

Page 5

1    STIPULATION
2
3        It is stipulated by and agreed by
4    and between counsel for the parties hereto
5    that the deposition of the aforementioned
6    witness is hereby being taken for all
7    purposes allowed under Article 1421, et seq.,
8    of the Louisiana Code of Civil Procedure, in
9    accordance with law, pursuant to notice;
10       That the formalities of reading and
11   signing are specifically waived;
12       That the formalities of filing,
13   sealing, and certification are specifically
14   waived;
15       That all objections, save those as
16   to the form of the question and the
17   responsiveness of the answer, are hereby
18   reserved until such time as this deposition,
19   or any part thereof, may be used or sought to
20   be used in evidence.
21
22       KATHY A. MARTINY, CSR, Certified
23   Court Reporter in and for the State of
24   Louisiana, officiated in administering the
25   oath to the witness.

Page 6

1        RACHEL L. MOORE, M.D.,
2    after having been first duly sworn by the
3    above-mentioned Certified Court Reporter, was
4    examined and testified as follows:
5    EXAMINATION BY MR. SHAW:
6        Q.   Would you give us your full
7    name, please, Ma'am?
8        A.   Rachel Lynn Moore.
9        Q.   What's your address?
10       A.   3100 Galleria Drive, Metairie,
11   Louisiana, 70001.
12       Q.   What is a phone number where you
13   can be reached, if you're subpoenaed, and
14   don't have to come to court, or something
15   like that?
16       A.   (504) 439-0345.
17       Q.   What is your date of birth,
18   Ma'am?
19       A.   11/19/1971.
20       Q.   And by whom are you, currently,
21   employed?
22       A.   Surgical Specialists of
23   Louisiana.
24       Q.   By whom were you employed in
25   July of 2017?

Page 7

1        A.   No change.
2        Q.   What is your occupation?
3        A.   Surgeon.
4        Q.   Are you board certified?
5        A.   Yes; I'm board certified in both
6    obesity medicine, and surgery.
7        Q.   Where did you go to medical
8    school?
9        A.   University of Alabama, at
10   Birmingham.
11       Q.   Do you practice with Dr. Lavin,
12   currently?
13       A.   Yes.
14       Q.   I'm sorry?
15       A.   Yes.
16       Q.   Did you practice with Dr. Lavin
17   as of July 27, 2017?
18       A.   Yes.
19       Q.   Did you office with him during
20   that particular period of time, in July of
21   2017?
22       A.   I'm sorry; I think the audio cut
23   out. Did I do what with him?
24       Q.   Did you have offices with him?
25       A.   Yes.

Page 8

1        Q.   Did that practice have a
2    particular name; or was it just a list of
3    doctors?
4        A.   Surgical Specialists of
5    Louisiana.
6        Q.   Were you an employee of Surgical
7    Specialists of Louisiana; or did you have an
8    equity interest?
9        A.   That's a business question
10   that's difficult to answer; we're a group of
11   doctors that practice together; I'm not
12   salaried.
13       Q.   I'm writing as fast as I can.
14   Okay. We're here today about a patient of
15   Dr. Lavin's, Mr. Paul Vesoulis. Can you tell
16   us the extent of your involvement in the care
17   of that particular patient?
18       A.   My involvement was only for a
19   couple of hours, on January 11th, 2018.
20       Q.   I notice you are looking at some
21   record, or something on a screen. Do you
22   have those -- can you tell me what you're
23   referring to; are you referring --
24       A.   I am not looking at records; my
25   attorney typed a question to me; and that's