U.S. Department of Health and Human Services
Food and Drug Administration

**MEDWATCH**
FDA eSubmitter Generated Form 3500A

For use by user-facilities, importers, distributors and manufacturers for MANDATORY reporting

| Mfr Report #: | 3007934906-2016-00006 |
|---|---|
| UF/Importer Report #: | |
| Form Code: | |

### A. PATIENT INFORMATION

| 1. Patient Identifier (In confidence) | 2. Age at Time of Event, Date of Birth | 3. Sex | 4. Weight |
|---|---|---|---|
| Redaction | 52 Year(s) Redaction | Female | 200 Pound(s) |

### B. ADVERSE EVENT OR PRODUCT PROBLEM

1. [X] Adverse Event and/or  [ ] Product Problem (e.g., defects/malfunctions)

2. Outcomes Attributed to Adverse Event (Checked all that apply)
   - [X] Death: 03/29/2016 (mm/dd/yyyy)
   - [ ] Life-threatening
   - [ ] Hospitalization - initial or prolonged
   - [ ] Required Intervention to Prevent Permanent Impairment/Damage (Devices)
   - [ ] Disability or Permanent Damage
   - [ ] Congenital Anomaly/Birth Defect
   - [ ] Other Serious (Important Medical Events)

| 3. Date of Event (mm/dd/yyyy) | 4. Date of this Report (mm/dd/yyyy) |
|---|---|
| 03/20/2016 | 04/08/2016 |

5. Describe Event or Problem

Patient underwent an uneventful balloon insertion on 2/16/16. Patient experienced vomiting and pain and presented at ER on 3/18/2016; diagnostic evaluation noted presence of kidney stone. Subsequent treatment during ER visit, if any, was not reported. Patient presented at implanting surgeon's ER on 3/20/16 with severe chest pain. Diagnosed as distal, 1 cm esophageal perforation and leak. Stent placed endoscopically over perforation followed by same day laparoscopic removal of balloon and repair of perforation. Physician noted normal balloon appearance and position. Patient remained hospitalized with sepsis and expired 3/29/2016.

6. Relevant Tests/Laboratory Data, Including Dates

7. Other Relevant History, Including Preexisting Medical Conditions (e.g., allergies, race, pregnancy, smoking and alcohol use, hepatic/renal dysfunction, etc.)

### C. SUSPECT PRODUCT(S)

Section C is not applicable to devices.

### D. SUSPECT MEDICAL DEVICE

| 1. Brand Name | 2. Common Device Name |
|---|---|
| ReShape Integrated Dual Balloon | Intragastric Balloon, Product Code: LTI |

| 3. Manufacturer Name, City and State | 4. Model # | Catalog # |
|---|---|---|
| ReShape Medical, Inc.<br>100 Calle Iglesia<br>San Clemente, CA 92672-7502, US<br>Fax:(949) 429-6684 | 01-0011-001 | RSM101 |
| | Serial # | Lot # |
| | Expiration Date (mm/dd/yyyy) | |
| | Unique Identifier (UDI) #<br>B001RSM1011 | |

| 5. Operator of Device | 6. Implanted Date (mm/dd/yyyy) | 7. Explanted Date (mm/dd/yyyy) |
|---|---|---|
| Physician | 02/16/2016 | 03/20/2016 |

8. Is this a Single-Use Device that was reprocessed and Reused on a Patient?
   ( ) Yes   (•) No   ( ) No Information

| 9. Reprocessor Name and Address | 10. Device Available for Evaluation? (Do not send to FDA)<br>( ) Yes<br>(•) No<br>( ) No Information<br>[ ] Returned to Manufacturer |
|---|---|

11. ConComitant Medical Products and Therapy Dates (Excludes treatment of event)

### E. INITIAL REPORTER

| 1. Name and Address | 2. Health Professional?<br>(•) Yes  ( ) No  ( ) No Information |
|---|---|
| Redaction | 3. Occupation<br>Physician |
| | 4. Initial Reporter Also Sent Report to FDA? |

**EXHIBIT F**

RESHAPE-048202

U.S. Department of Health and Human Services  
Food and Drug Administration

## MEDWATCH
FDA eSubmitter Generated Form 3500A

For use by user-facilities, importers, distributors and manufacturers for MANDATORY reporting.

| Mfr Report #: | 3007934906-2016-00006 |
|---|---|
| UF/Importer Report #: | |
| Form Code: | |

| Email | Redaction | | ( ) Yes ( ) No (•) Unknown ( ) No Information |
|---|---|---|---|

### F. FOR USE BY USER FACILITY/IMPORTER (Devices Only)

**1. User Facility or Importer**  
( ) User Facility   ( ) Importer

**2. User Facility/Importer Number**

**3, 4, and 5. User Facility or Importer Name/Address, Contact Person, and Phone Number**

**6. Date UF/Importer Became Aware of Event** (mm/dd/yyyy)

**7. Type of Report**  
( ) Initial   ( ) Follow-up

**8. Date of This Report** (mm/dd/yyyy)  
**9. Approximate Age of Device**

**10. Event Problem Codes** (Refer to coding manual)  
Patient Code(s):  
Device Code(s):

**14. Manufacturer Name/Address**

**11. Report Sent to FDA?**  
( ) Yes   ( ) No   ( ) No Information

**12. Location Where Event Occurred**

**13. Report Sent to Manufacturer?**  
( ) Yes   ( ) No   ( ) No Information

### G. ALL MANUFACTURERS

**1, 2. Contact Office - Name/Address/Phone Number**  
Mr. Greg Geissinger  
ReShape Medical, Inc.  
100 Calle Iglesia  
San Clemente, CA 92672-7502, US  
Telephone:(949) 429-6680 Ext: 111  
Fax:(949) 429-6684  
Email:ggeissinger@reshapemedical.com

**1, 2. (Continued) Manufacturing Site Address/Phone for Devices**  
ReShape Medical, Inc.  
100 Calle Iglesia  
San Clemente, CA 92672-7502, US  
Fax:(949) 429-6684

**3. Report Source** (Check all that apply)  
[ ] Foreign         [X] Health Professional  
[ ] Study           [ ] User Facility  
[ ] Literature      [ ] Company Representative  
[ ] Consumer        [ ] Distributor  
[ ] Other

**4. Date Received by Manufacturer** (mm/dd/yyyy)  
03/21/2016

**5. PMA/510(k)**  
P140012

**6. If IND, Give Protocol #**

**7. Type of Report**  
[ ] 5-day   [X] Initial   [ ] Follow-up

**8. Adverse Event Term(s)**

**9. Manufacturer Report Number**  
3007934906-2016-00006

### H. DEVICE MANUFACTURERS ONLY

**1. Type of Reportable Event**  
(•) Death  
( ) Serious Injury  
( ) Malfunction  
( ) No Information

**2. If Follow-up, What Type?**  
[ ] Correction  
[ ] Additional Information  
[ ] Response to FDA Request  
[ ] Device Evaluation  
[ ] No Information

**3. Device Evaluated by Manufacturer?**  
[X] Not Returned to Manufacturer  
( ) Yes   [ ] Evaluation Summary Attached  
( ) No

**4. Device Manufacture Date** (mm/dd/yyyy)

**5. Labeled for Single Use?**  
(•) Yes   ( ) No   ( ) No Information

**6. Event Problem and Evaluation Codes** (Refer to coding manual)  
Patient Code(s): 2399 - 2067 - 1802  
Device Code(s): 2993  
Method Code(s): 3323  
Result Code(s): 3221  
Conclusion Code(s): 92

**7. If Remedial Action Initiated, Check Type**  
[ ] Recall       [ ] Notification  
[ ] Repair       [ ] Inspection  
[ ] Replace      [ ] Patient Monitoring

**8. Usage of Device**  
(•) Initial Use of Device  
( ) Reuse  
( ) Unknown

**9. If action reported to FDA under 21 USC 360i(f), list correction/removal reporting number**

RESHAPE-048203

| U.S. Department of Health and Human Services<br>Food and Drug Administration<br>**MEDWATCH**<br>FDA eSubmitter Generated Form 3500A | For use by user-facilities,<br>importers, distributors and manufacturers<br>for MANDATORY reporting | Mfr Report #: 3007934906-2016-00006 |
|---|---|---|
| | | UF/Importer Report #: |
| | | Form Code: |

| [--] Relabeling | [ ] Modification/Adjustment | ( ) No Information | |
| [ ] Other | | | |

**10.** [X] Additional Manufacturer Narrative **and/or** **11.** [ ] Corrected Data
There is no known allegation from a health professional that the patient death was related to the device.

**File Attachments**

No files attached.

U.S. Department of Health and Human Services
Food and Drug Administration

**MEDWATCH**
FDA eSubmitter Generated Form 3500A

For use by user-facilities, importers, distributors and manufacturers for MANDATORY reporting

| | |
|---|---|
| Mfr Report #: | 3007934906-2017-00015 |
| UF/Importer Report #: | |
| Form Code: | |

## A. PATIENT INFORMATION

| 1. Patient Identifier (In confidence) | 2. Age at Time of Event, Date of Birth | 3. Sex | 4. Weight |
|---|---|---|---|
| ▓ | 67 Year(s) | Female | |

## B. ADVERSE EVENT OR PRODUCT PROBLEM

1. [X] Adverse Event and/or [ ] Product Problem (e.g., defects/malfunctions)

2. Outcomes Attributed to Adverse Event (Checked all that apply)
   - [X] Death: 05/10/2017 (mm/dd/yyyy)
   - [ ] Life-threatening
   - [ ] Hospitalization - initial or prolonged
   - [ ] Required Intervention to Prevent Permanent Impairment/Damage (Devices)
   - [ ] Disability or Permanent Damage
   - [ ] Congenital Anomaly/Birth Defect
   - [ ] Other Serious (Important Medical Events)

3. Date of Event (mm/dd/yyyy): 05/10/2017

4. Date of this Report (mm/dd/yyyy): 05/22/2017

5. Describe Event or Problem

Per MD, patient had balloon insertion on 5/9/2017 without incident. Patient left the office post-procedure alert, oriented, and stable. Per MD, MD received a phone call from patient's sister the morning of 5/10/2017 at 8:30am, indicating the patient had been vomiting off and on throughout the night and seemed lethargic. As the MD was speaking with the sister, sister stated the patient vomited again and was "turning blue". MD instructed sister to call 911 immediately. Sister called back later on the morning of 5/10/2017 (around 9:30am) indicating the patient had expired.

6. Relevant Tests/Laboratory Data, Including Dates

7. Other Relevant History, Including Preexisting Medical Conditions (e.g., allergies, race, pregnancy, smoking and alcohol use, hepatic/renal dysfunction, etc.)

## C. SUSPECT PRODUCT(S)

Section C is not applicable to devices.

## D. SUSPECT MEDICAL DEVICE

1. Brand Name: ReShape Integrated Dual Balloon System

2. Common Device Name: Intragastric Balloon, Product Code: LTI

3. Manufacturer Name, City and State
   ReShape Medical, Inc.
   100 Calle Iglesia
   San Clemente, CA 92672-7502, US
   Fax: (949) 276-6910

4. Model #: 01-0011-001

Catalog #: RSM101

Serial #:

Lot #: 161107-002

Expiration Date (mm/dd/yyyy): 11/04/2017

Unique Identifier (UDI) #: B001RSM1011

5. Operator of Device: Physician

6. Implanted Date (mm/dd/yyyy): 05/09/2017

7. Explanted Date (mm/dd/yyyy):

8. Is this a Single-Use Device that was reprocessed and Reused on a Patient?
   ( ) Yes  (•) No  ( ) No Information

9. Reprocessor Name and Address

10. Device Available for Evaluation? (Do not send to FDA)
    ( ) Yes
    (•) No
    ( ) No Information
    [ ] Returned to Manufacturer

11. ConComitant Medical Products and Therapy Dates (Excludes treatment of event)

## E. INITIAL REPORTER

1. Name and Address

2. Health Professional?
   (•) Yes  ( ) No  ( ) No Information

3. Occupation: Physician

4. Initial Reporter Also Sent Report to FDA?
   ( ) Yes  ( ) No  (•) Unknown  ( ) No Information

RESHAPE-270206

U.S. Department of Health and Human Services
Food and Drug Administration

## MEDWATCH
FDA eSubmitter Generated Form 3500A

For use by user-facilities, importers, distributors and manufacturers for MANDATORY reporting

| Mfr Report #: | 3007934906-2017-00015 |
|---|---|
| UF/Importer Report #: | |
| Form Code: | |

### F. FOR USE BY USER FACILITY/IMPORTER (Devices Only)

**1. User Facility or Importer**
( ) User Facility  ( ) Importer

**2. User Facility/Importer Number**

**3, 4, and 5. User Facility or Importer Name/Address, Contact Person, and Phone Number**

**6. Date UF/Importer Became Aware of Event** (mm/dd/yyyy)

**7. Type of Report**
( ) Initial  ( ) Follow-up

**8. Date of This Report** (mm/dd/yyyy)

**9. Approximate Age of Device**

**10. Event Problem Codes** (Refer to coding manual)
Patient Code(s):
Device Code(s):

**14. Manufacturer Name/Address**

**11. Report Sent to FDA?**
( ) Yes  ( ) No  ( ) No Information

**12. Location Where Event Occurred**

**13. Report Sent to Manufacturer?**
( ) Yes  ( ) No  ( ) No Information

### G. ALL MANUFACTURERS

**1, 2. Contact Office - Name/Address/Phone Number**
Mr. Greg Geissinger
ReShape Medical, Inc.
100 Calle Iglesia
San Clemente, CA 92672-7502, US
Fax:(949) 276-6910
Email:ggeissinger@reshapemedical.com

**1, 2. (Continued) Manufacturing Site Address/Phone for Devices**
ReShape Medical, Inc.
100 Calle Iglesia
San Clemente, CA 92672-7502, US
Fax:(949) 276-6910

**3. Report Source** (Check all that apply)
[ ] Foreign         [X] Health Professional
[ ] Study           [ ] User Facility
[ ] Literature      [ ] Company Representative
[ ] Consumer        [ ] Distributor
[ ] Other

**4. Date Received by Manufacturer** (mm/dd/yyyy)
05/11/2017

**5. PMA/510(k)**
P140012

**6. If IND, Give Protocol #**

**7. Type of Report**
[ ] 5-day  [X] Initial  [ ] Follow-up

**8. Adverse Event Term(s)**

**9. Manufacturer Report Number**
3007934906-2017-00015

### H. DEVICE MANUFACTURERS ONLY

**1. Type of Reportable Event**
(•) Death
( ) Serious Injury
( ) Malfunction
( ) No Information

**2. If Follow-up, What Type?**
[ ] Correction
[ ] Additional Information
[ ] Response to FDA Request
[ ] Device Evaluation
[ ] No Information

**3. Device Evaluated by Manufacturer?**
[X] Not Returned to Manufacturer
( ) Yes  [ ] Evaluation Summary Attached
(•) No

**4. Device Manufacture Date** (mm/dd/yyyy)
11/07/2017

**5. Labeled for Single Use?**
(•) Yes  ( ) No  ( ) No Information

**6. Event Problem and Evaluation Codes** (Refer to coding manual)
Patient Code(s): 1802
Device Code(s): 2993
Method Code(s): 3323
Result Code(s): 3221
Conclusion Code(s): 92

**7. If Remedial Action Initiated, Check Type**
[ ] Recall          [ ] Notification
[ ] Repair          [ ] Inspection
[ ] Replace         [ ] Patient Monitoring
[ ] Relabeling      [ ] Modification/Adjustment
[ ] Other

**8. Usage of Device**
(•) Initial Use of Device
( ) Reuse
( ) Unknown
( ) No Information

**9. If action reported to FDA under 21 USC 360i(f), list correction/removal reporting number**

RESHAPE-270207

| U.S. Department of Health and Human Services Food and Drug Administration | For use by user-facilities, importers, distributors and manufacturers for MANDATORY reporting | Mfr Report #: | 3007934906-2017-00015 |
|---|---|---|---|
| **MEDWATCH** FDA eSubmitter Generated Form 3500A | | UF/Importer Report #: | |
| | | Form Code: | |

**10.** [X] Additional Manufacturer Narrative and/or **11.** [ ] Corrected Data

Manufacturer has attempted to obtain additional information regarding this event, including autopsy results. No further information has been made available.

### File Attachments

No files attached.

RESHAPE-270208