**Anita Phillips**

From: Beth Bacon <Beth@whyweight.com>
Sent: Thursday, July 16, 2020 10:18 AM
To: Kelly M. Brian
Cc: Anita Phillips
Subject: Fw: Reshape PAS ICF

Beth Bacon
Practice Administrator
Surgical Specialist of Louisiana
(985) 234-3000
beth@whyweight.com

From: Jennifer Perilloux
Sent: Thursday, July 16, 2020 10:10 AM
To: Beth Bacon
Subject: Fw: Reshape PAS ICF

From: Diane Begovich <DBegovich@reshapemedical.com>
Sent: Tuesday, August 15, 2017 2:23 PM
To: Jennifer Perilloux
Subject: Re: Reshape PAS ICF

Jennifer
At this point, ReShape is leaving it to the sites to determine how to share info in the FDA update with current and future ReShape Procedure patients (both study and non-study participants).
Diane

> On Aug 15, 2017, at 2:56 PM, Jennifer Perilloux <JPerilloux@whyweight.com> wrote:
>
> Hi Diane,
> The statement under new findings states that any new information that is discovered during the study and which may influence your willingness to continue participation in the study will be made available to you. I don't understand how the recent news would not need to be made available to every study patient?
>
> Can you check with Schulman to see if anything needs to be sent out?
>
> So, the letter that you had attached has been mailed to the ReShape patients in the PAS study at our site?
>
>
>
>
>
>
>
> -----Original Message-----
> From: Diane Begovich [mailto:DBegovich@reshapemedical.com]

16

EXHIBIT I

> Sent: Tuesday, August 15, 2017 1:45 PM
> To: Jennifer Perilloux <JPerilloux@whyweight.com>
> Subject: Reshape PAS ICF
>
> Hi Jennifer,
> The risks associated with participation in the Post Approval Study are specific to the procedures unique to the protocol (i.e., additional lab tests and potentially extra EGDs if ulcers are found at removal) and do not include the general risks associated with the ReShape procedure. Therefore, there is no study-related new finding that needs to be communicated to current or future study patients.
> I am forwarding the ReShape letter for you to review which was sent out to all of the ReShape customers (including PAS sites) last week, in the event you did not receive it. Reshape will not be sending anything to the sites for you to distribute to patients.
> Please let me know if you have any additional questions.
> Sincerely
> Diane
>
>
>
>
>
> NOTICE: This e-mail and any attachments are intended only for use by the addressee(s) named herein and may contain legally privileged, proprietary or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this email, and any attachments thereto, is strictly prohibited. If you received this email in error please immediately notify me via reply email and permanently delete the email and attachments from your system.
CONFIDENTIALITY NOTICE: This e-mail transmission and any documents, files attached or any previous e-mail messages accompanying this transmission may contain confidential and protected health information subject to privacy regulations such as the Health Insurance Portability and Accountability Act of 1996 (HIPAA). This information is intended only for the use of the recipient(s) named above. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify me by reply e-mail and destroy the original transmission and its attachments without saving them in any manner.
CONFIDENTIALITY NOTICE: This e-mail transmission and any documents, files attached or any previous e-mail messages accompanying this transmission may contain confidential and protected health information subject to privacy regulations such as the Health Insurance Portability and Accountability Act of 1996 (HIPAA). This information is intended only for the use of the recipient(s) named above. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify me by reply e-mail and destroy the original transmission and its attachments without saving them in any manner.

# Transcript of the Testimony of
# Diane Begovich

## Date taken: January 26, 2021

## Paul Vesoulis v. Reshape Lifesciences, et al

All electronic deposition & exhibit files
are available at <<<www.psrdocs.com>>>.
Please call or e-mail reporters@psrdocs.com if you need a
**Username** and **Password**.

# Professional Shorthand Reporters, Inc.
Phone:504-529-5255
Fax:504-529-5257
Email:reporters@psrdocs.com
Internet: http://www.psrdocs.com

Page 46

1    Q    Are you of the belief that adverse
2  inferences should be communicated to the
3  physicians, particularly if that is required
4  by the Instructions For Use?
5    A    That's an opinion, correct?
6    Q    Are you of the view that the
7  Instructions For Use should be meticulously
8  followed?
9         MS. WEBRE:
10             Objection.
11 EXAMINATION BY MR. SHAW:
12   Q    I'm sorry, I missed your answer.
13   A    I didn't say anything, because she
14 said "Objection."
15        MS. WEBRE:
16             Object to the extent that
17        you're asking this witness, who is
18        not -- who was not a health care
19        provider using the balloons, about her
20        opinion, but if she can answer.
21        THE WITNESS:
22             Can you repeat the question,
23        now that I know that I can answer?
24 EXAMINATION BY MR. SHAW:
25   Q    Okay.  The Instructions For Use

Professional Shorthand Reporters, Inc.
Offices in New Orleans and Baton Rouge
1-800-536-5255
www.psrdocs.com

1  should be followed by the physicians that
2  place the balloons, both study participants
3  and non-study participants. Would you agree
4  with that?
5           THE WITNESS:
6               Can I answer?
7           MS. WEBRE:
8               Yes, you can answer.
9           THE WITNESS:
10              Yes, I agree.
11 EXAMINATION BY MR. SHAW:
12     Q     And you would agree that ReShape
13 LifeSciences should also follow the
14 Instructions For Use in connection with
15 physicians being notified of adverse events,
16 study participants or non-study participants.
17 Would you agree with that?
18          MS. WEBRE:
19              Objection. You can answer.
20          THE WITNESS:
21              Oh, I can?
22          MS. WEBRE:
23              Yes.
24          THE WITNESS:
25              I agree.