Thomas E. Lavin, M.D., FACS
Paul Vesoulis v. Reshape Lifesciences, et al

Page 29

1  accurately state what the risk of esophageal
2  perforation is in connection with the placement
3  and removal of ReShape integrated dual balloon
4  systems, true?
5      MS. WEBRE:
6          Objection to form.
7      THE WITNESS:
8          Can you ask that one more time?
9  EXAMINATION BY MR. SHAW:
10     Q    Well, if your consent said that the
11  instances of esophageal perforation resulting
12  from the placement of ReShape integrated dual
13  balloon systems was one in 10,000, would that be
14  accurate?
15     A    No, I would say it would be higher
16  than that just with endoscopic, just on plain
17  endoscopy. I would think it would certainly be
18  higher than that.
19     Q    Regardless whether it was placement
20  of the ReShape balloons or not?
21     A    Well, any time you instrument the GI
22  tract, particularly removing polyps or anything
23  like that, there's a risk of perforation from
24  esophagus to stomach to colon to anything, and I
25  believe it would be higher than one in 10,000.

Page 30

1      Q    So could it be as high as four in
2  10,000 as reported in the Instructions for Use
3  by ReShape?
4      A    Sure.
5      Q    And if that's a risk that is
6  presented to a patient, they should be advised
7  of that before they make a decision of whether
8  or not to proceed with the elective surgery of
9  implanting the ReShape integrated dual balloon
10  systems; would that be correct?
11     A    Yes, I think people need to know the
12  risks certainly before they proceed with any
13  procedure.
14     Q    I will mark that as 12.
15         This is an "Update: Potential Risks
16  with Liquid-filled Intragastric Balloons --
17  Letter to Health Care Providers" dated June 4,
18  2018.
19         Do you recall receiving that letter?
20     A    I don't remember this exact letter,
21  but there was certainly a lot of discussion in
22  all of our meetings in '18 with my colleagues
23  that the deaths were very concerning with the
24  fluid-filled balloons.
25     Q    The June 4th, 2018 letter, which I

Page 31

1  will mark as Exhibit 13, specifically says, "The
2  FDA recommends health care providers," and this
3  is bullet point one, "Instruct patients
4  regarding symptoms of potentially
5  life-threatening complications such as balloon
6  deflation, gastrointestinal obstruction,
7  ulceration, and gastric and esophageal
8  perforation."
9          Did you discuss with Dr. Vesoulis
10  prior to July 27, 2017 the symptoms that he
11  might experience if there had been an esophageal
12  perforation?
13     A    On the front end of the procedure, we
14  go over all the risks of urinating, discolored
15  urine, which we fill the balloons with methylene
16  blue, so if they do leak, the patients would
17  urinate green, and so they know that's a warning
18  sign, and the reason that's important is because
19  if they do, if the balloons both leak, they can
20  pass downstream and create an intestinal
21  obstruction, so we went over the risks of
22  intestinal obstruction, and basically any
23  nausea, vomiting, fever, severe abdominal pain,
24  inability to tolerate liquids, those are warning
25  signs where they should call immediately.

Page 32

1          And I don't remember specifically
2  with Paul Vesoulis, but we discuss that with
3  everyone.
4      Q    And the results of those discussions
5  is the signing of a consent form?
6      A    Yes.
7      Q    In the February 9, 2017 letter from
8  the FDA, on the third page, it says, "The FDA
9  recommends that health care providers," and it's
10  in bullet point one, "If abnormalities are
11  found, perform any confirmatory diagnostic
12  studies."
13         Mr. Vesoulis' balloons were removed
14  on 1-11-18, and my question to you is, were you
15  ever advised by anyone at ReShape Lifesciences
16  to perform a CT scan in the event that
17  abnormalities were found?
18     A    It's basic healthcare practice that
19  CT is one of the tools we use. When
20  Mr. Vesoulis came in later in the day -- Are you
21  talking about just performing a routine CT or a
22  CT scan for symptoms?
23     Q    Let me back up, because I don't think
24  you got the question.
25     A    Okay.

Pages 29 to 32

EXHIBIT A

Thomas E. Lavin, M.D., FACS
Paul Vesoulis v. Reshape Lifesciences, et al

Page 37

1  Being the witness is reviewing it, I
2  will go ahead and mark it as Exhibit 14.
3      A   (Reviewing document).
4      Q   Do you recall ever seeing this
5  article?
6      A   No. That would have been in -- What
7  month was that in '18?
8      Q   I don't know that the month is on
9  here, but I could find out. It was Volume 16.
10 It says "2018; 16:1081-1088," but the date at
11 the bottom is copyrighted as 2018.
12         Does your office receive the Journal
13 of Clinical Gastroenterology and Hepatology?
14     A   No. It's more of a GI type
15 publication, although we could search it and
16 find it.
17     Q   That is a retrospective study, and I
18 think we went over the Instructions for Use
19 indicated that the incidences of esophageal
20 perforations were estimated to be at .4 percent;
21 is that about right?
22     A   .4, I think, and the pre-approval I
23 believe was somewhere around .4.
24     Q   Do you recall whether or not the
25 actual incidences of esophageal perforation were

Page 38

1  greater than .4 percent?
2      A   If the actual?
3      Q   Yes.
4      A   In what study?
5      Q   In the entire world and in your
6  experience, were they greater than four-tenths
7  of a percent?
8      A   Those are two separate things: The
9  entire world, and then my personal experience.
10     Q   Okay. Well, let's break it down. I
11 hate to be compound.
12         Do you know what the incidences were
13 in actuality of esophageal perforations using
14 the ReShape balloons?
15     A   Well, the world experience, I don't
16 know that. I know that I had that one on
17 removal, and that was it for me. So my
18 incidence would have been higher than that.
19     Q   Okay. So you had one out of how
20 many?
21     A   We probably ended up placing maybe 60
22 to 70 ReShapes before we had stopped. It could
23 have been closer to 100, but I don't know the
24 exact number.
25     Q   And you were obviously familiar with

Page 39

1  the hardware and the device that we're talking
2  about, having been doing this for a long time
3  and having some experience in the clinical
4  studies.
5          Was there anything in particular
6  about the ReShape system or balloons themselves
7  that you believe led to an increased incidence
8  of esophageal perforations?
9      A   I can't tell you why ReShape over any
10 other balloon would have an increased incidence
11 of esophageal perforation.
12     Q   All right. Let's get to your medical
13 records then. Unfortunately, I marked several
14 copies of these and not all of them have the
15 page numbers to them. I'm interested in your
16 removal operative report specifically, and that
17 would be at Page -- No, that's the repair. 180.
18 So it would be in these at Page --
19     A   180?
20     Q   Yes. And I guess my first question
21 to you would be what is an EGD?
22     A   Esophagogastroduodenoscopy. It's
23 just basically an upper endoscopy, just like a
24 colonoscopy would be a lower endoscopy.
25     Q   If you read down in the middle of the

Page 40

1  paragraph, it says on post-removal EGD --
2      A   On 180?
3      Q   Yes. It says there was "a small
4  amount of old blood in the stomach"?
5      A   Yes.
6      Q   Do you have an opinion regarding the
7  reason why there was a small amount of old blood
8  in the stomach?
9      A   Yes. Whenever you remove the balloon
10 through the GE junction, it causes some mild
11 trauma at the GE junction, and that can result
12 in blood, and that's not uncommon.
13     Q   And had the balloons been removed at
14 that point?
15     A   Yes, the balloons were removed -- I
16 don't know the exact timing, but probably five
17 to six hours earlier.
18     Q   And the EGD would be performed in the
19 stomach?
20     A   Yes. That's through the mouth. So
21 we're in laparoscopically from below, and then
22 the EGD would be from above.
23     Q   Wait. This is the initial removal
24 operative report, so there wouldn't be a
25 laparoscopic procedure involved at that point,