## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| PAUL VESOULIS | CIVIL ACTION NO. 2:19-CV-01795 |
| | JUDGE MARTIN L.C. FELDMAN |
| VERSUS | |
| | MAGISTRATE JUDGE DANA M. DOUGLAS |
| RESHAPE LIFESCIENCES, INC. f/k/a ENTEROMEDICS INCORPORATED | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## MOTION TO RECONSIDER GRANT OF SUMMARY JUDGMENT AND PARTIAL GRANT OF SUMMARY JUDGMENT

NOW INTO COURT, through undersigned counsel, comes plaintiff, Paul Vesoulis, who respectfully requests reconsideration of the Court's ruling granting and partially granting summary judgment (Rec. Doc. 116).

                                                                Respectfully submitted,

                                                                /s/*Franklin G. Shaw*
                                                                LEGER & SHAW
                                                                Franklin G. Shaw, Bar No. 01594
                                                                Walter J. Leger, Jr., Bar No. 88278
                                                                512 E. Boston St.
                                                                Covington, LA 70433
                                                                Telephone: 985-809-6625
                                                                 Facsimile: 985-809-6626

### CERTIFICATE OF SERVICE

I hereby certified that a copy of the above and foregoing pleading has been served upon all counsel of record by using the CM/ECF filing system, this 18th day of May 2021.

                                                                */s/ Franklin G. Shaw*
                                                                FRANKLIN G. SHAW