Transcript of the Testimony of
**Thomas E. Lavin, M.D., FACS**

**Date taken: November 11, 2019**

**Paul Vesoulis v. Reshape Lifesciences, et al**

All electronic deposition & exhibit files are available at **<<<www.psrdocs.com>>>**. Please call or e-mail reporters@psrdocs.com if you need a **Username** and **Password**.

**Professional Shorthand Reporters, Inc.**
**Phone:504-529-5255**
**Fax:504-529-5257**
**Email:reporters@psrdocs.com**
**Internet: http://www.psrdocs.com**

EXHIBIT
B

Thomas E. Lavin, M.D., FACS
Paul Vesoulis v. Reshape Lifesciences, et al

Page 29

accurately state what the risk of esophageal perforation is in connection with the placement and removal of ReShape integrated dual balloon systems, true?

MS. WEBRE:
Objection to form.

THE WITNESS:
Can you ask that one more time?

EXAMINATION BY MR. SHAW:

Q Well, if your consent said that the instances of esophageal perforation resulting from the placement of ReShape integrated dual balloon systems was one in 10,000, would that be accurate?

A No, I would say it would be higher than that just with endoscopic, just on plain endoscopy. I would think it would certainly be higher than that.

Q Regardless whether it was placement of the ReShape balloons or not?

A Well, any time you instrument the GI tract, particularly removing polyps or anything like that, there's a risk of perforation from esophagus to stomach to colon to anything, and I believe it would be higher than one in 10,000.

Page 30

Q So could it be as high as four in 10,000 as reported in the Instructions for Use by ReShape?

A Sure.

Q And if that's a risk that is presented to a patient, they should be advised of that before they make a decision of whether or not to proceed with the elective surgery of implanting the ReShape integrated dual balloon systems; would that be correct?

A Yes, I think people need to know the risks certainly before they proceed with any procedure.

Q I will mark that as 12.
This is an "Update: Potential Risks with Liquid-filled Intragastric Balloons -- Letter to Health Care Providers" dated June 4, 2018.
Do you recall receiving that letter?

A I don't remember this exact letter, but there was certainly a lot of discussion in all of our meetings in '18 with my colleagues that the deaths were very concerning with the fluid-filled balloons.

Q The June 4th, 2018 letter, which I

Page 31

will mark as Exhibit 13, specifically says, "The FDA recommends health care providers," and this is bullet point one, "Instruct patients regarding symptoms of potentially life-threatening complications such as balloon deflation, gastrointestinal obstruction, ulceration, and gastric and esophageal perforation."
Did you discuss with Dr. Vesoulis prior to July 27, 2017 the symptoms that he might experience if there had been an esophageal perforation?

A On the front end of the procedure, we go over all the risks of urinating, discolored urine, which we fill the balloons with methylene blue, so if they do leak, the patients would urinate green, and so they know that's a warning sign, and the reason that's important is because if they do, if the balloons both leak, they can pass downstream and create an intestinal obstruction, so we went over the risks of intestinal obstruction, and basically any nausea, vomiting, fever, severe abdominal pain, inability to tolerate liquids, those are warning signs where they should call immediately.

Page 32

And I don't remember specifically with Paul Vesoulis, but we discuss that with everyone.

Q And the results of those discussions is the signing of a consent form?

A Yes.

Q In the February 9, 2017 letter from the FDA, on the third page, it says, "The FDA recommends that health care providers," and it's in bullet point one, "If abnormalities are found, perform any confirmatory diagnostic studies."
Mr. Vesoulis' balloons were removed on 1-11-18, and my question to you is, were you ever advised by anyone at ReShape Lifesciences to perform a CT scan in the event that abnormalities were found?

A It's basic healthcare practice that CT is one of the tools we use. When Mr. Vesoulis came in later in the day -- Are you talking about just performing a routine CT or a CT scan for symptoms?

Q Let me back up, because I don't think you got the question.

A Okay.

Pages 29 to 32

Professional Shorthand Reporters, Inc.
Offices in New Orleans and Baton Rouge
1-800-536-5255
www.psrdocs.com