UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| PAUL VESOULIS | CIVIL ACTION NO. 2:19-CV-01795 |
| | JUDGE MARTIN L.C. FELDMAN |
| VERSUS | |
| RESHAPE LIFESCIENCES, INC.<br>f/k/a ENTEROMEDICS<br>INCORPORATED, ET AL | MAGISTRATE JUDGE DANA M. DOUGLAS |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that Paul Vesoulis will bring for submission its MOTION TO RECONSIDER GRANT OF SUMMARY JUDGMENT AND PARTIAL GRANT OF SUMMARY JUDGMENT before the Honorable Martin L.C. Feldman, United States District Judge for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana, on June 9, 2021.

Respectfully submitted,

/s/*Franklin G. Shaw*
LEGER & SHAW
Franklin G. Shaw, Bar No. 01594
Walter J. Leger, Jr., Bar No. 88278
512 E. Boston St.
Covington, LA 70433
Telephone: 985-809-6625
Facsimile: 985-809-6626

## CERTIFICATE OF SERVICE

I hereby certified that a copy of the above and foregoing pleading has been served upon all counsel of record by using the CM/ECF filing system, this 18th day of May 2021.

*/s/Franklin G. Shaw*
Franklin G. Shaw