UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

PAUL VESOULIS                                              CIVIL ACTION

v.                                                         NO. 19-1795

RESHAPE LIFESCIENCES, INC.                                 SECTION "F"

ORDER AND REASONS

Before the Court is nonparty Dr. Rachel Moore's motion to quash the trial subpoena propounded upon her. For the reasons that follow, the motion is DENIED.

I.

Dr. Moore is not a defendant in this case. She may very well be a helpful fact witness with firsthand knowledge of procedures going to the heart of the plaintiff's case.

\*   \*   \*

Accordingly, IT IS ORDERED: that Dr. Moore's motion to quash is DENIED.

New Orleans, Louisiana, June 16, 2021

_____
MARTIN L. C. FELDMAN
UNITED STATES DISTRICT JUDGE

1