UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| PAUL VESOULIS | CIVIL ACTION |
| v. | NO. 19-1795 |
| RESHAPE LIFESCIENCES, INC. | SECTION "F" |

ORDER

Nonparty Justin Owens' motion to expedite is GRANTED. His motion to quash is DENIED.

New Orleans, Louisiana, June 17, 2021

_____
MARTIN L. C. FELDMAN
UNITED STATES DISTRICT JUDGE

1