UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| PAUL VESOULIS | CIVIL ACTION NO. 2:19-CV-01795-MLCF-DMD |
| | JUDGE MARTIN L.C. FELDMAN |
| VERSUS | |
| | MAGISTRATE JUDGE DANA M. DOUGLAS |
| RESHAPE LIFESCIENCES, f/k/a ENTEROMEDICS INCORPORATED | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## JUDGMENT

IT IS HEREBY ORDERED, ADJUDGED and DECREED that all of plaintiff's claims against defendant ReShape Lifesciences, Inc. are dismissed with prejudice. (Rec. Docs. 116, 129)

IT IS HEREBY ORDERED, ADJUDGED and DECREED that plaintiff's claims against defendants Dr. Thomas Lavin and Surgical Specialists of Louisiana, LLC for alleged breach of the duty to obtain Informed Consent are dismissed with prejudice. (Rec. Docs. 116, 129)

With all other claims having been tried to a jury, and the jury having returned a verdict,

IT IS FURTHER ORDERED, ADJUDGED and DECREED that there be judgment in favor of defendants Dr. Thomas Lavin and Surgical Specialists of Louisiana, LLC, and against plaintiff Paul Vesoulis, on all claims not previously dismissed by the Court. (Rec. Doc. 160)

New Orleans, Louisiana, this 30th day of June, 2021

_____
Martin L.C. Feldman
UNITED STATES DISTRICT JUDGE