UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| PAUL VESOULIS | CIVIL ACTION NO. 2:19-CV-01795-MLCF-DMD |
| | JUDGE MARTIN L.C. FELDMAN |
| VERSUS | |
| | MAGISTRATE JUDGE DANA M. DOUGLAS |
| RESHAPE LIFESCIENCES, f/k/a ENTEROMEDICS INCORPORATED | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

<u>**NOTICE OF APPEAL**</u>

Notice is hereby given that Paul Vesoulis, plaintiff in the above named case, pursuant to FRAP Rule 4(a)(4)(B)(ii), hereby appeals to the United States Court of Appeal for the Fifth Circuit from an order denying reconsideration of the Re-Urged Motion for Summary Judgment (Rec. Docs. 116 and 129) by defendant, ReShape LifeSciences, Inc and the grant of partial Summary Judgement in favor of Dr. Thomas Lavin and Surgical Specialists of Louisiana, LLC (Rec, Doc 116 and 129) <u>only</u>.

Plaintiff does not appeal the Jury Verdict (Rec. Doc. 160) of June 24, 2021.

Respectfully submitted,

<u>/s/*Franklin G. Shaw*</u>
LEGER & SHAW
Franklin G. Shaw, Bar No. 01594
Walter J. Leger, Jr., Bar No. 88278
512 E. Boston St.
Covington, LA 70433
Telephone: 985-809-6625
Facsimile: 985-809-6626

CERTIFICATE OF SERVICE

I hereby certified that a copy of the above and foregoing pleading has been served upon all counsel of record by using the CM/ECF filing system, this 30th day of June 2021.

*/s/ Franklin G. Shaw*
FRANKLIN G. SHAW