UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

PAUL VESOULIS	CIVIL ACTION NO. 2:19-CV-01795-MLCF-DMD

JUDGE MARTIN L.C. FELDMAN

VERSUS

MAGISTRATE JUDGE DANA M. DOUGLAS

RESHAPE LIFESCIENCES, f/k/a
ENTEROMEDICS INCORPORATED

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## AMENDED NOTICE OF APPEAL

Notice is hereby given that Paul Vesoulis, plaintiff in the above named case, pursuant to FRAP Rule 4(a) hereby appeals to the United States Court of Appeal for the Fifth Circuit from the FRCP Rule 54 Judgment, (Rec. Doc. 166), <u>only</u> from that portion of the Judgment dismissing plaintiff's claims against defendant, Reshape Lifesciences, Inc., and that portion of the Judgment dismissing plaintiff's claims with prejudice against Dr. Thomas Lavin and Surgical Specialists of Louisiana, LLC for failure to secure Informed Consent.

Plaintiff does <u>not</u> appeal the Jury Verdict (Rec. Doc. 160) of June 24, 2021.

Respectfully submitted,

<u>/s/*Franklin G. Shaw*</u>
LEGER & SHAW
Franklin G. Shaw, Bar No. 01594
Walter J. Leger, Jr., Bar No. 88278
512 E. Boston St.
Covington, LA 70433
Telephone: 985-809-6625
 Facsimile: 985-809-6626

CERTIFICATE OF SERVICE

I hereby certified that a copy of the above and foregoing pleading has been served upon all counsel of record by using the CM/ECF filing system, this 30th day of June 2021.

*/s/ Franklin G. Shaw*
FRANKLIN G. SHAW

2