## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| PAUL VESOULIS | CIVIL ACTION NO. 2:19-CV-01795-MLCF-DMD |
| VERSUS | JUDGE MARTIN L.C. FELDMAN |
| RESHAPE LIFESCIENCES, f/k/a ENTEROMEDICS INCORPORATED | MAGISTRATE JUDGE DANA M. DOUGLAS |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## SECOND AMENDED NOTICE OF APPEAL

Plaintiff, Paul Vesoulis, hereby appeals the District Court's FRCP Rule 54 (b) Judgment of June 30, 2021 IN IT'S ENTIRETY, (i.e. the dismissal on Summary Judgment of ReShape LifeSciences, Inc., (Rec. Docs. 116, 129), the dismissal on Summary Judgment of Informed Consent Claims against Dr. Thomas Lavin and Surgical Specialists of Louisiana, LLC (Rec. Docs. 116, 129) and the Jury Verdict on all other claims, (Rec. Doc. 160). A copy of the FRCP Rule 54 Judgment appealed in its entirety is attached hereto as (Ex. "A")

Respectfully submitted,

/s/ *Franklin G. Shaw*
LEGER & SHAW
Franklin G. Shaw, Bar No. 01594
Walter J. Leger, Jr., Bar No. 88278
512 E. Boston St.
Covington, LA 70433
Telephone: 985-809-6625
Facsimile: 985-809-6626

## CERTIFICATE OF SERVICE

I hereby certified that a copy of the above and foregoing pleading has been served upon all counsel of record by using the CM/ECF filing system, this 13th day of July 2021.

*/s/ Franklin G. Shaw*
FRANKLIN G. SHAW

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| PAUL VESOULIS | CIVIL ACTION NO. 2:19-CV-01795-MLCF-DMD |
| | JUDGE MARTIN L.C. FELDMAN |
| VERSUS | |
| | MAGISTRATE JUDGE DANA M. DOUGLAS |
| RESHAPE LIFESCIENCES, f/k/a ENTEROMEDICS INCORPORATED | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### JUDGMENT

IT IS HEREBY ORDERED, ADJUDGED and DECREED that all of plaintiff's claims against defendant ReShape Lifesciences, Inc. are dismissed with prejudice. (Rec. Docs. 116, 129)

IT IS HEREBY ORDERED, ADJUDGED and DECREED that plaintiff's claims against defendants Dr. Thomas Lavin and Surgical Specialists of Louisiana, LLC for alleged breach of the duty to obtain Informed Consent are dismissed with prejudice. (Rec. Docs. 116, 129)

With all other claims having been tried to a jury, and the jury having returned a verdict,

IT IS FURTHER ORDERED, ADJUDGED and DECREED that there be judgment in favor of defendants Dr. Thomas Lavin and Surgical Specialists of Louisiana, LLC, and against plaintiff Paul Vesoulis, on all claims not previously dismissed by the Court. (Rec. Doc. 160)

New Orleans, Louisiana, this 30th day of June, 2021

_____
Martin L.C. Feldman
UNITED STATES DISTRICT JUDGE

EXHIBIT A